# Notice Recipients

District/Off: 0971–4  User: admin  Date Created: 01/01/2022
Case: 21–41536  Form ID: OFP  Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr    Not Assigned – OK

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust   Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
aty   Marc Voisenat    marcvoisenatlawoffice@gmail.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Mag Auto Group Inc.    1890 N Main Street    Walnut Creek, CA 94596
smg   Labor Commissioner    1515 Clay St.    Room 801    Oakland, CA 94612
smg   State Board of Equalization    Collection Dept.    P.O. Box 942879    Sacramento, CA 94279
smg   IRS    P.O. Box 7346    Philadelphia, PA 19101–7346
smg   CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001
smg   CA Franchise Tax Board    Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952

TOTAL: 6