MARTA E. VILLACORTA (NY SBN 4918280)
Assistant United States Trustee
ELVINA ROFAEL (SBN 333919)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: Elvina.Rofael@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 21-41536 |
| MAG AUTO GROUP INC., | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

    Office of the United States Trustee
    Attn: Elvina Rofael
    450 Golden Gate Avenue, 5th Floor, Suite #05-0153
    San Francisco, CA 94102
    Email: Elvina.Rofael@usdoj.gov

Dated: January 3, 2022        TRACY HOPE DAVIS
                                  UNITED STATES TRUSTEE

                                  By:   /s/ Elvina Rofael
                                           Attorney for United States Trustee

Notice of Appearance and Request for Notice