# Notice Recipients

District/Off: 0971–4    User: admin    Date Created: 1/3/2022
Case: 21–41536    Form ID: 309F1    Total: 22

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Not Assigned – OK
                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mag Auto Group Inc.      1890 N Main Street      Walnut Creek, CA 94596
ust     Office of the U.S. Trustee/Oak      Office of the United States Trustee      Phillip J. Burton Federal Building      450 Golden Gate Ave. 5th Fl., #05–0153      San Francisco, CA 94102
aty     Elvina Rofael      Office of the United States Trustee      450 Golden Gate Avenue      5th Floor, Suite #05–0153      San Francisco, CA 94102
aty     Marc Voisenat      Law Offices of Marc Voisenat      2329A Eagle Ave.      Alameda, CA 94501
smg     Labor Commissioner      1515 Clay St.      Room 801      Oakland, CA 94612
smg     State Board of Equalization      Collection Dept.      P.O. Box 942879      Sacramento, CA 94279
smg     IRS      P.O. Box 7346      Philadelphia, PA 19101–7346
smg     CA Employment Development Dept.      Bankruptcy Group MIC 92E      P.O. Box 826880      Sacramento, CA 94280–0001
smg     CA Franchise Tax Board      Special Procedures Bankruptcy Unit      P.O. Box 2952      Sacramento, CA 95812–2952
15364374     ABS Finance      341 Corporate Terrace      Corona, CA 92879
15364375     AJ Equity      1648 61st Street      Brooklyn, NY 11204
15364376     California Dept of Tax and Fee Admin      P.O. Box 942879      Sacramento, CA 94279–0055
15364377     Capital Assist      750 Main Street, Suite 906      Hartford, CT 06103
15364378     Hi Bar Capital      1825 65th St.      Brooklyn, NY 11204
15364379     Kindon Kapital      1825 65th St.      Brooklyn, NY 11204
15364380     Kinetic Advantage      10333 n. Meridian St.      Indianapolis, IN 46290
15364381     Lifetime Funding      585 Stewart Avenue, Suite L90      Garden City, NY 11530
15364382     NetGear Capital      11799 N College Ave.      Carmel, IN 46032
15364383     Pawn Funding      2167 E 21st Street, Suite 252      Brooklyn, NY 11229
15364384     Westlake Flooring      4751 Wilshire Blvd, #100      Los Angeles, CA 90010
15364385     Yes Capital Group      161 Kings Hwy      Brooklyn, NY 11204
                                                                                                TOTAL: 21