Form OFRDNI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:  Mag Auto Group Inc. | Case No.: 21–41536 WJL 11 |
| dba  Mag Motor Company | Chapter:  11 |
| dba  Marin Auto Group | |
| dba  Mag Investment Inc | |
| Debtor(s) | |

## ORDER FOR NON–INDIVIDUAL(S) IN CHAPTER 11 CASE TO
## FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☑ Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202)
- ☑ Summary of Assets and Liabilities for Non–Individuals (Official Form 206SUM)
- ☑ Schedule A/B: Real and Personal Property (Official Form 206A/B)
- ☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☑ Schedule H: Codebtors (Official Form 206H)
- ☑ Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy (Official Form 207)
- ☐ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1)
- ☑ List of Equity Security Holders Pursuant to Fed. R. Bankr. P. 1007(a)(3)
- ☐ List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

   IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing.  11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

   The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date, or the expiration of any extension previously granted.  The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired.  If an extension is granted and the documents are not filed, the case may be dismissed.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

**In person filing via Drop Box:**
U.S. Bankruptcy Court
1300 Clay Street, 2nd floor
Oakland, CA 94612

Dated: 1/3/22

By the Court:

William J. Lafferty
United States Bankruptcy Judge