# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 1/3/2022 |
| Case: 21–41536 | Form ID: OFRDNI | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr      Not Assigned – OK

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov
aty      Elvina Rofael      elvina.rofael@usdoj.gov
aty      Marc Voisenat      marcvoisenatlawoffice@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Mag Auto Group Inc.      1890 N Main Street      Walnut Creek, CA 94596

TOTAL: 1