# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 1/3/2022 |
| Case: 21–41536 | Form ID: STC11 | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Not Assigned – OK

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak          USTPRegion17.OA.ECF@usdoj.gov
aty         Elvina Rofael          elvina.rofael@usdoj.gov
aty         Marc Voisenat          marcvoisenatlawoffice@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db              Mag Auto Group Inc.          1890 N Main Street          Walnut Creek, CA 94596
15364374        ABS Finance          341 Corporate Terrace          Corona, CA 92879
15364375        AJ Equity          1648 61st Street          Brooklyn, NY 11204
15364376        California Dept of Tax and Fee Admin          P.O. Box 942879          Sacramento, CA 94279–0055
15364377        Capital Assist          750 Main Street, Suite 906          Hartford, CT 06103
15364378        Hi Bar Capital          1825 65th St.          Brooklyn, NY 11204
15364379        Kindon Kapital          1825 65th St.          Brooklyn, NY 11204
15364380        Kinetic Advantage          10333 n. Meridian St.          Indianapolis, IN 46290
15364381        Lifetime Funding          585 Stewart Avenue, Suite L90          Garden City, NY 11530
15364382        NetGear Capital          11799 N College Ave.          Carmel, IN 46032
15364383        Pawn Funding          2167 E 21st Street, Suite 252          Brooklyn, NY 11229
15364384        Westlake Flooring          4751 Wilshire Blvd, #100          Los Angeles, CA 90010
15364385        Yes Capital Group          161 Kings Hwy          Brooklyn, NY 11204

TOTAL: 13