Dixon L. Gardner, Esq. (SBN 213119)
dgardner@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Telephone: (949) 756-9050
Facsimile: (949) 756-9060

Attorneys for Secured Creditor Westlake Flooring Company, LLC, dba Westlake Flooring Servies

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP, INC.,<br><br>Debtor, | Case No.: 21-41536<br>Judge: William J. Lafferty<br><br>**WITHDRAWAL OF PROOF OF CLAIM NUMBER 1 FILED BY WESTLAKE FINANCIAL COMPANY, LLC** |

TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

Madison Law, APC (a law firm that represents Westlake Financial Company, LLC and the secured creditor in this Bankurptcy Case: Westlake Flooring Company, LLC dba Westlake Flooring Services) withdraws the Proof of Claim Number 1 that it filed for Westlake Financial Company, LLC as a secured creditor in this bankruptcy case. The correct secured creditor for this claim is Westlake Flooring Company, LLC dba Westlake Flooring Services. Madison Law, APC will file a proof of claim for Westlake Flooring Company, LLC dba Westlake Flooring Services in this Bankruptcy Case.

January 5, 2022 by:	MADISON LAW, APC
By: /s/ Dixon Gardner
Dixon Gardner, Esq.
Attorney for Debtor

WITHDRAWAL OF PROOF OF CLAIM

1