United States Bankruptcy Court
Northern District of California

In re:                                                        Case No. 21-41536-WJL
Mag Auto Group Inc.                                       Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                              User: admin                                     Page 1 of 1
Date Rcvd: Jan 03, 2022                     Form ID: OFRDNI                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mag Auto Group Inc., 1890 N Main Street, Walnut Creek, CA 94596-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - OK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022                            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,Patti.Vargas@usdoj.gov,GemMil.Langit@usdoj.gov |
| Marc Voisenat | on behalf of Debtor Mag Auto Group Inc. marcvoisenatlawoffice@gmail.com R47338@notify.bestcase.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 3

Form OFRDNI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Mag Auto Group Inc.<br>　dba Mag Motor Company<br>　dba Marin Auto Group<br>　dba Mag Investment Inc<br>　　Debtor(s) | Case No.: 21−41536 WJL 11<br>Chapter: 11 |

## ORDER FOR NON−INDIVIDUAL(S) IN CHAPTER 11 CASE TO FILE REQUIRED DOCUMENTS AND NOTICE OF AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below when the case was commenced:

- ☒ Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
- ☒ Summary of Assets and Liabilities for Non−Individuals (Official Form 206SUM)
- ☒ Schedule A/B: Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207)
- ☐ Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007(a)(1)
- ☒ List of Equity Security Holders Pursuant to Fed. R. Bankr. P. 1007(a)(3)
- ☐ List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

　IT IS HEREBY ORDERED that unless, within 14 days of the petition date, the debtor(s) file each document listed above, the court may dismiss this case without further notice or a hearing. 11 U.S.C. § 521(a), Fed. R. Bankr. P. 1007(b)(1), (c).

　The debtor(s) may request an extension of time to file the documents noted above, but must do so before 14 days from the petition date, or the expiration of any extension previously granted. The request may be filed electronically, mailed, or delivered in person to the address stated below, but it must be received by the court before the 14 days or any extension previously granted have expired. If an extension is granted and the documents are not filed, the case may be dismissed.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

**In person filing via Drop Box:**
U.S. Bankruptcy Court
1300 Clay Street, 2nd floor
Oakland, CA 94612

Dated: 1/3/22

By the Court:

William J. Lafferty
United States Bankruptcy Judge