Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**ATTORNEY DISCLOSURE STATEMENT BANKRUPTCY RULE 2016** |

I, MARC VOISENAT, declare that:

1. I am an attorney at law licensed to practice before all the courts of this State and this Court. I have made an agreement with the Debtor to represent it in connection with the prosecution of this Chapter 11 case.

2. On December 29, 2021, I was paid $15,068.00 as an initial retainer. The source of funds was from the debtor's president Peter Mozaffari.

3. Prior to the filing of the above case, the undersigned performed 2.1 hours in services related to and in preparation of the bankruptcy. Counsel has drawn the retainer $975 and is holding a balance of $14,093.00.

4. The compensation agreed to be paid to me for professional services rendered in connection with the above-captioned case is my regular hourly rate plus costs and expenses. At

this time, my regularly hourly rate is $450.00 per hour.

5. The services to be rendered are all ordinary and necessary legal services in connection with representing the debtor in this Chapter 11 case.

6. I have not shared nor agreed to share my compensation with anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022, at Alameda, California.

/s/ Marc Voisenat
Marc Voisenat Attorney for
Debtor-In-Possession