Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-In-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br>Mag Auto Group, Inc<br><br>Debtor-In-Possession. | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND STATEMENT OF CURRENT MONTHLY INCOME** |

Now comes Mag Auto Group, Inc. (hereinafter "debtor"), who show the court as follows:

1. The above emergency petition was filed in part to preserve assets of the estate. The schedules, statement of financial affairs and statement of current monthly income are due.

2. The debtor is still in the process of reviewing the draft schedules and other required documents.

3. Once the debtor verify the information in the schedules and sign the required documents, those documents will be filed with the Court.

4. The debtor requests an additional 14 days to complete the schedules, statement of financial affairs and statement of current monthly income.

Wherefore, counsel for the debtors pray for an extension to January 28, 2022, to file the debtors' schedules, statement of financial affairs and statement of current monthly income.

Dated: January 14, 2022

/s/ Marc Voisenat
Marc Voisenat, Attorney for
Debtor-in-Possession