

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor-In-Possession
Mag Auto Group, Inc.

**The following constitutes the order of the Court.
Signed: January 18, 2022**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# United States Bankruptcy Court

# Northern District of California

In re:

Mag Auto Group, Inc

Debtor-In-Possession.

Case No.: 21-41536 WJL

Chapter 11

**ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND STATEMENT OF CURRENT MONTHLY INCOME**

CAME ON FOR CONSIDERATION the Debtors' Motion to extend the time in which to file schedules, statement of financial affairs and statement of current monthly income having been read and considered by this Court, and the Court being satisfied that good and sufficient cause exists for granting Debtor such an extension of time.

IT IS, THEREFORE ORDERED that Debtor is granted up to and including January 28, 2022 to file schedules, statement of financial affairs and statement of current monthly income.

*** END OF ORDER ***

**COURT SERVICE LIST**

None