Giuliano Law PC
445 Broadhollow Road, Ste. 25
Melville. New York 11747

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND)
-------------------------------------------------------------x
In re:

    MAG AUTO GROUP d/b/a MAG MOTOR CO.

                           Chapter 11
                           Case No. 21-41536

                          **NOTICE OF APPEARANCE**

    Debtors.
-------------------------------------------------------------x

    **PLEASE TAKE NOTICE**, that Hi Bar Capital ("Creditor") a creditor and/or party in interest of above-captioned debtor ("Debtor") by its attorneys, Giuliano Law, P.C., demands, pursuant to the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served or required to be served on Creditor, be served upon the undersigned at the following office address, telephone number, and email address:

                           GIULIANO LAW, P.C.
                     445 Broadhollow Road, Ste. 25
                          Melville, NY 11747
                        phone - (516) 792-9800
                      email - afg@glpcny.com
                Attn.: Anthony F. Giuliano, Esq.

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and

1

notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile transmission or otherwise, which may affect or seek to affect any rights or interests of the above-captioned debtor, any creditor, or any other party in interest in the above cases.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and demand for service of papers is without prejudice to the rights, remedies, and claims of Creditor shall not be deemed or construed to be a waiver of its rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to these cases; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: Melville, New York
January 19, 2022

GIULIANO LAW, P.C.
Attorneys for Creditor

By: *s/ Anthony F. Giuliano*
Anthony F. Giuliano
445 Broadhollow Road
Suite 25
Melville, NY 11747
(516) 792-9800