Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2022**     X **/s/ Pouriya Pete Mozaffary**
                                    Signature of individual signing on behalf of debtor

                                           **Pouriya Pete Mozaffary**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................    $    **1,180,350.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................    $    **1,180,350.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **4,986,806.36**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $    **582,546.93**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **33,825.88**

4.    Total liabilities ..........................................................................................
    Lines 2 + 3a + 3b        $    **5,603,179.17**

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 2 of 32

**Fill in this information to identify the case:**

Debtor name    **Mag Auto Group Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **21-41536 WJL**

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Wells Fargo Bank** | **Checking** | 8153 | **$60,000.00** |

| 4. | **Other cash equivalents** *(Identify all)* | |

| 5. | **Total of Part 1.** | **$60,000.00** |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1. | **Security Deposit** | **$24,000.00** |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |

| 9. | **Total of Part 2.** | **$24,000.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** | | | | |
| **2011 Land Rover Sport** | 1/21/22 | $0.00 | Wholesale Market | $8,000.00 |
| **2008 Hyundai Elantra** | 1/21/22 | $0.00 | Wholesale Market | $1,500.00 |
| **2009 Pontiac G8** | 1/21/22 | $0.00 | Wholesale Market | $15,000.00 |
| **2015 Chevrolet Colorado** | 1/21/22 | $0.00 | Wholesale Market | $14,000.00 |
| **2006 Mini Cooper** | 1/21/22 | $0.00 | Wholesale Market | $3,500.00 |
| **2008 BMW 5 Series** | 1/21/22 | $0.00 | Wholesale Market | $6,000.00 |
| **2005 BMW 5 Series** | 1/21/22 | $0.00 | Wholesale Market | $2,500.00 |
| **1995 Honda Civ 2** | 1/21/22 | $0.00 | Wholesale Market | $800.00 |

**23.   Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $51,300.00 |
|---|

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Case: 21-41536   Doc# 19   Filed: 01/28/22   Entered: 01/28/22 10:12:18   Page 4 of 32

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment, computers, printers furniture | $0.00 | Liquidation | $1,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                         $1,000.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** magautogroupinc.com and magmotorco.com | $0.00 | Liquidation | $50.00 |

| | | | |
|---|---|---|---|
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

| | |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | **$50.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---:|
| **Claim against Franklin Capital Management for money paid for services not provided** | **$5,000.00** |

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | $5,000.00 |

| | |
|---|---:|
| **Claim for Auto Finance Solutions** | **$4,000.00** |

| Nature of claim | Conversion |
|---|---|
| Amount requested | $4,000.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---:|
| **Vehicles by Next Gear Capital in which debtor has a leasehold interest**<br>**2013 BMW**<br>**2014 GMC**<br>**2012 Ford F250**<br>**2013 Toyota sequoia**<br>**2012 Range rover**<br>**2015 Dodge Durango**<br>**2012 BMW M3** | **$185,000.00** |

| | |
|---|---:|
| **Leasehold interest in Vehicles secured by ABS Funding:**<br>**2003 Harley Davidson**<br>**2014 Ram 1500**<br>**2013 Mercedes Benz**<br>**2012 Dodge Durango 2611731**<br>**2013 Volkswagen CC519070**<br>**2011 Land Rover Range Rover263653**<br>**2011 bmw 335 262944  S**<br>**2013 MBZ MI 203029**<br>**2014 Dodge ram  407541**<br>**2011 Subaru Forrester 715337  S**<br>**2015 Porsche Macan B50424**<br>**2013 MBZ GL 241144**<br>**2013 Scion FRS 702561**<br>**2015 MBZ GLK 427187**<br>**2005 Honda S2000 007545**<br>**2013 VW CC 519070**<br>**2011 Land Rover 263653**<br>**2015 Maserati 154295** | **$320,000.00** |

| | |
|---|---:|
| **Westlake Vehicles in which debtor has leashold interest**<br>**2016 Ford F250 C65735**<br>**2018 BMW 5  vin 92979**<br>**2014 VW Beetle 610795**<br>**2013 Land Rover 359907**<br>**2010 Land Rover 524950**<br>**2014 MBZ 026394**<br>**2019 MBZ GLA 006428** | **$180,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Kinetic Vehicles in which debtor has a leashold interest**
**2014 Audi**
**2014 Jeep**
**2007 Jaguar**
**2013 Land Rover**
**2016 MBZ**
**2016 MBZ**
**2016 Nissan**
**2008 VW**
**2013 Dodge Challenger**
**2016 Land Rover**
**2018 Ford Fusion**
**2014 Jaguar**
**2010 Land Rover**
**2015 Fiat**
**2016 Ford**
**2014 Audi**
**2012 BMW**
**2017 Chevy**
**2015 Audi**
**2017 Land Rover**
**2014 BMW**                                                      **$350,000.00**

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

**$1,044,000.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$60,000.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$24,000.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$51,300.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9.*.....................................................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$50.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$1,044,000.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$1,180,350.00** +91b. | **$0.00** |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,180,350.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **ABS Finance** | Describe debtor's property that is subject to a lien | $320,393.00 | $320,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Leasehold interest in Vehicles secured by ABS Funding:**
**2003 Harley Davidson**
**2014 Ram 1500**
**2013 Mercedes Benz**
**2012 Dodge Durango 2611731**
**2013 Volkswagen CC519070**
**2011 Land Rover Range Rover263653**
**2011 bmw 335 262944    S**
**2013 MBZ**

**341 Corporate Terrace**
**Corona, CA 92879**

Creditor's mailing address

**Describe the lien**
**UCC LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **AJ Equity Group LLC** | Describe debtor's property that is subject to a lien | $274,976.87 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1648 61st Street**
**Brooklyn, NY 11204**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Wells Fargo Bank - Checking - Acct# 8153**

**Describe the lien**
**UCC LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Date debt was incurred**

**11/22/2021**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Lifetime Funding**
**2. AJ Equity Group LLC**
**3. Forwardline.com**
**4. Hi Bar Capital**
**5. Kindon Kapital**
**6. Newtek Small Business Finance, LLC**
**7. Pawn Funding**
**8. Yes Capital Group**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 | **Capital Assist** | **Describe debtor's property that is subject to a lien** | **$145,475.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **MCA** | | |

**243 Tresser, 17th Floor**
**Stamford, CT 06901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/21**

**Last 4 digits of account number**

**5780**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 | **Five Star Bank** | **Describe debtor's property that is subject to a lien** | **$250,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **SBA Loan** | | |

**3100 Zinfandel Drive**
**Suite 650**
**Rancho Cordova, CA 95670**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/16/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Forwardline.com** |
|---|---|
| | Creditor's Name |

**5161 Lankershim Blvd.**
**North Hollywood, CA 91601**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/28/20**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**Wells Fargo Bank - Checking - Acct# 8153**

$100,000.00    $60,000.00

**Describe the lien**
**UCC LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Hi Bar Capital** |
|---|---|
| | Creditor's Name |

**1825 65th St.**
**Brooklyn, NY 11204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/9/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**Wells Fargo Bank - Checking - Acct# 8153**

$250,000.00    $60,000.00

**Describe the lien**
**UCC LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Kindon Kapital** |
|---|---|
| | Creditor's Name |

**1825 65th St.**
**Brooklyn, NY 11204**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Wells Fargo Bank - Checking - Acct# 8153**

$400,000.00    $60,000.00

**Describe the lien**
**UCC LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| 2.8 | **Kinetic Advantage, LLC** | Describe debtor's property that is subject to a lien | $250,000.00 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**Kinetic Vehicles in which debtor has a leashold interest**
**2014 Audi**
**2014 Jeep**
**2007 Jaguar**
**2013 Land Rover**
**2016 MBZ**
**2016 MBZ**
**2016 Nissan**
**2008 VW**
**2013 Dodge Challenger**
**2016 Land Rover**
**2018 Ford Fusion**
**2014 Jaguar**
**2010**

**10333 N Meridian, Suite 400**
**Indianapolis, IN 46290**

Creditor's mailing address

**Describe the lien**
**UCC LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.9 | **Lifetime Funding** | Describe debtor's property that is subject to a lien | $280,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**Wells Fargo Bank - Checking - Acct# 8153**

**585 Stewart Avenue, Suite L90**
**Garden City, NY 11530**

Creditor's mailing address

**Describe the lien**
**UCC LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check that all apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.2** | ☐ Unliquidated |
| | ■ Disputed |

---

**2.10**

**NetGear Capital**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**Vehicles by Next Gear Capital in which debtor has a leasehold interest**
**2013 BMW**
**2014 GMC**
**2012 Ford F250**
**2013 Toyota sequoia**
**2012 Range rover**
**2015 Dodge Durango**
**2012 BMW M3**

$155,700.00     $185,000.00

**11799 N College Ave.**
**Carmel, IN 46032**
Creditor's mailing address

**Describe the lien**
**UCC LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2010**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.11**

**Newtek Small Business Finance, LLC**
Creditor's Name

**Describe debtor's property that is subject to a lien**

**Wells Fargo Bank - Checking - Acct# 8153**

$2,100,000.00     $60,000.00

**1981Marcus Avenue**
**Suite 130**
**New Hyde Park, NY 11042**
Creditor's mailing address

**Describe the lien**
**UCC LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/6/2021**
**Last 4 digits of account number**
**7644**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.2** | ☐ Unliquidated |
| | ■ Disputed |

---

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 14 of 32

| 2.1 2 | **Pawn Funding** | Describe debtor's property that is subject to a lien | $80,000.00 | $60,000.00 |

Creditor's Name

**2167 E 21st Street, Suite 252**
**Brooklyn, NY 11229**
Creditor's mailing address

**Wells Fargo Bank - Checking - Acct# 8153**

Creditor's email address, if known

**Describe the lien**
**UCC LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred
**10/19/2021**
Last 4 digits of account number

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **Westlake Flooring** | Describe debtor's property that is subject to a lien | $180,261.49 | $180,000.00 |

Creditor's Name

**Westlake Vehicles in which debtor has leashold interest**
**2016 Ford F250 C65735**
**2018 BMW 5  vin 92979**
**2014 VW Beetle 610795**
**2013 Land Rover 359907**
**2010 Land Rover 524950**
**2014 MBZ 026394**
**2019 MBZ GLA 006428**

**4751 Wilshire Blvd, #100**
**Los Angeles, CA 90010**
Creditor's mailing address

**Describe the lien**
**UCC LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/27/2020**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Yes Capital Group** | Describe debtor's property that is subject to a lien | $200,000.00 | $60,000.00 |

Creditor's Name

**161 Kings Hwy**
**Brooklyn, NY 11204**
Creditor's mailing address

**Wells Fargo Bank - Checking - Acct# 8153**

**Describe the lien**
**UCC LIEN**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 15 of 32

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,986,806.36** |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept of Tax and Fee Admin**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580,000.00** | **$580,000.00** |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,546.93** | **$2,546.93** |
|  | Date or dates debt was incurred<br>**2019-2021** | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 17 of 32

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Bouskila, Attorney for AJ Equity**
**Berkovitch & Bouskila**
80 Broad St., Suite 3303
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Chase Cardmember Services**
P.O. Box 6294
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit Card__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,334.89 |
|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS A340**
P.O. Box 2952
Sacramento, CA 95812-2952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017, 2019, 2021__

**Basis for the claim:** __Taxes__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,990.99 |
|---|---|---|---|

**Wells Fargo Bank**
**Small Business Lending**
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Line__

Last 4 digits of account number __3498__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Wells Fargo Bank, N.A**
P.O. Box 29482 MAC S4102-08C
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Card__

Last 4 digits of account number __8157__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 582,546.93 |
| 5b. Total claims from Part 2 | 5b. + | $ | 33,825.88 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 616,372.81 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **Mag Auto Group Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-41536 WJL**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease** | |
| State the term remaining | **Until October 2024** | |
| List the contract number of any government contract | | **Abu Hamed Family Trust** |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 19 of 32

Debtor name **Mag Auto Group Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-41536 WJL**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | **AJ Equity Group LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | **California Dept of Tax and Fee Admin** | ☐ D _____ <br> ■ E/F __2.1__ <br> ☐ G _____ |
| 2.3 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | **Capital Assist** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | **Chase Cardmember Services** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.5 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | **Five Star Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Franchise Tax Board** | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.7 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Franchise Tax Board** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.8 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Hi Bar Capital** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Kindon Kapital** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Lifetime Funding** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Newtek Small Business Finance, LLC** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Pawn Funding** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Wells Fargo Bank** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 21 of 32

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Pouriya Pete Mozaffary | 30 Sugar Pine Lane Danville, CA 94506 | Wells Fargo Bank, N.A | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.15 | Pouriya Pete Mozaffary | 30 Sugar Pine Lane Danville, CA 94506 | Westlake Flooring | ■ D __2.13__ ☐ E/F _____ ☐ G _____ |
| 2.16 | Pouriya Pete Mozaffary | 30 Sugar Pine Lane Danville, CA 94506 | Yes Capital Group | ■ D __2.14__ ☐ E/F _____ ☐ G _____ |
| 2.17 | Pouriya Pete Mozaffari | 30 Sugar Pine Lane Danville, CA 94506 | Abu Hamed Family Trust | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 22 of 32

Debtor name **Mag Auto Group Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-41536 WJL**

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,000,000.00** |
   | **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$6,500,000.00** |
   | **For year before that:** From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$7,678,420.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Next Generation Capital**<br>**11799 N College Avenue**<br>**Carmel, IN 46032** | **2013 BMW 3-SE**<br>**2014 GMC Sierra**<br>**2012 Ford F250**<br>**2014 Toyota Tundra**<br>**2018 Honda Civic**<br>**2013 Toyota Sequioa**<br>**2012 Land Ranger**<br>**2015 Dodge Duran**<br>**2012 BMW M3** | **December 2021** | **$200,000.00** |
| **Kinetic Advantage**<br>**10333 n. Meridian St.**<br>**Indianapolis, IN 46290** | **2014 Audi**<br>**2014 Jeep**<br>**2007 Jaguar**<br>**2013 Land Rover**<br>**2016 Mercedez Benz**<br>**2016 Mercedez Benz**<br>**2016 Nissan**<br>**2008 Volkswagen**<br>**2013 Dodge**<br>**2016 Land Rover**<br>**2018 Ford**<br>**2014 Jaguar**<br>**2010 Land Rover**<br>**2015 Fiat**<br>**2016Ford**<br>**2014 Audi**<br>**2012 BMW**<br>**2017 Chevrolet**<br>**2015 Audi**<br>**2017 Land Rover**<br>**2014 BMW** | **September 2021** | **$300,000.00** |
| **Auto Finance Solutions, LLC**<br>**17702 Mitchell North**<br>**Suite 250**<br>**Irvine, CA 92614** | **2014 Cadillac CTS and 2011 Audi A4** | **Septmber2021** | **$35,000.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Gonzales v. Marin Auto Group<br>ADJ12092191 | Workers Compensation Claim | Workers Compensation Appeal Board | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | AJ Equity v Mag Auto Group INc.<br>500532-2022 | Breach of Contract | Supreme Court of the State of New York | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **2016 Ford F150** | **25000** | **10/9/21** | **$0.00** |
| **Flood in 2021** | **0** | **August 2021** | **$10,000.00** |

### Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 25 of 32

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **Law Office of Marc Voisenat** **2329 A Eagle Avenue** **Alameda, CA 94501** | **Attorney Fees** | **December 29, 2021** | **$15,068.00** |
| **Email or website address** **voisenat@gmail.com** | | | |
| **Who made the payment, if not debtor?** **Pouriya Pete Mazzaffary** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Comerica Bank<br>1442 Main Street<br>Walnut Creek, CA<br>94596-9000** | **XXXX-4034** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2021** | **$3,000.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Marc Young<br>Industry Standard Inl<br>401 Clovis Ave, Suite 204<br>Clovis, CA 93612** | **2019 -2020** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **CDTFA**<br>**1515 Clay Street, Suite 303**<br>**Oakland, CA 94612** | **May 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Small Business Administration**<br>**P.O. Box 3918**<br>**Portland, OR 97208** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pouriya Pete Mazzaffary** | **30 Sugar Pine Lane**<br>**Danville, CA 94506** | **President community property interest** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Case: 21-41536   Doc# 19   Filed: 01/28/22   Entered: 01/28/22 10:12:18   Page 29 of 32

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Pouriya Mozaffary**<br>**30 Sugar Pine Lane**<br>**Danville, CA 94506** | **70,000** | **2021** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2022**

**/s/ Pouriya Pete Mozaffary**                                          **Pouriya Pete Mozaffary**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 30 of 32

# United States Bankruptcy Court
## Northern District of California

In re **Mag Auto Group Inc.** _____ Case No. **21-41536 WJL**
                                  Debtor(s)       Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 27, 2022** _____ Signature **/s/ Pouriya Pete Mozaffary** _____
                                                       **Pouriya Pete Mozaffary**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                         Case No.    **21-41536 WJL**

**Mag Auto Group Inc.**

_____ Debtor(s).        /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of  **2**  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **January 27, 2022**

                         **/s/ Marc Voisenat**
                         Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy