Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**DECLARATION OF POURIYA PETE MOZAFFARI IN SUPPORT OF APPLICATION TO EMPLOY ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION** |

I, Pouriya Pete Mozaffari declare as follows:

1. I am the President of the debtor in the above referenced action. If called to testify, I could and would testify to those facts set forth below.

2. On December 29, 2021, I paid Marc Voisenat the sum of $15,068.00 for the benefit of Mag Auto Group, Inc. to pay the retainer for Marc Voisenat as the debtor's bankruptcy attorney. I paid this money to Marc Voisenat as a gift to Mag Auto Group, Inc. and do not expect to be paid back from this estate. I waive any claims I may have against this chapter 11 estate.

3. I also understand and agree, that despite the fact that I paid Marc Voisenat's initial retainer, I have no authority on how this case is prosecuted by Marc Voisenat.

///

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2022

/s/ Pouriya Pete Mozaffari
Pouriya Pete Mozaffari