Form FTP

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Mag Auto Group Inc.<br>   dba  Mag Motor Company<br>   dba  Marin Auto Group<br>   dba  Mag Investment Inc<br>      Debtor(s) | Case No.: 21−41536 WJL 11<br>Chapter: 11 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 11 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(4)(K) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee for Amended Sch D, E/F or Matrix or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE PAID IN THE EXACT AMOUNTS. PAYMENT MUST BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS CANNOT BE ACCEPTED. DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER MUST BE INCLUDED WITH ALL PAYMENTS. INSTALLMENT PAYMENTS, BUT NOT THE INITIAL FILING FEE, MAY ALSO BE PAID ONLINE USING A DEBIT CARD, PAYPAL, OR ACH (BANK ACCOUNT TRANSFER) VIA PAY.GOV BY USING THE LINK ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV.

EFFECTIVE SEPTEMBER 17, 2018, THE CLERK'S OFFICE WILL NO LONGER ACCEPT CASH.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

**In person filing via Drop Box:**
U.S. Bankruptcy Court
1300 Clay Street, 2nd floor
Oakland, CA 94612

Dated: 1/28/22

By the Court:

William J. Lafferty
United States Bankruptcy Judge