# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: admin | Date Created: 1/28/2022 |
| Case: 21–41536 | Form ID: FTP | Total: 5 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr        Not Assigned – OK

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust       Office of the U.S. Trustee/Oak     USTPRegion17.OA.ECF@usdoj.gov
aty       Elvina Rofael     elvina.rofael@usdoj.gov
aty       Marc Voisenat     marcvoisenatlawoffice@gmail.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Mag Auto Group Inc.     1890 N Main Street     Walnut Creek, CA 94596

TOTAL: 1