| | |
|---|---|
| In re: | Case No. 21-41536-WJL |
| Mag Auto Group Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0971-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2022 | Form ID: FTP | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mag Auto Group Inc., 1890 N Main Street, Walnut Creek, CA 94596-4129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - OK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2022      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Creditor Hi Bar Capital afg@pryormandelup.com |
| Dixon Leon Gardner | on behalf of Creditor Westlake Flooring Company LLC dgardner@madisonlawapc.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,Patti.Vargas@usdoj.gov,GemMil.Langit@usdoj.gov |
| Marc Voisenat | on behalf of Debtor Mag Auto Group Inc. marcvoisenatlawoffice@gmail.com R47338@notify.bestcase.com |

Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Mag Auto Group Inc.<br><br>    dba  Mag Motor Company<br>    dba  Marin Auto Group<br>    dba  Mag Investment Inc<br>        Debtor(s) | Case No.: 21−41536 WJL 11<br>Chapter: 11 |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 11 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(4)(K) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee for Amended Sch D, E/F or Matrix or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE PAID IN THE EXACT AMOUNTS. PAYMENT MUST BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS CANNOT BE ACCEPTED. DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER MUST BE INCLUDED WITH ALL PAYMENTS. INSTALLMENT PAYMENTS, BUT NOT THE INITIAL FILING FEE, MAY ALSO BE PAID ONLINE USING A DEBIT CARD, PAYPAL, OR ACH (BANK ACCOUNT TRANSFER) VIA PAY.GOV BY USING THE LINK ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV.

EFFECTIVE SEPTEMBER 17, 2018, THE CLERK'S OFFICE WILL NO LONGER ACCEPT CASH.

| | |
|---|---|
| **Mailing Address:**<br>U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612 | **In person filing via Drop Box:**<br>U.S. Bankruptcy Court<br>1300 Clay Street, 2nd floor<br>Oakland, CA 94612 |

Dated: <u>1/28/22</u>

By the Court:

William J. Lafferty
United States Bankruptcy Judge