DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorney for ABS Finance Company LLC dba ABS Auto Auctions

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re

MAG AUTO GROUP, INC.

    Debtor-In-Possession.

Case No. 4-21-bk-41536 (WJL)

Chapter 11

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears under Federal Rules of Bankruptcy Procedure 9010 for creditor ABS Finance Company dba ABS Auto Auctions and requests that all required notices be directed to:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

NOTICE OF APPEARANCE
4880-3483-8283V.1-1451-007

David A. Wood

Matthew W. Grimshaw

MARSHACK HAYS LLP

870 Roosevelt

Irvine, CA 92620

Tel: (949) 333-7777

Fax: (949) 333-7778

Email: dwood@marshackhays.com

Email: mgrimshaw@marshackhays.com

DATED: February 1, 2022     MARSHACK HAYS LLP

By: _/s/ Matthew W. Grimshaw_
DAVID A. WOOD
MATTHEW W. GRIMSHAW
Attorneys for ABS Finance Company LLC
dba ABS Auto Auctions

NOTICE OF APPEARANCE

4880-3483-8283V.1-1451-007

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 1, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEY FOR CREDITOR WESTLAKE FLOORING COMPANY, LLC:** Dixon Leon Gardner dgardner@madisonlawapc.com
- **ATTORNEY FOR CREDITOR HI BAR CAPITAL:** Anthony F. Giuliano afg@pryormandelup.com
- **U.S. TRUSTEE (OAKLAND):** Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov
- **ATTORNEY FOR THE U.S. TRUSTEE (OAKLAND):** Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, Patti.Vargas@usdoj.gov, GemMil.Langit@usdoj.gov
- **ATTORNEY FOR DEBTOR MAG AUTO GROUP INC.:** Marc Voisenat marcvoisenatlawoffice@gmail.com, R47338@notify.bestcase.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **February 1, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
MAG AUTO GROUP INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1890 N MAIN STREET
WALNUT CREEK, CA 94596

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 1, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PURSUANT TO USBC, NORTHERN DISTRICT OF CALIFORNIA'S "EIGHTH AMENDED GENERAL ORDER," §4, "UNTIL FURTHER NOTICE, PARTIES DO NOT NEED TO SUBMIT CHAMBERS' COPIES."**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 1, 2022 | Cynthia Bastida | /s/ Cynthia Bastida |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 21-41536   Doc# 23   Filed: 02/01/22   Entered: 02/01/22 14:38:37   Page 3 of 3