Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re: | Case No.: 21-41536 |
| Mag Auto Group, Inc. | Chapter 11 |
| Debtor-in-Possession | **CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to the within action; my business address is 2329A Eagle Avenue, Alameda, California 94501

On January 18, 2022, I served the foregoing document described as: **APPLICATION TO EMPLOY ATTORNEY FOR DEBTOR AND DEBTOR-IN-POSSESSION** on the interested parties by electronic mail to:

Office of the U.S. Trustee - Teresa.B.Field@usdoj.gov

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on February 2, 2022, at Alameda, California.

/s/ Marc Voisenat
Marc Voisenat