# Optimize Business Checking℠



MAG AUTO GROUP INC.
DBA MAG MOTOR COMPANY
1890 N MAIN ST
WALNUT CREEK CA 94596-4129

**Questions?**

Available by phone 24 hours a day, 7 days a week:
1-800-CALL-WELLS (1-800-225-5935)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Optimize Business Checking ℠

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 3 | $183,793.72 | $1,265,752.84 | -$1,420,644.80 | $28,901.76 |

## Credits
### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/16 | 15,000.00 | Mobile Deposit : Ref Number :815160571031 |
| | 12/17 | 2,000.00 | Mobile Deposit : Ref Number :216170179311 |
| | 12/22 | 10,000.00 | Mobile Deposit : Ref Number :414220348298 |
| | 12/22 | 15,000.00 | Mobile Deposit : Ref Number :314220347884 |
| | | $42,000.00 | Total deposits |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/02 | 3,643.04 | Mb Auto Finance Loan Pmt 211130 019890028499000 Marin Auto Grou |
| | 12/02 | 700,000.00 | Sbad Treas 310 Misc Pay 120221 xxxxx3000 Rmt*CT*9098407800 200 02576 F9203********\ |
| | 12/03 | 15,818.97 | Golden 1 Cu Vhcl Purch 211202 1Yy25W585102423 310529Mag Motor Compan |
| | 12/03 | 4,500.00 | Deposit Made In A Branch/Store |
| | 12/06 | 500.00 | Bankcard-1203 Mtot Dep 211203 530960690202650 Marin Auto Group |
| | 12/06 | 10,800.00 | Deposit Made In A Branch/Store |
| | 12/06 | 30,390.05 | WT Fed#00826 Bank of America CO /Org=Lynn Anderson Ttee U/A Dtd 05/26/20 Srf# 2021120600447539 Trn#211206125424 Rfb# P51340038433 |
| | 12/06 | 10,292.54 | WT Fed#00742 Jpmorgan Chase Ban /Org=Abdelsalam Badawi Srf# 3528911340Es Trn#211206163709 Rfb# Poh of 21/12/06 |
| | 12/06 | 49,367.00 | Deposit Made In A Branch/Store |
| | 12/08 | 224.49 | Cu Direct Vadmin Fee 211207 2Shadc1Bh715337 310529Mag Motor Compan |
| | 12/08 | 11,224.62 | Cu Direct Vhcl Purch 211207 2Shadc1Bh715337 310529Mag Motor Compan |
| | 12/13 | 215.58 | Purchase Return authorized on 12/10 Paypal *Fragrancen 4029357733 NY S621345481394795 Card 6823 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
(114)
Sheet Seq = 0020388
Sheet 00001 of 00012



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 12/13 | 95.00 | Meriwest Cu Vadmin Fee 211210 Mgd38668S033449 310529Mag Motor Compan |
| | 12/13 | 2,659.42 | Bankcard-1203 Mtot Dep 211212 530960690202650 Marin Auto Group |
| | 12/13 | 6,691.92 | Meriwest Cu Vhcl Purch 211210 Mgd38668S033449 310529Mag Motor Compan |
| | 12/14 | 30,490.00 | Deposit Made In A Branch/Store |
| | 12/15 | 293.05 | Golden 1 Cu Vadmin Fee 211214 1Bk1Eb7Du021828 310529Mag Motor Compan |
| | 12/15 | 14,611.48 | Golden 1 Cu Vhcl Purch 211214 1Bk1Eb7Du021828 310529Mag Motor Compan |
| | 12/16 | 4,000.00 | Bankcard-1203 Mtot Dep 211215 530960690202650 Marin Auto Group |
| | 12/17 | 1,886.93 | Bankcard-1203 Mtot Dep 211216 530960690202650 Marin Auto Group |
| | 12/17 | 16,600.00 | Deposit Made In A Branch/Store |
| | 12/17 | 1,790.00 | Online Transfer Ref #Ib0D5Bx7Yz From BusinessLine Line of Credit Xxxxxxxxxxxx3498 on 12/17/21 |
| | 12/20 | 185,000.00 | WT Fed#03415 Jpmorgan Chase Ban /Org=Lifetime Funding LLC Funding Srf# 3168111354Es Trn#211220022773 Rfb# Boh of 21/12/20 |
| | 12/20 | 3,000.00 | Bankcard-1203 Mtot Dep 211219 530960690202650 Marin Auto Group |
| | 12/21 | 10,808.00 | eDeposit IN Branch/Store 12/21/21 04:43:07 PM 1499 N Main St Walnut Creek CA |
| | 12/21 | 797.00 | Overdraft Xfer From Credit Card OR Line |
| | 12/22 | 229.52 | Golden 1 Cu Vadmin Fee 211221 1Bl1V81C1613859 310529Mag Motor Compan |
| | 12/22 | 11,435.07 | Golden 1 Cu Vhcl Purch 211221 1Bl1V81C1613859 310529Mag Motor Compan |
| | 12/22 | 20,000.00 | Bankcard-1203 Mtot Dep 211221 530960690202650 Marin Auto Group |
| | 12/23 | 8,177.00 | Bankcard-1203 Mtot Dep 211222 530960690202650 Marin Auto Group |
| | 12/24 | 20,000.00 | Bankcard-1203 Mtot Dep 211223 530960690202650 Marin Auto Group |
| | 12/27 | 13,653.16 | Bankcard-1203 Mtot Dep 211224 530960690202650 Marin Auto Group |
| | 12/27 | 4,000.00 | Bankcard-1203 Mtot Dep 211226 530960690202650 Marin Auto Group |
| | 12/31 | 600.00 | Golden 1 Cu Vadmin Fee 211230 T7W2B64Gec65835 310529Mag Motor Compan |
| | 12/31 | 29,959.00 | Golden 1 Cu Vhcl Purch 211230 T7W2B64Gec65835 310529Mag Motor Compan |
| | | **$1,223,752.84** | Total electronic deposits/bank credits |
| | | **$1,265,752.84** | Total credits |

## Debits

Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/01 | 3,937.50 | < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211130 Forwardlinecorp Mag Auto Group Inc |
| | 12/01 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 1 Mag Auto Group Inc |
| | 12/01 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity 2126451835 211130 Mag Motor Company |
| | 12/01 | 14,751.13 | < | Business to Business ACH Debit - Westlake Floorin Payables 113021 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Kmhhu6Kj7Fu12 |
| | 12/01 | 3,941.70 | < | Business to Business ACH Debit - Five Star Bank 342521458 Mag Auto Group Inc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020389
Sheet 00002 of 00012



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/02 | 1,760.77 | < | Business to Business ACH Debit - Bankcard-1203 Mtot Disc 211130 530960690202650 Marin Auto Group |
| | 12/02 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 2 Mag Auto Group Inc |
| | 12/02 | 84,620.00 | | Coxautomotiveg2G Remarketng 211201 8291815 Mag Auto *Group |
| | 12/02 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity 2126451835 211201 Mag Motor Company |
| | 12/02 | 12,224.15 | < | Business to Business ACH Debit - Westlake Floorin Payables 120121 xxxxx5184 100425184 ,Mag Motor Company ,Vin:5Tddk3DC5Bs02 |
| | 12/02 | 230.00 | | Venmo Payment 211202 1017165358628 Peter Mozaffari |
| | 12/02 | 5,000.00 | | American Express ACH Pmt 211202 M3356 Mag Auto |
| | 12/03 | 16.80 | | Purchase authorized on 12/01 Apple Cash 1Infiniteloop CA S461336048215575 Card 6823 |
| | 12/03 | 5,000.00 | | American Express ACH Pmt 211203 M9938 Mag Auto |
| | 12/03 | 215.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211203 Mag Motor Company |
| | 12/03 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 3 Mag Auto Group Inc |
| | 12/03 | 5,583.33 | < | Business to Business ACH Debit - Pawn Funding Pwf670639 211203 Mag Auto Mag Auto Group Inc |
| | 12/03 | 21,440.00 | < | Business to Business ACH Debit - Kingdom Kapital 327^Mag Au Dec 3 Mag Auto Group - 3 |
| | 12/03 | 65,570.00 | | Coxautomotiveg2G Remarketng 211202 5008659 Mag Auto Group *Inc |
| | 12/03 | 1,530.79 | < | Business to Business ACH Debit - Westlake Floorin Payables 120221 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Wbalm53539E16 |
| | 12/03 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120221 2112021630208O0 Mag Auto |
| | 12/03 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity 2126451835 211202 Mag Motor Company |
| | 12/03 | 10,123.91 | < | Business to Business ACH Debit - Westlake Floorin Payables 120221 xxxxx5184 100425184 ,Mag Motor Company ,Vin:5Tdzk22C17S02 |
| | 12/03 | 10,483.71 | < | Business to Business ACH Debit - Westlake Floorin Payables 120221 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Jtees42A29212 |
| | 12/06 | 2,000.00 | | American Express ACH Pmt 211206 M8512 Mag Auto |
| | 12/06 | 2,104.73 | < | Business to Business ACH Debit - Westlake Floorin Payables 120321 xxxxx5184 100425184 ,Mag Motor Company ,Vin:1Ft7W2B64Gec6 |
| | 12/06 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120321 211203163016H0M Mag Auto |
| | 12/06 | 3,000.00 | | American Express ACH Pmt 211206 M7190 Mag Auto |
| | 12/06 | 3,523.63 | | Sofi Payments Pi Pymt 211205 T23199211 Mag Auto Group Inc |
| | 12/06 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity 2126451835 211203 Mag Motor Company |
| | 12/06 | 16,889.01 | < | Business to Business ACH Debit - Westlake Floorin Payables 120321 xxxxx5184 100425184 ,Mag Motor Company ,Vin:5Fnrl5H63Gb01 |
| | 12/06 | 380.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211206 Mag Motor Company |
| | 12/06 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 6 Mag Auto Group Inc |
| | 12/07 | 146.22 | | Purchase Intl authorized on 12/06 WWW.Centogene.Com Rostock Deu S581340498024744 Card 6823 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
Sheet Seq = 0020390
Sheet 00003 of 00012



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/07 | 4.38 | | International Purchase Transaction Fee |
| | 12/07 | 10.94 | < | Business to Business ACH Debit - Cpbridgepaygatew Purchase 211206 Marin Auto Grou Marin Auto Group |
| | 12/07 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 7 Mag Auto Group Inc |
| | 12/07 | 4,367.76 | < | Business to Business ACH Debit - Elite Commercial ACH 211207 71157 Mag Auto Group |
| | 12/07 | 8,945.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211207 Mag Motor Company |
| | 12/07 | 23,975.00 | < | Business to Business ACH Debit - Kingdom Kapital 339^Mag Au Dec 7 Mag Auto Group - 3 |
| | 12/07 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120621 211206163015Ij2 Mag Auto |
| | 12/07 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity 2126451835 211206 Mag Motor Company |
| | 12/08 | 4,300.00 | | WT Fed#01502 American Community /Ftr/Bnf=Krupnick Ribotsky Ltd Srf# Ow00001818108080 Trn#211208138379 Rfb# Ow00001818108080 |
| | 12/08 | 2,000.00 | | Zelle to Mozaffari Shaghayegh on 12/08 Ref #Rp0D35D3Mw |
| | 12/08 | 185.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 230.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 245.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 320.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 365.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 2,541.00 | < | Business to Business ACH Debit - Pawn Funding Pwf670639 211208 Mag Auto Mag Auto Group Inc |
| | 12/08 | 3,937.50 | < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211207 Forwardlinecorp Mag Auto Group Inc |
| | 12/08 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 8 Mag Auto Group Inc |
| | 12/08 | 35,000.00 | < | Business to Business ACH Debit - Vendor 8882667524 95770649 Mag Auto Group Inc |
| | 12/08 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120721 211207163016R89 Mag Auto |
| | 12/08 | 9,767.03 | < | Business to Business ACH Debit - Westlake Floorin Payables 120721 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Wauwfafl4Ba09 |
| | 12/08 | 100.00 | | Venmo Payment 211208 1017282894062 Peter Mozaffari |
| | 12/08 | 4,745.76 | | American Express ACH Pmt 211208 M9514 Mag Auto |
| | 12/09 | 5,000.00 | | WT Fed#01627 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001818487101 Trn#211209022950 Rfb# Ow00001818487101 |
| | 12/09 | 7,000.00 | | WT Fed#06124 Signature Bank /Ftr/Bnf=Yes Capital Group Srf# Ow00001818484033 Trn#211209022779 Rfb# Ow00001818484033 |
| | 12/09 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 9 Mag Auto Group Inc |
| | 12/09 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211209 Wxydh8Surxshqzs Mag Motor Company |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
Sheet Seq = 0020391
Sheet 00004 of 00012



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/09 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211209 1Gx5Pzebf1Squx3 Mag Motor Company |
| | 12/09 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120821 2112081630160Jl Mag Auto |
| | 12/09 | 19,067.02 < | Business to Business ACH Debit - Westlake Floorin Payables 120821 xxxxx5184 100425184 ,Mag Motor Company ,Vin:1C4Rjfbg8Ec36 |
| | 12/10 | 260.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211210 Mag Motor Company |
| | 12/10 | 290.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211210 Mag Motor Company |
| | 12/10 | 305.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211210 Mag Motor Company |
| | 12/10 | 643.00 < | Business to Business ACH Debit - Cu Direct Receivable 120921 310529 Mag Motor Company |
| | 12/10 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 10 Mag Auto Group Inc |
| | 12/10 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211210 Rl22Bfibzcthtkp Mag Motor Company |
| | 12/10 | 5,583.33 < | Business to Business ACH Debit - Pawn Funding Pwf670639 211210 Mag Auto Mag Auto Group Inc |
| | 12/10 | 8,000.00 < | Business to Business ACH Debit - Aven Web Pay 211209 000001386903470 Pouriya Pete Mozaffary |
| | 12/10 | 11,833.00 < | Business to Business ACH Debit - CA Dept Tax Fee Cdtfa Epmt 211210 9815354 Mag Auto Group Inc. |
| | 12/10 | 21,440.00 < | Business to Business ACH Debit - Kingdom Kapital 327^Mag Au Dec 10 Mag Auto Group - 3 |
| | 12/10 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120921 211209163022V8K Mag Auto |
| | 12/10 | 19,317.10 < | Business to Business ACH Debit - Westlake Floorin Payables 120921 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Wbalm53539E16 |
| | 12/10 | 3,000.00 | American Express ACH Pmt 211210 M5990 Mag Auto |
| | 12/13 | 346.06 | Client Analysis Srvc Chrg 211210 Svc Chge 1121 000002515108153 |
| | 12/13 | 191.24 | Purchase authorized on 12/09 Apple Cash 1Infiniteloop CA S581343697618471 Card 6823 |
| | 12/13 | 540.00 < | Business to Business ACH Debit - Portfolio ? Es Web Pmts 121321 PC4Lsh Mag Auto Group, Inc. |
| | 12/13 | 1,827.00 < | Business to Business ACH Debit - Portfolio Servic Web Pmts 121321 CC4Lsh Mag Auto Group, Inc. |
| | 12/13 | 2,000.00 | Barclaycard US Creditcard xxxxx6944 Pete Mozaffari |
| | 12/13 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121021 211210163018QMG Mag Auto |
| | 12/13 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211213 O4253Liopib4G7U Mag Motor Company |
| | 12/13 | 215.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211213 Mag Motor Company |
| | 12/13 | 278.00 | NEW York Life Ins. Prem. Dec 21 24 358 156 Pouriya Mozaffari |
| | 12/13 | 499.00 < | Business to Business ACH Debit - Monthly Fee 63519 211213 Mag Auto Group Monthly Fee - 776066 |
| | 12/13 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 13 Mag Auto Group Inc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
Sheet Seq = 0020392
Sheet 00005 of 00012

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 5 of 12


WELLS FARGO

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/14 | 10,400.00 | | WT Fed#02736 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001831957398 Trn#211214108251 Rfb# Ow00001831957398 |
| | 12/14 | 13,450.00 | | WT Seq179402 Carmax /Bnf=Carmax Auto Superstores Inc Srf# Ow00001832321572 Trn#211214179402 Rfb# Ow00001832321572 |
| | 12/14 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 14 Mag Auto Group Inc |
| | 12/14 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp LI 5561Nacha 211214 S8Ulmsb8Syoyqj7 Mag Motor Company |
| | 12/14 | 23,975.00 | < | Business to Business ACH Debit - Kingdom Kapital 339^Mag Au Dec 14 Mag Auto Group - 3 |
| | 12/14 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121321 211213163019Psp Mag Auto |
| | 12/14 | 1,563.65 | < | Business to Business ACH Debit - American Express ACH Pmt 211214 M2498 Mag Auto |
| | 12/15 | 1,500.00 | | Online Transfer Ref #Ib0D4Qj964 to BusinessLine Line of Credit Xxxxxxxxxxxx3498 on 12/15/21 |
| | 12/15 | 245.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211215 Mag Motor Company |
| | 12/15 | 3,937.50 | < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211214 Forwardlinecorp Mag Auto Group Inc |
| | 12/15 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 15 Mag Auto Group Inc |
| | 12/15 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp LI 5561Nacha 211215 Gkinbzvnbachcp7 Mag Motor Company |
| | 12/15 | 10,127.74 | < | Business to Business ACH Debit - Nextgear Payment Payment 121421 58558 Marin Auto Group |
| | 12/15 | 36,940.00 | | Coxautomotiveg2G Remarketng 211214 8245490 Mag Auto Group *Inc |
| | 12/15 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121421 211214163019Y2x Mag Auto |
| | 12/15 | 12,280.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211215 Mag Motor Company |
| | 12/15 | 130.00 | | Venmo Payment 211215 1017419838828 Peter Mozaffari |
| | 12/16 | 5,195.00 | | WT Fed#03112 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001835056604 Trn#211216025253 Rfb# Ow00001835056604 |
| | 12/16 | 220.00 | | Online Transfer Ref #Ib0D4Zm8Hy to Business Card Xxxxxxxxxxxx8157 on 12/16/21 |
| | 12/16 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 16 Mag Auto Group Inc |
| | 12/16 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp LI 5561Nacha 211216 Wujo1Gd9Vbalr55 Mag Motor Company |
| | 12/16 | 18,750.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211216 Mag Motor Company |
| | 12/16 | 450.00 | | Pl*Regencyproper Web Pmts 121621 Lt62F3 Mag Auto |
| | 12/16 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121521 211215163018Yvo Mag Auto |
| | 12/16 | 4,400.64 | | Homestreet Ls Loan Pmt 121521 0001016768 Mag Auto Group |
| | 12/17 | 33.00 | | Recurring Payment authorized on 12/16 Paypal *Lawdepot 4029357733 Can S461350424356068 Card 6823 |
| | 12/17 | 215.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
Sheet Seq = 0020393
Sheet 00006 of 00012

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 6 of 12



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/17 | 215.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 305.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 320.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 320.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 365.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 17 Mag Auto Group Inc |
| | 12/17 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211217 C539Qonmpkodtr0 Mag Motor Company |
| | 12/17 | 5,583.33 | < | Business to Business ACH Debit - Pawn Funding Pwf670639 211217 Mag Auto Mag Auto Group Inc |
| | 12/17 | 21,440.00 | < | Business to Business ACH Debit - Kingdom Kapital 327^Mag Au Dec 17 Mag Auto Group - 3 |
| | 12/17 | 30,000.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121621 211216163019D55 Mag Auto |
| | 12/17 | 12.99 | | Venmo Payment 211217 1017450329941 Peter Mozaffari |
| | 12/20 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/17 $510.00 Check # 41041 |
| 12/17 | 12/20 | 5,195.00 | < | Business to Business ACH Debit - Delta Bridge Fun Delta Brid Dec 17 Deb252847 1Magmotorcompanyinc |
| | 12/20 | 17,000.00 | | Deposited Item Retn Unpaid - Paper 211220 |
| | 12/20 | 12.00 | | Recurring Payment authorized on 12/17 Paypal *Smallpdf 4029357733 Che S461351386857725 Card 6823 |
| | 12/20 | 19,240.00 | | WT Seq144249 Carmax /Bnf=Carmax Auto Superstores Inc Srf# Ow00001846003758 Trn#211220144249 Rfb# Ow00001846003758 |
| | 12/20 | 10,400.00 | | WT Fed#04039 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001846010559 Trn#211220145994 Rfb# Ow00001846010559 |
| | 12/20 | 1,000.00 | | Online Transfer Ref #Ib0D5Yvswq to Business Card Xxxxxxxxxxxx8157 on 12/20/21 |
| | 12/20 | 10,000.00 | | WT Fed#02227 Signature Bank /Ftr/Bnf=Yes Capital Group Srf# Ow00001846445606 Trn#211220227943 Rfb# Ow00001846445606 |
| | 12/20 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121721 211217163021K8S Mag Auto |
| | 12/20 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211220 E1K3Slyfrq2Gkvf Mag Motor Company |
| | 12/20 | 5,600.00 | < | Business to Business ACH Debit - Lifetimefundingi Achpayment 211217 W002 Mag Auto Group LLC 441 |
| | 12/20 | 10,495.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211220 Mag Motor Company |
| | 12/20 | 4,199.00 | < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211220 Mag Auto Paymen Mag Auto Payment |
| | 12/20 | 4,199.00 | < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211220 Mag Auto Paymen Mag Auto Payment |
| | 12/20 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 20 Mag Auto Group Inc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
Sheet Seq = 0020394
Sheet 00007 of 00012



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/20 | 3,000.00 | | American Express ACH Pmt 211220 M6786 Mag Auto |
| | 12/21 | 2,791.66 | < | Business to Business ACH Debit - Pawn Funding Pwf670639 211221 Mag Auto Mag Auto Group Inc |
| | 12/21 | 4,199.00 | < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211221 Mag Auto Paymen Mag Auto Payment |
| | 12/21 | 4,199.00 | < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211221 Mag Auto Paymen Mag Auto Payment |
| | 12/21 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 21 Mag Auto Group Inc |
| | 12/21 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp LI 5561Nacha 211221 Zzcg1Wevvqdc17F Mag Motor Company |
| | 12/21 | 20,704.80 | < | Business to Business ACH Debit - Nextgear Payment Payment 122021 58558 Marin Auto Group |
| | 12/21 | 23,975.00 | < | Business to Business ACH Debit - Kingdom Kapital 339^Mag Au Dec 21 Mag Auto Group - 3 |
| | 12/21 | 29,840.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211221 Mag Motor Company |
| | 12/21 | 90.00 | < | Business to Business ACH Debit - Westlake Floorin Payables 122021 xxxxx5184 100425184 ,Mag Motor Company ,Audit Fee 2021/12 |
| | 12/22 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/21 $2,138.47 Wynwood Capital Direct Pay 122021 211220163015 Yvo Mag Auto |
| | 12/22 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/21 $5,600.00 Lifetimefundingl Achpayment 211220 W003 Mag Auto Group LLC 441 |
| | 12/22 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/21 $8,327.92 Westlake Floorin Payables 122021 xxxxx5 184 100425184 ,Mag Motor Company ,Vin:4S3Bmch68 |
| | 12/22 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/21 $2,500.00 Check # 41055 |
| | 12/22 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/21 $825.00 Check # 41053 |
| | 12/22 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/21 $2,500.00 Check # 41050 |
| | 12/22 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/21 $29,840.00 Abs Finance Comp ACH 211221 Mag Motor Company |
| | 12/22 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/21 $90.00 Westlake Floorin Payables 122021 xxxxx5 184 100425184 ,Mag Motor Company ,Audit Fee 202 |
| | 12/22 | 10,000.00 | | Mobile Deposit Adjustment |
| | 12/22 | 15,000.00 | | Mobile Deposit Adjustment |
| | 12/22 | 749.00 | < | Business to Business ACH Debit - Stripe Dealer CO WWW.Trueca St-J0Q8F1x6L5A5 Mag Auto Group Inc |
| | 12/22 | 1,453.25 | | Blackhawk Countr 00137790 211221 589044Ef36Bdfd8 Mag Group |
| | 12/22 | 3,937.50 | < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211221 Forwardlinecorp Mag Auto Group Inc |
| | 12/22 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 22 Mag Auto Group Inc |
| | 12/22 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp LI 5561Nacha 211222 Bamc8Ymrwwzkswn Mag Motor Company |
| | 12/22 | 15,432.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211222 Mag Motor Company |
| | 12/22 | 500.00 | | Coinbase Inc. 8889087930 211222 4Ws9Bufk Pouriya Pete Mozaffary |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.
Sheet Seq = 0020395
Sheet 00008 of 00012



**Electronic debits/bank debits (continued)**

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/23 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/22 $2,138.47 Wynwood Capital Direct Pay 122121 211221163016 8PM Mag Auto |
| | 12/23 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/22 $4,199.00 Yes Capital Grou Aa285965 211221 873W88-234-3 604 Mag Auto Inc 6382460 |
| | 12/23 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/22 $5,600.00 Lifetimefundingl Achpayment 211221 W004 Mag Auto Group LLC 441 |
| | 12/23 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/22 $15,000.00 Check # 41066 |
| | 12/23 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/22 $1,319.00 Check # 41045 |
| | 12/23 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/22 $1,959.76 Check # 41018 |
| | 12/23 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/22 $500.00 Coinbase Inc. 8889087930 211222 4Ws9Bufk Pouriya Pete Mozaffary |
| | 12/23 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/22 $231.44 Check # 41016 |
| | 12/23 | 4,199.00 | < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211223 Mag Auto Paymen Mag Auto Payment |
| | 12/23 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 122221 211222163016Lab Mag Auto |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $4,199.00 Yes Capital Grp Mag Auto I 211223 Mag Auto Pay Men Mag Auto Payment |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $4,275.00 Capital Assist L Mag Auto G Dec 23 Mag Auto Group Inc |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $4,716.66 Aj Equity Grp LI 5561Nacha 211223 Dz7N1Wgm41A9 3BG Mag Motor Company |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $5,195.00 Delta Bridge Fun Delta Brid Dec 23 Deb262588 1Magmotorcompanyinc |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $5,600.00 Lifetimefundingl Achpayment 211222 W005 Mag Auto Group LLC 442 |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $6,000.00 Check # 41037 |
| | 12/24 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/23 $4,000.00 Check # 41062 |
| | 12/24 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/23 $990.00 Check # 41048 |
| | 12/24 | 4,199.00 | < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211224 Mag Auto Paymen Mag Auto Payment |
| | 12/24 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 24 Mag Auto Group Inc |
| | 12/24 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity Grp LI 5561Nacha 211224 Yibpjk4K5x8Wjnn Mag Motor Company |
| | 12/24 | 5,195.00 | < | Business to Business ACH Debit - Delta Bridge Fun Delta Brid Dec 24 Deb265071 1Magmotorcompanyinc |
| | 12/27 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/24 $5,583.33 Pawn Funding Pwf670639 211224 Mag Auto Mag Auto Group Inc |
| | 12/27 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/24 $21,440.00 Kingdom Kapital 327^Mag Au Dec 24 Mag Auto Group - 3 |
| | 12/27 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/24 $23,975.00 Kingdom Kapital Mag Auto G Dec 24 339 Mag Auto Group |
| | 12/27 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/24 $2,138.47 Wynwood Capital Direct Pay 122321 211223163018 Oxg Mag Auto |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.
Sheet Seq = 0020396
Sheet 00009 of 00012



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/27 | 14,000.00 | | Online Transfer to Ward S Everyday Checking xxxxxx4154 Ref #Ib0D7Bppkm on 12/26/21 |
| | 12/27 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 122621 211224163017Mpp Mag Auto |
| | 12/27 | 275.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211227 Mag Motor Company |
| | 12/28 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/27 $4,716.66 Aj Equity Grp Ll 5561Nacha 211227 7Mlgt7Pgt9Yg W0P Mag Motor Company |
| | 12/28 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/27 $5,195.00 Delta Bridge Fun Delta Brid Dec 27 Deb267466 1Magmotorcompanyinc |
| | 12/28 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/27 $4,275.00 Capital Assist L Mag Auto G Dec 27 Mag Auto Group Inc |
| | 12/28 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/27 $4,199.00 Yes Capital Grou Aa285965 211227 8O3F88-234-3 604 Mag Auto Inc 6404475 |
| | 12/28 | 15.00 | | Recurring Payment authorized on 12/27 Paypal *Eforms Sub 402-935-7733 FL S381361424044045 Card 6823 |
| | 12/28 | 245.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211228 Mag Motor Company |
| | 12/28 | 245.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211228 Mag Motor Company |
| | 12/28 | 260.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211228 Mag Motor Company |
| | 12/28 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 122721 211227163018Jdw Mag Auto |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $2,791.66 Pawn Funding Pwf670639 211228 Mag Auto Mag Auto Group Inc |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $4,199.00 Yes Capital Grp Mag Auto I 211228 Mag Auto Pay Men Mag Auto Payment |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $4,199.00 Yes Capital Grp Mag Auto I 211228 Mag Auto Pay Men Mag Auto Payment |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $4,275.00 Capital Assist L Mag Auto G Dec 28 Mag Auto Group Inc |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $5,195.00 Delta Bridge Fun Delta Brid Dec 28 Deb269859 1Magmotorcompanyinc |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $23,975.00 Kingdom Kapital 339^Mag Au Dec 28 Mag Auto Group - 3 |
| | 12/29 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/28 $5,600.00 Lifetimefundingl Achpayment 211227 W007 Mag Auto Group LLC 443 |
| | 12/29 | 35.00 | | Overdraft Fee for a Transaction Posted on 12/28 $2,138.47 Wynwood Capital Direct Pay 122721 211227163018 Jdw Mag Auto |
| | 12/30 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/29 $499.00 Kingdom Kapital 9292632226 96022617 Mag Auto Group Inc |
| | 12/30 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/29 $3,937.50 Forwardline Fina Preauthpmt 211228 Forwardlinec Orp Mag Auto Group Inc |
| | 12/30 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/29 $4,199.00 Yes Capital Grp Mag Auto I 211229 Mag Auto Pay Men Mag Auto Payment |
| | 12/30 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/29 $4,275.00 Capital Assist L Mag Auto G Dec 29 Mag Auto Group Inc |
| | 12/30 | 35.00 | | NSF Return Item Fee for a Transaction Received on 12/29 $5,195.00 Delta Bridge Fun Delta Brid Dec 29 Deb272279 1Magmotorcompanyinc |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.
Sheet Seq = 0020397
Sheet 00010 of 00012



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $23,530.00 Check # 41064 |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $24,495.00 Check # 40950 |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $2,138.47 Wynwood Capital Direct Pay 122821 211228163017 1V5 Mag Auto |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $4,199.00 Yes Capital Grp Mag Auto I 211230 Mag Auto Pay Men Mag Auto Payment |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $4,275.00 Capital Assist L Mag Auto G Dec 30 Mag Auto Group Inc |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $4,716.66 Aj Equity Grp Ll 5561Nacha 211230 48Olw9Ozhvr4 Kmt Mag Motor Company |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $2,138.47 Wynwood Capital Direct Pay 122921 211229163017 C6Q Mag Auto |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $5,600.00 Lifetimefundingl Achpayment 211229 W009 Mag Auto Group LLC 444 |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $1,320.00 Check # 41047 |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $623.44 Check # 41017 |
| | | **$1,124,259.83** | **Total electronic debits/bank debits** |

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 40831 | 105.00 | 12/09 | 41010* | 98,500.00 | 12/07 | 41030 | 380.00 | 12/09 |
| 40916* | 290.00 | 12/06 | 41011 | 9,892.16 | 12/06 | 41034* | 367.50 | 12/13 |
| 40947* | 12,425.00 | 12/03 | 41012 | 12,912.18 | 12/07 | 41035 | 25,000.00 | 12/09 |
| 40968* | 150.00 | 12/14 | 41013 | 20,000.00 | 12/03 | 41036 | 3,520.00 | 12/10 |
| 40975* | 375.00 | 12/14 | 41014 | 839.38 | 12/13 | 41038* | 15,000.00 | 12/13 |
| 40976 | 974.25 | 12/13 | 41016* | 231.44 | 12/22 | 41039 | 13,392.88 | 12/14 |
| 40983* | 1,762.78 | 12/06 | 41021* | 2,967.00 | 12/10 | 41040 | 18,000.00 | 12/14 |
| 40994* | 6,190.00 | 12/03 | 41022 | 285.00 | 12/10 | 41041 | 510.00 | 12/17 |
| 40996* | 12,015.00 | 12/09 | 41025* | 190.00 | 12/03 | 41044* | 757.58 | 12/20 |
| 41003* | 1,125.00 | 12/03 | 41026 | 125.00 | 12/23 | 41048* | 990.00 | 12/23 |
| 41005* | 510.00 | 12/01 | 41027 | 750.00 | 12/02 | 41051* | 82.84 | 12/20 |
| 41006 | 4,000.00 | 12/03 | 41028 | 622.00 | 12/06 | 41052 | 127.98 | 12/20 |
| 41007 | 3,000.00 | 12/02 | 41029 | 95.00 | 12/10 | 41063* | 3,000.00 | 12/20 |
| 41008 | 24,925.00 | 12/03 | | | | | | |
| | **$296,384.97** | **Total checks paid** | | | | | | |

\* *Gap in check sequence.*

| | $1,420,644.80 | Total debits |
|---|---|---|

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020398
Sheet 00011 of 00012

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 11 of 12



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 183,793.72 | 12/10 | 217,079.01 | 12/22 | -687.33 |
| 12/01 | 151,661.73 | 12/13 | 192,533.37 | 12/23 | -242.80 |
| 12/02 | 738,728.19 | 12/14 | 130,586.71 | 12/24 | 1,091.54 |
| 12/03 | 559,098.49 | 12/15 | 69,200.87 | 12/27 | 2,191.23 |
| 12/06 | 608,853.64 | 12/16 | 48,055.10 | 12/28 | -852.24 |
| 12/07 | 448,862.03 | 12/17 | -117.42 | 12/29 | -1,132.24 |
| 12/08 | 390,161.38 | 12/20 | 82,409.05 | 12/30 | -1,412.24 |
| 12/09 | 305,747.57 | 12/21 | -777.07 | 12/31 | 28,901.76 |

Average daily ledger balance    $177,698.66

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020399
Sheet 00012 of 00012