Marc Voisenat (CSB# 170935)
2329 A Eagle Avenue
Alameda, Ca 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtors-in-Possession
Mag Auto Group, Inc.

United States Bankruptcy Court

Northern District of California

| | |
|---|---|
| In re: | Case No.: 21-41536 WJL |
| Mag Auto Group, Inc. | Chapter 11 |
| Debtors-in-Possession | **CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to the within action; my business address is 2329 A Eagle Avenue, Alameda, California 94501

On February 2, 2022 I served the foregoing document described as: **STATUS CONFERENCE STATEMENT** to the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as follows:

**SEE ATTACHED LIST**

<u>Via Electronically</u>

Office of the U.S. Trustee

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed on February 2 2022 at Alameda, California.

/s/ Nilda Voisenat
NildaVoisenat

| | ABS Finance<br>341 Corporate Terrace<br>Corona, CA 92879-6028 | ABS Finance Company LLC dba ABS Auto Auction<br>c/o Matthew W. Grimshaw<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
|---|---|---|
| AJ Equity<br>1648 61st Street<br>Brooklyn, NY 11204 | AJ Equity Group, LLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2209 | Ariel Bouskila, Attorney for AJ Equity<br>Berkovitch & Bouskila<br>80 Broad St., Suite 3303<br>New York, NY 10004-2209 |
| Berkovitch & Bouskila, PLLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2209 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California Dept of Tax and Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | Capital Assist<br>243 Tresser, 17th Floor<br>Stamford, CT 06901 | Capital Assist<br>750 Main Street, Suite 906<br>Hartford, CT 06103-2703 |
| (p) JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Five Star Bank<br>3100 Zinfandel Drive<br>Suite 650<br>Rancho Cordova, CA 95670-6064 |
| Forwardline.com<br>5161 Lankershim Blvd.<br>North Hollywood, CA 91601-4962 | Dixon Leon Gardner<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 | Anthony F. Giuliano<br>Giuliano Law, PC<br>445 Broadhollow Road, Suite 25<br>Melville, NY 11747-3645 |
| Matthew W. Grimshaw<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 | Hi Bar Capital<br>Giuliano Law, PC<br>445 Broadhollow Rd., Suite 25<br>Melville, NY 11747-3645 | Hi Bar Capital<br>1825 65th St.<br>Brooklyn, NY 11204-3819 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kindon Kapital<br>1825 65th St.<br>Brooklyn, NY 11204-3819 |
| Kinetic Advantage<br>10333 n. Meridian St.<br>Indianapolis, IN 46290-1150 | Kinetic Advantage, LLC<br>10333 N Meridian, Suite 400<br>Indianapolis, IN 46290-1112 | Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 |
| Lifetime Funding<br>585 Stewart Avenue, Suite L90<br>Garden City, NY 11530-4750 | Mag Auto Group Inc.<br>1890 N Main Street<br>Walnut Creek, CA 94596-4129 | Pouriya Pete Mozaffary<br>30 Sugar Pine Lane<br>Danville, CA 94506-4534 |

NetGear Capital
11799 N College Ave.
Carmel, IN 46032-5605

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
New Hyde Park, NY 11042-1046

Pawn Funding
2167 E 21st Street, Suite 252
Brooklyn, NY 11229-3607

Elvina Rofael
Office of the United States Trustee
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102-3661

(p)CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

(p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Westlake Financial Company, LLC
17702 Mitchell North
Irvine, CA 92614-6013

Westlake Flooring
4751 Wilshire Blvd, #100
Los Angeles, CA 90010-3847

Westlake Flooring Company, LLC
Madison Law, APC
17702 Mitchell North
Irvine, CA 92614-6013

Westlake Flooring Company, LLLC
Madison Law, APC
17702 Mitchell North
Irvine, CA 92614-6013

David A. Wood
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

Yes Capital Group
161 Kings Hwy
Brooklyn, NY 11223-1038

4