Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**APPLICATION TO DESIGNATE PETER MOZAFFARI AS RESPONSIBLE PERSON FOR DEBTOR** |

TO: THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

PLEASE TAKE NOTICE THAT Mag Auto Group, Inc. (Hereinafter "Applicant") hereby applies to the Court (the "Application"), for an order designating Pouriya Pete Mozaffari as the responsible person for the above named debtor pursuant to Sections 105(a) of Title 11 of the United States Code (the "Bankruptcy Code").

The application of Mag Auto Group, Inc., the debtor herein, respectfully represents:

1. The debtor filed a petition under chapter 13 on December 31, 2021.

2. This Court has jurisdiction of this Application pursuant to 28 U.S.C. §1334 and General Order 24 of the U.S. District Court for the Northern District of California. Venue of this proceeding and the within application in this district is property pursuant to 28 U.S.C. §§1408

and 1409. The statutory predicate for the relief sought herein is §105 of the Bankruptcy Code.

3. The debtor is in the business of selling used vehicles.

4. Mr. Mozaffari is the President and sole owner of debtor and for the last 15 years has been intimately involved in everyday operations.

5. Debtor seeks to appoint Pouriya Pete Mozaffari as its responsible person with broad authority with respect to the conduct of the business of the Debtor.

WHEREFORE, debtor prays pursuant to Bankruptcy Code section 105(a) for an order appointing Peter Mozaffari as the debtor's responsible person.

Dated: 2/2/2022

/s/ Marc Voisenat
Marc Voisenat - Attorney,
for Debtor-In-Possession