

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtors-In-Possession
Mag Auto Group Inc.

**The following constitutes the order of the Court.**
**Signed: February 3, 2022**

_William J. Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re

Mag Auto Group, Inc.

      Debtors-In-Possession.

Case No.: 21-41536 WJL

Chapter 11

**ORDER TO EMPLOY ATTORNEY**
**FOR DEBTOR-IN-POSSESSION**

    Upon reading and consideration of the Debtor's Application filed January 14, 2022 (Dkt. No. 13) to employ Marc Voisenat as its attorney in this Chapter 11 case, and the court being satisfied that Marc Voisenat represents no interest adverse to the Debtor, or to such estate, that such employment is necessary and that good cause appears for such employment,

    IT IS HEREBY ORDERED that the employment of Marc Voisenat as attorney for the Debtors and Debtors-in-Possession in this Chapter 11 case is approved pursuant to 11 U.S.C. §327 effective December 31, 2021.

    Fees and expenses are subject to court approval and any request for allowance and payment of such fees is subject to the court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Northern District of California.

*** END OF ORDER ***

## COURT SERVICE LIST

No court service required