**GREENBERG TRAURIG. LLP**
MICHAEL R. HOGUE, SBN 272083
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
(415) 655-1300;
hoguem@gtlaw.com

JOHN D. ELROD (*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2259
*elrodj@gtlaw.com*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-41536<br><br>**NOTICE OF MOTION AND AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.'S COLLATERAL**<br><br>Date: March 2, 2022<br>Time: 9:30 a.m.<br>Courtroom: 220 |

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 2, 2022, at 9:30 a.m., or as soon thereafter as the matter may be heard, before the Honorable William J. Lafferty, III, Debtor MAG Auto Group Inc. (the "Debtor") and secured creditor, NextGear Capital, Inc. ("NextGear"), will and hereby do move pursuant to section 362 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 4001-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of California (the "Local Rules"), for entry of an order: (i) modifying the automatic stay on the Vehicles as set forth herein, and (ii) granting related relief. The hearing shall be conducted via video conference on Zoom. Participants in the hearing will be connected with Courtroom 220 via Zoom but will not be physically present in the Courtroom. This Motion is also brought pursuant to Local Bankruptcy Rule 4001-1 to the extent the Court determines that relief from the stay is required.

This Motion is based upon the Court's files and records in this case, and such other and further oral and documentary evidence as may be brought before the Court at or before the time of the hearing on the Motion.

DATED: February 9, 2022

          Respectfully submitted,

          **GREENBERG TRAURIG, LLP**

          By    */s/ Michael R. Hogue*

          John D. Elrod
          Michael R. Hogue
          *Attorneys for NextGear Capital, Inc.*