**GREENBERG TRAURIG. LLP**
MICHAEL R. HOGUE, SBN 272083
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
(415) 655-1300;
hoguem@gtlaw.com

JOHN D. ELROD (*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2259
elrodj@gtlaw.com

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-41536<br><br>**NOTICE OF HEARING ON AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.'S COLLATERAL**<br><br>Date: March 2, 2022<br>Time: 9:30 a.m.<br>Courtroom: 220 |

1    Case No.: 21-41536

NOTICE OF HEARING ON AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.'S COLLATERAL

Case: 21-41536    Doc# 35    Filed: 02/09/22    Entered: 02/09/22 13:48:53    Page 1 of 2

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 2, 2022, at 9:30 a.m., in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, California 94612, the Court will hear Debtor MAG Auto Group Inc. (the "Debtor") and secured creditor, NextGear Capital, Inc.'s ("NextGear") (collectively the "Parties") Agreed Motion for Relief from Stay as to NextGear's Collateral (the "Motion").

By this Motion the Parties are requesting the Court enter an order:

1. Modifying the automatic stay on the Vehicles; and
2. Granting related relief.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

This Motion is filed pursuant to Local Rule 4001-1. Pursuant to Local Rule 4001-1:

Any objection to the requested relief, or a request for hearing on the matter, must be raised before or at the time of hearing.

If there is no timely objection or request for hearing,

- The preliminary hearing date, location and time are March 2, 2022, at 9:30 a.m., in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, California 94612.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

DATED: February 9, 2022					Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By   */s/ Michael R. Hogue*
John D. Elrod
Michael R. Hogue
*Attorneys for NextGear Capital, Inc.*