UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
MAG AUTO GROUP INC.,
Debtor(s)

Bankruptcy No.: 21-41536
R.S. No.:
Hearing Date: 03/02/2022
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 12/31/2021   Chapter: 11
    Prior hearings on this obligation: n/a   Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): Vehicles: 2013 BMW 3 series; 2014 GMC Sierra; 2012 Ford F250; 2014 Toyota Tundra; 2013 Toyota Sequoia; 2012 Land Rover; 2015 Dodge Durango; 2012 BMW M3

Secured Creditor [X] or lessor [ ]
Fair market value: $_____   Source of value: _____
Contract Balance: $ 156,485.50   Pre-Petition Default: $ 156,485.50
Monthly Payment: $_____   No. of months: _____
Insurance Advance: $_____   Post-Petition Default: $_____
                               No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____   Source of value: _____   If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $_____   Pre-Petition Default: $_____
As of (date): _____   No. of months: _____
Mo. payment: $_____   Post-Petition Default: $_____
Notice of Default (date): _____   No. of months: _____
Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:

02/09/2022

_____
Signature
Michael R. Hogue
Print or Type Name

Attorney for NextGear Capital, Inc.

CANB Documents Northern District of California

Case: 21-41536   Doc# 36   Filed: 02/09/22   Entered: 02/09/22 13:50:11   Page 1 of 1