# United States Bankruptcy Court
## Northern District of California

In re **Mag Auto Group Inc.**  
Debtor(s)

Case No. **21-41536 WJL**  
Chapter **11**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Forwardline.com**

Address: **5161 Lankershim Blvd.**
**North Hollywood, CA 91601**

**Please be advised that effective _____, 20___,**
**The Creditor's new mailing address is:**

Name: **Forwardline.com**

Address: **5161 Lankershim Blvd.**
**Suite 250**
**North Hollywood, CA 91601**

/s/ Marc Voisenat
**Marc Voisenat 170935**
Authorized Signer/Title