

```
Entered on Docket
February 16, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

**The following constitutes the order of the Court.
Signed: February 16, 2022**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**ORDER DESIGNATING POURIYA PETE MOZAFFARY AS RESPONSIBLE PERSON FOR DEBTOR-IN-POSSESSION** |

Upon reading and consideration of the Debtor's Application to Designate Pouriya Pete Mozaffary as its responsible person in this Chapter 11 case and good cause appearing:

IT IS HEREBY ORDERED that POURIYA PETE MOZAFFARY, president of the debtor, whose address is 30 Sugar Pine Lane, Danville, Ca. 94506 and whose phone number is (415) 686-6555, is appointed the responsible person for the Debtor and Debtor-in-Possession in this Chapter 11 case.

*** END OF ORDER ***

**COURT SERVICE LIST**

None