**GREENBERG TRAURIG. LLP**
MICHAEL R. HOGUE, SBN 272083
**GREENBERG TRAURIG, LLP**
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
(415) 655-1300;
hoguem@gtlaw.com

JOHN D. ELROD (*pro hac vice forthcoming*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2100
Fax: 678-553-2259
elrodj@gtlaw.com

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-41536<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: March 9, 2022<br>Time: 9:30 a.m.<br>Courtroom: 220 |

    I am over the age of 18 and not a party to the within action; my business address is **Four Embarcadero Center, Suite 3000, San Francisco, CA 94111.**

    On the February 9, 2022, I served the following documents described as follows: **NOTICE OF MOTION AND AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.'S COLLATERAL; NOTICE OF HEARING ON AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL INC.'S COLLATERAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.'S COLLATERAL; DECLARATION OF STEPHEN SMITH IN**

**SUPPORT AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.'S COLLATERAL; AND RELIEF FROM STAY COVER SHEET.**

To the interested parties via CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

On the March 3, 2022, I served the documents listed above by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California 94111 addressed as follows:

SEE ATTACHED LIST

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Elvina Rofael<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102<br>Email: Elvina.Rofael@usdoj.gov<br>Via Electronically | Mag Auto Group Inc. ATTN: Pouriya Pete Mozaffary<br>Marc Voisenat<br>Law Offices of Marc Voisenat<br>2329A Eagle Ave.<br>Alameda, CA 94501<br>Via U.S. Mail |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Marisela H. Navarro

| | | |
|---|---|---|
| | ABS Finance<br>341 Corporate Terrace<br>Corona, CA 92879-6028 | ABS Finance Company LLC dba ABS Auto Auction<br>c/o Matthew W. Grimshaw<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
| AJ Equity<br>1648 61st Street<br>Brooklyn, NY 11204 | AJ Equity Group, LLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2209 | Ariel Bouskila, Attorney for AJ Equity<br>Berkovitch & Bouskila<br>80 Broad St., Suite 3303<br>New York, NY 10004-2209 |
| Berkovitch & Bouskila, PLLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2209 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| California Dept of Tax and Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | Capital Assist<br>243 Tresser, 17th Floor<br>Stamford, CT 06901 | Capital Assist<br>750 Main Street, Suite 906<br>Hartford, CT 06103-2703 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Five Star Bank<br>Hefner, Stark & Marois, LLP<br>Attn: Thomas P. Griffin, Jr., Esq.<br>2150 River Plaza Drive, Ste. 450<br>Sacramento, CA 95833-4136 |
| Five Star Bank<br>3100 Zinfandel Drive<br>Suite 650<br>Rancho Cordova, CA 95670-6064 | Forwardline.com<br>5161 Lankershim Blvd.<br>Suite 250<br>North Hollywood, CA 91601-4963 | Dixon Leon Gardner<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 |
| Anthony F. Giuliano<br>Giuliano Law, PC<br>445 Broadhollow Road, Suite 25<br>Melville, NY 11747-3645 | (p)HEFNER  STARK & MAROIS  LLP<br>ATTN THOMAS P GRIFFIN JR<br>2150 RIVER PLAZA DRIVE<br>SUITE 450<br>SACRAMENTO CA 95833-4136 | Matthew W. Grimshaw<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
| Hi Bar Capital<br>Giuliano Law, PC<br>445 Broadhollow Rd.,Suite 25<br>Melville, NY 11747-3645 | Hi Bar Capital<br>1825 65th St.<br>Brooklyn, NY 11204-3819 | Michael R. Hogue<br>Greenberg Traurig, LLP<br>4 Embarcadero Ctr, #3000<br>San Francisco, CA 94111-5983 |
| IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Kindon Kapital<br>1825 65th St.<br>Brooklyn, NY 11204-3819 | Kinetic Advantage<br>10333 n. Meridian St.<br>Indianapolis, IN 46290-1150 | Kinetic Advantage, LLC<br>10333 N Meridian, Suite 400<br>Indianapolis, IN 46290-1112 |

| | | |
|---|---|---|
| Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 | Lifetime Funding<br>585 Stewart Avenue, Suite L90<br>Garden City, NY 11530-4750 | Mag Auto Group Inc.<br>1890 N Main Street<br>Walnut Creek, CA 94596-4129 |
| Christopher M. McDermott<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Pouriya Pete Mozaffary<br>30 Sugar Pine Lane<br>Danville, CA 94506-4534 | NetGear Capital<br>11799 N College Ave.<br>Carmel, IN 46032-5605 |
| Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>New Hyde Park, NY 11042-1046 | NextGear Capital, Inc.<br>c/o Greenberg Traurig, LLP<br>Four Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111-5983 | Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 |
| Pawn Funding<br>2167 E 21st Street, Suite 252<br>Brooklyn, NY 11229-3607 | Elvina Rofael<br>Office of the United States Trustee<br>450 Golden Gate Avenue<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102-3661 | (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| (p)U S ATTORNEY'S OFFICE NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 | Marc Voisenat<br>Law Offices of Marc Voisenat<br>2329A Eagle Ave.<br>Alameda, CA 94501-1408 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Westlake Financial Company, LLC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 | Westlake Flooring<br>4751 Wilshire Blvd, #100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company, LLC<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 |
| Westlake Flooring Company, LLLC<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 | David A. Wood<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 | Yes Capital Group<br>161 Kings Hwy<br>Brooklyn, NY 11223-1038 |