1　DAVID A. WOOD, #272406
　　dwood@marshackhays.com
2　MATTHEW W. GRIMSHAW, #210424
　　mgrimshaw@marshackhays.com
3　BRAD N. BARNHARDT, #328705
　　bbarnhardt@marshackhays.com
4　MARSHACK HAYS LLP
　　870 Roosevelt
5　Irvine, CA 92620
　　Telephone: (949) 333-7777
6　Facsimile: (949) 333-7778

7　Attorneys for ABS Finance Company, LLC

8

　　　　　　　　UNITED STATES BANKRUPTCY COURT
9
　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
10
　　　　　　　　　　　OAKLAND DIVISION
11

12　In re:　　　　　　　　　　　　│　Case No. 21-41536

13　MAG AUTO GROUP, INC,　　　　 │
　　　　　　　　　　　　　　　　　│　Chapter 11
14　　　　　　　Debtor.　　　　　 │
　　　　　　　　　　　　　　　　　│　MOTION FOR RELIEF FROM THE
15　　　　　　　　　　　　　　　　 │　AUTOMATIC STAY AS TO ABS
　　　　　　　　　　　　　　　　　│　FINANCE COMPANY, LLC'S
16　　　　　　　　　　　　　　　　 │　COLLATERAL

17　　　　　　　　　　　　　　　　 │　Date:　　　April 6, 2022
　　　　　　　　　　　　　　　　　│　Time:　　　9:30 a.m.
18　　　　　　　　　　　　　　　　 │　Ctrm:　　　220
　　　　　　　　　　　　　　　　　│　Location[1]: 1300 Clay Street,
19　　　　　　　　　　　　　　　　 │　　　　　　　 Oakland, California 94612

20　/ / /

21　/ / /

22　/ / /

23　/ / /

24　/ / /

25

26

27
　　─────────────────────────
28　[1] *Due to the courthouse closure, all hearings will be conducted by telephone or video conference
　　(unless otherwise noted). No hearings will be conducted in person. Please review the instructions on
　　the specific calendar page (pdf) posted on the court's website for telephonic or video
　　appearances. There is NO COST for either service.

　　　　　　MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# Table of Contents

1. Summary of Argument ...................................................................................1

2. Factual Background ....................................................................................1

   A. Business Relationship .........................................................................1

   B. Bankruptcy Case ...............................................................................3

   C. Pre-Petition and Post-Petition Vehicle Sales .......................................4

3. Legal Argument ........................................................................................6

   A. Legal Standard for Relief from Stay ....................................................6

   B. There is Cause for Relief Under Section 362(d)(1) ..............................7

      i. Unauthorized Use of Cash Collateral ......................................9

      ii. Inadequate Equity Cushion ...................................................12

      iii. No Periodic Payments to Protect Against Decline in Value ........13

   A. Section 362(d)(2) Relief Is Warranted ...............................................15

      i. There is no equity in the collateral ........................................15

      ii. The vehicles are not necessary to an effective reorganization ....15

4. Conclusion ..............................................................................................16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

Table of Authorities

**Cases**

*Alpine Bank v. Lakota Canyon Ranch Dev., LLC (In re Lakota Canyon Ranch Dev., LLC),*

    2012 Bankr.LEXIS 251, at *7-9 (Bankr. .............................................................................. 11

*Alpine Bank v. Lakota Canyon Ranch Dev., LLC (In re Lakota Canyon Ranch Dev., LLC),*

    2012 Bankr.LEXIS 251, at *7-9 (Bankr. D. Colo. Jan. 25, 2012) .................................... 11

*Dangcil v. JPMorgan Chase Bank, N.A. (In re Dangcil),*

    2017 Bankr.LEXIS 760, at *14 (B.A.P. 9th Cir. Mar. 21, 2017) ...................................... 7

*Dangcil v. JPMorgan Chase Bank, N.A. (In re Dangcil),*

    2017 Bankr.LEXIS 760, at *14-15 (B.A.P. 9th Cir. Mar. 21, 2017) .................................. 8

*First Yorkshire Holdings, Inc. v. Pacifica L 22, LLC (In re First Yorkshire Holdings, Inc.),*

    470 B.R. 864, 869 (B.A.P. 9th Cir. 2012) ....................................................................... 14

*In re BLX Grp., Inc.,*

    419 B.R. 457, 469 (Bankr. D. Mont. 2009) ................................................................. 8, 12

*In re Covington,*

    2009 Bankr.LEXIS 4280 (Bankr. D.S.C. Nov. 20, 2009) ............................................. 7, 9

*In re Custom Designed Cabinetry & Constr., Inc.,*

    2009 Bankr.LEXIS 594, at *13 (Bankr. N.D. Ill. Mar. 9, 2009) ...................................... 11

*In re Delta Waterways, LLC,*

    2018 Bankr.LEXIS 3851, at *5 (Bankr. N.D. Cal. Dec. 7, 2018) ................................... 7, 9

*In re Dube,*

    2013 Bankr.LEXIS 1696, at *26 (Bankr. C.D. Cal. Apr. 23, 2013) ................................. 11

*In re Health Diagnostic Lab.,*

    2015 Bankr.LEXIS 4471, at *26-27 ................................................................................ 12

*In re Health Diagnostic Lab., Inc.,*

    2015 Bankr.LEXIS 4471, at *26-27 (Bankr. E.D. Va. Aug. 17, 2015) ............................ 12

*In re James Fall Flowers & Produce, Ltd.,*

Case: 21-41536   Doc# 42   Filed: 12/28/21   Entered: 12/28/21 17:55:30   Page 3 of
214

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
4859-3129-3464v.2-1451-007

2012 Bankr.LEXIS 934, at *7 (Bankr. N.D. Ohio Mar. 2, 2012) (citing 11 U.S.C. § 362(a)......... 6

*In re James Fall Flowers,*

2012 Bankr.LEXIS 934, at *7 ................................................................................................ 6

*In re Lakota Canyon Ranch Dev., LLC),*

2012 Bankr.LEXIS 251, at *7-9 (Bankr............................................................................... 12

*In re Mag Auto Group Inc.,*

Case No. 21-41536-WJL .................................................................................................... 3

*In re Palacios,*

2013 Bankr.LEXIS 3943, at *8 ........................................................................................ 7, 8

*In re Palacios,*

2013 Bankr.LEXIS 3943, at *8 (citing 11 U.S.C. § 362(g) ................................................ 7

*In re Reagor-Dykes Motors,*

2019 Bankr.LEXIS 123, at *1, 3 ....................................................................................... 13

*In re Reagor-Dykes Motors, LP,*

2019 Bankr.LEXIS 123, at *6 (Bankr. N.D. Tex. Jan. 17, 2019) .................................... 8, 13

*In re Ryerson,*

2014 Bankr.LEXIS 648, at *20-21 n.22 (Bankr. D. Idaho Feb. 18, 2014) ...................... 11

*In re SBPM Holdings, Inc.,*

2010 Bankr.LEXIS 4421, at *10-11 (Bankr. S.D. Tex. Dec. 2, 2010)........................... 7, 9

*In re White,*

2018 Bankr.LEXIS 3002, at *12 (Bankr. S.D. Miss. Sept. 27, 2018)............................... 6

*Palacios v. Upside Invs. LP (In re Palacios),*

2013 Bankr.LEXIS 3943, at *8 (B.A.P. 9th Cir. Apr. 15, 2013) ..................................... 6

*Ripon Self Storage, LLC v. Exchange Bank (In re Ripon Self Storage, LLC),*

at *15 (B.A.P. 9th Cir. Apr. 1, 2011) ............................................................................... 14

**Statutes**

11 U.S.C. § 362(c), (d)...................................................................................................... 6

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

11 U.S.C. § 362(d)(1) ............................................................................... 1, 7, 15

11 U.S.C. § 362(d)(2) ................................................................................... 1, 15

11 U.S.C. § 363(a) .......................................................................................... 10

11 U.S.C. § 363(c)(2) ...................................................................................... 11

**Section 362(d)(1)** .......................................................................................... i, 7

**Other Authorities**

COLLIER ON BANKRUPTCY

P 362.07 (2022) ............................................................................................. 7, 8

**Rules**

Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure ....................... 15

**Codes**

Chapter 11 of Title 11 of the United States Code .............................................. 3

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

ABS Finance Company, LLC ("ABS"), moves this Court for relief from the Automatic Stay and respectfully states as follows:

## 1. Summary of Argument

Relief from the automatic stay under 11 U.S.C. § 362(d)(1) may be granted "for cause," which includes dissipation of the secured creditor's cash collateral, an inadequate equity cushion, or a failure to protect the secured creditor's interest against a decline in value of the collateral. Here, Debtor has sold several vehicles subject to ABS's lien, without paying ABS as required by contract or even disclosing information regarding the sales to ABS. The amount Debtor owes to ABS exceeds the value of the collateral, leaving ABS with an inadequate equity cushion. And, the value of Debtor's used vehicle inventory is declining, without Debtor providing any form of adequate protection to ABS to protect its interest.

Further, stay relief under 11 U.S.C. § 362(d)(2) is appropriate where a debtor has no equity in the property, and the property is not necessary for an effective reorganization. Here, ABS is undersecured, and Debtor has stated multiple times that it intends to sell its business rather than reorganize.

Relief from stay is warranted, and ABS requests that the Court grant it such relief.

## 2. Factual Background

### A. Business Relationship

On or about December 13, 2019, Mag Auto Group Inc. ("Debtor") and ABS Finance Company, LLC ("ABS") executed a "Wholesale Automobile Finance and Security Agreement" ("Agreement"). A true and correct copy of the Agreement is attached to the Declaration of Sean Harmon ("Harmon Declaration") as **Exhibit 1**. Under the Agreement, ABS agreed to lend to Debtor up to $250,000, which Debtor would use to purchase automobiles. Harmon Decl. Ex. 1 at 30 (Agreement §§ 1.1, 1.2 & 7.3). Debtor would then offer the automobiles for sale. Id. at 22 ("Recitals").

Under the Agreement, Debtor agreed to pay to ABS, in addition to the repayment of the draw amount, a finance fee in the amount set forth in Exhibit B to the Agreement. Id. at 34 (Agreement §§

Case: 21-41536    Doc# 47    Filed: 09/28/21    Entered: 09/28/21 17:55:30    Page 6 of
214

1.2-1.4). Payments were due upon the earliest of: (1) 24 hours after the purchased automobile financed with the particular draw was sold or otherwise disposed of by Debtor; or (ii) 30 days after the date of the draw request (unless extended). Id. 35 (Agreement § 1.4 & Ex. C). And, Debtor agreed to pay extension fees if the period for repayment of a draw were extended due to failure to pay the draw, plus the applicable fees, when due. Id. at 35 (Agreement § 1.5).

To secure the payment by Debtor of the amounts of the loan and any and all advances to or for the benefit of Debtor, Debtor granted to ABS ownership of the specific titles to the purchased vehicles, and a continuing security interest in all collateral, and the proceeds of sale thereof as described in § 2.3 of the Agreement. *Id.* at 25 (Agreement § 2.3). The Agreement further provided that upon any "Default" by Debtor, ABS may, among other things, terminate the loan, and accelerate all unpaid obligations of Debtor under the Agreement. *Id.* at 24-25 (Agreement § 2.1). Default, as defined in the Agreement, included the filing by Debtor of any action in bankruptcy. *Id.* at 25 (Agreement § 2.2(vi)).

On September 30, 2020, ABS filed a "UCC Financing Statement Amendment" ("Financing Statement"). A true and correct copy of the Financing Statement is attached to the Harmon Declaration as **Exhibit 2**. The Financing Statement identified the secured party as ABS, the debtor as Debtor, and the collateral as:

> Any and all of the Debtor's inventory of used automobiles, including those now owned and those hereafter acquired and any and all proceeds thereof. Any and all present and hereinafter acquired future bank accounts, accounts receivable and chattel paper. Any and all "IN HOUSE CONTRACTS" of any kind whatsoever, in which debtor attempts to transfer title via any kind of assignment or sale. IN HOUSE CONTRACTS defined as a contract whereby debtor is receiving installment payment from the purchaser (retail buyer) on any vehicle and or debtor is listed as lienholder on title. Any lender considering purchasing "IN HOUSE CONTRACTS" from debtor are hereby put on notice to make direct contact with ABS Finance Company LLC prior to acquiring any contracts from debtor.

Harmon Decl. Ex. 2 at 48.

On or about November 13, 2020, ABS and Debtor executed an "Amendment to ABS Finance Co. LLC DBA ABS Auto Auctions ABS Finance Company, LLC. Wholesale Automobile Finance and Security Agreement Dated December 13, 2019" ("Amendment"). A true and correct copy of the

Amendment is attached to the Harmon Declaration as **Exhibit 3**. The Amendment amended § 7.3 of the Agreement as follows: "Section 7.3 Absolute Borrowing Limit shall be changed from $250,000 to $400,000." Harmon Decl. Ex. 3 at 52 (emphasis in original).

Debtor made several pre-petition draw requests ("Draw Requests") pursuant to the Agreement. A true and correct copy of the list of Draw Requests is attached to the Harmon Declaration as **Exhibit 4**.

Based on the "Accounts Receivable Report" on Debtor's account with ABS ("AR Report"), the outstanding balance is $291,203 (as of March 21, 2022). A true and correct copy of the AR Report is attached to the Harmon Declaration as **Exhibit 5**.

## B. Bankruptcy Case

On December 31, 2021 ("Petition Date"), as Docket No. 1, Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code. The filing of the petition commenced *In re Mag Auto Group Inc.*, Case No. 21-41536-WJL ("Bankruptcy Case"). A true and correct copy of the CM/ECF Docket in this Bankruptcy Case is attached to the Declaration of Matthew W. Grimshaw ("Grimshaw Declaration") as **Exhibit 6**.

On January 28, 2022, Debtor filed its bankruptcy schedules. Docket No. 19.

On February 2, 2022, as Docket No. 27, Debtor filed a "Monthly Operating Report" ("MOR") for December 2021. A true and correct copy of Debtor's December 2021 MOR is attached to the Grimshaw Declaration as **Exhibit 7**. As of the date of filing this Motion, no MORs have been filed for January or February 2022.

That same day, as Docket No. 28, Debtor filed a "Status Conference Statement" ("Status Report"), which indicated that Debtor is contemplating a liquidation based on a sale of the business rather than reorganization. A true and correct copy of the Status Report is attached to the Grimshaw Declaration as **Exhibit 8**.

During the initial § 341(a) meeting held on January 24, 2022, Debtor's CEO confirmed that Debtor intends to sell its business and that he is using this case to give him time to find a buyer. Grimshaw Decl. ¶ 10.

## C.    Pre-Petition and Post-Petition Vehicle Sales

After the filing of the bankruptcy petition, ABS discovered that Debtor had sold a number of vehicles purchased pre-petition on ABS's line of credit.

Based on information available at the time, ABS believed that the following six vehicles had been sold:

    1)    2003 Harley Davidson;

    2)    2014 Ram 1500;

    3)    2013 Mercedes-Benz M-Class;

    4)    2012 Mazda3;

    5)    2012 Porsche Cayenne; and

    6)    2012 Volkswagen Jetta.

Grimshaw Decl. ¶ 11. A true and correct copy of a January 21, 2022, e-mail from ABS's counsel inquiring about these vehicles is attached to the Grimshaw Declaration as **Exhibit 9**[2]. Debtor responded, stating that only the 2012 Mazda 3 had been sold and that it was in possession of the other vehicles. Grimshaw Decl. ¶ 12. Indeed, Debtor Schedules confirm that it had possession of all of these vehicles other than the 2012 Mazda 3 when the case commenced. A true and correct copy of Debtor's Schedules are attached as **Exhibit 10**. Grimshaw Decl. ¶ 12. ABS asked for information regarding the sale of the 2012 Mazda 3, but none was provided. Grimshaw Decl. ¶ 13.   A true and correct copy of a January 28, 2022, e-mail from ABS's counsel and Debtor's counsel's response dated February 1, 2022, is attached to the Grimshaw Declaration as **Exhibit 11**[3].

On March 16, 2022, Debtor changed its position, asserting for the first time that three vehicles purchased with funds from Draw Requests had been sold pre-petition. Debtor identified the vehicles as two Porsches and a Mercedes Benz. As result, ABS requested that Debtor provide information regarding the every vehicle sale. A true and correct copy of this e-mail correspondence is attached to the Grimshaw Declaration as **Exhibit 12**[4]. In response, Debtor stated that the following

---

[2] Certain information has been redacted to remove settlement discussions.
[3] Certain information has been redacted to remove settlement discussions.
[4] Certain information has been redacted to remove settlement discussions.

sales had occurred:

        1)      The 2015 Porsche Macan was sold on December 19, 2021;

        2)      The 2012 Porsche Cayenne was sold on December 10, 2021; and

        3)      The 2015 Mercedes-Benz GLK was sold on December 8, 2021.

Grimshaw Decl. Ex. 12 at 188.

On March 18, 2022, ABS's General Manager, Sean Harmon ("Mr. Harmon"), conducted an inspection of the vehicles in Debtor's possession that are subject ABS's lien. A true and correct copy of the "Inspection Report" that Mr. Harmon prepared ("Inspection Report") is attached to the Harmon Declaration as **Exhibit 13**. During Mr. Harmon's inspection, he spoke with Debtor's CEO, Pouriya Mozaffari, who informed him that the following vehicles had been sold:

        1)      2012 Dodge Durango;

        2)      2015 Porsche Macan (sold pre-petition);

        3)      2013 Volkswagen CC (sold pre-petition);

        4)      2012 Porsche Cayenne (sold pre-petition);

        5)      2014 Ram 1500;

        6)      2012 Mazda3; and

        7)      2015 Mercedes-Benz GLK.

Harmon Decl. Ex. 13 at 194.

Notably, the information relating to ABS's collateral that was provided to Mr. Harmon on March 18, as embodied in the Inspection Report, is different than the information provided two months in Debtor's Schedules and the information on March 16, 2022. Specifically, the information provided to Mr. Harmon regarding vehicles that were sold pre-petition differs from the information provided on March 16, 2022. And the information provided on March 16, 2022, and March 18, 2022, differ from the information in Schedules.

Based on ABS's Inspection Report and the correspondence with Debtor's counsel, it appears that the following vehicles subject to ABS's security interest have been sold ("Sold Vehicles"):

Case: 21-41536    Doc# 71   Filed: 03/22/22   Entered: 03/22/22 15:55:30   Page 10 of 214

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

| Vehicle Sold | Floor Date | Sale Date | Purchase Price | Finance Amount | Total Amount |
|---|---|---|---|---|---|
| 2014 Ram 1500 | 9/3/21 | Unknown | $23,115 | $320 | $23,435 |
| 2012 Mazda Mazda3 | 9/9/21 | Unknown | $9,465 | $215 | $9,680 |
| 2015 Porsche Macan | 9/14/21 | 12/19/21 | $27,970 | $365 | $28,335 |
| 2012 Porsche Cayenne | 10/5/21 | 12/10/21 | $20,090 | $305 | $20,395 |
| 2012 Volkswagen Jetta | 10/12/21 | Unknown | $8,755 | $215 | $8,970 |
| 2015 Mercedes-Benz GLK | 10/13/21 | 12/8/21 | $20,870 | $305 | $21,175 |
| 2012 Dodge Durango | 10/20/21 | Unknown | $12,112 | $245 | $12,357 |
| 2013 Volkswagen CC | 10/20/21 | Pre-bankruptcy | $12,010 | $245 | $12,255 |
| **TOTAL** | | | | | **$136,602** |

ABS has received payments for the 2012 Volkswagen Jetta, the 2012 Mazda 3, and the 2015 Mercedes-Benz GLK. Harmon Decl. ¶ 11.

## 3. Legal Argument

### A. Legal Standard for Relief from Stay

Upon commencement of a bankruptcy case, an automatic stay arises. *In re James Fall*

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

1 *Flowers & Produce, Ltd.*, 2012 Bankr.LEXIS 934, at *7 (Bankr. N.D. Ohio Mar. 2, 2012) (citing 11

2 U.S.C. § 362(a)). The automatic stay, however, does not continue in perpetuity, and a party in

3 interest[5] may seek relief from stay. *Id.* (citing 11 U.S.C. § 362(c), (d)); *see also Palacios v. Upside*

4 *Invs. LP (In re Palacios)*, 2013 Bankr.LEXIS 3943, at *8 (B.A.P. 9th Cir. Apr. 15, 2013) (providing

5 that under § 362(d), a party in interest may request relief from the automatic stay).

6      Section 362(d) sets forth four overall grounds under which a creditor may obtain stay relief,

7 including § 362(d)(1) and § 362(d)(2). *In re James Fall Flowers*, 2012 Bankr.LEXIS 934, at *7.

8      The party requesting relief from stay has the burden on the issue of a debtor's equity in

9 property; the opposing party has the burden on all other issues. *In re Palacios*, 2013 Bankr.LEXIS

10 3943, at *8 (citing 11 U.S.C. § 362(g)).

11     **B.    There is Cause for Relief Under Section 362(d)(1)**

12 Section 362(d)(1) authorizes relief from stay "for cause." *In re Palacios*, 2013 Bankr.LEXIS 3943,

13 at *8. It provides:

14     On request of a party in interest and after notice and a hearing, the court shall grant
    relief from the stay provided under subsection (a) of this section, such as by

15     terminating, annulling, modifying, or conditioning such stay—(1) for cause, including
    the lack of adequate protection of an interest in property of such party in interest."

16

17 11 U.S.C. § 362(d)(1). "Cause" has no clear definition and is determined on a case-by-case basis. *In*

18 *re Palacios*, 2013 Bankr.LEXIS 3943, at *8. That said, "cause" includes the "lack of adequate

19 protection of an interest in property of such party in interest." *Id.* at *8; *see also Dangcil v.*

20 *JPMorgan Chase Bank, N.A. (In re Dangcil)*, 2017 Bankr.LEXIS 760, at *14 (B.A.P. 9th Cir. Mar.

21 21, 2017) (noting that the lack of adequate protection is one type of "cause" warranting relief under

22 § 362(d)(1)).

23      The Bankruptcy Code does not define "adequate protection," but there are several examples

24 of what might or might not constitute adequate protection. *See* 3 Collier on Bankruptcy P 362.07

25 (2022) (discussing cause for relief based on lack of adequate protection). Examples of lack of

26

27 _____

28 [5] A secured creditor, such as ABS, is a "party in interest" under § 362(d). *In re White*, 2018
Bankr.LEXIS 3002, at *12 (Bankr. S.D. Miss. Sept. 27, 2018).

Case: 21-41536   Doc# 74   Filed: 03/24/22   Entered: 03/24/22 15:35:30   Page 12 of
214

4859-3129-3464v.2-1451-007

adequate protection include:

1) Unauthorized use of a secured creditor's cash collateral. *In re SBPM Holdings, Inc.*, 2010 Bankr.LEXIS 4421, at *10-11 (Bankr. S.D. Tex. Dec. 2, 2010) (lifting the stay for cause because the debtor-in-possession had continued using the movant's cash collateral, without the movant's consent or court authorization); *In re Covington*, 2009 Bankr.LEXIS 4280 (Bankr. D.S.C. Nov. 20, 2009) (finding cause because the debtor-in-possession had collected rents from property and used the secured creditor's cash collateral without consent or court authorization); *see also In re Delta Waterways, LLC*, 2018 Bankr.LEXIS 3851, at *5 (Bankr. N.D. Cal. Dec. 7, 2018) (noting that the debtor-in-possession's use of a secured creditor's cash collateral "deepen[ed]" the court's concerns regarding the lack of adequate protection); *see generally* 3 COLLIER ON BANKRUPTCY P 362.07 (2022) (noting that if the collateral consists of inventory or receivables, continuation of the stay may be conditioned on continued accounting to the creditor and segregating cash proceeds, or the use of proceeds exclusively to generate new inventory and accounts).

2) An inadequate equity cushion. *In re BLX Grp., Inc.*, 419 B.R. 457, 469 (Bankr. D. Mont. 2009) (describing an equity cushion as the "classic form of protection for a secured debt") (citations omitted); 3 COLLIER ON BANKRUPTCY P 362.07 (2022) (providing that an equity cushion exists if the value of the collateral available to the secured creditor exceeds by a comfortable margin the amount of the creditor's claim).

3) No periodic payments to compensate for any decrease in value of the interest of the party making the request. *In re Reagor-Dykes Motors, LP*, 2019 Bankr.LEXIS 123, at *6 (Bankr. N.D. Tex. Jan. 17, 2019) (granting § 362(d)(1) relief where the secured creditor was not being provided, and had not been offered, any form of adequate protection, such as periodic cash payments, additional collateral, or another form of relief that would give it the "indubitable equivalent" of its interest); *In re BLX Grp., Inc.*, 419 B.R. 457, 469 (Bankr. D. Mont. 2009) (noting that adequate protection may

8

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
4859-3129-3464v.2-1451-007

Case: 21-41536    Doc# 744    Filed 03/22/22    Entered 03/22/22 16:55:30    Page 13 of 214

consist of periodic cash payments equivalent to decrease in value, an additional or replacement line on other property, or other relief that provides the indubitable equivalent) (citing 11 U.S.C. § 361); 3 COLLIER ON BANKRUPTCY P 362.07 (2022) (indicating that as the value of a creditor's collateral decreases, the debtor, to provide adequate protection, will replace that decrease with cash payments so that the value of the creditor's interest remains constant).

The party seeking § 362(d)(1) relief must first establish a prima facie case that "cause" exists. *Dangcil v. JPMorgan Chase Bank, N.A. (In re Dangcil)*, 2017 Bankr.LEXIS 760, at *14-15 (B.A.P. 9th Cir. Mar. 21, 2017). Once a prima facie case has been established, the burden shifts to the debtor to show that relief from stay is unwarranted. *Id.* at *15; *see also In re Palacios*, 2013 Bankr.LEXIS 3943, at *8 (noting that if the movant establishes a *prima facie* case, the burden shifts to the debtor to prove adequate protection).

Here, there is cause for § 362(d)(1) relief based on Debtor's unauthorized use of cash collateral, an inadequate equity cushion, and periodic payments not being made to compensate for any decrease in value.

### i. Unauthorized Use of Cash Collateral

As noted above, the unauthorized use of a secured creditor's cash collateral is cause for § 362(d)(1) relief. *In re SBPM Holdings, Inc.*, 2010 Bankr.LEXIS 4421, at *10-11 (Bankr. S.D. Tex. Dec. 2, 2010); *In re Covington*, 2009 Bankr.LEXIS 4280 (Bankr. D.S.C. Nov. 20, 2009); *In re Delta Waterways, LLC*, 2018 Bankr.LEXIS 3851, at *5 (Bankr. N.D. Cal. Dec. 7, 2018).

Here, ABS held title to and had a security interest against the following vehicles that Debtor appears to have sold:

| Vehicle Sold | Floor Date | Sale Date | Purchase Price | Finance Amount | Total Amount |
|---|---|---|---|---|---|
| 2014 Ram 1500 | 9/3/21 | Unknown | $23,115 | $320 | $23,435 |
| 2012 Mazda | 9/9/21 | Unknown | $9,465 | $215 | $9,680 |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

Case: 21-41536   Doc# 71   Filed: 03/23/22   Entered: 03/23/22 15:35:30   Page 14 of 214

| | | | | | |
|---|---|---|---|---|---|
| Mazda 3[6] | | | | | |
| 2015 Porsche Macan | 9/14/21 | 12/19/21 | $27,970 | $365 | $28,335 |
| 2012 Porsche Cayenne | 10/5/21 | 12/10/21 | $20,090 | $305 | $20,395 |
| 2012 Volkswagen Jetta[7] | 10/12/21 | Unknown | $8,755 | $215 | $8,970 |
| 2015 Mercedes Benz GLK[8] | 10/13/21 | 12/8/21 | $20,870 | $305 | $21,175 |
| 2012 Dodge Durango | 10/20/21 | Unknown | $12,112 | $245 | $12,357 |
| 2013 Volkswagen CC | 10/20/21 | Pre-bankruptcy | $12,010 | $245 | $12,255 |
| **TOTAL** | | | | | **$136,602** |

The proceeds of the Sold Vehicles constitute ABS's cash collateral. *See* 11 U.S.C. § 363(a) (defining "cash collateral" to mean "cash . . . whenever acquired in which the estate and an entity other than the estate have an interest and includes the proceeds . . . and the fees, charges, accounts or other payments . . . subject to a security interest as provided in section 552(b) . . . whether existing before or after the commencement of a case under this title); *see also* Harmon Decl., Ex 1 at 25 (Agreement § 2.3, providing ABS with a security interest in "all used Vehicles held for sale or lease and used vehicle [sic] acquired for sale or lease, including, without limitation, the Purchased Vehicles, and all vehicles of like kinds or types now owned or hereafter acquired by way of

---

[6] Title to this vehicle was given to Debtor after payment was received on March 8, 2022.
[7] Title to this vehicle was given to Debtor after payment was received on January 14, 2022.
[8] Title to this vehicle was given to Debtor after payment was received on March 18, 2022.

10

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

replacement, substitution, addition or otherwise, by Borrower, . . . *and all proceeds of such vehicles .
. .*") (emphasis added); Ex. 2 at 48 (Financing Statement, describing the collateral as "[a]ny and all
of the Debtor's inventory of used automobiles, including those now owned and those hereafter
acquired *and any and all proceeds thereof*") (emphasis added). Further, the Agreement requires
draws, plus the applicable finance fees, to be repaid on the earlier of: (i) 24 hours after the purchased
automobile financed with the draw is sold or otherwise disposed of by Debtor; or (ii) a period of 30
days following the date of the draw request (unless extended). Harmon Decl. Ex. 1 at 23 (Agreement
§ 1.4 & Ex. C).

Even though Debtor has sold approximately eight vehicles and payments to ABS were due
within 24 hours of the sale, to date, Debtor has only made payments to ABS on the Jetta, the Mazda
3, and the Mercedes Benz GLK. Harmon Decl. ¶ 11.

There is likewise no evidence that the proceeds from the Sold Vehicles have been segregated
for ABS's protection. Nor has Debtor obtained ABS's consent or Court authorization to use ABS's
cash collateral. *See* 11 U.S.C. § 363(c)(2) (providing that the trustee may not use, sell, or lease cash
collateral under § 363(c)(1), unless (A) each entity that has an interest in the cash collateral consents,
or (B) the court, after notice and a hearing, authorizes such use, sale, or lease).

ABS, in fact, did not learn of the Sold Vehicles until after the Petition Date, even though
some of the Sold Vehicles were reportedly sold in December 2021. Harmon Decl. Ex. 13 at 193-194
(Inspection Report, reflecting pre-petition vehicle sales); Grimshaw Decl. Ex. 12 at 188 (March 16,
2022, e-mail from Debtor's counsel, regarding vehicles that were sold pre-petition). Of particular
concern, Debtor's December 2021 MOR reported no vehicle sales, Grimshaw Decl., Ex. 7 at 132-
135 (December 2021 MOR), and Debtor has not filed January or February 2022 MORs, which were
due on February 21, 2022, and March 21, 2022, respectively. Loc. Bankr. R. 2015-2(b) ("Monthly
Operating Reports: Filing Deadline"). Debtor's MORs raise significant concerns regarding Debtor's
management and its use of ABS's cash collateral. *See generally In re Dube*, 2013 Bankr.LEXIS
1696, at *26 (Bankr. C.D. Cal. Apr. 23, 2013) (describing monthly operating reports as the
"lifeblood of a chapter 11 case").

Debtor is, in short, selling vehicles subject to ABS's security interest, without making payments to ABS for the sold collateral as required by the Agreement, providing assurances that ABS's cash collateral is segregated, or even informing ABS and the Court that such vehicles have been sold. To the extent Debtor is using ABS's cash collateral, there is cause for relief from the automatic stay.

### ii. Inadequate Equity Cushion

An equity cushion is "the value in the property, above the amount owed to the creditor with a secured claim, that will shield that interest from loss . . . during the time the automatic stay remains in effect." *In re Ryerson*, 2014 Bankr.LEXIS 648, at *20-21 n.22 (Bankr. D. Idaho Feb. 18, 2014). Where the loan balance equals or exceeds the property's fair market value, there is no equity cushion. *In re Custom Designed Cabinetry & Constr., Inc.*, 2009 Bankr.LEXIS 594, at *13 (Bankr. N.D. Ill. Mar. 9, 2009); *see also Alpine Bank v. Lakota Canyon Ranch Dev., LLC (In re Lakota Canyon Ranch Dev., LLC)*, 2012 Bankr.LEXIS 251, at *7-9 (Bankr. D. Colo. Jan. 25, 2012) (finding a lack of adequate protection based on no equity cushion where the secured creditor was undersecured). And, where an equity cushion is inadequate, there is cause for stay relief under § 362(d)(1). *See In re BLX Grp., Inc.*, 419 B.R. 457, 469 (Bankr. D. Mont. 2009) (describing an equity cushion as the "classic form of protection for a secured debt"); *see also In re Health Diagnostic Lab., Inc.*, 2015 Bankr.LEXIS 4471, at *26-27 (Bankr. E.D. Va. Aug. 17, 2015) (indicating that an equity cushion under 11% is inadequate).

Here, Movant's outstanding claim is $291,203. Harmon Decl. Ex. 5 at 125 (AR Report). Even if no vehicles had been sold, the value of the collateral securing that claim would be approximately $311,423 based on the amounts of the Draw Requests, and there would an approximately 6.5% equity cushion. *See* Harmon Decl. Ex. 4 at 57-124 (Draw Requests, showing total purchase prices of $311,423 on the vehicles). "Case law has almost . . . uniformly held that an equity cushion under 11% is insufficient to constitute adequate protection." *In re Health Diagnostic Lab.*, 2015 Bankr.LEXIS 4471, at *26-27 (citations omitted).

/ / /

Case: 21-41536    Doc# 74    Filed: 03/22/22    Entered: 03/22/22 15:53:40    Page 17 of 214
4859-3129-3464v.2-1451-007

Further, as discussed above, Debtor appears to have sold eight vehicles, with an amount of $136,602 due to ABS on those vehicles, and has only paid ABS for the Jetta (on which $8,970 was owed) the Mazda 3 (on which $9,680 was owed) and the Mercedes-Benz GLK (on which $21,175 was owed). Harmon Decl. ¶ 11. There is no assurance that the proceeds from the Sold Vehicles have been segregated for ABS's protection, and given Debtor's inability to provide a straightforward report of which vehicles have actually been sold, adequate accounting practices seem unlikely. Debtor's December 2021 MOR alarmingly showed an ending balance of $28,901.76 in Debtor's Wells Fargo business checking account, Grimshaw Decl. Ex. 7 at 147, which suggests that any proceeds from the Sold Vehicles, at least in December 2021, were dissipated. To the extent that ABS's collateral has been sold and the proceeds have not been segregated for ABS's protection, the equity cushion is even less than 6.5%, with likely no equity cushion at all. And because there is little to no equity cushion, there is cause for relief from stay. *See In re Health Diagnostic Lab., Inc.*, 2015 Bankr.LEXIS 4471, at *26-27 (Bankr. E.D. Va. Aug. 17, 2015) (noting that there is a lack of adequate protection where the equity cushion is less than 11%); *Alpine Bank v. Lakota Canyon Ranch Dev., LLC (In re Lakota Canyon Ranch Dev., LLC)*, 2012 Bankr.LEXIS 251, at *7-9 (Bankr. D. Colo. Jan. 25, 2012) (finding a lack of adequate protection based on no equity cushion where the secured creditor was undersecured).

### iii.    No Periodic Payments to Protect Against Decline in Value

A debtor-in-possession must, during the pendency of a Chapter 11 case, protect a secured creditor's interest in its collateral. *In re Reagor-Dykes Motors, LP*, 2019 Bankr.LEXIS 123, at *6 (Bankr. N.D. Tex. Jan. 17, 2019). In *Reagor-Dykes Motors*, a vehicle financing company obtained § 362(d)(1) relief from stay where the debtor, which operated a car dealership, was not providing any form of adequate protection. Ford Motor Credit Company, LLC ("Ford Credit"), provided financing to Reagor-Dykes Motors, L.P., and other affiliated debtors (collectively, "Reagor-Dykes Entities"), secured by the Reagor-Dykes Entities' vehicle inventory. *In re Reagor-Dykes Motors*, 2019 Bankr.LEXIS 123, at *1, 3. About a week after the Reagor-Dykes Entities filed Chapter 11 cases (which were jointly administered), Ford Credit filed a motion for relief from stay under § 362(d)(1)

Case: 21-41536    Doc# 214    Filed: 03/22/22    Entered: 03/22/22 15:55:30    Page 18 of 214
4859-3129-3464v.2-1451-007

and (2). *Id.* at *1. The Reagor-Dykes Entities responded, arguing that pending confirmation of its plan, Ford Credit's collateral—the vehicle inventory—was "secure, insured, and thus protected." *Id.* at *5. The court did not agree, and it granted § 362(d)(1) relief from stay for cause based on lack of adequate protection. *Id.* at *9-10. The court, in granting stay relief for lack of adequate protection, noted as follows:

> 1)    Ford Credit's debt exceeded $112 million, with the inventory worth much less, meaning that there was no equity cushion to protect Ford Credit; and
>
> 2)    The value of the collateral was declining because "new and used cars and trucks sitting on a lot will decline in value over time," yet Ford Credit was not offered "any form of adequate protection," such as periodic cash payments, additional collateral, or another form of relief that would give Ford Credit the "indubitable equivalent of its interest."

*Id.* at *6. Based on the inadequate equity cushion, the declining collateral value, and the lack of any form of adequate protection, the court lifted the automatic stay as to Ford Credit and its collateral and directed the Reagor-Dykes Entities to "cooperate" with Ford Credit's efforts to enforce its rights and repossess the vehicles. *Id.* at *9-10.

Here, there is little to no equity cushion as discussed above. Further, Debtor's inventory, and ABS's collateral, consists of used vehicles, which are declining in value. *See id.* at *6 (finding that new and used cars and trucks sitting on a lot will decline in value over time); *see also* Harmon Decl., Ex. 1 at 25 (Agreement § 2.3, describing ABS's collateral to include "all used vehicles held for sale or lease . . ."); Ex. 2 at 48 (Financing Statement, describing ABS's collateral to include "[a]ny and all of the Debtor's inventory of used automobiles, including those now owned and those hereafter acquired . . ."). Yet, despite the decline in value, ABS is not being provided, and has not been offered, any form of adequate protection, such as periodic cash payments, additional collateral, or some other form of relief to give ABS the indubitable equivalent of its interest. In fact, ABS is not even being paid the contractually due amounts when Debtor sells ABS's collateral. The only payments ABS has received were for Debtor's sale of the Jetta, the Mazda 3, and Mercedes-Benz GLK. Harmon Decl. ¶ 11. Based on *Reagor-Dykes*, there is cause for § 362(d)(1) relief from stay for

Case: 21-41536    Doc# 71    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 19 of 214

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
4859-3129-3464v.2-1451-007

1  lack of adequate protection.

2  **A.    Section 362(d)(2) Relief Is Warranted**

3      "Section 362(d)(2) requires the bankruptcy court, on request of a party in interest, to grant

4  relief from the automatic stay when debtor has no equity in the property, and the property is not

5  necessary to debtor's effective reorganization." *First Yorkshire Holdings, Inc. v. Pacifica L 22, LLC*

6  *(In re First Yorkshire Holdings, Inc.)*, 470 B.R. 864, 869 (B.A.P. 9th Cir. 2012). The standards for

7  stay relief under § 362(d)(1) and § 362(d)(2) are "independent and alternative." *Ripon Self Storage,*

8  *LLC v. Exchange Bank (In re Ripon Self Storage, LLC)*, at *15 (B.A.P. 9th Cir. Apr. 1, 2011).

9  **i.    There is no equity in the collateral**

10      As noted above, ABS has a $291,203 claim, which is secured by Debtor's inventory of

11  vehicles floored with ABS and the proceeds of sold vehicles. Harmon Decl., Ex. 1 at 25 (Agreement

12  § 2.3, regarding ABS's security interest); Ex. 2 at 47-51 (Financing Statement); Ex. 5 at 125 (AR

13  Report). The value of all vehicles, when Debtor purchased them, totaled approximately $311,423

14  based on the purchase prices reflected in the Draw Requests. Harmon Decl. Ex. 4 at 57-124 (Draw

15  Requests). Since Debtor drew from ABS's line of credit, however, Debtor has sold approximately

16  eight vehicles, and the amount owed to ABS for the Sold Vehicles totals $136,602.[9] There is no

17  indication that Debtor has segregated the cash proceeds from the Sold Vehicles for ABS's

18  protection. In other words, the value of the collateral appears to have declined by approximately

19  $136,602, leaving ABS severely undersecured and Debtor with no equity in the collateral.

20  **ii.    The vehicles are not necessary to an effective**

21  **reorganization.**

22      Debtor has indicated both in its Status Report and during a § 341(a) meeting that it intends to

23  sell its business rather than reorganize. Grimshaw Decl. ¶ 9 & Ex. 8 (Status Report). The vehicles

24  are not, and cannot be, necessary to an effective reorganization in a case where Debtor has no

25  intention to reorganize.

26

27  _____

28  [9] Debtor has paid ABS for two of the sold vehicles (the Mazda3 and the Mercedes-Benz GLK), and
    these payments are reflected in the AR Report.

Case: 21-41536    Doc# 71    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 20 of
214

4859-3129-3464v.2-1451-007

## 4. Conclusion

For the reasons stated above, ABS requests that the Court enter an order:

1)      Granting this Motion;

2)      Finding cause for relief from the automatic stay under 11 U.S.C. § 362(d)(1);

3)      Finding that Debtor has no equity in the vehicles and that the vehicles are not necessary to an effective reorganization for relief from the automatic stay under 11 U.S.C. § 362(d)(2);

4)      Lifting the stay as to ABS and its collateral;

5)      Directing Debtor to cooperate with ABS in ABS's efforts to enforce the Court's order and repossess the vehicles floored with ABS;

6)      Waiving the 14-day stay of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure; and

7)      Awarding such other relief as the Court deems just and proper.

Dated:  March 23, 2022             MARSHACK HAYS LLP

By:   */s/ Matthew W. Grimshaw*
          MATTHEW W. GRIMSHAW
          Attorneys for Creditor
          ABS FINANCE COMPANY, LLC

# Declaration of Sean Harmon

I, SEAN HARMON, declare as follows:

1.      I am an individual over 18 years of age and competent to make this Declaration.

2.      If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.      The facts set forth below are true of my personal knowledge.

4.      I am the General Manager of ABS Finance Company, LLC ("ABS").

5.      I make this Declaration in support of ABS's Motion for Relief from the Automatic Stay ("Motion"). Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

6.      A true and correct copy of the Agreement is attached as Exhibit 1.

7.      A true and correct copy of the Financing Statement is attached as Exhibit 2.

8.      A true and correct copy of the Amendment is attached as Exhibit 3.

9.      A true and correct copy of the Draw Requests is attached as Exhibit 4.

10.     A true and correct copy of the AR Report is attached as Exhibit 5. The AR Report is an accurate statement of Debtor's account as of March 21, 2022.

11.     To date, ABS has received payments on the Jetta (for $8,970 received on 1/14/2022) the Mazda 3 (for $9,465 received on 3/8/2022 and the remaining balance of $860 received on 3/18/2022) and the Mercedes-Benz GLK (for $22,090, received on 3/18/2022) that Debtor purchased on ABS's line of credit and floored with ABS. ABS has received no other post-petition payments from Debtor. The payments that were received were posted to Debtor's account in the ordinary course of ABS's business. I note, however, that it took longer than normal to post the payment relating the Mazda 3 to Debtor's account because (a) Debtor did not submit a check for the amount owed (it amount paid was approximately $860 less than the amount owed) and (b) it took Debtor almost a week to identify the vehicle to which the payment related.

/ / /

/ / /

Case: 21-41536    Doc# 74    Filed: 03/22/22    Entered: 03/22/22 16:53:30    Page 22 of 214

MOTION FOR RELIEF FROM THE AUTOMATIC STAY
4859-3129-3464v.2-1451-007

12.     On March 18, 2022, I visited Debtor's lot for an inspection of the vehicles purchased with ABS's line of credit. During the inspection, Pouriya Mozaffari informed me about the status of the vehicles floored with ABS. A true and correct copy of the Inspection Report I prepared based on Mr. Mozaffari's representations and my inspection is attached as Exhibit 13.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March ___, 2022.

_____
SEAN HARMON

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# Declaration of Matthew W. Grimshaw

I, MATTHEW W. GRIMSHAW, declare as follows:

1.     I am an individual over 18 years of age and competent to make this Declaration.

2.     If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.

3.     The facts set forth below are true of my personal knowledge.

4.     I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.

5.     I am of counsel to the law firm of Marshack Hays LLP, attorneys of record for ABS Finance Company, LLC ("ABS").

6.     I make this Declaration in support of ABS's Motion for Relief from the Automatic Stay ("Motion"). Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

7.     A true and correct copy of the Court's CM/ECF docket in this bankruptcy case is attached as Exhibit 6.

8.     A true and correct copy of the December 2021 MOR is attached as Exhibit 7.

9.     A true and correct copy of the Status Report is attached as Exhibit 8.

10.     On January 24, 2022, I attended a § 341(a) meeting in this case, during which Debtor's principal informed those in attendance that he intended to sell Debtor's business rather than propose a plan of reorganization.

11.     On or about January 21, 2022, I spoke to Debtor's counsel about a variety of topics concerning ABS, including the vehicles that had supposedly been sold before the bankruptcy case commenced. After the conversation, I sent Debtor's counsel a list of the vehicles that ABS had informed were sold. A true and correct copy of the January 21, 2022, e-mail is attached as Exhibit 9[10].

/ / /

---

[10] Certain information has been redacted to remove settlement discussions.

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

4859-3129-3464v.2-1451-007

12.     Thereafter, I was informed by Debtor's counsel that only a 2012 Mazda 3 had been sold pre-petition. Debtor's schedules confirm that five of the six vehicles listed in my January 21, 2022, were in Debtor's possession on the Petition Date. A true and correct copy of Debtor's Schedules is attached as Exhibit 10.

13.     ABS asked for information regarding the sale of the 2012 Mazda 3, but none was provided. A true and correct copy of a January 28, 2022, e-mail from ABS's counsel and Debtor's counsel's response dated February 1, 2022, is attached as Exhibit 11[11].

14.     In a phone call on March 16, 2022, Debtor's counsel, Marc Voisenat, informed me that three vehicles subject to the ABS's lien had been sold pre-petition. That same day, I sent Mr. Voisenat an e-mail requesting information regarding the vehicles that were sold. Later that day, he sent me an e-mail regarding three vehicles that had been sold. A true and correct copy of the March 16, 2022, e-mails between myself and Debtor counsel is attached as Exhibit 12[12].

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2022.

                              /s/ Matthew W. Grimshaw
                              MATTHEW W. GRIMSHAW

---

[11] Certain information has been redacted to remove settlement discussions.
[12] Certain information has been redacted to remove settlement discussions.

# EXHIBIT "1"

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

# ABS FINANCE POLICIES & PROCEDURES

### 1.) Flooring Notification:
When a dealer chooses to floor a vehicle, the dealer must notify ABS Finance prior to the removal of car from auction or its seller's location. Once the dealer has Requested Draw from ABS for a vehicle, the flooring process has started, and said vehicle **cannot** be "unfloored."

### 2.) Insurance:
Dealers must furnish a "Loss Payee" document in a timely manner. If not, dealers' flooring line will be suspended until insurance information is provided. ABS would greatly appreciate your cooperation in this matter

### 3.) Extension/Renewal Fees:
When a vehicle is up for renewal, it will be automatically renewed, unless ABS is receives notice of payoff.

### 4.) Flooring Limit:
ABS Finance reserves the right to reduce flooring line limits "At-Will" and without notice to Dealer.

### 5.) Failed / Returned Payment
If we receive notice of Failed/Returned Payment, Dealer's credit line will be immediately suspended. Dealer shall have 24 hours to replace such dishonored funds with a cashier's check. After 24 hours dealer is subject to vehicle repossession and credit line will be subject to cancellation. Further, as a result of Failed/Returned Payment, ABS WILL HOLD ALL TITLES. A second Failed/Returned Payment will result in cancellation of flooring line.

### 6.) Repossessions:
Involuntary repo will result in fees being charged to dealer, and an immediate filing on dealer's bond. Voluntary repo will result in a fee charged to dealer. Dealer has 15 days from date of repossession to redeem vehicles. Dealer grants to ABS Finance permission to notify any and all third parties about repossessions and defaults.

### 7.) Outside Flooring:
Dealer may use a maximum of 50% of the total flooring line for purchases at non-ABS auctions that have been preauthorized by ABS. For a list of those preauthorized auctions, please see page 11. The remaining 50% or more must be used for purchases at ABS Auto Auctions.

| | |
|---|---|
| Borrower: MAG Auto Group Inc | Date: December 13, 2019 |
| dba: MAG Motor Company | Dealer Number: 89425 |

Signature: *Pouriya Mozaffari*
DocuSigned by:
3BD9014EF657420...

Print Name: Pouriya Mozaffari

Title: CEO

Signature: _____

Print Name: _____

Title: _____

Initial *PM*

1

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

## ABS FINANCE CO. LLC DBA ABS AUTO AUCTIONS
## ABS FINANCE COMPANY, LLC. WHOLESALE AUTOMOBILE
## FINANCE AND SECURITY AGREEMENT

This ABS Finance Company, LLC. Wholesale Automobile Finance and Security Agreement (the "Agreement") is entered into as of the Effective Date set forth in Section 7.1 below by and between ABS Finance Company, LLC, a California Limited Liability Company ("Lender") and the Borrower indentified in Section 7.2 herein below.

### Recitals

A. Lender is licensed, in the State of California as a Finance Lender pursuant to the provision of the California Finance Lenders Law and the regulations promulgated there under.

B. Borrower is a used automobile dealer, licensed as a Vehicle Dealer by the Department of Motor Vehicles pursuant to the provisions of the Vehicle Code and regulations promulgated there under.

C. Borrower is or is contemplating purchasing used automobiles from Auto Buyline Systems, Inc., a California Corporation affiliated with Lender ("ABS") and other sellers.

D. Borrower desires to borrow from Lender and Lender desires to lend to Borrower certain sums herein referred and described herein as the Loan, to be used for the sole and exclusive purpose of purchasing used motor vehicles, which vehicles ("Purchased Vehicles") will be offered for sale by Borrower as allowed under the vehicle code.

E. The Loan described in Recital D above, and the repayment thereof, shall be made and accomplished pursuant to the terms of this Agreement.

F. As security for the repayment of the Loan, Borrower desires to grant to Lender the title to the Purchased Vehicles, a security interest in other collateral and certain other inventory of the Borrower, pursuant to the terms of this Agreement.

### Operative Provisions

Now, therefore, in consideration of the foregoing Recitals and the mutual covenants and undertakings set forth herein, and in specific reliance upon the representations and warranties set forth herein, the parties hereto agree as follows:

### I. Loan

1.1. Agreement to Loan. Subject to Borrower's strict compliance with each and every obligation of Borrower hereunder including, but no limited to, the repayment obligations set forth in this Article I, Lender agrees to lend to Borrower, in such increments and in such manner as is set forth herein, sums aggregating up to an amount as Lender shall, from time to time determine in the exercise of Lender's business judgment and using such factors as Lender shall deem relevant including, without limitation, Borrower's credit history, Borrower's aging and repayment history with Lender, Borrower's inventory, the lending demand of other dealers participating in the Lender's program, and availability of Lender's funds (the amount of such limit as established by Lender from time to time being referred to herein as the Absolute Borrowing Limit") also referred to as (the "Loan"). Proceeds of the Loan will be used solely and exclusively for the purchase of used automobiles, as set forth herein, and draws against the Loan shall be made in strict compliance with the terms of this Article I. The Loan shall be a revolving loan and, subject to the Buyers timely and complete compliance with all of it's obligations hereunder including, without limitation, the obligation to repay the Loan and Draws (as herein defined) thereupon, Borrower may make Draws, from time to time during the Term hereof up to an amount which does not exceed, when combined with all other unpaid Draws and all Finance and Extension Fees (as herein defined) thereon does not exceed the then applicable Borrowing Limit.

Initial PM

2

1.2. <u>Draws.</u> Borrower covenants and agrees that it will draw upon the Loan for the sole and exclusive purpose of purchasing automobiles. Draws shall be made in the following manner: At such time, during the Term hereof, as Borrower purchases a used automobile and provided Borrower is at such time in compliance with all the terms hereof, it may draw upon the Loan up to an amount equal to the lesser of:

    (i)    Thirty Thousand Dollars (\$30,000.00);

    (ii)   The price paid by the Borrower for the subject Purchased Vehicle; or

    (iii)  The amount resulting when the total current unpaid obligations of the Borrower on the Loan plus the applicable Finance Fees is subtracted from the then applicable Borrowing Limit ("Draw").

Such Draw shall be accomplished by Borrower delivering to Lender a Written Request for Draw and Payment Instruction in substantially the form and words of Exhibit "A" hereto ("Draw Request"). Immediately upon purchase of a vehicle and without limiting Section 2.3 below, Borrower shall deliver to Lender the certificate of title for the Purchased Vehicle, which title shall be held by Lender and become lenders property as a portion of security for repayment of the Draw. If any such certificate of title is replaced, for any reason, Borrower shall immediately deliver to lender the replacement certificate of title. Any failure by Borrower to deliver the title to a vehicle to Lender as required by this Section 1.2 shall be deemed to be a default by Borrower under this Agreement, entitling Lender to all the remedies set forth herein.

1.3. <u>Finance Fee.</u> For the indulgence represented by a Draw, Borrower shall pay to Lender, in addition to repayment of the amount of the Draw and pursuant to the terms hereof, a Finance Fee calculated (when the amount of the Draw is rounded up to the next higher full dollar) as follows:

**Finance Fees**
**See Exhibit "B"**

Such Finance Fee shall be in the nature of interest and in compensation to the Lender for the indulgence represented by the Draw. The Finance Fee shall be deemed, for all purposes, to be fully earned by Lender upon the date of the Draw Request for the benefit of Borrower as herein set forth.

1.4. <u>Repayment of Draws.</u> Each Draw, plus the applicable Finance Fee, shall be due and payable and shall be repaid, by Borrower to Lender, as follows:

**See Exhibit "C"**

All Draws shall be repaid in the following manner: Upon making a Draw upon the Loan, and accompanying the Draw Request, Borrower shall deliver to Lender (or shall deliver to the Selling Dealer for delivery to Lender) a check, made payable to Lender, drawn upon Borrower's account and in the amount of the Draw, plus the applicable Finance Fee. Lender shall be entitled, without notice to Borrower, to deposit or otherwise negotiate such check when that particular Draw is due and payable as defined in this Section.

Shall Borrower fail to provide a check, provide a check in an improper amount to Lender, or provide a check that is non-negotiable for any reason, Lender shall be entitled to collect any unpaid amount that is due via Automated Clearing House (ACH) debit. Any amount due under the Loan may be prepaid, at any time without penalty. Lender reserves the right to impose additional requirements regarding repayment of Draws, from time to time, during the Term of this Agreement. Upon repayment of a Draw and all Finance Fee and Extension Fees due with respect thereto, Lender shall deliver to Borrower the released title of the Purchased Vehicle which was purchased with the proceeds of the Draw: provided, however, that Lender reserves the right, in its discretion, to hold such title until Lender confirms that Borrower's check(s) and/or ACH debit have been honored.



Initial _____

3

1.5. <u>Extension Fees.</u> The period of repayment of the Draw shall be extended at incremental periods ("Extension Period") equal to the Original Term, as defined in Section 1.4, if Borrower, knowingly or unknowingly, fails to pay the Draw, plus the applicable fees, when due, given that the purchased vehicle financed with that particular Draw has not been sold or otherwise disposed of by Borrower. Borrower shall pay to Lender, in addition to the repayment of the amount of the Draw and applicable Finance Fee, an Extension Fee for each Extension Period. The Extension Fee and the maximum allowable repayment period shall be calculated as follows:

**Extension Fees**
**See Exhibit "D"**

All Extension Fees shall be paid by ACH debit. Lender shall be entitled, without notice to Borrower, to collect the applicable Extension Fee 24 hours after the period of repayment has been extended.

1.6. <u>Late and Unpaid Draws.</u> In the event that Borrower fails to fully repay any Draw (plus the applicable Finance Fee) when and as due, as set forth in Section 1.4 hereinabove, and for whatever reason including, but not limited to, dishonored of Borrower's check or ACH debit, failure of Borrower to notify Lender of the sale of the Purchased Vehicle, or for any other reason, then additional Finance Fees shall accrue on the unpaid amount on the day following the date the particular Draw was due to be repaid, pursuant to Section 1.4 above. Such additional Finance Fee shall be imposed for each 30-day period (or portion thereof) that such amount remains unpaid and shall be calculated pursuant to Section 1.3 above on the highest unpaid amount of the Draw (plus any unpaid Finance and/or Extension Fees for prior periods) during the applicable 30-day period. Such entire Finance Fee shall be due and payable and shall be deemed fully earned by Lender not withstanding payment of the overdue Draw prior to the end of the 30-day period for which such Fee is imposed. The additional Finance Fees imposed upon unpaid amounts pursuant to this Section 1.6 shall be in addition to, and not in lieu of, any other remedies available to Lender by reason of Borrower's default including, without limitation, the right to accelerate the Loan, the right to exercise Lender's rights with respect to any and all collateral for the Loan including, but limited to, the titles for the Purchased Vehicles and the right to sue Borrower on the Loan.

1.7. <u>Notice of Sale.</u> Borrower covenants that it will, on the day such sale occurs, by written notice and using such form as the Lender may, from time to time require, notify the Lender of the sale each and every Purchased Automobile. Such notice shall be accompanied by a true and correct copy of the Department of Motor Vehicles Report of Sale filed by the Borrower with respect to the Purchased Vehicle. For all purposes of this Agreement, the lease of any Purchased Vehicle shall be deemed to be a sale thereof.

1.8. <u>Dishonored Check Fee.</u> In addition to and without limiting any other remedies of Lender hereunder, in the event any check or other instrument delivered to Lender by Borrower pursuant hereto is dishonored by the issuing bank, for any reason, Borrower shall immediately pay to Lender a Dishonored Check Fee in the amount of One Hundred Dollars ($100.00). Such Fee shall be deemed, for all purposes, to be an addition to the indebtedness described hereunder and shall be secured by all Collateral hereunder as set forth herein below.

## II. **Remedies: Default Security for Loan**

2.1. <u>Remedies:</u> Upon any Default (as herein defined) by Borrower, and in addition to such other rights as Lender may have at law and hereunder, Lender may do any or all of the following at its option:
  (i) Terminate the Loan, and accelerate all unpaid obligations of Borrower hereunder;
  (ii) Suspend Borrower's right to make further Draws until Borrower cures all defaults and Lender is satisfied, in the exercise of its absolute discretion, of Borrower's ability and intent to comply with all of its obligations hereunder;

Initial ___PM___

4

      (iii) Enforce any guarantee of the Borrower's obligations hereunder, Termination of the Loan, or suspension of Borrower's right to make Draws thereupon may occur without prior notice to the Borrower;

      (iv) Notify any third parties, including, but not limited to, auctions and finance companies, of Default, in order to cure such Default;

      (v) Repossess and Liquidate any and all of the collateral;

      (vi) File on Dealer's Bond; and/or

      (vii) File legal suit against Borrower and/or any, and all, guarantors.

2.2. Default. The occurrence of any of the following events shall constitute a Default by Borrower hereunder:

      (i) Failure of Borrower to pay or repay any amount due to Lender hereunder when as due;

      (ii) The material breach of any Borrower's obligation hereunder;

      (iii) The occurrence of any event or circumstances which is defined as a default hereunder or which causes or constitutes a failure of any of Borrower's representations or warranties hereunder;

      (iv) Any other occurrence or event, whether or not intended by Borrower, which, in the reasonable determination of Lender, casts significant doubt on the ability or intent of Borrower to comply with any of its obligations hereunder;

      (v) Any act or omission on the part of the Borrower which constitutes a felony, a crime involving moral turpitude, civil or criminal fraud, or any breach of the laws or regulations governing automobile dealers;

      (vi) The filing, by or against Borrower of any action in bankruptcy or insolvency, the insolvency of Borrower, the appointment of a receiver for any portion of Borrower's property, the making, by or on behalf of Borrower, of an assignment for the benefit of creditors, the failure of Borrower to pay any business debt when due, the placement of a lien by any taxing authority on any property belonging to Borrower, or the death or dissolution of Borrower;

      (vii) The cessation, for a period of fifteen days or longer, of the Borrower's business; or

      (viii) The default, by Borrower, under any party arising from the operation of Borrower's business of the foreclosure, repossession or any other action of a secured creditor of Borrower against or with respect to any encumbered property, real or personal, owned by Borrower.

2.3. Security Interest. In order to secure the payment by Borrower of the amounts of the Loan and any and all advances to or for the Benefit of the Borrower pursuant hereto, Borrower hereby grants to Lender ownership of the specific titles to the Purchased Vehicles, and a continuing security interest in all collateral, and the proceeds of sale thereof as more fully described as follows:

> The Collateral in which a security interest is hereby granted shall be all used Vehicles held for sale or lease and used vehicle acquired for sale or lease, including, without limitation, the Purchased Vehicles, and all vehicles of like kinds or types now owned or hereafter acquired by way of replacement, substitution, addition or otherwise, by Borrower, and all additions and accessions thereto and all proceeds of such vehicles, including any and all present and hereinafter acquired future bank accounts, accounts receivable and chattel paper. Any and all "In House Contracts" of any kind whatsoever. "In House Contracts" are defined as a contract whereby Borrower is receiving installment payments from a retail buyer on any vehicle, including insurance proceeds, whether or not acquired with the proceeds of the financing contemplated by the Agreement, and from whomsoever acquired (collectively the "Collateral").

2.3.1. Borrower's possession of the Collateral shall be for the purpose of storing and exhibiting same for any sale or transaction allowed under the vehicle code. Borrower shall keep the Collateral in good and operating condition and shall not use the Collateral illegally, improperly or for

Initial ___[DS] PM___

5

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

hire. Without limiting any rights of Lender pursuant hereto, Lender shall, at all times have the right of access to and inspection of the Collateral. Upon any inspection of the Collateral, Borrower shall pay to Lender a Collateral Inspection Fee in the amount of Ten Dollars ($10.00) per Purchased Vehicle which is part of the Collateral provided, however, that Lender shall not charge for such an inspection more than once per 30 day period unless; (i) during such an inspection Lender is unable, due to causes under the control of Borrower, to inspect all Purchased Vehicles: (ii) during such inspection: Lender discovers material non-conformance with the terms hereof or (iii) Borrower pays Lender with a check or other instrument which is not honored by the issuing bank, in which case, and in addition to such other right Lender may have, Lender may charge for additional inspections during the following 30 days. Lender shall also have the right to demand and receive at any time and from time to time during the term hereof, Borrower's books and records pertaining to the Collateral, such other information concerning Borrower's business as Lender may request, and Borrower's most recent financial statements which shall include, at a minimum, a profit and loss statement and a balance sheet dated not more than 30 days prior to the date delivered pursuant to Lender's demand.

2.3.2. Borrower agrees to keep the Collateral free of all taxes, liens and/or encumbrances. Further any sum of money that may be paid by Lender in release or discharge of all taxes, liens and/or encumbrances shall be paid to Lender by Borrower, and such sums shall be an addition to the obligation secured hereunder. Borrower shall not mortgage, pledge, encumber or loan any of the Collateral and shall not transfer any form of document which may be required for the amounts advanced to the seller of any vehicle financed pursuant to the Loan otherwise dispose of any item of the Collateral except as more particularly provided herein below. Borrower shall execute, in favor of Agreement or otherwise acquired by Borrower, and shall execute such additional documents as Lender may from time to time request in order to confirm or perfect title in lender's name, or security in any of the Collateral. Execution by Borrower of any instrument for the amount advanced shall be deemed evidence of Borrower's obligation and not payment therefore. Borrower authorizes and grants to Lender, and/or any of its Managers' employees or agents, a power of attorney to execute such documents on Borrower's behalf and to supply any omitted information and correct patent errors in any document executed by Borrower.

2.3.3. So long as Borrower is not in default hereunder, and subject to the provisions of Section 1.4 hereinabove with respect to the repayment of Draws used to purchase Purchased Vehicles, Borrower may sell and lease the individual vehicles constituting a part of the Collateral as allowed under the Vehicle Code.

2.3.4. Lender's security interest in the collateral shall attach to the fullest extent provided or permitted by law to the proceeds, in whatever form, of any retail sale or lease thereof by Borrower until such proceeds are accounted for as aforesaid, and to the proceeds of any other Disposition of said vehicles or any part thereof.

2.4. <u>Remedies re Collateral on Default.</u> In the event Borrower defaults in payment under and according to this Agreement, or in due performance or compliance with any of the terms and conditions hereof, or commits any act or allow any omission which Constitutes a Default hereunder, or in the event that Lender deems itself insecure or reasonably believes the Collateral, or any part thereof, is in danger of misuse, loss, seizure or confiscation, Lender may take immediate possession of the Purchased Vehicles and all of the Collateral, or any portion thereof as it shall determine (including, without limitation, any proceeds of the Collateral), without demand or further notice and without legal process. In furtherance thereof, Borrower shall, if Lender so requests, assemble said Collateral and make it available to Lender at a reasonable convenient place designated by Lender, and Lender shall have the right, and Borrower hereby authorize and empower Lender, to enter upon the premises wherever said Collateral may be and remove same. Lender shall further have the right to instruct any purchaser or lessee of any part of the Collateral, at wholesale or at retail, to make payment directly to

Initial 

6

the Lender. Borrower hereby grants to Lender a power of attorney, coupled with an interest, to execute any and all documents and instruments, in Borrower's name, as may be necessary or convenient to exercise Lender's rights hereunder including, without limitation, documents of title pertaining to the Purchased Vehicles and any of the Collateral or any part thereof, and any checks and instruments representing proceeds of the Collateral. Borrower shall pay all expenses and reimburse Lender for any expenditures, including reasonable attorney's fees and legal expenses, in connection with Lender's exercise of any of its rights and remedies under this Agreement. The rights set forth in this Section 2.4 shall be in addition to, and not in lieu of, the other rights of Lender under this Agreement and under applicable law. In the event of any default by Borrower, and in addition to all other rights of Lender hereunder, Lender shall have all of the rights of a secured party under the secured obligations sections of the California Uniform Commercial Code.

## III. Term

3.1. Term and Termination. This Agreement shall be in effect for a term (the "Term") commencing upon the Effective Date and continuing until the earliest to occur of the following:
   (i) The termination hereof by Borrower at any time and for any reason by giving not less than 30-days advance written notice to Lender;
   (ii) The termination hereof by Lender at any time and for any reason by giving not less than 30-days advance written notice to Borrower;
   (iii) The election by Lender to terminate this Agreement, upon the Default by Borrower

3.2. Effect of Termination. Upon and after termination of this Agreement, as contemplated by Section 3.1 hereinabove, Borrower shall have no further right to draw upon the Loan. However, all of the provisions hereof concerning repayment of the Loan, security for the Loan, enforcement of Lender's rights and the obligations of the Borrower hereunder survive and continue in full force and effect until such time as all obligations of the Borrower are fully performed and satisfied.

## IV. Representations and Warranties of Borrower

As a material consideration for the extension of the Loan to Borrower, and with the intent that the Lender specifically rely hereon, Borrower represents and warrants to Lender as follows:

4.1. Borrower is duly licensed to act as a used-car automobile dealer, and has all necessary licenses, permits, authorities and powers to carry on its business as currently conducted, and to enter into this Agreement and to perform all of its obligations hereunder.

4.2. Borrower is entering into this Agreement with the intent that all proceeds of the Loan, and all Draws, will be used solely for the wholesale purchase of used automobiles to be held for sale as allowed under the Vehicle Code.

4.3. Borrower is an individual or is an entity of the type specified in Section 7.4 herein below, Borrower was formed under the laws of the state specified in Section 7.5 herein below. The persons signing this Agreement, on behalf of the Borrower; constitute the duly authorized and do, by their execution hereof, bind the Borrower to this Agreement.

## V. Additional Covenants of Borrower

Borrower specifically covenants to Lender as follows:

5.1. Borrower will use the proceeds of the Loan, and all Draws, solely to purchase used automobiles, which automobiles will be held out for sale as allowed under the Vehicle Code.

Initial  _DS_  *PM*

7

5.2. All Purchased Automobiles will except when test-driven by potential purchasers, be stored and located exclusively at Borrower's place of business (which is more fully described in Section 7.6 herein below). Purchased Automobiles will not be lent for hire, rented, or used in any other manner except to be held for retail sale under the Vehicle Code and other purposes reasonably related thereto.

5.3. Borrower will, during the entire term of this Agreement and so long thereafter as any portion of the proceeds of the Loan remain unpaid, keep each and every automobile in its inventory insured against all foreseeable perils, including damage, loss, or destruction from all foreseeable casualties. Such insurance is to be in an amount not less than 120% of the Absolute Borrowing Limit set forth herein. Borrower will further maintain liability insurance with respect to the use and operation of each Purchased Vehicle in an amount which is sufficient to cover all foreseeable liability and which is at least equal to the usual and customary limits maintained in the retail used automobile industry. Borrower will from time to time, and upon demand from Lender, provide Lender with proof of the maintenance of such insurance and will, if requested by Lender, cause Lender to be named as an additional co-insured on such policies. Such policies of insurance shall be with such carriers and such form as Lender may reasonably require; provided, however, that the failure of Lender to specify any form of policy or particular insurance company shall not, in any manner constitute a waiver of any of Lender's rights under this Section 5.3.

5.4. Borrower will, in all of its activities, comply with all applicable laws, rules, and regulations governing Borrower and its operations.

5.5. Borrower will promptly notify Lender in writing, of any material adverse change in Borrower's financial condition and of any litigation or claims which may materially affect Borrower's financial condition, its obligations hereunder, its ability to meet such obligations, or its ability or right to carry on business.

5.6. Borrower will maintain its books and records in accordance with generally accepted accounting principles, applied on a consistent basis, and permit Lender to examine and audit such books and records upon not more than 24 hours advance notice to Borrower. Borrower will, at all times during the term of this Agreement, and so long thereafter as any amount is owed to Lender hereunder, maintain a complete and accurate list of all automobiles in its inventory. Borrower will, immediately upon demand of the Lender, deliver to Lender by fax, mail or such other means as Lender may specify, a complete list of such inventory. Borrower will permit Lender, at all times during the term hereof, complete and unencumbered access to Borrower's place of business and any other location where any Borrower's inventory may be located at any time for purposes of inspecting such inventory and other purposes reasonably related thereto.

5.7. Borrower will pay all claims and take all other actions that are reasonably necessary or desirable to keep all items of its inventory free of any claims, liens, security interests, or encumbrances of any type whatsoever, excepting only the ownership of title to the Purchased Vehicles, the security interest of the Lender created pursuant hereto. Borrower will pay all taxes, assessments, and all governmental impositions imposed upon or arising out of its operations when and as due.

5.8. Borrower agrees to indemnify, defend (with counsel of Lender's choosing) and hold Lender and each and every one of its officers, shareholders, and agents harmless from any and all claims, liabilities, debts, suits, actions, causes of action, and expenses arising from or related to the operation, or use or test drive of the Purchased Vehicles.

## VI. Miscellaneous Provisions

6.1. This Agreement is entered into in the County of Riverside, State of California, and shall be governed by the laws of such State. In the event of any dispute between the parties with respect to or arising

Initial ꞵM

8

out of this Agreement, such dispute shall be heard in the courts located in the County of Orange, State of California, and the parties hereto specifically consent to the jurisdiction of such courts and waive all rights they may have to a change of venue.

6.2. Caption headings in this Agreement are inserted only for convenience and are not meant to afflict or alter the interpretation or define any provision of this Agreement.

6.3. In the event of any dispute (whether or not litigation is initiated) between the parties hereto with respect to or arising out of this Agreement, or the interpretation of any provision, or for the purpose of enforcement of the Agreement, the prevailing party in such dispute shall be entitled, as an additional but not an exclusive remedy, to payment of its actual attorney's fees and costs incurred thereby.

6.4. This Agreement, and the exhibits, schedules, and any other documents referred to herein or attached hereto, constitute all of the agreements between the parties relating to the subject matter hereof, and supersede all prior and contemporaneous discussions, negotiations and agreements or understandings relating to such subject matter. This agreement will not be modified by any oral agreement and will only be modified by a writing signed by all parties.

6.5. Any notices required or appropriate to be given hereunder shall be given in writing and shall be deemed effective when actually delivered to the party to whom addressed. Risk of non-delivery of any notice shall be born by the party given notice.

6.6. Neither this Agreement, nor any of the obligations or rights of any of the parties hereto may be assigned or delegated without the express, prior, written consent of the other party, which consent may be withheld for any reason or for no reason. Subject to the foregoing, the rights, duties, and obligations of the parties hereto shall be binding upon a party's successors and permitted assigns.

6.7. If any court of competent jurisdiction finds any provision of this Agreement to be invalid or unenforceable for any reason, or in any particular circumstance, the remainder provisions of this Agreement shall remain in full force and effect unless, thereby, either party is denied the substantial benefit of this Agreement, in which event this Agreement shall be of no further force and effect except as the provisions hereof shall govern repayment of the Loan and the Lender's rights with regard to enforcement of such repayment.

6.8. Time is the essence with regard to all of the parties' obligations under this Agreement.

6.9. No party shall be deemed to have waived any rights under this Agreement unless such waiver shall be given in writing, and is signed by the party to be charged therewith. No delay or omission on the part of any party in exercising any of its rights hereunder shall operate as a waiver of such right of any other right. A waiver by any part of any of its rights hereunder shall not constitute a waiver of any other provision hereunder, whether or not similar. Nor shall any such waiver constitute a continuing waiver or a waiver of the same provision in any future circumstances.

Agreement Continues on Next Page



Initial

9

## VII. Data

The data referred to hereinabove is as follows:

7.1. Effective date: December 13, 2019

7.2. Borrower: MAG Auto Group Inc

dba: MAG Motor Company

7.3. Absolute Borrowing Limit: $ 250,000

7.4. Type of Entity of Borrower: Corporation

7.5. State of Organization: California

7.6. Borrower's Business Address: 1890 N Main St

City, State and Zip Code Walnut Creek, CA 94596

IN WITNESS WHEREOF the parties have executed this Agreement to be effective as of the Effective Date set forth in Section 7.1 hereinabove,

Lender                                      Borrower

ABS FINANCE COMPANY, LLC,                   MAG Auto Group Inc
a California Limited Liability Co.

                                            dba: MAG Motor Company

By: _____                       Signature: _Pouriya Mozaffari_
                                            DocuSigned by:
                                            3BD9D14EF65742D...

Thomas J. Harmon,                           Print Name: Pouriya Mozaffari
President
                                            Title: CEO

                                            And

                                            Signature: _____

                                            Print Name: _____

                                            Title: _____

Initial _PM_                                10

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

# Outside Flooring

Dealer may use a maximunt of 50% of your total flooring line for Outside Flooring.

1) **Manheim Auto Auctions** – any auction within the Western United States – contact your local Manheim Auction.
www.manheim.com

2) **Adesa Auto Auctions** – any auction in the United States – contact your local Adesa Auction
www.adesa.com

3) **Collateral Liquidators- Long Beach, CA**
Phone: (562)988-7611
www.collateralliquidators.com

4) **Enterprise Rent-A-Car**
Contact your local outlet and make arrangements with our office.

5) **Dealers Choice Auto Auction- Signal Hill, CA**
Phone: (562)424-9490
www.dcautoauction.net

6) **Dealers Auto Auction Southwest- Phoenix, AZ**
Phone: (602)253-7766
www.daasw.com

7) **Crosspoint Dealer Auctions- Milwaukie, OR**
Phone: (503)594-2800
www.crosspointnw.com

8) **North Bay Auto Auction- Fairfield, CA**
Phone: (800)845-3771
www.nbauto.com

9) **Metro Auto Auction – Phoenix, AZ**
Phone: (602) 279-9500
www.metroaa.com

10) **Auctions In Motion, - Southern California**
Phone: (866) 924-1117
www.auctionsinmotion.com

11) **Fox Rent-A-Car**
Contact your local outlet and make arrangements with our office.

**Suggestion for Additional Flooring Opportunities:**

Many of our dealers have made arrangements with their local auctions to use their ABS Flooring line. Simply go to the flooring department and request they allow you to put your purchases on your ABS Flooring line. ABS Finance does not have a "corporate agreement" with every auction available, but we find many auctions do accept ABS Flooring as an alternative payment method. Please make arrangements with ABS Finance, if you are going to use your ABS Flooring Line, at any auction not listed on this agreement.

Initial _PM_

11

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

# ACH Authorization Agreement
# FOR DIRECT PAYMENTS (ACH DEBITS)

Borrower: MAG Auto Group Inc

   dba: MAG Motor Company

Dealer Number: 89425

**I (we) hereby authorize ABS Finance Co. hereinafter called COMPANY, to initiate debit entries to my Checking Account indicated below at the depository financial institution named below, hereinafter called DEPOSITORY, and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with provisions of U.S. Law.**

| | |
|---|---|
| **(Bank)**<br>**Depository**<br>**Name** chase | **Branch** walnut creek |
| **City** walnut creek | **State** ca    **Zip** 94596 |
| **Routing**<br>**Number** ▮1627 | **Account**<br>**Number** ▮9327 |

## ATTACH A "VOIDED" CHECK

This authorization is to remain in full force and effect until COMPANY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable opportunity to act on it.

| | |
|---|---|
| **Name:** Pouriya Mozaffari | **Drivers Lic. #** ▮855 |
| **Date:** December 13, 2019 | **Signature:** DocuSigned by:<br>Pouriya Mozaffari<br>3BD9D14EF65742D... |

NOTE: ALL WRITTEN DEBIT AUTHORIZATIONS **MUST** PROVIDE THAT THE RECEIVER MAY REVOKE THE AUTHORIZATION ONLY BY NOTIFYING THE ORIGINATOR IN THE MANNER SPECIFIED IN THE AUTHORIZATION.

Initial ⎡DS⎤ PM

12

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

**EXHIBIT 'A'**

ABS Finance Co.
DBA





## Request for Draw

The undersigned Borrower hereby requests from ABS Finance, a loan and disbursement of monies, pursuant to the ABS Finance Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance that: The amount requested, if disbursed by ABS Finance , will be subject to all of the terms of the loan agreement, including without limitation:

a.) The provisions granting to ABS Finance a security interest in the purchased vehicle.

b.) Delivering to, or authorizing the delivery to ABS Finance, the certificate of title to the purchased automobile.

c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.

d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance, a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.

2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.

3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.

4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.

5. That I have personal knowledge, power and authority to make the representations set forth herein.

6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

**Purchased From:**     ABS Auto Auctions

**Purchased Automobile:**

| | | |
|---|---|---|
| **Year:** | **Make/Model:** | **Vehicle ID:** |
| **VIN:** | **Mileage:** **Color:** / | |
| **Sale Date:** | **Flooring Date:** | |
| **Purchase Price:** | | |
| **Auction Buy Fee:** | **Lot Trans:** | |
| **Finance Fee:** | | |
| **Inspection Fee:** | **Reserve:** | |

**Total Amount payable to ABS Finance or ABS Auto Auctions:**

**Borrower:**

Dlr. Name          Dlr. Number

**Signature:**

**Print Name:**

Z:\Apps\ABS\Reports2004\Flooring ABS Finance Co.rpt

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

## EXHIBIT B

to

### ABS FINANCE CO. LLC DBA ABS AUTO AUCTIONS
### ABS FINANCE COMPNAY, LLC WHOLESALE AUTOMOBILE
### FINANCE AND SECURITY AGREEMENT

**Finance Fees**

| Draw Amount | ABS Auction Finance Fee | Outside Finance Fee |
|---|---|---|
| $2,000 or less | $70 | $155 |
| $2,001-$4,000 | $85 | $170 |
| $4,001-$6,000 | $100 | $185 |
| $6,001-$8,000 | $115 | $200 |
| $8,001-$10,000 | $130 | $215 |
| $10,001-$12,000 | $145 | $230 |
| $12,001-$14,000 | $160 | $245 |
| $14,001-$16,000 | $175 | $260 |
| $16,001-$18,000 | $190 | $275 |
| $18,001-$20,000 | $205 | $290 |
| $20,001-$22,000 | $220 | $305 |
| $22,001-$24,000 | $235 | $320 |
| $24,001-$26,000 | $250 | $335 |
| $26,001-$28,000 | $265 | $350 |
| $28,001-$30,000 | $280 | $365 |

Outside Finance Fees shall apply to all Draws for vehicles purchased anywhere other than ABS Auto Auctions.

Sign: _Pouriya Mozaffari_

Print: Pouriya Mozaffari

Title: CEO

Sign: _____

Print: _____

Title: _____

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

**EXHIBIT C**

to

ABS FINANCE CO. LLC DBA ABS AUTO AUCTIONS
ABS FINANCE COMPANY, LLC. WHOLESALE AUTOMOBILE
FINANCE AND SECURITY AGREEMENT

Upon the earliest to occur of the following:

    (i) 24 hours after the Purchased Automobile financed with the particular Draw is sold or otherwise disposed of by Borrower; or

    (ii) A period ("Original Term"), which shall be 30 days, following the date of the Draw Request ("Draw Date"), (unless extended pursuant to Section 1.5)

Sign: _Pouriya Mozaffari_

Print: Pouriya Mozaffari

Title: CEO

Sign: _____

Print: _____

Title: _____

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

## EXHIBIT D

to

### ABS FINANCE CO. LLC DBA ABS AUTO AUCTIONS
### ABS FINANCE COMPNAY, LLC WHOLESALE AUTOMOBILE
### FINANCE AND SECURITY AGREEMENT

**Extension Fees**

| Draw Amount or Principal Balance | ABS Auction Extension Fee | | | Outside Extension Fee | | |
|---|---|---|---|---|---|---|
| | Fee @ 30 Days | Fee @ 60 Days | Fee @ 90 Days | Fee @ 30 Days | Fee @ 60 Days | Fee @ 90 Days |
| $2,000 or less | $115 | $115 | $115 | $155 | $155 | $155 |
| $2,001-$4,000 | $130 | $130 | $130 | $170 | $170 | $170 |
| $4,001-$6,000 | $145 | $145 | $145 | $185 | $185 | $185 |
| $6,001-$8,000 | $160 | $160 | $160 | $200 | $200 | $200 |
| $8,001-$10,000 | $175 | $175 | $175 | $215 | $215 | $215 |
| $10,001-$12,000 | $190 | $190 | $190 | $230 | $230 | $230 |
| $12,001-$14,000 | $205 | $205 | $205 | $245 | $245 | $245 |
| $14,001-$16,000 | $220 | $220 | $220 | $260 | $260 | $260 |
| $16,001-$18,000 | $235 | $235 | $235 | $275 | $275 | $275 |
| $18,001-$20,000 | $250 | $250 | $250 | $290 | $290 | $290 |
| $20,001-$22,000 | $265 | $265 | $265 | $305 | $305 | $305 |
| $22,001-$24,000 | $280 | $280 | $280 | $320 | $320 | $320 |
| $24,001-$26,000 | $295 | $295 | $295 | $335 | $335 | $335 |
| $26,001-$28,000 | $310 | $310 | $310 | $350 | $350 | $350 |
| $28,001-$30,000 | $325 | $325 | $325 | $365 | $365 | $365 |

**Maximum Allowable Repayment Period**

The maximum allowable Repayment Period shall be 120 days; therefore, the Draw may only be extended three times.

Sign: Pouriya Mozaffari

Print: Pouriya Mozaffari

Title: CEO

Sign: _____

Print: _____

Title: _____

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

## Private Debt Disclosure

Dealer declares that they have no debt obligations, which have not been disclosed to ABS Finance, from a private party (non-lending licensed party). Dealer agrees to notify ABS Finance, before they encumber their business or their person, through a loan from a private party.

This notification is meant to help ABS Finance accurately calculate the equity value of the business and not to prevent the dealer from borrowing money from a private party. ABS Finance could consider this a "material financial change" in the business or person.

Amount Encumbered: $ 0

To Whom Encumbered: _____

Address: _____

Contact Information: _____

Borrower: MAG Auto Group Inc

dba: MAG Motor Company

Signature: *Pouriya Mozaffari*                        Date: December 13, 2019

Print: Pouriya Mozaffari                               Title: CEO

Signature: _____                    Date: December 13, 2019

Print: _____                        Title: _____

EXHIBIT

PAGE 37

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

# COMMERCIAL GUARANTY

Borrower: MAG Auto Group Inc

MAG Motor Company

1890 N Main St

Walnut Creek, CA 94596

Guarantor: Pouriya Mozaffari

Home Address    30 Sugar Pine Ln

City,State and Zip    Blackhawk, CA 94506

Lender:    ABS Finance Company
341 Corporate Terrace Cir
Corona,CA 92879

**CONTINUING GUARANTEE OF PAYMENT AND PERFORMANCE.** For good and valuable consideration, Guarantor absolutely and unconditionally guarantees **full** and punctual payment and satisfaction of the Indebtedness of Borrower to Lender, and the performance and discharge of all Borrower's obligations under the ABS Finance Company Wholesale Automobile Finance and Security Agreement (the "Loan Agreement") and the Related Documents. This is a guaranty of payment and performance and not of collection, so Lender can enforce this Guaranty against Guarantor even when Lender has not exhausted Lender's remedies against anyone else obligated to pay the Indebtedness or against any collateral securing the Indebtedness, this Guaranty or any other guaranty of the Indebtedness. Guarantor will make any payments to Lender or its order, on demand, in legal tender of the United States of America, in same-day funds, without set-off or deduction or counterclaim, and will otherwise perform Borrower's obligations under the Loan Agreement and Related Documents. Under this Guaranty, Guarantor's liability is unlimited and Guarantor's obligations are continuing.

**INDEBTEDNESS.** The word "Indebtedness" as used in this Guaranty means all of the principal amount outstanding from time to time and at any one or more times, accrued unpaid interest thereon and all collection costs and legal expenses related thereto permitted by law, attorneys' fees, arising from any and all debts, liabilities and obligations of every nature or form, now existing or hereafter arising or acquired, that Borrower individually or collectively or interchangeably with others, owes or will owe Lender. "Indebtedness" includes, without limitation, loans, advances, debts, other obligations, and liabilities of Borrower, and any present or future judgments against Borrower, future advances, loans or transactions mat renew, extend, modify, refinance, consolidate or substitute these debts, liabilities and obligations whether: voluntarily or involuntarily incurred; due or to become due by their terms or acceleration; absolute or contingent; liquidated or unliquidated; determined or undetermined; direct or indirect; primary or secondary in nature or arising from a guaranty or surety; secured or unsecured; joint or several or joint and several; evidenced by a negotiable or non-negotiable instrument or writing; originated by Lender or another or others; barred or unenforceable against Borrower for any reason whatsoever; for any transactions that may be voidable for any reason (such as infancy, insanity, ultra vires or otherwise); and originated then reduced or extinguished and then afterwards increased or reinstated.

If Lender presently holds one or more guaranties, or hereafter receives additional guaranties from Guarantor, Lender's rights under all guaranties shall be cumulative. This Guaranty shall not (unless specifically provided below to the contrary) affect or invalidate any such other guaranties. Guarantor's liability will be Guarantor's aggregate liability under the terms of this Guaranty and any such other unterminated guaranties.

**CONTINUING GUARANTY.** THIS IS A "CONTINUING GUARANTY" UNDER WHICH GUARANTOR AGREES TO GUARANTEE THE FULL AND PUNCTUAL PAYMENT, PERFORMANCE AND SATISFACTION OF THE INDEBTEDNESS OF BORROWER TO LENDER, NOW EXISTING OR HEREAFTER ARISING OR ACQUIRED, ON AN OPEN AND CONTINUING BASIS. ACCORDINGLY, ANY PAYMENTS MADE ON THE INDEBTEDNESS WILL NOT DISCHARGE OR DIMINISH GUARANTOR'S OBLIGATIONS AND LIABILITY UNDER THIS GUARANTY FOR ANY REMAINING AND SUCCEEDING

**DURATION OF GUARANTY.** This Guaranty will take effect when received by Lender without the necessity of any acceptance by Lender, or any notice to Guarantor or to Borrower, and will continue in full force until all the Indebtedness incurred or contracted before receipt by Lender of any notice of revocation shall have been fully and finally paid and satisfied and all of Guarantor's other obligations under this Guaranty shall have been performed in foil. If Guarantor elects to revoke **this** Guaranty, Guarantor may only do so in writing. Guarantor's written notice of revocation must be mailed to Lender, by certified mail, at Lender's address listed above or such other place as Lender may designate in writing. Written revocation of this Guaranty will apply only to advances or new Indebtedness created after actual receipt by Lender of Guarantor's written revocation. For this purpose and without limitation, the term "new Indebtedness" does not include the Indebtedness which at the time of notice of revocation is contingent, unliquidated, undetermined or not due and which later becomes absolute, liquidated, determined or due. This Guaranty will continue to bind Guarantor for all the Indebtedness incurred by Borrower or committed by Lender prior to receipt of Guarantor's written notice of revocation, including any extensions, renewals,

1

substitutions or modifications of the Indebtedness. All renewals, extensions, substitutions, and modifications of the Indebtedness granted after Guarantor's revocation, are contemplated under this Guaranty and, specifically will not be considered to be new Indebtedness. This Guaranty shall bind Guarantor's estate as to the Indebtedness createdboth before and after Guarantor's death or incapacity, regardless of Lender's actual notice of Guarantor's death. Subject to the foregoing, Guarantor's executor or administrator or other legal representative may terminate this Guaranty in the same manner in which Guarantor might have terminated it and with the same effect. Release of any other guarantor or termination of any other guaranty of the Indebtedness shall not affect the liability of Guarantor under this Guaranty. A revocation Lender receives from any one or more Guarantors shall not affect the liability of any remaining Guarantors under this Guaranty. Guarantor's obligations under this Guaranty shall be in addition to any of Guarantor's obligations, or any of them, under any other guaranties of the Indebtedness or any other person heretofore or hereafter given to Lender unless such other guaranties are modified or revoked in writing; and this Guarantor shall not, unless provided in this Guaranty, affect, invalidate, or supersede any such other guaranty. **It is anticipated that fluctuations may occur in the aggregate amount of the Indebtedness covered by this Guaranty, and Guarantor specifically acknowledges and agrees that reductions in the amount of the Indebtedness, even to zero dollars ($0.00), prior to Guarantor's written revocation of this Guaranty shall not constitute a termination of this Guaranty. This Guaranty is binding upon Guarantor and Guarantor's heirs, successors and assigns so long as any of the Indebtedness remains unpaid and even though the Indebtedness may from time to time be zero dollars ($0.00).**

**GUARANTOR'S AUTHORIZATION TO LENDER.** Guarantor authorizes Lender, either before or after any revocation hereof, **without notice or demand and without lessening Guarantor's liability under this Guaranty, from time to time:** (A) prior to revocation as set forth above, to make one or more additional secured or unsecured loans to Borrower, or otherwise to extend additional credit to Borrower; (B) to alter, compromise, renew, extend, accelerate, or otherwise change one or more times the time for payment or other terms of the Indebtedness or any part of the Indebtedness, including increases and decreases of the rate of interest on the Indebtedness; extensions may be repeated and may be for longer than the original loan term; (C) to take and hold security for the payment of this Guaranty or the Indebtedness, and exchange, enforce, waive, subordinate, fail or decide not to perfect, and release any such security, with or without the substitution of new collateral; (D) to release, substitute, agree not to sue, or deal with any one or more of Borrower's sureties, endorsers, or other guarantors on any terms or in any manner Lender may choose; (E) to determine how, when and what application of payments and credits shall be made on the Indebtedness; (F) to apply such security and direct the order or manner of sale thereof, including without limitation, any nonjudicial sale permitted by the terms of the controlling security agreement or deed of trust, as Lender in its discretion may determine; (G) to sell, transfer, assign or grant participations in all or any part of the Indebtedness; and (K) to assign or transfer this Guaranty in whole or in part.

**GUARANTOR'S REPRESENTATIONS AND WARRANTIES.** Guarantor represents and warrants to Lender that (A) no representations or agreements of any kind have been made to Guarantor which would limit or qualify in any way the terms of this Guaranty; (B) this Guaranty is executed at Borrower's request; (C) Guarantor has full power, right and authority to enter into this Guaranty; (D) the provisions of this Guaranty do not conflict with or result in a default under any agreement or other instrument binding upon Guarantor and do not result in a violation of any law, regulation, court decree or order applicable to Guarantor; (E) Guarantor has not and will not, without the prior written consent of Lender, sell, lease, assign, encumber, hypothecate, transfer, or otherwise dispose of all or substantially all of Guarantor's assets, or any interest therein; (F) upon Lender's request, Guarantor will provide to Lender financial and credit information in form acceptable to Lender, and all such financial information which currently has been, and all future financial information which will be provided to Lender is and will be true and correct in all material respects and fairly present Guarantor's financial condition as of the dates the financial information is provided; (G) no material adverse change has occurred in Guarantor's financial condition since the date of the most recent financial statements provided to Lender and no event has occurred which may materially adversely affect Guarantor's financial condition; (H) no litigation, claim, investigation, administrative proceeding or similar action (including those for unpaid taxes) against Guarantor is pending or threatened; (I) Lender has made no representation to Guarantor as to the creditworthiness of Borrower; and (J) Guarantor has established adequate means of obtaining from Borrower on a continuing basis information regarding Borrower's financial condition. Guarantor agrees to keep adequately informed from such means of any facts, events, or circumstances which might in any way affect Guarantor's risks under this Guaranty, and Guarantor further agrees that, absent a request for information, Lender shall have no obligation to disclose to Guarantor any information or documents acquired by Lender in the course of its relationship with Borrower.

**GUARANTOR'S FINANCIAL STATEMENTS.** Guarantor agrees to furnish Lender with the following:

**Additional Requirements.**

Guarantors' annual financial statement, signed and dated, on form acceptable to Lender form no later than 30 days after calendar year end.

Guarantors' annual federal tax returns or extension including all K-l schedules (if applicable), no later than lS days after filing.

All financial reports required to be provided under this Guaranty shall be prepared in accordance with GAAP, applied on a consistent basis, and certified by Guarantor as being true and correct.

**GUARANTOR'S WAIVERS.** Except as prohibited by applicable law, Guarantor waives any right to require Lender to (A) make any presentment, protest, demand, or notice of any kind, including notice of change of any terms of repayment of the Indebtedness, default by Borrower or any other guarantor or surety, any action or nonaction taken by Borrower, Lender, or any other guarantor or surety of Borrower, or the creation of new or additional Indebtedness; (B) proceed against any person, including Borrower, before proceeding against Guarantor; (C) proceed against any collateral for the Indebtedness, including Borrower's collateral, before proceeding against Guarantor; (D) apply any payments or proceeds received against the Indebtedness in any order; (E) give notice of the terms, time, and place of any sale of the collateral pursuant to the Uniform Commercial Code or any other law governing such sale; (F) disclose any information about the Indebtedness, the Borrower, the collateral, or any other guarantor or surety, or about any action or nonaction of Lender; or (G) pursue any remedy or

2

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

course of action in Lender's power whatsoever.

Guarantor also waives any and all rights or defenses arising by reason of (H) any disability or other defense of Borrower, any other guarantor or surety or any other person; (I) the cessation from any cause whatsoever, other than payment in full, of the Indebtedness; (J) the application of proceeds of the Indebtedness by Borrower for purposes other than the purposes understood and intended by Guarantor and Lender; (K) any act of omission or commission by Lender which directly or indirectly results in or contributes to the discharge of Borrower or any other guarantor or surety, or the Indebtedness, or the loss or release of any collateral by operation of law or otherwise; (L) any statute of limitations in any action under this Guaranty or on the Indebtedness; or (M) any modification or change in terms of the Indebtedness, whatsoever, including without limitation, the renewal, extension, acceleration, or other change in the time payment of the Indebtedness is due and any change in the interest rate, and including any such modification or change in terms after revocation of this Guaranty on the Indebtedness incurred prior to such revocation.

Guarantor waives all rights and any defenses arising out of an election of remedies by Lender even though that the election of remedies, such as a non-judicial foreclosure with respect to security for a guaranteed obligation, has destroyed Guarantor's rights of subrogation and reimbursement against Borrower by operation of Section 580d of the California Code of Civil Procedure or otherwise.

Guarantor waives all rights and defenses that Guarantor may have because Borrower's obligation is secured by real property. This means among other things: (1) Lender may collect from Guarantor without first foreclosing on any real or personal property collateral pledged by Borrower. (2) If Lender forecloses on any real property collateral pledged by Borrower: (a) the amount of Borrower's obligation may be reduced only by the price for which the collateral is sold at the foreclosure sale, even if the collateral is worth more than the sale price, (b) Lender may collect from Guarantor even if Lender, by foreclosing on the real property collateral, has destroyed any right Guarantor may have to collect from Borrower. This is an unconditional and irrevocable waiver of any rights and defenses Guarantor may have because Borrower's obligation is secured by real property. These rights and defenses include, but are not limited to, any rights and defenses based upon Section 580a, 580b, 580d, or 726 of the Code of Civil Procedure.

Guarantor understands and agrees that the foregoing waivers are unconditional and irrevocable waivers of substantive rights and defenses to which Guarantor might otherwise be entitled under state and federal law. The rights and defenses waived include, without limitation, those provided by California laws of suretyship and guaranty, anti-deficiency laws, and the Uniform Commercial Code. Guarantor acknowledges that Guarantor has provided these waivers of rights and defenses with the intention that they be fully relied upon by Lender. Guarantor further understands and agrees that this Guaranty is a separate and independent contract between Guarantor and Lender, given for full and ample consideration, and is enforceable on its own terms. Until all of the Indebtedness is paid in full, Guarantor waives any right to enforce any remedy Guarantor may have against the Borrower or any other guarantor, surety, or other person, and further, Guarantor waives any right to participate in any collateral for the Indebtedness now or hereafter held by Lender.

**GUARANTOR'S UNDERSTANDING WITH RESPECT TO WAIVERS-** Guarantor warrants and agrees that each of the waivers set forth above is made with Guarantor's full knowledge of its significance and consequences and that, under the circumstances, the waivers are reasonable and not contrary to public policy or law. If any such waiver is determined to be contrary to any applicable law or public policy, such waiver shall be effective only to the extent permitted by law or public policy.

**SUBORDINATION OF BORROWER'S DEBTS TO GUARANTOR.** Guarantor agrees that the Indebtedness, whether now existing or hereafter created, shall be superior to any claim that Guarantor may now have or hereafter acquire against Borrower, whether or not Borrower becomes insolvent.  Guarantor hereby expressly subordinates any claim Guarantor may have against Borrower, upon any account whatsoever, to any claim that Lender may now or hereafter have against Borrower. In the event of insolvency and consequent liquidation of the assets of Borrower, through bankruptcy, by an assignment for the benefit of creditors, by voluntary liquidation, or otherwise, the assets of Borrower applicable to the payment of the claims of both Lender and Guarantor shall be paid to Lender and shall be first applied by Lender to the Indebtedness. Guarantor does hereby assign to Lender all claims which it may have or acquire against Borrower or against any assignee or trustee in bankruptcy of Borrower; provided however, that such assignment shall be effective only for the purpose of assuring to Lender full payment in legal tender of the Indebtedness. If Lender so requests, any notes or credit agreements now or hereafter evidencing any debts or obligations of Borrower to Guarantor shall be marked with a legend that the same are subject to this Guaranty and shall be delivered to Lender. Guarantor agrees, and Lender is hereby authorized, in the name of Guarantor, from time to time to file financing statements and continuation statements and to execute documents and to take such other actions as Lender deems necessary or appropriate to perfect, preserve and enforce its rights under this Guaranty.

MISCELLANEOUS PROVISIONS. The following miscellaneous provisions are a part of this Guaranty:

Amendments. This Guaranty, together with any Related Documents, constitutes the entire understanding and agreement of the parties as to the matters set forth in this Guaranty. No alteration of or amendment to this Guaranty shall be effective unless given in writing and signed by the party or parties sought to be charged or bound by the alteration or amendment

Attorneys' Fees; Expenses. Guarantor agrees to pay upon demand all of Lender's costs and expenses, including Lender's attorneys' fees and Lender's legal expenses, incurred in connection with the enforcement of this Guaranty. Lender may hire or pay someone else to help enforce this Guaranty, and Guarantor shall pay the costs and expenses of such enforcement. Costs and expenses include Lender's attorneys' fees and legal expenses whether or not there is a lawsuit, including attorneys' fees and legal expenses for bankruptcy proceedings (including efforts to modify or vacate any automatic stay or injunction), appeals, and any anticipated post-judgment collection services. Guarantor also shall pay all court costs and such additional fees as may be directed by the court.

Caption Headings. Caption headings in this Guaranty are for convenience purposes only and are not to be used to interpret or define the provisions of this Guaranty.

Governing Law. This Guaranty will be governed by the laws of the State of California without regard to its conflicts

3

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

of law provisions. This Guaranty has been accepted by Lender in the State of California.

Choice of Venue. If there is a lawsuit, Guarantor agrees upon Lender's request to submit to the jurisdiction of the courts of Orange County, State of California

Integration. Guarantor further agrees that Guarantor has read and fully understands the terms of this Guaranty; Guarantor has had the opportunity to be advised by Guarantor's attorney with respect to this Guaranty; the Guaranty fully reflects Guarantor's intentions and parol evidence is not required to interpret the terms of this Guaranty. Guarantor hereby indemnifies and holds Lender harmless from all losses, claims, damages, and costs (including Lender's attorneys' fees) suffered or incurred by Lender as a result of any breach by Guarantor of the warranties, representations and agreements of this paragraph.

Interpretation. In all cases where there is more than one Borrower or Guarantor, men all words used in mis Guaranty in the singular shall be deemed to have been used in the plural where the context and construction so require; and where there is more than one Borrower named in this Guaranty or when this Guaranty is executed by more than one Guarantor, the words "Borrower" and "Guarantor" respectively shall mean all and any one or more of them. The words "Guarantor," "Borrower," and "Lender" include the heirs, successors, assigns, and transferees of each of them. If a court finds that any provision of this Guaranty is not valid or should not be enforced, that fact by itself will not mean that the rest of this Guaranty will not be valid or enforced. Therefore, a court will enforce the rest of the provisions of this Guaranty even if a provision of this Guaranty may be found to be invalid or unenforceable. If any one or more of Borrower or Guarantor are corporations, partnerships, limited liability companies, or similar entities, it is not necessary for Lender to inquire into the powers of Borrower or Guarantor or of the officers, directors, partners, managers, or other agents acting or purporting to act on their behalf, and any indebtedness made or created in reliance upon the professed exercise of such powers shall be guaranteed under this Guaranty.

Notices. Any notice required to be given under this Guaranty shall be given in writing, and shall be effective when actually delivered, and the risk of non-delivery shall, in all cases be borne by the party giving notice. All revocation notices by Guarantor shall be in writing and shall be effective upon delivery to Lender as provided in the section of this Guaranty entitled "DURATION OF GUARANTY." Any party may change its address for notices under this Guaranty by giving formal written notice to the other parties, specifying that the purpose of the notice is to change the party's address. For notice purposes, Guarantor agrees to keep Lender informed at all times of Guarantor's current address. Unless otherwise provided or required by law, if there is more than one Guarantor, any notice given by Lender to any Guarantor is deemed to be notice given to all Guarantors.

No Waiver by Lender. Lender shall not be deemed to have waived any rights under this Guaranty unless such waiver is given in writing and signed by Lender. No delay or omission on the part of Lender in exercising any right shall operate as a waiver of such right or any other right. A waiver by Lender of a provision of this Guaranty shall not prejudice or constitute a waiver of Lender's right otherwise to demand strict compliance with that provision or any other provision of this Guaranty. No prior waiver by Lender, nor any course of dealing between Lender and Guarantor, shall constitute a waiver of any of Lender's rights or of any of Guarantor's obligations as to any future transactions. Whenever the consent of Lender is required under this Guaranty, the granting of such consent by Lender in any instance shall not constitute continuing consent to subsequent instances where such consent is required and in all cases such consent may be granted or withheld in the sole discretion of Lender.

Successors and Assigns. Subject to any limitations stated in this Guaranty on transfer of Guarantor's interest, mis Guaranty shall be binding upon and inure to the benefit of the parties, their successors and assigns.

FACSIMILE AND COUNTERPART. This document may be signed in any number of separate copies, each of which shall be effective as an original, but all of which taken together shall constitute a single document. An electronic transmission or other facsimile of this document or any related document shall be deemed an original and shall be admissible as evidence of the document and the signers execution.

DEFINITIONS. The following capitalized words and terms shall have the following meanings when used in this Guaranty. Unless specifically stated to the contrary, all references to dollar amounts shall mean amounts in lawful money of the United States of America. Words and terms used in the singular shall include the plural, and the plural shall include the singular, as the context may require. Words and terms not otherwise defined in this Guaranty shall have the meanings attributed to such terms in the Uniform Commercial Code:

Borrower. The word "Borrower" means the party identified as Borrower on the first page hereof, and includes all co-signers and co-makers signing the Loan Agreement and all their successors and assigns.

Guarantor. The word "Guarantor" means everyone signing this Guaranty, including without limitation the party identified as the Guarantor of the first page hereof. and in each case, any signer's successors and assigns.

**Guaranty.** The word "Guaranty" means this guaranty from Guarantor to Lender.

**Indebtedness.** The word "Indebtedness" means Borrower's indebtedness to Lender as more particularly described in this Guaranty and all sums owed under the Loan Agreement.

**Lender.** The word "Lender" means ABS FINANCE COMPANY, its successors and assigns.

**Loan Agreement** The term "Loan Agreement"[11] means that certain ABS Finance Company Wholesale Automobile Finance and Security Agreement. as now or hereafter amended, and entered into by Lender and Borrower.

**Related Documents.** The words "Related Documents" mean all promissory notes, credit agreements, loan agreements, environmental agreements, guaranties, security agreements, mortgages, deeds of trust, security deeds, collateral mortgages, and all other instruments, agreements and documents, whether now or hereafter existing, executed

4

EXHIBIT 1
PAGE 41

DocuSign Envelope ID: B6F5C91B-F0B5-4BD6-B1AD-62B64C7BF901

in connection with the Indebtedness.

**EACH UNDERSIGNED GUARANTOR ACKNOWLEDGES HAVING READ ALL THE PROVISIONS OF THIS GUARANTY AND AGREES TO ITS TERMS. IN ADDITION, EACH GUARANTOR UNDERSTANDS THAT THIS GUARANTY IS EFFECTIVE UPON GUARANTOR'S EXECUTION AND DELIVERY OF THIS GUARANTY TO LENDER AND THAT THE GUARANTY WILL CONTINUE UNTIL TERMINATED IN THE MANNER SET FORTH IN THE SECTION TITLED "DURATION OF GUARANTY". NO FORMAL ACCEPTANCE BY LENDER IS NECESSARY TO MAKE THIS GUARANTY EFFECTIVE. THIS GUARANTY IS DATED** December 13, 2019                    .

GUARANTOR:

Pouriya Mozaffari

By: ___ *Pouriya Mozaffari*

Its: Pouriya Mozaffari

5


**Docu**Sign
SECURED

## Certificate Of Completion

Envelope Id: B6F5C91BF0B54BD6B1AD62B64C7BF901
Subject: Please DocuSign: ABS Finance - Finance and Security Agreement - MAG Motor Company.pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 22 | Signatures: 8 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 12 | Sean Harmon |
| AutoNav: Enabled | | sharmon@absautoauctions.com |
| EnvelopeId Stamping: Enabled | | IP Address: 12.14.109.244 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

Status: Completed

## Record Tracking

| Status: Original | Holder: Sean Harmon | Location: DocuSign |
|---|---|---|
| 12/13/2019 3:57:39 PM | sharmon@absautoauctions.com | |

| **Signer Events** | **Signature** | **Timestamp** |
|---|---|---|
| Pouriya Mozaffari | DocuSigned by: | Sent: 12/13/2019 4:05:36 PM |
| petemozaffari@yahoo.com | Pouriya Mozaffari | Viewed: 12/13/2019 4:11:29 PM |
| gm | 36D9D14EF65742D... | Signed: 12/13/2019 4:14:20 PM |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style Using IP Address: 24.6.141.120 | |

**Electronic Record and Signature Disclosure:**
Accepted: 12/13/2019 4:11:29 PM
ID: c4c4fd39-e9ba-4bb7-9ead-d1b7991eacff

| **In Person Signer Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Editor Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Agent Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Intermediary Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Certified Delivery Events** | **Status** | **Timestamp** |
|---|---|---|

| **Carbon Copy Events** | **Status** | **Timestamp** |
|---|---|---|

| **Witness Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Notary Events** | **Signature** | **Timestamp** |
|---|---|---|

| **Envelope Summary Events** | **Status** | **Timestamps** |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/13/2019 4:05:36 PM |
| Certified Delivered | Security Checked | 12/13/2019 4:11:30 PM |
| Signing Complete | Security Checked | 12/13/2019 4:14:20 PM |
| Completed | Security Checked | 12/13/2019 4:14:20 PM |

| **Payment Events** | **Status** | **Timestamps** |
|---|---|---|

**Electronic Record and Signature Disclosure**

## CONSUMER DISCLOSURE

From time to time, ABS Auto Auctions (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the â€˜I agreeâ€™ button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign â€˜Withdraw Consentâ€™ form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact ABS Auto Auctions:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: bleblond@absautoauctions.com

**To advise ABS Auto Auctions of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at bleblond@absautoauctions.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from ABS Auto Auctions**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to bleblond@absautoauctions.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with ABS Auto Auctions**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
ii. send us an e-mail to bleblond@absautoauctions.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safariâ„¢ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the â€˜I agreeâ€™ button below.

By checking the â€˜I agreeâ€™ box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify ABS Auto Auctions as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by ABS Auto Auctions during the course of my relationship with you.

**EXHIBIT "2"**






**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U200022843225
Date Filed: 9/30/2020

| Submitter Information: | |
|---|---|
| Contact Name | Sandra Mendez |
| Organization Name | ABS FINANCE COMPANY LLC |
| Phone Number | (800) 378-0227 |
| Email Address | smendez@absfinance.com |
| Address | 341 Corporate Terrace<br>None<br>Corona, CA 92879 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | 167517371533 |
| Date Filed | 03/31/2016 |
| Amendment Action | Continuation |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name                    ABS FINANCE COMPANY LLC

Optional Filer Reference Information:

Miscellaneous Information:

B0331-8234 09/30/2020 4:43 PM Received by California Secretary of State

Page 1 of 1

**EXHIBIT "2"**

**PAGE 47**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| sandra mendez |
| 800-378-0227 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

ABS FINANCE COMPANY LLC
341 Corporate Terrace
Corona, CA 92879
USA

**DOCUMENT NUMBER:** 54256700002
**FILING NUMBER:** 16-7517371533
**FILING DATE:** 03/31/2016 14:20

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| MAG Auto Group Inc |  |  |  |  |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 750 Grand Ave | San Rafael | Ca | 94901 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

OR

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| | | | | |
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Mozaffari | Pouriya | | Pete | |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 5 Cermenho | San Rafael | Ca | 94903 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

OR

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| ABS Finance Company LLC |  |  |  |  |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 341 Corporate Terrace | Corona | Ca | 92879 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Any and all of the Debtor's inventory of used automobiles, including those now owned and those hereafter acquired and any and all proceeds thereof. Any and all present and hereinafter acquired future bank accounts, accounts receivable and chattel paper. Any and all "IN HOUSE CONTRACTS" of any kind whatsoever, in which debtor attempts to transfer title via any kind of assignment or sale. IN HOUSE CONTRACTS defined as a contract whereby debtor is receiving installment payment from the purchaser (retail buyer) on any vehicle and or debtor is listed as lienholder on title. Any lender considering purchasing " IN HOUSE CONTRACTS" from debtor are
hereby put on notice to make direct contact with ABS Finance Company LLC prior to acquiring any contracts from debtor.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | |
| 8. OPTIONAL FILER REFERENCE DATA: | |

FILING OFFICE COPY



**SECRETARY OF STATE**
**STATE OF CALIFORNIA**

**UCC Filing Acknowledgement**

03/31/2016

ABS FINANCE COMPANY LLC
341 CORPORATE TERRACE
CORONA CA 92879

| | |
|---|---|
| Filing Fee: | $5.00 |
| Total Fee: | **$5.00** |

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Financing Statement**      File Date: **03/31/2016**      File Time: **14:20**

Filing Number: **16-7517371533**      Lapse Date: **03/31/2021**

Debtor(s):
ORGANIZATION      **MAG AUTO GROUP INC**

**750 GRAND AVE SAN RAFAEL CA USA 94901**

INDIVIDUAL      **MOZAFFARI, POURIYA, PETE,**

**5 CERMENHO SAN RAFAEL CA USA 94903**

Secured Party(ies):
ORGANIZATION      **ABS FINANCE COMPANY LLC**

**341 CORPORATE TERRACE CORONA CA USA 92879**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM,
MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# INFORMATION REQUEST

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT (optional) <br> sandra mendez 800-378-0227 | FILING OFFICE ACCT# |
|---|---|
| B. E-MAIL CONTACT AT FILER (optional) | |

| C. RETURN TO: (Name and Address) <br> ABS FINANCE COMPANY LLC <br> 341 Corporate Terrace <br> Corona, CA 92879 <br> USA | DOCUMENT NUMBER: 54256700003 <br> ORDER DATE: 03/31/2016 14:20 <br><br> IMAGE GENERATED ELECTRONICALLY FOR WEB ORDER <br> THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |
|---|---|

1. DEBTOR'S NAME to be searched: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 1a. ORGANIZATION NAME <br> MAG Auto Group Inc | | | |
|---|---|---|---|---|
| | 1b. INDIVIDUAL SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

2. INFORMATION OPTIONS relating to UCC filings and other notices filed in filing office that include as a Debtor the name identified in item 1

☑ For 2a and 2b, mark this box to request a search that is COMPLETE to include lapsed and unlapsed filings. UNLESS MARKED, SEARCH MAY BE INCOMPLETE.

2a. ☐ SEARCH RESPONSE with copies of ALL records found.　　　☐ Please CERTIFY all copies (additional $5.00 fee per record).

2b. ☑ SEARCH RESPONSE only.

2c. ☐ COPIES ONLY. Please complete the information below, as appropriate. For UCC3 records, include the type of UCC3 and corresponding filing date.

| File Number | # of Copies | # of Certified Copies <br> (Add'l Fee Applies) | File Date <br> (Use for UCC3 Only) | Filing Type–Financing <br> Statement, <br> Cont.,Term.,Assign.,Amend. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3. CALIFORNIA SECRETARY OF STATE'S OFFICE offers these additional searching options:

3a. ☑ SEARCH TO REFLECT - Please run the search after the filing document accompanying this request has been filed.

3b. ☐ DEBTOR SEARCH LIMITED TO THE FOLLOWING ADDRESS: _____

3c. ☐ DEBTOR SEARCH LIMITED FROM THIS DATE: _____

3d. ☐ SECURED PARTY LISTING: Insert only one name (organization or individual)

| OR | ORGANIZATION NAME | | | |
|---|---|---|---|---|
| | INDIVIDUAL SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | CITY | STATE | COUNTRY | |

FILING OFFICE COPY



**SECRETARY OF STATE**
**STATE OF CALIFORNIA**
**Order Acknowledgement**

04/09/2016

ABS FINANCE COMPANY LLC
341 CORPORATE TERRACE
CORONA CA 92879

Document No: 54256700003

The Secretary of State's Office has received and processed your request as indicated below.

Order Items Accepted:

| Item | Name /File No: | Page Count |
|------|----------------|------------|
| Search | MAG Auto Group Inc | NA |

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. - SACRAMENTO, CA 95814 - PO BOX 942835 - SACRAMENTO, CA 94235-0001 - (916) 653-3516 - HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# EXHIBIT "3"

# AMENDMENT TO
## ABS FINANCE CO. LLC DBA ABS AUTO AUCTIONS
## ABS FINANCE COMPANY, LLC. WHOLESALE AUTOMOBILE
## FINANCE AND SECURITY AGREEMENT DATED DECEMBER 13, 2019

This Amendment (the "Amendment") to the ABS Finance Company, LLC. Wholesale Automobile Finance and Security Agreement dated December 13, 2019, is entered into as of the Effective Date set forth below by and between ABS Finance Company, LLC, a California Limited Liability Company ("Lender") and the Borrower identified below.

As part of this Amendment, the parties and its guarantors hereby agree as follows:

1. Section 7.3 Absolute Borrowing Limit shall be changed from $250,000 to $400,000.

Except as modified by this Amendment, all terms and conditions of the ABS Finance Company, LLC. Wholesale Automobile Finance and Security Agreement dated December 13, 2019 shall continue in full force and effect and be unaffected by this Amendment.

In witness whereof, the parties and its guarantors have executed this Amendment as of the Effective Date as set forth below.

Effective Date: November 13, 2020

### Lender

ABS FINANCE COMPANY, LLC,
a California Limited Liability Co.

By:

Thomas J. Harmon,
President

### Borrower

MAG Auto Group Inc

dba MAG Motor Company

Signature: Pouriya Mozaffari
Print Name: Pouriya Mozaffari
Title: CEO

### Guarantor(s)

Signature: Pouriya Mozaffari
Print Name: Pouriya Mozaffari
Title: Individual

1

**EXHIBIT 3**

**PAGE 52**



## Certificate Of Completion

Envelope Id: 65C3F793E8A34A9F9B41896B2196E9F0
Subject: Please DocuSign: Amendment - ABS Finance - Credit Increase - 2020-1113.pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 1 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Sean Harmon |
| AutoNav: Enabled | | sharmon@absautoauctions.com |
| EnvelopeId Stamping: Enabled | | IP Address: 12.14.109.244 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

Status: Completed

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Sean Harmon | Location: DocuSign |
| 11/13/2020 3:24:44 PM | sharmon@absautoauctions.com | |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Pouriya Mozaffari | DocuSigned by: | Sent: 11/13/2020 3:27:12 PM |
| petemozaffari@yahoo.com | *Pouriya Mozaffari* | Viewed: 11/13/2020 4:21:02 PM |
| gm | 3BD9D14EF05742D... | Signed: 11/13/2020 4:21:09 PM |
| Security Level: Email, Account Authentication (None) | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 98.35.116.50 | |

**Electronic Record and Signature Disclosure:**
Accepted: 11/13/2020 4:21:02 PM
ID: f2a6990f-4cee-498e-8c0e-d86a9c6f84aa

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/13/2020 3:27:12 PM |
| Certified Delivered | Security Checked | 11/13/2020 4:21:02 PM |
| Signing Complete | Security Checked | 11/13/2020 4:21:09 PM |
| Completed | Security Checked | 11/13/2020 4:21:09 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## CONSUMER DISCLOSURE

From time to time, ABS Auto Auctions (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the â€˜I agreeâ€™ button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign â€˜Withdraw Consentâ€™ form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

electronically from us.

**How to contact ABS Auto Auctions:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: bleblond@absautoauctions.com

**To advise ABS Auto Auctions of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at bleblond@absautoauctions.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from ABS Auto Auctions**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to bleblond@absautoauctions.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with ABS Auto Auctions**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may; ii. send us an e-mail to bleblond@absautoauctions.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safariâ‚¢ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the â€˜I agreeâ€™ button below.

By checking the â€˜I agreeâ€™ box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify ABS Auto Auctions as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by ABS Auto Auctions during the course of my relationship with you.

**EXHIBIT 3**

**PAGE 56**

**EXHIBIT "4"**

DocuSign Envelope ID: B971C035-1FDA-49AE-A280-7140A5C985DC

S Finance Co.
DBA



Finance Company

Auto Auctions
Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that:  The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:

a ) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.

b ) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.

c ) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.

d ) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Tities are free and clear of any and all encumbrances, liens  claims or clouds affecting title of any type whatsoever.

2. That the undersigned represents that the facts and  statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.

3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle present y outstanding.

4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.

5. That I have personal knowledge, power and authority to make the representations set forth herein

6. That any untrue statement made herein will constitute material Fraud as against ABS Finance

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

**Purchased From:**     Auctions in Motion-Thousand Oaks

**Purchased Automobile:**

| Year: | 19 | Make/Model: | Infiniti QX60 | | 89425 | | DCH Ford Thousand Oaks |
|---|---|---|---|---|---|---|---|
| VIN: | 5N1DL0VN4KC501534 | Mileage: | 77,910 | Color: | White / | Vehicle ID: | 3149497 |
| Sale Date: | October 12, 2021 | | Flooring Date: | | October 12, 2021 | | |

| Purchase Price: | $23,115 |
|---|---|
| Auction Buy Fee: | $0 |
| Finance Fee: | $320 |
| Total Amount payable to ABS Auto Auctions: | $23,435 |

| Borrower: | **MAG Motor Company** | | 89425 |
|---|---|---|---|
| | On Name | | Dr Number |
| Signature: | DocuSigned by: Pouriya Pete Mozaffari 3BD9014EF657420 | | |
| Print Name: | Pouriya Pete Mozaffari | | |

**ABS FINANCE COMPANY, LLC**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/2021 · | 3149497 4900-00 | 501534:19 QX60 Vehicle Income | | 23,115.00 | 0.00    23,115.00 | 23,115.00 |

Check: 084266          10/14/2021    Auctions in Motion

23,115.00

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

B81175/05-16          65553309001

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

AMX18082184

VEHICLE HISTORY

AUTOMOBILE

VEHICLE ID NUMBER
5N1DLOMN4KC501534

| BODY TYPE MODEL | AX UNLADEN WEIGHT | FUEL | TRANSFER DATE |
|---|---|---|---|
| UT | | G | |

YR 1ST SOLD 2018
CLASS ND
VIA MODEL 2019
MAKE INFI

PLATE NUMBER
8EXG762

REGISTRATION EXPIRATION DATE
08/08/2019

FEES PAID
NONE

ISSUE DATE
08/21/18

MOTORCYCLE ENGINE NUMBER
MO ZV
EQUIPMT/TRUST NUMBER

ODOMETER DATE
08/06/2018

ODOMETER READING
16 MI

ACTUAL MILEAGE

REGISTERED OWNER(S)
NISSAN INFINITI LT LSR
KUYUMJIAN SHANT LSE
3014 E AVENIDA DE
LOS ARBOLES
THOUSAND OAKS CA 91362

-----

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. ___ DATE ___  X _____  Nissan Infiniti LT
SIGNATURE OF REGISTERED OWNER

1b. ___ DATE ___  X _____
SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_|_|_|_|9|0|_| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 7/6/21  X _____
PRINTED NAME OF SELLER OR AGENT (SIGNING FOR A COMPANY)
Nissan Infiniti LT

TRANSFER DATE 7/6/21  X _____
PRINTED NAME OF BUYER OR AGENT (SIGNING FOR A COMPANY)
DOWNEY NISSAN

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

NISSAN INFINITI LT
PO BX 254648
SACRAMENTO CA 95865

2. X _____  Nissan Infiniti LT
Signature releases interest in vehicle. (Company names must be countersigned.)
Release Date 7/6/21

026313  CA183319448

REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

EXHIBIT 4
PAGE 59

## APPLICATION FOR TRANSFER BY NEW OWNER   (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   ☐ OR   (LAST, FIRST, MIDDLE)

APT./SP./STE. NUMBER

4. RESIDENCE OR BUSINESS STREET ADDRESS

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE
X

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, ☐ STATE
X

**LEASED VEH. ONLY**   10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIEN HOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: |1|1|1|,|4|0|7| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE 7/6/21 — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT GEARDIA — DEALER NAME DOWNEY NISSAN 41016 — DEALER NUMBER

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — DCH Ford of Thousand Oaks, DLR #   SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE — STATE OF AUCTION — AUCTION NAME — DEALER NUMBER

15. Odometer now reads: |1|1|,|9|1|0| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 10/7/21 — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME DCH Ford of Thousand Oaks/DLR #9127 — DEALER NUMBER

BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — MAG Auto Group / Glen Hevy Auctions in Motion #81775 — SALESPERSON'S NUMBER

16. Odometer now reads: | | | |,| | | | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

BUYER'S SIGNATURE. ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

DocuSign Envelope ID: 7D89EAB0-02B8-4276-AE8A-D6B3EDB0EC41



... 3 Finance Co.
DBA



Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC. a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:

a ) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
b ) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
c ) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d ) To immediately, upon pick-up of purchased automobile. deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest in whole or in part, and/or any portion thereof in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

---

**Purchased From:** ADESA Golden Gate

**Purchased Automobile:**

| Year: | 12 | Make/Model: | Mazda MAZDA3 | | | 89425 | Shift Operations LLC | |
|---|---|---|---|---|---|---|---|---|
| VIN: | JM1BL1V81C1613859 | Mileage: | 58,879 | Color: | White / | | Vehicle ID: | 3087096 |
| Sale Date: | September 09, 2021 | | Flooring Date: | | | September 09, 2021 | | |

| | |
|---|---|
| Purchase Price: | $9,465 |
| Auction Buy Fee: | $0 |
| Finance Fee: | $215 |
| Total Amount payable to ABS Auto Auctions: | $9,680 |

**Borrower:** MAG Motor Company                     89425

**Signature:**

DocuSigned by:
Pouriya Pete Mozaffari
3BD901RE7637425

**Print Name:** Pouriya Pete Mozaffari

ABS FINANCE COMPANY, LLC

| 9/9/2021 | 3087096 4900-00 | 613859:12 MAZDA3 Vehicle Income | 9,465.00 | 0.00 9,465.00 | 9,465.00 |

Check: 084006        9/23/2021        ADESA Golden Gate

9,465.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

881175/05-16        65553309001

## STATE OF CALIFORNIA

# CERTIFICATE OF TITLE

VEHICLE HISTORY

VL21L070LAJ

**AUTOMOBILE**

VEHICLE ID NUMBER
JM1BL1V81C1613859

BODY TYPE MODEL -
4D

UNLADEN
AX WEIGHT
G

FUEL

TRANSFER DATE

YR 1ST
SOLD 2016

CLASS DB

*YR

MO XU

| | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| | 2012 | MAZD | 7SKD344 |

FEES PAID
*197

EQUIPMT/TRUST NUMBER

REGISTRATION
EXPIRATION DATE
06/10/2017

ISSUE DATE
07/06/16

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE
06/09/2016
ACTUAL MILEAGE

ODOMETER READING
40902 MI

REGISTERED OWNER(S)
LI JONATHAN
1212 WILLARD ST 2
SAN FRANCISCO CA 94117

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. _____ X _____
   DATE            SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
   DATE            SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ] , [ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY
F. Jamie Tapia

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA166850883
013267

REG. 17.30RS (REV.10/2012)

## KEEP IN A SAFE PLACE - VOID IF ALTERED

*Shift Operations LLC* (handwritten)

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

APPLICATION FOR TRANSFER BY NEW OWNER    *(Please print or type.)*

y change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The
e, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**N E W   R E G I S T E R E D**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND  (LAST, FIRST, MIDDLE)  ☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS | APT./SP./STE. NUMBER

5. CITY | STATE | ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR FOR TRAILER COACHES-ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY | STATE | ZIP CODE

**O W N E R**

If there is a mailing address entered on this form it is a valid, existing and accurate address, I consent to receive service of process at this
mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
| 9c. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |

LEASED VEH. ONLY    10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**L I E N H O L D E R   /   N E W**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE  ELECTRONIC LIENHOLDER ID | ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY | STATE | ZIP CODE

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result
in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer
reading entered above my signature in compliance with Federal law.

**D E A L E R   T R A N S A C T I O N S   O N L Y**

14. Odometer now reads: | 1 5 8 0 7 7 | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless
one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | R/S NUMBER

DATE 7-7-202 | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT E. Jamie-Tapia | DEALER NAME Shift Operat | DEALER NUMBER

DATE | BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION 9-7-2021 | AUCTION NAME SOLD THRU ADESA GOLDEN GATE APPLY | DEALER NUMBER

15. Odometer now reads: | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless
one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | R/S NUMBER

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

16. Odometer now reads: | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless
one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | R/S NUMBER

DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER

DATE | BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | SALESPERSON'S NUMBER

ABS Finance Co.
DBA



*Auto Auctions*    Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that:  The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
    a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
    b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
    c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
    d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1  The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever
2  That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3  That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding
4  That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance
5  That I have personal knowledge, power and authority to make the representations set forth herein.
6  That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

### Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| Purchased From: | ADESA Golden Gate | | | | | | | |
|---|---|---|---|---|---|---|---|---|

**Purchased Automobile:**

| Year: | 15 | Make/Model: | Porsche MACAN | | | 89425 | Apecars NET | |
|---|---|---|---|---|---|---|---|---|
| VIN: | WP1AB2A57FLB50424 | Mileage: | 79,750 | Color: | Black / | | Vehicle ID: | 3093811 |
| Sale Date: | September 14, 2021 | | Flooring Date: | | September 14, 2021 | | | |

| Purchase Price: | $27,970 |
|---|---|
| Auction Buy Fee: | $0 |
| Finance Fee: | $365 |
| **Total Amount payable to ABS Auto Auctions:** | $28,335 |

| Borrower: | MAG Motor Company | 89425 |
|---|---|---|
| | Dlr Name | Dlr Number |

Signature:
<span>DocuSigned by:</span>
*Pouriya Pete Mozaffari*
39D9D14EF65742D

Print Name:    Pouriya Pete Mozaffari

ABS FINANCE COMPANY, LLC

84150

| 9/14/2021 | 3093811 4900-00 | B50424:15 MACAN Vehicle Income | 27,970.00 | 0.00 27,970.00 | 27,970.00 |

Check: 084150          10/7/2021     ADESA Golden Gate

27,970.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

801175/06-16          65553309001

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VD8171212NL

VEHICLE HISTORY

**AUTOMOBILE**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| WP1AB2A57FLB50424 | 2015 | PORS | 8BNM819 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| UT | | | G | 11/12/17 | $43 | 06/20/2018 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2014 | LC | 2017 | YZ | | 12/12/17 |

MOTORCYCLE ENGINE NUMBER

| ODOMETER DATE | ODOMETER READING |
|---|---|
| 11/12/2017 | 48898 MI |

ACTUAL MILEAGE

REGISTERED OWNER(S)
CHEN ZHIXIANG
973 DOLORES AVE
LOS ALTOS CA 94024

-----
-----

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER    REJTOR MOTOR CAR

1b. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ☐☐☐☐☐☐ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) X | DATE | TRANSFEREE/BUYER SIGNATURE(S) X |
|---|---|---|---|

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA177830070
013321

REG. 17.30RS (REV.02/2016)

## KEEP IN A SAFE PLACE - VOID IF ALTERED

EXHIBIT 4
PAGE 67

## APPLICATION FOR TRANSFER BY NEW OWNER     *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3c. ☐ AND  (LAST, FIRST, MIDDLE)
☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS          APT./SP./STE. NUMBER

5. CITY          STATE     ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY          STATE     ZIP CODE

**NEW OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
|---|---|---|---|
| | X | | |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |
| | X | | |

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER(ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY          STATE     ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. *WARNING* - Mileage ☐ is not the actual mileage ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER |
|---|---|---|---|---|
| | X | | | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE. ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

SOLD THROUGH AUCTION IF APPLICABLE          DATE OF AUCTION          AUCTION NAME

15. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. *WARNING* - Mileage ☐ is not the actual mileage ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER |
|---|---|---|---|---|
| | X | | | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE. ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

16. Odometer now reads: ☐☐☐☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER |
|---|---|---|---|---|
| | X | | | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE. ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

DocuSign Envelope ID: 861AFDEF-9270-4C8B-9FA7-B0A77085781C

BS Finance Co.
DBA



**Finance Company**

**Auto Auctions**
Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that. The amount requested, if disbursed by ABS Finance Co. will be subject to all of the terms of the loan agreement, including without limitation

a ) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
b ) Delivering to, or authorizing the delivery to ABS finance Co. the certificate of title to the purchased automobile
c ) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested
d ) To immediately, upon pick-up of purchased automobile deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement

## Reaffirmation of Automobile Title

1 The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2 That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity
3 That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5 That I have personal knowledge, power and authority to make the representations set forth herein.
6 That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co
341 Corporate Terrace
Corona CA 92879

| Purchased From: | ADESA Golden Gate | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purchased Automobile:** | | | | | | | |
| Year: | 13 | Make/Model: | Scion FR-S | | | 89425 | Tesla Motors Inc |
| VIN: | JF1ZNAA11D2702561 | Mileage: | 65,350 | Color: | Silver / | Vehicle ID: | 3136221 |
| Sale Date: | October 05, 2021 | | Flooring Date: | | October 05, 2021 | | |
| Purchase Price: | | | $14,300 | | | | |
| Auction Buy Fee: | | | $0 | | | | |
| Finance Fee: | | | $260 | | | | |
| Total Amount payable to ABS Auto Auctions: | | | $14,560 | | | | |

| Borrower: | MAG Motor Company | 89425 |
|---|---|---|

Signature: Pouriya Pete Mozaffari
DocuSigned by: Pouriya Pete Mozaffari

Print Name: Pouriya Pete Mozaffari

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt

ABS FINANCE COMPANY, LLC

| 10/5/2021 | 3136221 4900-00 | 702561:13 FR-S Vehicle Income | 14,300.00 | 0.00 14,300.00 | 14,300.00 |

Check: 084263          10/14/2021   ADESA Golden Gate

14,300.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

881175/05-16          65553305001

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

**ACB180514VT**

**AUTOMOBILE**

| VEHICLE ID NUMBER | | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|---|
| JF1ZNAA11D2702561 | | | | 2013 | SCIO | 6WNL361 |

| BODY TYPE MODEL | | UNLADEN | | | | |
|---|---|---|---|---|---|---|
| 2D | AX | WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
| | | G | | | NONE | 06/08/2017 |

| | YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | 2012 | EN | 2016 | ZS | | 05/14/18 |

| MOTORCYCLE ENGINE NUMBER | ODOMETER DATE | ODOMETER READING |
|---|---|---|
| | 01/24/2016 | 27779 MI |
| | ACTUAL MILEAGE | |

REGISTERED OWNER(S)

YOUNG ADRIEN KONRAD
754 WHIPPLE AVE APT 3
REDWOOD CITY CA 94063

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _9/29/21_ X _Adrien Konrad Young_ by PoA _dyn neh_
DATE · SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
DATE · SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR'S/SELLER'S SIGNATURE(S) | DATE | TRANSFEREE'S/BUYER'S SIGNATURE(S) |
|---|---|---|---|
| · | X _Reg Mec_ | 9/29/21 | X _____ |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY · PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

Amanda Chuy · Tesla Motors, Inc.

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

Adrien K Young

ADRIEN K YOUNG
3133 CASA DE CAMPO APT 212
SAN MATEO CA 94403

2. X _Adl,_
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _9/29/21_

CA181195542
014806    REG. 17.30RS (REV.02/2016)

## KEEP IN A SAFE PLACE - VOID IF ALTERED

## APPLICATION FOR TRANSFER BY NEW OWNER     (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND  ☐ OR   (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS      APT./SP./STE. NUMBER

5. CITY      STATE   ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY      STATE   ZIP CODE

**NEW OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
|---|---|---|---|
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |

**LEASED VEH. ONLY**    10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER, SIABOVE ELECTRONIC LIENHOLDER ID     ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY      STATE   ZIP CODE

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads ⌊1⌋⌊6⌋⌊5⌋,⌊2⌋⌊5⌋⌊0⌋ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* • Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| DATE 10-05-2021 | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT Amanda Chuy | DEALER NAME Tesla Motors, Inc. | DEALER NUMBER 6 8 1 1 0 6 |
|---|---|---|---|---|
| DATE | BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER | | SALESPERSON'S NUMBER |

| SOLD THROUGH AUCTION IF APPLICABLE | DATE OF AUCTION 10-05-2021 | AUCTION NAME | | DEALER NUMBER |
|---|---|---|---|---|

15. Odometer now reads: ⌊ ⌋⌊ ⌋,⌊ ⌋⌊ ⌋⌊ ⌋ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* • Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

16. Odometer now reads: ⌊ ⌋⌊ ⌋,⌊ ⌋⌊ ⌋⌊ ⌋ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* • Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
|---|---|---|---|---|
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 81 of
214

EXHIBIT 4
PAGE 72

DocuSign Envelope ID: 861AFDEF-9270-4C8B-9FA7-B0A77085781C

BS Finance Co.
DBA



**Auto Auctions**
Finance Company
Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
  a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
  b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
  c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
  c.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co. a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

### Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance
5. That I have personal knowledge, power and authority to make the representations set forth herein
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| Purchased From: | ADESA Golden Gate | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purchased Automobile:** | | | | | | | |
| Year: | 12 | Make/Model: | Porsche Cayenne | | | 89425 | Tesla Motors Inc |
| VIN: | WP1AA2A26CLA10272 | Mileage: | 87,160 | Color: | Black / | Vehicle ID: | 3136286 |
| Sale Date: | October 05, 2021 | | Flooring Date: | | October 05, 2021 | | |
| Purchase Price: | | $20,090 | | | | | |
| Auction Buy Fee: | | $0 | | | | | |
| Finance Fee: | | $305 | | | | | |
| Total Amount payable to ABS Auto Auctions: | | $20,395 | | | | | |

| Borrower: | **MAG Motor Company** | 89425 |
|---|---|---|
| Signature: | DocuSigned by:<br>*Pouriya Pete Mozaffari*<br>3BD9D146585742D | |
| Print Name: | Pouriya Pete Mozaffari | |

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt

| 10/5/2021 | 3136286 4900-00 | A10272:12 Cayenne Vehicle Income | 20,090.00 | 0.00 20,090.00 | 20,090.00 |

Check: 084302       10/21/2021    ADESA Golden Gate                                      20,090.00

DELUXE CORP· 1+800-328-0304 www.deluxeforms.com                881175/05-18       65553309001

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

P431L0408VT

VEHICLE HISTORY

**AUTOMOBILE**

| VEHICLE ID NUMBER | | | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|---|---|
| WP1AA2A2LCLA10272 | | | | | 2012 | PORS | 7DUW124 |
| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | | FEES PAID | REGISTRATION EXPIRATION DATE |
| UT | | | G | | | NONE | 0L/08/201L |
| | YR 1ST SOLD | CLASS QB | *YR 2013 | MO XR | EQUIPMT/TRUST NUMBER | | ISSUE DATE 04/08/1L |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 10/18/2013
ODOMETER READING 2011L MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
USSERY CARY A
L10L KAVALA COURT
PLEASANTON CA 94566

- - - - -
- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _9/30/21_ DATE   X _____   SIGNATURE OF REGISTERED OWNER

1b. _____ DATE   X _____   SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |_8_|_L_|,|_L_|_1_|_4_| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE 9 30 21 | TRANSFEROR/SELLER SIGNATURE(S) X | DATE 9:30·21 | TRANSFEREE/BUYER SIGNATURE(S) X |
|---|---|---|---|
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY CARY USSERT | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY Tesla Motors, Inc. | Samantha Pszczola |

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _9/30/21_

CA164928460

018L84   REG. 17.30RS (REV 10/2012)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

## APPLICATION FOR TRANSFER BY NEW OWNER     (Please print or type.):

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

☐ Jr  ☐ AND  (LAST, FIRST, MIDDLE)
☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS          APT./SP./STE. NUMBER

5. CITY          STATE     ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY          STATE     ZIP CODE

O W N E R

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
|---|---|---|---|
| | X | | |

| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR ❤ GIFT, SO STATE |
|---|---|---|---|
| | X | | |

**LEASED VEH. ONLY**  10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER — FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST IF NO LIEN, WRITE "NONE" DO NOT ENTER NAME OF REGISTERED OWNER 9) ABOVE  ELECTRONIC LIENHOLDER ID

ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY          STATE     ZIP CODE

---

### TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: |  |  | , |  |  |  | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER / DEALER NUMBER |
|---|---|---|---|---|
| | X | Samantha Pszczola | Tesla Motors, Inc. | 6 8 1 1 0 6 |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF B | | SALESPERSON'S NUMBER |
| | X | | | |

| SOLD THROUGH AUCTION IF APPLICABLE | | AUCTION NAME SOLD THRU AC33A GOLDEN | |
|---|---|---|---|

15. Odometer now reads: |  |  | , |  |  |  | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER / DEALER NUMBER |
|---|---|---|---|---|
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

16. Odometer now reads: |  |  | , |  |  |  | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: *WARNING* - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER / DEALER NUMBER |
|---|---|---|---|---|
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

S Finance Co.
DBA



Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co LLC a loan and disbursement of monies, pursuant to the ABS Finance Co LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party in the amount requested set forth below

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co will be subject to all of the terms of the loan agreement, including without limitation

a.) The provisions granting to ABS Finance CO a security interest in the purchased vehicle
b.) Delivering to, or authorizing the delivery to ABS finance Co the certificate of title to the purchased automobile
c.) To pay the Finance Fee and any Extension Fee incurred with respect to the amount requested
d.) To immediately upon pick-up of purchased automobile, deliver to ABS Finance Co , a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement

## Reaffirmation of Automobile Title

1 The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles and/or interest in whole or in part, and/or any portion thereof in any way whatsoever and that said Automotive Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2 That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3 That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding
4 That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5 That I have personal knowledge, power and authority to make the representations set forth herein
6 That any untrue statement made herein will constitute material Fraud as against ABS Finance
7 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| Purchased From: | Manheim San Francisco | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purchased Automobile:** | | | | | | | |
| Year: | 15 | Make/Model: | Mercedes-Benz GLK-Class | | 89425 | | Mercedes-Benz of Walnut Cr |
| VIN: | WDCGG5HB6FG427187 | Mileage: | 56,159 | Color: | White / | Vehicle ID: | 3150906 |
| Sale Date: | October 13, 2021 | | Flooring Date: | | October 13, 2021 | | |

| | |
|---|---|
| Purchase Price: | $20,870 |
| Auction Buy Fee: | $0 |
| Finance Fee: | $305 |
| Total Amount payable to ABS Auto Auctions: | $21,175 |

| Borrower: | **MAG Motor Company** | 89425 |
|---|---|---|
| | (Name) | (Number) |

Signature:

DocuSigned by:
Pouriya Pete Mozaffari
3BD9D76EF88742D

Print Name: Pouriya Pete Mozaffari

**ABS FINANCE COMPANY, LLC**

84310

| 10/13/2021 | 3150906 4900-00 | 427187:15 GLK-Class Vehicle income | 20,870.00 | 0.00 20,870.00 | 20,870.00 |

Check: 084310      10/21/2021   Manheim San Francisco Bay

20,870.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

8811 75/05-16

65553309001

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

LD22109208A

VEHICLE HISTORY

**AUTOMOBILE**

| VEHICLE ID NUMBER | | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|---|
| WDCGG5HBLFG427187 | | | | 2015 | MERZ | 8ADC624 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| UT | | G | | | NONE | 06/28/2022 |

| | YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/THUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | | FR | 2017 | 00 | | 09/20/21 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 06/26/2017
ODOMETER READING 25764 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
WILLSON SAMIRA NABA
330 JOHNSON ST APT 3
SAUSALITO CA 94965

- - - - -

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
DATE          SIGNATURE OF REGISTERED OWNER

MERCEDES BENZ OF WALNUT CREEK #6502

1b. _____ X _____
DATE          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ] [ ] [ ] [ ] [ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEROR/SELLER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY          PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

MERCEDES BENZ OF WALNUT CRE
1301 PARKSIDE DR
WALNUT CREEK CA 94596

2. X _____ MERCEDES BENZ OF WALNUT CREEK #65
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date 8-31-21

01734

CA207069588
REG. 17.30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW
VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW

# APPLICATION FOR TRANSFER BY NEW OWNER   (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND / ☐ OR   LAST, FIRST, MIDDLE

4. RESIDENCE OR BUSINESS STREET ADDRESS        APT #, SPACE #, SUITE #

5. CITY        STATE   ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED OR FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS (STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY        STATE   ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | 9. PURCHASE DATE |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER X | DRIVER LICENSE OR ID CARD NO. | 9. PURCHASE DATE OF IF DATED STATE |

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE (IF DIFFERENT FROM LESSEE ADDRESS ABOVE, MUST BE PRINTED ON TITLE)

11. NAME OF LIENHOLDER – IF NONE, ENTER "NONE". DUAL – SOCIAL SECURITY INTEREST, IF ANY (MAY, WRITE "NONE" DO NOT ENTER NAME OF REGISTERED OWNER AS LIENHOLDER HERE)   ☐ ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY        STATE   ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER**

14. Odometer now reads 5̲6̲ 1̲5̲9̲ (no tenths) miles and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: ☐ WARNING - Mileage is not the actual mileage ☐ exceeds the odometer mechanical limits.

I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| DATE 9.22.21 | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT  CL2 | DEALER NAME MERCEDES BENZ OF WALNUT CREEK | R/S NUMBER  DEALER NUMBER |
| | BUYER'S SIGNATURE AUTHORIZED AGENT OF FOLLOWING X | PRINTED NAME OF BUYER OR AGENT  Mag Auto Group | | SALESPERSON'S NUMBER |

SOLD THROUGH AUCTION IF APPLICABLE  9.22.21   AUCTION NAME  SLD THRU MANHEIM SAN FRANCISCO BAY 1840   DEALER NUMBER

15. Odometer now reads (no tenths) miles and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: ☐ WARNING - Mileage is not the actual mileage ☐ exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER  DEALER NUMBER |
| DATE | BUYER'S SIGNATURE AUTHORIZED AGENT OF FOLLOWING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

16. Odometer now reads (no tenths) miles and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: ☐ WARNING - Mileage is not the actual mileage ☐ exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT X | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER  DEALER NUMBER |
| DATE | BUYER'S SIGNATURE AUTHORIZED AGENT OF FOLLOWING X | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |

DocuSign Envelope ID: 1BFDDA93-D061-43D7-BA70-9EE18FB28A4B

S Finance Co.
DBA



**Finance Company**

Auto Auctions
Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that The amount requested, if disbursed by ABS Finance Co. will be subject to all of the terms of the loan agreement, including without limitation:

a ) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle

b ) Delivering to, or authorizing the delivery to ABS finance Co. the certificate of title to the purchased automobile

c ) To pay the Finance Fee and any Extension Fee incurred with respect to the amount requested

d ) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co , a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested) the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.

2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title in releasing any such monies and/or Titles to the undersigned and/or his business entity.

3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.

4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.

5. That I have personal knowledge, power and authority to make the representations set forth herein.

6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| Purchased From: | myCentral Auction | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purchased Automobile:** | | | | | | | |
| Year | 5 | Make/Model: | Honda S2000 | | | 89425 | Carvana, LLC |
| VIN: | JHMAP214X5S007545 | Mileage: | 64,781 | Color: | Silver / | Vehicle ID: | 3150907 |
| Sale Date: | October 13, 2021 | | Flooring Date: | | October 13, 2021 | | |

| | | |
|---|---|---|
| Purchase Price: | $22,775 | |
| Auction Buy Fee: | $0 | |
| Finance Fee: | $320 | |
| Total Amount payable to ABS Auto Auctions: | $23,095 | |

| Borrower: | MAG Motor Company | 89425 |
|---|---|---|

Signature:
DocuSigned by:
*Pouriya Pete Mozaffari*

Print Name: Pouriya Pete Mozaffari

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt

ABS FINANCE COMPANY, LLC

| 10/13/2021 | 3150907 4900-00 | 007545:05 S2000 Vehicle income | 22,775.00 | 0.00 22,775.00 | 22,775 00 |

Check: 084313          10/21/2021    myCentral Auction                                                    22,775.00

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

881175/05-16          6555330900\

ADOT

**Motor Vehicle Division**
48-7200M R09/19 azdot.gov

Inventory Control
030644459M

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| JHMAP214X5S007545 | 2005 | HOND | S2000 | 2DCV |

CARVANA LLC

1930 W Rio Salado Pkwy

Tempe, AZ 85281

| Title Number | | Issue Date | Odometer Reading (no tenths) | | |
|---|---|---|---|---|---|
| A005655835 | | 9/23/2021 | 64772 | | Actual |
| Previous Title Number | State | Issue Date | | | |
| 24330243659140300 | TX | 7/23/2019 | | | |

| Arizona Brands | Other States With Brands |
|---|---|
| | |

Owners

CARVANA LLC

1930 W Rio Salado Pkwy                        Tempe, AZ 85281                                Owner

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Seller's Name (print): **MAG Auto Group, Inc**

Date: **9/27/21**

Seller's Address of Other Business or City (for a combination name and street address or person's name):

Odometer Reading (no tenths): **64,781** ☒ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller's Name (print): **RJ GLASCOCK, AGT**

Buyer's Name: **Carvana LLC**

Acknowledged before me this date, **9/27/21**

County **HAMILTON, IN**

I am aware of the above odometer certification made by the seller.

[Notary seal: CAROL GILLESPIE, NOTARY SEAL, My Comm. Expires September 12, 2028, ID #NP0735912, STATE OF INDIANA, NOTARY PUBLIC]

## DEALER REASSIGNMENT

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

I am aware of the above odometer certification made by the seller.

## DEALER REASSIGNMENT

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

I am aware of the above odometer certification made by the seller.

## DEALER REASSIGNMENT

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

I am aware of the above odometer certification made by the seller.

No Additional Reassignments Permitted ——— Last Buyer Must Apply For Title ——— Void If Altered Or Erased

DocuSign Envelope ID: 1BFDDA93-D061-43D7-BA70-9EE18FB28A4B

_ S Finance Co.
DBA



*Finance Company*

Auto Auctions
## Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co. will be subject to all of the terms of the loan agreement, including without limitation:

a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
c.) Delivering to or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

### Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

### Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| Purchased From: | Manheim San Francisco | | | | | | |
|---|---|---|---|---|---|---|---|

**Purchased Automobile:**

| Year: | 71 | Make/Model: | Mercedes-Benz 280S | | 89425 | | Mercedes Benz of San Franc |
|---|---|---|---|---|---|---|---|
| VIN: | 10801612074944 | Mileage: | 51,598 | Color: | White / | Vehicle ID: | 3153947 |
| Sale Date: | October 14, 2021 | | Flooring Date: | | October 14, 2021 | | |

| Purchase Price: | $7,965 |
|---|---|
| Auction Buy Fee: | $0 |
| Finance Fee: | $215 |
| Total Amount payable to ABS Auto Auctions: | $8,180 |

| Borrower: | **MAG Motor Company** | 89425 |
|---|---|---|

Signature: ─DocuSigned by:
*Pouriya Pete Mozaffari*
─3BB9E44EF65A67B─

Print Name: Pouriya Pete
Mozaffari

**ABS FINANCE COMPANY, LLC**

84312

| 10/14/2021 | 3153947 4900-00 | 074944:71 280S Vehicle Income | 7,965.00 | 0.00 7,965.00 | 7,965.00 |

Check: 084312          10/21/2021   Manheim San Francisco Bay                                                                7,965.00

DELUXE CORP  1+800-328-0304 www.deluxeforms.com

881175/05-16

65553309001

# STATE OF CALIFORNIA

CO22009245T  **CERTIFICATE OF TITLE**  VEHICLE HISTORY 14401/50/4

**AUTOMOBILE**

| VEHICLE ID NUMBER | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|
| 10801612074944 | | | 1971 | MERZ | 7BUP766 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| 4D | | | G | 09/20/20 | $131 | 08/02/2021 |

| | YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | AK | 2020 | BI | | | 09/24/20 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 09/20/2020
ODOMETER READING 51562 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
PARK JOSH
3612 LOMA WY
SAN DIEGO CA 92106

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ___11/9/20___   X _____
DATE                SIGNATURE OF REGISTERED OWNER

1b. _____   X _____
DATE                SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ 1 5 1 , 5 6 6 ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING  ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE _____  TRANSFEROR/SELLER'S SIGNATURE(S)  X _____
                  DATE ___11/9/2020___  X _____ TRANSFEREE/BUYER SIGNATURE(S)

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
JOSH Park

PRINTED NAME OF DEALER OR AGENT SIGNING FOR A COMPANY
Premium Auto Whlsl 9855

**IMPORTANT READ CAREFULLY**

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

007635  CA199113195
REG. 17.30RS (REV 02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

# APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**N E W** | **R E G I S T E R E D**

1a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

1b. ☐ AND   ☐ OR    LEAST FIRST MIDDLE

3. RESIDENCE OR BUSINESS STREET ADDRESS    APT. SP. STE. NUMBER

4. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED—OR—FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

**O W N E R**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE
X

9b. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR FAIR MARKET VALUE
X

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE (IF DIFFERENT FROM LINE 4 ABOVE WILL NOT BE PRINTED ON TITLE)

**N E W   L I E N**

11. NAME OF LIENHOLDER — IF NONE, NO VISUAL HOLDING SECURITY INTEREST IN VEHICLE WRITE NONE (DO NOT ENTER NAME OF REGISTERED OWNER).  IF NONE ELECTRONIC LIENHOLDER.    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**D E A L E R**

14. Odometer now reads |_5_|_3_|_6_|_1_|_0_| (no tenths) miles, and to the best of my knowledge reflects the actual mileage.
one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage.  ☐ exceeds the mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information is true and correct.

SOLD THRU MANHEIM.
SO. CALIF. L 1 4 1 5 2

R/S NUMBER

DATE 1/19/2020 | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT  Miriam | DEALER NAME  Premium Auto Whlsl 8955 | DEALER NUMBER

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT  Darius motor sport | S.R.E.P. NO.  91788.3

SOLD THROUGH AUCTION IF APPLICABLE  9.29.21 | AUCTION NAME  SLD THRU MANHEIM SAN FRANCISCO BAY 15402 | DEALER NUMBER

15. Odometer now reads |_ _ _ _ _| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage  ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

R/S NUMBER

DATE 01/01/21 | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT  Shirl Sirleni | DEALER NAME  thru Lionel me | DEALER NUMBER  91803

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT  M. M. | MERCEDES BENZ OF SAN FRANCISCO 42

16. Odometer now reads |_ _ _ _ _| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** - Mileage ☐ is not the actual mileage  ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

R/S NUMBER

DATE 9.29.21 | SIGNATURE OF AUTHORIZED AGENT  X | PRINTED NAME OF AGENT  M. Muram | MERCEDES BENZ OF SAN FRANCISCO 42

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING  X | PRINTED NAME OF BUYER OR AGENT  Mag Auto Group | SALES PERSON'S NUMBER

JS Finance Co.
DBA



*Auto Auctions*  Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle
b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles and/or interest, in whole or in part and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| Purchased From: | myCentral Auction | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purchased Automobile:** | | | | | | | |
| Year | 14 | Make/Model: | Ford F150 | | | 89425 | Carvana, LLC |
| VIN: | 1FTMF1CM7EKG10820 | Mileage: | 31,977 | Color: | White / | Vehicle ID: | 3159651 |
| Sale Date: | October 18, 2021 | | Flooring Date: | | October 18, 2021 | | |

Purchase Price:            $17,525

Auction Buy Fee:            $0

Finance Fee:             $275

Total Amount payable to ABS Auto Auctions:     $17,800

| Borrower: | **MAG Motor Company** | | **89425** |
|---|---|---|---|
| | Name | | Dealer Num |
| Signature: | *DocuSigned by:* Pouriya Pete Mozaffari — 3B09D14EF65742D | | |
| Print Name: | Pouriya Pete Mozaffari | | |

| 10/18/2021 | 3159651 | G10820:14 F150 | 17,525.00 | 0.00 | 17.525 00 |
| | 4900-00 | Vehicle Income | | 17,525.00 | |

Check: 084314          10/21/2021    myCentral Auction                                          17,525.00

DELUXE CORP· 1+800-328-0304  www.deluxeforms.com

B81175/05-16                    65553309001

A D O T

**Motor Vehicle Division**
48-7200M R09/19 azdot.gov

Inventory Control

033925395

| Vehicle Identification Number | | Year | Make | Model | Body Style |
|---|---|---|---|---|---|
| 1FTMF1CM7EKG10820 | | 2014 | FORD | F150 | 2PU |

CARVANA LLC

1930 W Rio Salado Pkwy

Tempe, AZ 85281

| Title Number | | Issue Date | Odometer Reading (no tenths) | | |
|---|---|---|---|---|---|
| A005075713 | | 8/5/2021 | 31973 | | Actual |
| Previous Title Number | State | Issue Date | | | |
| 20210519 | CA | 5/19/2021 | | | |

| Arizona Brands | Other States With Brands |
|---|---|

Owners

CARVANA LLC

1930 W Rio Salado Pkwy                    Tempe, AZ 85281                    Owner

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement, may result in fines and/or imprisonment. The buyer has **15 days** to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Buyer Name (printed)

**MAG Auto Group Inc**

City _____ Sale Date **10/11/21**

Street Address _____

New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) _____ Lien Date

Odometer Reading (no tenths) **31977** ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed) **RJ GLASCOCK, AGT** Carvana LLC | Dealer Number _____

Street Address _____ City _____

Acknowledged before me this date _____

Date **10/11/21** County: **HAMILTON, IN**

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) _____ Buyer Signature _____

## DEALER REASSIGNMENT

Buyer Name (printed) _____ Sale Date _____

Street Address _____ City _____ Sale Zip

New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name _____ Dealer Number | Agent Name _____ Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) _____ Buyer Signature _____

## DEALER REASSIGNMENT

Buyer Name (printed) _____ Sale Date _____

Street Address _____ City _____ Sale Zip

New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name _____ Dealer Number | Agent Name _____ Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) _____ Buyer Signature _____

## DEALER REASSIGNMENT

Buyer Name (printed) _____ Sale Date _____

Street Address _____ City _____ Sale Zip

New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name _____ Dealer Number | Agent Name _____ Agent Signature

I am aware of the above odometer certification made by the seller.

ABS Finance Co.
DBA



Finance Company

### Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
   a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
   b.) Delivering to, or authorizing the delivery to ABS Finance Co., the certificate of title to the purchased automobile.
   c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
   d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

### Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| | | | | | | |
|---|---|---|---|---|---|---|
| **Purchased From:** | myCentral Auction | | | | | |

**Purchased Automobile:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year:** | 12 | **Make/Model:** | Dodge Durango | | | 89425 | CARVANA, LLC |
| **VIN:** | 1C4SDHCT1CC261173 | **Mileage:** | 130,732 | **Color:** | White / | **Vehicle ID:** | 3165119 |
| **Sale Date:** | October 15, 2021 | | **Flooring Date:** | | October 20, 2021 | | |

| | |
|---|---|
| **Purchase Price:** | $12,112 |
| **Auction Buy Fee:** | $0 |
| **Finance Fee:** | $245 |
| **Total Amount payable to ABS Auto Auctions:** | $12,357 |

**Borrower:**  MAG Motor Company            89425

Dir Name                                Dir Number

DocuSigned by:
*Pouriya Pete Mozaffari*
3BD9D14EF657420...

**Signature:**

**Print Name:**  Pouriya Pete Mozaffari

... ......CE COMPANY, LLC                                              84407

| 10/20/2021 | 3165119 | 261173:12 Durango | | 12,112.00 | 0.00 | 12,112.00 |
| | 4900-00 | | Vehicle Income | | 12,112.00 | |

Check: 084407          10/27/2021   myCentral Auction                                    12,112.00

DELUXE CORP  1+800-328-0304  www.deluxeforms.com                          881175/05-16        6555330900\|

# ARIZONA CERTIFICATE OF TITLE

## ADOT

**Motor Vehicle Division**
48-7200M R09/19 azdot.gov

| | Year | Make | Model | Body Style |
|---|---|---|---|---|
| Vehicle Identification Number | | | | |
| 1C4SDHCT1CC261173 | 2012 | DODG | Durango | 4DSW |

CARVANA LLC

1930 W Rio Salado Pkwy

Tempe, AZ 85281

| Title Number | Issue Date | Odometer Reading (no tenths) | |
|---|---|---|---|
| A005725011 | 9/29/2021 | 130512 | Actual |
| Previous Title Number    State | Issue Date | | |
| NV008103788    NV | 9/30/2015 | | |

Other States With Brands

**Arizona Brands**

Owners

CARVANA LLC

1930 W Rio Salado Pkwy

Tempe, AZ 85281

Owner

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

**VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED**

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement, may result in fines and/or imprisonment. The buyer has **15 days** to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner

Buyer's Printed Name:
MAG Auto Group Inc

Street Address:

State / Zip:
10 / 11 / 2[...]

Title Date:

New Owner of other Lienholder or DTH  New Lienholder Name and Street Address, if applicable, within 15 days

Odometer Reading (no tenths)
130732  ☑ miles  ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed):
S. Liljeberg - AGT    Carvana LLC

Dealer Number / Seller

Seller Address:

Acknowledged before me this date
10 / 11 / 21    TAMI HORTON    IN

I am aware of the above odometer certification made by the seller.
Buyer Name (printed):

Buyer Signature:

GINGER EILEEN
NOTARY
My Comm. Expires
Aug 20, 2028
ID #NP0687261
STATE OF INDIANA
PUBLIC
SEAL

## DEALER REASSIGNMENT

Buyer Printed Name:

State / Zip:

Street Address:

Title Date:

New Lienholder Name and Street Address, if applicable, within 15 days

Odometer Reading (no tenths)  ☐ miles  ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name:    Dealer Number / Seller    Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (printed):    Buyer Signature:

## DEALER REASSIGNMENT

Buyer Printed Name:

State / Zip:

Street Address:

Title Date:

New Lienholder Name and Street Address, if applicable, within 15 days

Odometer Reading (no tenths)  ☐ miles  ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealer Name:    Dealer Number / Seller    Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (printed):    Buyer Signature:

## DEALER REASSIGNMENT

Buyer Printed Name:

State / Zip:

Street Address:

Title Date:

New Lienholder Name and Street Address, if applicable, within 15 days

Odometer Reading (no tenths)  ☐ miles  ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealer Name:    Dealer Number / Seller    Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (printed):    Buyer Signature:

**Additional Reassignments Permitted**

ABS Finance Co.
DBA



**Finance Company**

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that:  The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:

a ) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
b ) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
c ) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d ) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee that funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

### Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purchased From:** | *myCentral Auction* | | | | | | |

**Purchased Automobile:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 13 | Make/Model: | Volkswagen CC | | 89425 | CARVANA, LLC | |
| VIN: | WVWBP7AN6DE519070 | Mileage: | 26,139 | Color: | Gray / | Vehicle ID: | 3185126 |
| Sale Date: | October 15, 2021 | | Flooring Date: | | October 20, 2021 | | |

| | |
|---|---|
| Purchase Price: | $12,010 |
| Auction Buy Fee: | $0 |
| Finance Fee: | $245 |
| Total Amount payable to ABS Auto Auctions: | $12,255 |

| | | |
|---|---|---|
| Borrower: | **MAG Motor Company** | 89425 |
| | Dlr. Name | Dlr. Number |

Signature:
DocuSigned by:
*Pouriya Pete Mozaffari*
3BD9O14EF85742D...

Print Name: Pouriya Pete Mozaffari



ABS FINANCE COMPANY, LLC

84408

| 10/20/2021 | 3165126 4900-00 | 519070.13 CC | Vehicle Income | 12,010.00 | 0.00 12,010.00 | 12,010.00 |

Check: 084408          10/27/2021   myCentral Auction

12,010.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com          881175/05-16   65553309001

# ARIZONA CERTIFICATE OF TITLE

ADOT

**Motor Vehicle Division**
48-7200M R09/19 azdot.gov

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| WVWBP7AN6DE519070 | 2013 | VOLK | Cc | 4DSD |

CARVANA LLC

1930 W Rio Salado Pkwy

Tempe, AZ 85281

| Title Number | | Issue Date | Odometer Reading (no tenths) | | |
|---|---|---|---|---|---|
| A005843741 | | 10/8/2021 | 26017 | | Actual |
| Previous Title Number | State | Issue Date | | | |
| MI0000135844 | MI | 6/6/2019 | | | |

| Arizona Brands | Other States With Brands |
|---|---|

Owners

CARVANA LLC

1930 W Rio Salado Pkwy

Tempe, AZ 85281

Owner

Lienholder(s) as of the print date and lien effective date. (Additional liens may exist. Check Vehicle Title Status on https://azmvdnow.az.gov to find all current liens.)

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment. The buyer has **15 days** to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Buyer Name (printed) **MAG Auto Group Inc**

Street Address

City

Sale Date **10/11/21**

New Lienholder Driver License or EIN: New Lienholder Name and Street Address (if no lien, write NONE)

Lien Date

Odometer Reading (no tenths) **26139** ☒ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed) **S. Liljeberg - AGT**      **Carvana LLC**

Street Address

Dealer Number S-1

City

Acknowledged before me this date

Date **10/11/21**

County

Notary Public or MVC Agent Signature **Hamilton**

I am aware of the above odometer certification made by the seller.

Buyer Name (printed)

Buyer Signature

GINGER EILEEN JACOBS NOTARY SEAL My Comm. Expires ID #NP0667-58 PUBLIC STATE OF INDIANA

## DEALER REASSIGNMENT

Buyer Name (printed)

Street Address

City

Sale Date

State / Zip

New Lienholder Driver License or EIN: New Lienholder Name and Street Address (if no lien, write NONE)

Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name

Dealer Number

Agent Name

Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed)

Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed)

Street Address

City

Sale Date

State / Zip

New Lienholder Driver License or EIN: New Lienholder Name and Street Address (if no lien, write NONE)

Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name

Dealer Number

Agent Name

Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed)

Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed)

Street Address

City

Sale Date

State / Zip

New Lienholder Driver License or EIN: New Lienholder Name and Street Address (if no lien, write NONE)

Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I agree to the release of vehicle ownership and certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name

Dealer Number

Agent Name

Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed)

Buyer Signature

ABS Finance Co.
DBA



Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:

    a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
    b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
    c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
    d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

**Purchased From:** myCentral Auction

**Purchased Automobile:**

| Year: | 11 | Make/Model: | Land Rover Range Rover | | 89425 | CARVANA, LLC | |
|---|---|---|---|---|---|---|---|
| VIN: | SALSK2D47BA263653 | Mileage: | 88,241 | Color: | White / | Vehicle ID: | 3165127 |

| Sale Date: | October 15, 2021 | Flooring Date: | October 20, 2021 |
|---|---|---|---|

| Purchase Price: | $14,152 |
|---|---|
| Auction Buy Fee: | $0 |
| Finance Fee: | $260 |
| Total Amount payable to ABS Auto Auctions: | $14,412 |

**Borrower:** MAG Motor Company      89425

Dv Name      Dv Number

**Signature:**
DocuSigned by:
Pouriya Pete Mozaffari
3DD9D14EF657420...

**Print Name:** Pouriya Pete Mozaffari

**ABS FINANCE COMPANY, LLC**

04402



| 10/20/2021 | 3165127 4900-00 | 263653:11 Range Rover Vehicle Income | 14,152.00 | 0.00 14,152.00 | 14,152.00 |

Check: 084406      10/27/2021   myCentral Auction

14,152.00

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

861175/05-16     65553309901

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

CTN2108258A

AUTOMOBILE

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| SALSK2D47BA263653 | 2011 | LAND | 8FPB580 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| UT | | | G | | NONE | 05/28/2022 |

| | YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|---|
| | | DJ | 2020 | 00 | | 08/25/21 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE 05/11/2020
ODOMETER READING 81349 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
OBRYANT BRENTON
5333 BALBOA BLVD APT 228
ENCINO CA 91316

*See 202-*
*1247091*

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ X _____
DATE          SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
DATE          SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ][ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

CARVANA LLC
1305 W 1ST ST
TEMPE
AZ 85281

Lexus Cormican - Ag

signature release interest in vehicle) (Company names must be counter signed

Release Date

CA206521359

023704
REG. 17 30RS (REV.02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

APPLICATION FOR TRANS. 2R BY NEW OWNER     (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED**

1a. TRUE FULL NAME OF NEW REGISTERED OWNER (LAST, FIRST, MIDDLE, AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD)

☐ AND   (LAST, FIRST, MIDDLE)
☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS     APT./SP./STE. NUMBER

5. CITY     STATE   ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED OR (FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT)

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY     STATE   ZIP CODE

**NEW OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE   SIGNATURE OF NEW REGISTERED OWNER   DRIVER LICENSE OR ID CARD NO.   PURCHASE DATE
X

9b. DATE   SIGNATURE OF NEW REGISTERED OWNER   DRIVER LICENSE OR ID CARD NO.   PURCHASE PRICE OR IF GIFT SO STATE
X

**LEASED VEH. ONLY / LIENHOLDER**

10. (LEASE IS OF NEW LESSEE IF DIFFERENT FROM LINE 4 AS THE "WILL NOT BE PRINTED ON TITLE)

11. TRUE OF LIENHOLDER – FINANCIAL/LOCAL HOLDING SECURITY INTEREST (IF NONE, WRITE "NONE". DO NOT ENTER NAME OF REGISTERED OWNER. IF ABOVE ELECTRONIC LIENHOLDER ID

ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY     STATE   ZIP CODE

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER**

14. Odometer now reads |__856241__| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits. I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.     R/S NUMBER

DATE   SIGNATURE OF AUTHORIZED AGENT   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER
10/11/21 X   G. Jacobs - AGT   Gavranalle

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER
X   MAG Auto Group one

**TRANSACTION**

SOLD THROUGH   DATE OF AUCTION   AUCTION NAME   DEALER NUMBER
AUCTION IF APPLICABLE

15. Odometer now reads |_____| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.     R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER
X

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER
X

**NEW ONLY**

16. Odometer now reads |_____| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.     R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE   SIGNATURE OF AUTHORIZED AGENT   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER
X

BUYER'S SIGNATURE ACKNOWLEDGES ODOMETER READING   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER
X

DocuSign Envelope ID: A1F80C89-8750-4379-B541-E7166B2A6094



ABS Finance Co.
DBA

**Finance Company**

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

### Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims and/or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

**Purchased From:** Manheim San Francisco

**Purchased Automobile:**

| Year: | 15 | Make/Model: | Maserati Ghibli | | | 89425 | Steven Creek BMW |
|---|---|---|---|---|---|---|---|
| VIN: | ZAM57RTA0F1154295 | Mileage: | 47,894 | Color: | Gray / | Vehicle ID: | 3192100 |

Sale Date: November 03, 2021    Flooring Date: November 03, 2021

Purchase Price: $29,255
Auction Buy Fee: $0
Finance Fee: $365
Total Amount payable to ABS Auto Auctions: $29,620

Borrower: **MAG Motor Company**    89425

Signature: Pouriya Pete Mozaffari (DocuSigned by)

Print Name: Pouriya Pete Mozaffari

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt

# ABS FINANCE COMPANY, LLC



| 11/3/2021 | 3192100 4900-00 | 154295:15 Ghibli | Vehicle Income | 29,255.00 | 0.00 | 29,255.00 | 29,255.00 |

Check: 084574          11/10/2021   Manheim San Francisco Bay

29,255.00

DELUXE CORP: 1+800-328-0304 www.deluxeforms.com                         881175/05-16                 65553309001

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

VEHICLE HISTORY

X21190222Z1

**AUTOMOBILE**

| | | | |
|---|---|---|---|
| VEHICLE ID NUMBER | | YR MODEL | MAKE | PLATE NUMBER |
| ZAM57RTA0F1154295 | | 2015 | MASE | 7PJW373 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| SD | | | G | | NONE | 11/16/2019 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2015 RH | | | AB | | 02/22/19 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE: 11/15/2015
ODOMETER READING: 197 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
LEARN AND PLAY
MONTESSORI SCHOOL LLC
OR GREWAL JASKIRAN K
35699 NILES BLVD
FREMONT CA 94536

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ___X___  *See Bill of Sale*
DATE                SIGNATURE OF REGISTERED OWNER

1b. ___X___
DATE                SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ ][ ][ ][ ][ ][ ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEROR/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | *See Bill of Sale* | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. **X** _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA187094443

015145

REG. 17 30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

APPLICATION FOR TRANSFER BY NEW OWNER   (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   (LAST, FIRST, MIDDLE)
    ☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS                          APT./SP./STE. NUMBER

5. CITY                                              STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY                                              STATE    ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
| | X | | |
| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |
| | X | | |

LEASED VEH. ONLY   10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)
X

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE) ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY                                              STATE    ZIP CODE

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER**

14. Odometer now reads |__|__|__|,|__|__|__| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | R/S NUMBER |
| | X | WWVSVVVJ | Stevens Creek BMW #12149 | DEALER NUMBER |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

**TRANSACTION ONLY**

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME   DEALER NUMBER

15. Odometer now reads |__|__|__|,|__|__|__| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   R/S NUMBER

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

16. Odometer now reads |__|__|__|,|__|__|__| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   R/S NUMBER

| DATE | SIGNATURE OF AUTHORIZED AGENT | PRINTED NAME OF AGENT | DEALER NAME | DEALER NUMBER |
| | X | | | |
| DATE | BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING | PRINTED NAME OF BUYER OR AGENT | | SALESPERSON'S NUMBER |
| | X | | | |

DocuSign Envelope ID: 580AA4B2-F0BD-41C1-B875-997E2F91BB07

ABS Finance Co.
DBA



**Finance Company**

## Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
   a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
   b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
   c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
   d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

### Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Mailing Address**
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

**Purchased From:**     myCentral Auction

**Purchased Automobile:**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Year:** | 13 | **Make/Model:** | Hyundai Genesis | | 89425 | Carvana, LLC |
| **VIN:** | KMHHT6KD2DU103539 | **Mileage:** | 50,579 | **Color:** White / | **Vehicle ID:** | 3202031 |
| **Sale Date:** | November 09, 2021 | | **Flooring Date:** | | November 09, 2021 | |

**Purchase Price:**            $13,744

**Auction Buy Fee:**             $0

**Finance Fee:**              $245

**Total Amount payable to ABS Auto Auctions:**     $13,989

**Borrower:**     **MAG Motor Company**                    89425
                 Dr. Name                                  Dr. Number

                 DocuSigned by:
**Signature:**   *Pouriya Pete Mozaffari*
                 3BD9014EFE5742D

**Print Name:**  Pouriya Pete
                 Mozaffari

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt



ABS FINANCE COMPANY, LLC

84576

| 11/9/2021 | 3202031 4900-00 | 103539:13 Genesis Vehicle Income | 13,744.00 | 0.00 13,744.00 | 13,744.00 |

Check: 084576          11/10/2021    myCentral Auction

13,744.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com

881175/05-16                                65553305001

# OHIO CERTIFICATE OF TITLE

| ISSUING COUNTY | LAKE | **STATE OF OHIO** | **TITLE No. 43 0423 3045** |
| ISSUING TITLE OFFICE # 4302 | | | ISSUE DATE 10/21/2021 |
| RESIDENT COUNTY | FRANKLIN | **ORIGINAL** | |

| | YEAR | MAKE | MAKE DESCRIPTION | MODEL DESCRIPTION | BODY TYPE |
|---|---|---|---|---|---|
| **IDENTIFICATION NUMBER** KMHHT6KD2DU103539 | 2013 | HYUN | HYUNDAI | GENESIS COUPE | 2D |

**MILEAGE**
50,578

**MILEAGE NOTATION**
ACTUAL

**PURCHASE PRICE**
$0.00

**EXEMPT**
RN

**CONVERSION**

**EVIDENCE**
CA-20200821

**COMMENTS**

**NOTATION(S)**

**OWNER(S)**
CARVANA LLC

4000 W BROAD ST
COLUMBUS, OH 43228

**DEALER PERMIT**
UD022708

**PREVIOUS OWNER(S)**
NICOLE YIN

18558 KRAMERIA AVE
RIVERSIDE, CA 92508

WITNESS MY HAND AND OFFICIAL SEAL THIS 21ST DAY OF OCTOBER, 2021

%214681953



%214681953

*Faith Andrews*

**FAITH ANDREWS**
**CLERK OF COURTS**          T

LAS
LAS

TITLE DOCUMENT CONTAINS OHIO WATERMARK WHICH IS VISIBLE WHEN HELD TO LIGHT

**ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)**

**ASSIGNMENT OF OWNERSHIP** This vehicle was a (if applicable): ☐ Law Enforcement Vehicle ☐ Flood Vehicle ☐ Taxi

**WARNING TO TRANSFEROR AND TRANSFEREE (SELLER AND BUYER):** You are required by law to state the true selling price. A false statement is in violation of section 2921. of the Revised Code and is punishable by six months' imprisonment or a fine of up to one thousand dollars, or both. All transfers are audited by the department of taxation. The seller and buyer must provide any information requested by the department of taxation. The buyer may be assessed any additional tax found to be due.

Buyer(s) Printed Name(s) Mag Auto Group LLC

Buyer(s) Printed Address _____

I (we) certify the vehicle/watercraft/outboard motor described in this title was transferred on 10,4,12 for the price of $_____ the above listed buyer(s).

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and imprisonment.

**Odometer Reading:**

| 5 | 0 | 5 | 7 | 9 | Miles (no tenths) |

Thousands

Seller is a minor ☐ Yes ☑ No If yes, BMV 3751 Form required

I (we) warrant the title to be free of all liens.
A. Handy - AGT          Carvana LLC

I (we) hereby certify that to the best of my (our) knowledge:
Check one (Mileage status information will print on the front of the title)

☑ The odometer reading reflects the actual mileage
☐ The odometer reading is in EXCESS of the mechanical limits
☐ The odometer reading is not the actual mileage (e.g., Broken odometer) -
WARNING-ODOMETER DISCREPANCY
☐ Exempt from mileage disclosure (e.g., APV, Repossession, Inheritance)

X _____
Seller's Signature (Must sign in front of Notary/Authorized Officer)

Seller's Printed Name

X _____
Additional Seller's Signature (if applicable) (Must sign in front of Notary/Authorized Offi

Additional Seller's Printed Name (if applicable)

Seller's Printed Street Address _____ City _____ State _____ Zip ____

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this 21 day of October , 20 21

_____ County, State of _____

Signature of Notary Public or other Authorized Officer by law          My commission expire

**BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Buyer's Printed Name

X _____
Buyer's Signature

Co-Buyer's Printed Name (if applicable)

X _____
Co-Buyer's Signature (if applicable)

**APPLICATION FOR CERTIFICATE OF TITLE (Type or print in ink.)**

Check Type of Application(s): ☐ Motor Vehicle ☐ Memorandum ☐ Watercraft ☐ Outboard Motor ☐ Salvage

Applicant's Printed Name _____ SSN/EIN _____

Co-Applicant's Printed Name (if applicable) _____ SSN/EIN _____

Applicant's Printed Address _____
Street          City          State     Zip     County

Purchase Price $_____ Gross Tax Due $_____ Vendor's Discount $_____ Tax Paid $_____

If Tax Exempt, state reason _____ Dealer Permit # _____ Vendor # _____ Trade in $_____

**LIEN INFORMATION:** If no lien, state "none." If more than one lien, attach statement of all additional liens.

Lienholder _____ E-Lien #_____

Lienholder Address_____

Condition of vehicle/watercraft/outboard motor (check only one) ☐ Good ☐ Fair ☐ Poor ☐ Wrecked     Print Title ☐ Yes ☐ No

With Right of Survivorship ☐ Yes ☐ No     Transfer on Death ☐ Yes ☐ No If yes, BMV 3811 Form required

Applicant is a minor ☐ Yes ☐ No If yes, provide Date of Birth ___/___/___ and BMV 3751 Form required.

I (we) state that all information contained in this application is true and correct.

X _____
Applicant's Signature (Must sign in front of Notary/Authorized Officer)

X _____
Co-Applicant's Signature (if applicable) (Must sign in front of Notary/Authorized Officer

**Note** All applicable blank spaces above must be completed before acknowledgement by notary

Sworn to and subscribed in my presence this _____ day of _____ , 20____

in _____ County, State of _____

S Finance Co.
DBA



Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement including without limitation
   a ) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle
   b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile
   c.) To pay the Finance Fee and any Extension Fee incurred with respect to the amount requested
   d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested) the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement

### Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are Free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title in releasing any such monies and/or Titles to the undersigned and/or his business entity
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding
4. That I hereby personally represent and guarantee that the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance
5. That I have personal knowledge, power and authority to make the representations set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

| | | |
|---|---|---|
| Purchased From: | Auctions in Motion-Thousand Oaks | |

**Purchased Automobile:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 3 | Make/Model: | Harley-Davidson Vrsca | | 89425 | Acura of Thousand Oaks | |
| VIN: | 1HD1HAZ593K845793 | Mileage: | 4,496 | Color: | Silver / | Vehicle ID: | 3076317 |
| Sale Date: | September 03, 2021 | | Flooring Date: | | September 03, 2021 | | |

| | |
|---|---|
| Purchase Price: | $5,935 |
| Auction Buy Fee: | $0 |
| Finance Fee: | $185 |
| Total Amount payable to ABS Auto Auctions: | $6,120 |

| | | |
|---|---|---|
| Borrower: | MAG Motor Company | 89425 |
| | | DP Number |
| Signature: | DocuSigned by: Pouriya Pete Mozaffari | |
| Print Name: | Pouriya Pete Mozaffari | |

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt

EXHIBIT "4"
PAGE 113



...~ r.IVANCE COMPANY, LLC

83860

| 9/3/2021 | 3072317 4900-00 | 845793:03 Vrsca | Vehicle Income | 5,935.00 | 0.00 | 5,935.00 | 5,935.00 |

Check: 083860          9/9/2021     Auctions in Motion

5,935.00

DELUXE CORP 1•800-328-0304 www.deluxeforms.com

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 123 of
214

EXHIBIT "4"
PAGE 114

VOID WITHOUT BEAR WATERMARK HOLD TO LIGHT TO VIEW

VOID WITHOUT BEAR WATERMARK HOLD TO LIGHT TO VIEW

## STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

66305060736

MOTORCYCLE

| VEHICLE ID NUMBER | | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|---|
| 1HD1HAZ593K845793 | | | | 2003 | HD | 17C1272 |
| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
| RS | | | G | 06/05/05 | $223 | 06/02/2006 |
| | YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
| | 2003 | AE | 2005 | LT | | 06/18/05 |

MOTORCYCLE ENGINE NUMBER
HAZ845793

REGISTERED OWNER(S)
SHERWOOD MARK C
5630 BROOKMONT TERRACE CT
SIMI VALLEY CA 91362

ODOMETER DATE        ODOMETER READING
06/05/2005           3300 MI
ACTUAL MILEAGE

I certify under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST
IN THE VEHICLE.

1a. _____ X _____
    DATE              SIGNATURE OF REGISTERED OWNER

1b. _____ X _____
    DATE              SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads |__|__|__|,|__|__|__| (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is **not** the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER'S SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |
| PRINTED NAME OF AGENT SIGNING FOR A COMPANY | | SIGNATURE OF AGENT SIGNING FOR A COMPANY | |

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
   Signature releases interest in vehicle. (Company names must be countersigned)
   Release Date _____

CA87852509

004180        REG. 17.30R (REV.10/03)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

## APPLICATION FOR TRANSFER BY NEW OWNER     (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**N E W   R E G I S T E R E D   O W N E R**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   ☐ OR   (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS          APT./SP./STE. NUMBER

5. CITY          STATE     ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED OR FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY          STATE     ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 9a. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE DATE |
| X | | | |

| 9b. DATE | SIGNATURE OF NEW REGISTERED OWNER | DRIVER LICENSE OR ID CARD NO. | PURCHASE PRICE OR IF GIFT, SO STATE |
| X | | | |

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**L I E N H O L D E R**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID   ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY          STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**D E A L E R   T R A N S A C T I O N S   O N L Y**

14. Odometer now reads: 86545 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 5.13.21  SIGNATURE OF AUTHORIZED AGENT X  PRINTED NAME OF AGENT  DEALER NAME LEXUS ESCONDIDO  DEALER NUMBER 27588  R/S NUMBER

DATE  BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X  PRINTED NAME OF BUYER OR AGENT Premium Auto  SALESPERSON'S NUMBER 9855  DEALER NUMBER

SOLD THROUGH AUCTION IF APPLICABLE  DATE OF AUCTION 5.13.21  AUCTION NAME Manaue

15. Odometer now reads: 85044 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 5/8/21  SIGNATURE OF AUTHORIZED AGENT X  PRINTED NAME OF AGENT  DEALER NAME Premium Auto Whlsl  DEALER NUMBER 9855  R/S NUMBER

SOLD THRU MANHEIM 16402

DATE  BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X  PRINTED NAME OF BUYER OR AGENT XH Ford of Thousand Oaks  SALESPERSON'S NUMBER

16. Odometer now reads: (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Sold thru Auctions in Motion #81775

DATE  SIGNATURE OF AUTHORIZED AGENT X  PRINTED NAME OF AGENT  DEALER NAME XH Ford of Thousand Oaks  DLR# 91273  DEALER NUMBER  R/S NUMBER

DATE  BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X  PRINTED NAME OF BUYER OR AGENT MPG Auto  SALESPERSON'S NUMBER

BS Finance Co
DBA



Finance Company

Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below.

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation
a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
b.) Delivering to, or authorizing the delivery to ABS Finance Co., the certificate of title to the purchased automobile.
c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned at/for his business entity.
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicate DMV title certificates for this vehicle presently outstanding.
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representation's set forth herein.
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance.
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

---

**Purchased From:**     Auctions in Motion-Thousand Oaks

**Purchased Automobile:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 14 | Make/Model: | Ram 1500 Express | | | 89425 | DCH Ford of Thousand Oaks |
| VIN: | 1C6RR7ST7ES407541 | Mileage: | 85,262 | Color: | White / | Vehicle ID: | 3076318 |
| Sale Date: | September 03, 2021 | | Flooring Date: | | September 03, 2021 | | |

| | |
|---|---|
| Purchase Price: | $23,115 |
| Auction Buy Fee: | $0 |
| Finance Fee: | $320 |
| Total Amount payable to ABS Auto Auctions: | $23,435 |

---

| Borrower: | MAG Motor Company | 89425 |
|---|---|---|

Signature:

DocuSigned by:

*Pouriya Pete Mozaffari*

3B00046Feb742D

Print Name: Pouriya Pete Mozaffari

**EXHIBIT "4"**

**PAGE 117**



AUTO FINANCE COMPANY, LLC                                                          83861

| 9/3/2021 | 3076318 | 407541:14 1500 Express | 23,115.00 | 0.00 | 23,115.00 |
|          | 4900-00 | Vehicle Income         |           | 23,115.00 | |

Check: 083861          9/9/2021     Auctions in Motion                                    23,115.00

DELUXE CORP 1+800-328-0304 www.deluxeforms.com                              881175/05-16          49607712001

KEEP IN A SAFE PLACE - VOID IF ALTERED

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

19114111 9E1

5T55-14083R
10312374

COMMERCIAL

VEHICLE ID NUMBER

1C6RR7ST7ES407541

BODY TYPE MODEL

PK

| YR | MODEL | MAKE | PLATE NUMBER |
| --- | --- | --- | --- |
| | 2014 | RAM | 3526371 |

| AX | WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
| --- | --- | --- | --- | --- | --- |
| | UNLADEN | | | $425 | 09/30/2015 |

| YR 1ST SOLD | CLASS | *YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
| --- | --- | --- | --- | --- | --- |
| 2 05248 | G | | | | 11/19/14 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 2014 | HA | | VY | | |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE — 09/30/2014

ODOMETER READING — 46 MI

ACTUAL MILEAGE

REGISTERED OWNER(S)

UNITED RENTALS N AMER INC
43631 SIERRA HWY
LANCASTER CA 93534

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. ____ DATE 4-14-21 X _____ SIGNATURE OF REGISTERED OWNER

1b. ____ DATE X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ____ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

**WARNING** ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE | DATE | TRANSFEREE/BUYER SIGNATURE |
| --- | --- | --- | --- |
| 4-14-21 | X | 4-14-21 | X |

PRINTED NAME OF SELLER OR AGENT SIGNING OR A COMPANY

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

MY A MOTORS.

## IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

BANK OF AMERICA N. A.

BK AMERICA
PO BX 1111
MT LAUREL
NJ 08054

2. X _____ Signature releases interest in vehicle. Company names must be countersigned.

Release Date ____ APR 1 5 2021

CA 154880341
023038

REG. 17.30RS (REV.10/2012)

APPLICATION FOR TRANSFER BY NEW OWNER     (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   (LAST, FIRST, MIDDLE)
☐ OR

4. RESIDENCE OR BUSINESS STREET ADDRESS     APT./SP./STE. NUMBER

5. CITY     STATE     ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED OR FOR TRAILER COACHES ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY     STATE     ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9a. DATE     SIGNATURE OF NEW REGISTERED OWNER     DRIVER LICENSE OR ID CARD NO.     PURCHASE DATE
X

9b. DATE     SIGNATURE OF NEW REGISTERED OWNER     DRIVER LICENSE OR ID CARD NO.     PURCHASE PRICE OR IF GIFT, SO STATE
X

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE". DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE.) ELECTRONIC LIENHOLDER ID     ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY     STATE     ZIP CODE

TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER**

14. Odometer now reads: _____ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.     R/S NUMBER

DATE     SIGNATURE OF AUTHORIZED AGENT     PRINTED NAME OF AGENT     DEALER NAME     DEALER NUMBER
X     DCH Ford of Thousand Oaks  DLR #91

DATE     BUYER'S SIGNATURE  ACKNOWLEDGES ODOMETER READING     PRINTED NAME OF BUYER     DEALER NUMBER
X

**TRANSACTION ONLY**

SOLD THROUGH AUCTION IF APPLICABLE     AUCTION NAME     DEALER NUMBER
Sold thru Auction in Motion #81775

15. Odometer now reads: _____ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.     R/S NUMBER

DATE     SIGNATURE OF AUTHORIZED AGENT     PRINTED NAME OF AGENT     DEALER NAME     DEALER NUMBER
X

DATE     BUYER'S SIGNATURE  ACKNOWLEDGES ODOMETER READING     PRINTED NAME OF BUYER OR AGENT     SALESPERSON'S NUMBER
X

16. Odometer now reads: _____ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage.   ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.     R/S NUMBER

DATE     SIGNATURE OF AUTHORIZED AGENT     PRINTED NAME OF AGENT     DEALER NAME     DEALER NUMBER
X

DATE     BUYER'S SIGNATURE  ACKNOWLEDGES ODOMETER READING     PRINTED NAME OF BUYER OR AGENT     SALESPERSON'S NUMBER
X

DocuSign Envelope ID: 12C518F7-5B28-45CF-B064-7257EF3D4ECC

ABS Finance Co.
DBA



**Finance Company**

**Auto Auctions**
Request for Draw

The undersigned Borrower hereby requests from ABS Finance Co. LLC, a loan and disbursement of monies, pursuant to the ABS Finance Co. LLC Wholesale Automobile Finance and Security Agreement, to which the borrower is a party, in the amount requested set forth below:

Borrower hereby acknowledges, represents, warrants and covenants to ABS Finance Co. that: The amount requested, if disbursed by ABS Finance Co., will be subject to all of the terms of the loan agreement, including without limitation:
a.) The provisions granting to ABS Finance CO. a security interest in the purchased vehicle.
b.) Delivering to, or authorizing the delivery to ABS finance Co., the certificate of title to the purchased automobile.
c.) To pay the Finance Fee and any Extension Fee incurred, with respect to the amount requested.
d.) To immediately, upon pick-up of purchased automobile, deliver to ABS Finance Co., a check or other instrument in the amount of the purchase price of the automobile (amount of loan requested), the auction buy fee, plus the applicable Finance Fee, pursuant to the loan agreement.

## Reaffirmation of Automobile Title

1. The Undersigned hereby expressly warrants and represents to ABS Finance that he and/or the Business has not assigned, conveyed, transferred, encumbered, or hypothecated his and/or the Business's aforementioned Ownership interest in said vehicles, and/or interest, in whole or in part, and/or any portion thereof, in any way whatsoever, and that said Automobile Titles are free and clear of any and all encumbrances, liens, claims or clouds affecting title of any type whatsoever.
2. That the undersigned represents that the facts and statements made herein are true and correct, and that ABS Finance may rely upon this Reaffirmation of Automobile Title, in releasing any such monies and/or Titles to the undersigned and/or his business entity
3. That neither I nor the Business have requested any prior time, nor are there any outstanding duplicative DMV title certificates for this vehicle presently outstanding
4. That I hereby personally represent and guarantee the funds drawn against my and/or the Business' account will satisfy my and/or the Business' debt owed to ABS Finance.
5. That I have personal knowledge, power and authority to make the representations set forth herein
6. That any untrue statement made herein will constitute material Fraud as against ABS Finance
7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mailing Address
ABS Finance Co.
341 Corporate Terrace
Corona, CA 92879

**Purchased From:**     Manheim San Francisco

**Purchased Automobile:**

| Year: | 13 | Make/Model: | | Mercedes-Benz M-Class | | | 89425 | Savarani Motors | |
|---|---|---|---|---|---|---|---|---|---|
| VIN: | 4JGDA7EB0DA203029 | Mileage: | 54,420 | Color: | Black / | | | Vehicle ID: | 3072607 |

| Sale Date: | September 01, 2021 | | Flooring Date: | | September 01, 2021 | |

**Purchase Price:**                    $32,200

**Auction Buy Fee:**                     $0

**Finance Fee:**                      $380

**Total Amount payable to ABS Auto Auctions:**      $32,580

**Borrower:**     **MAG Motor Company**                                89425
Dlr. Name                                              Dlr. Number

**Signature:**

DocuSigned by:

*Pouriya Pete Mozaffari*

**Print Name:**     Pouriya Pete Mozaffari

Z:\APPS\ABS\REPORTS2004\Flooring Outside Flooring.rpt

**EXHIBIT 4**

**PAGE 121**

**ABS FINANCE COMPANY, LLC**

| 9/1/2021 | 3072607 | 203029:13 M-Class | 32,200.00 | 0.00 | 32,200.00 |
| | 4900-00 | Vehicle Income | | 32,200.00 | |

Check: 083874          9/9/2021          Manheim San Francisco Bay

32,200.00

DELUXE CORP 1•800-328-0304 www.deluxeforms.com

881176/06-16                49607712001

VOID WITHOUT BEAR WATERMARK HOLD TO LIGHT TO VIEW — VOID WITHOUT BEAR WATERMARK HOLD TO LIGHT TO VIEW

## STATE OF CALIFORNIA

### CERTIFICATE OF TITLE

4782104148L

**AUTOMOBILE**

VEHICLE ID NUMBER
4JGDA7EB0DA203029

BODY TYPE MODEL
UT

| YR 1ST SOLD | CLASS | *YR | MO |
|---|---|---|---|
| 2013 | CH | 2021 | 00 |

VEHICLE HISTORY

YR MODEL: 2013
MAKE: MERZ

PLATE NUMBER
8LFW526

UNLADEN AX WEIGHT: G  FUEL  TRANSFER DATE: 03/29/21  FEES PAID: $914

REGISTRATION EXPIRATION DATE
10/02/2021

EQUIPMT/TRUST NUMBER

ISSUE DATE
04/14/21

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE
03/29/2021
ACTUAL MILEAGE

ODOMETER READING
53500 MI

REGISTERED OWNER(S)
COLLIE AUTOWORKS
585 IRWIN ST
SAN RAFAEL CA 94901

_ _ _ _ _
_ _ _ _ _

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE    X _____ SIGNATURE OF REGISTERED OWNER  of  Collie Autowerks

1b. _____ DATE    X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads | 5 | 4 | 2 | 9 | (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 6/30/21  X _____ TRANSFEROR/SELLER SIGNATURE(S)

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
Denise Collie of Collie Autoworks

DATE 6/30/21  X _____ TRANSFEREE/BUYER SIGNATURE(S)
PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)

Release Date _____

CA203690309
014596
REG. 17.30HS (REV.02/2016)

KEEP IN A SAFE PLACE · VOID IF ALTERED

APPLICATION FOR TRANSFER BY NEW OWNER

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND ☐ OR  (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED OR (FOR TRAILER COACHES) ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

**NEW OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE
X

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE
X

**LEASED VEH. ONLY** 10. ADDRESS OF NEW LESSEE (IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE 'NONE') DO NOT ENTER NAME OF REGISTERED OWNERS) ABOVE ELECTRONIC LIENHOLDER ID — ELT #

12. STREET ADDRESS OR PO BOX NUMBER

13. CITY — STATE — ZIP CODE

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: 54 229 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE 7/9/21 — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT Brianda — DEALER NAME MICHAEL STEAD'S AUTO DEPOT #327 — DEALER NUMBER 12

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT Savarani Motors — SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION 8/11/21 — AUCTION NAME SLD THRU MANHEIM SAN FRANCISCO BAY 16402 — DEALER NUMBER

15. Odometer now reads: 54 439 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE 8·11·21 — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT Ron Savarani — DEALER NAME Savarani Motors — DEALER NUMBER 93610

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT Mag Auto Group — SALESPERSON'S NUMBER

16. Odometer now reads: (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked. **WARNING** - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

**EXHIBIT "5"**

Accounts Receivble Report
All Open Invoices as of 3/21/2022
ABS Finance Company
Customer: MAG Motor Company (89425)

| Invoice # | Year | Make | Model | L6 VIN | Amount |
|---|---|---|---|---|---|
| 3093811 | 2015 | Porsche | Macan | B50424 | 29,430.00 |
| 3136221 | 2013 | Scion | FR-S | 702561 | 15,340.00 |
| 3136286 | 2012 | Porsche | Cayenne | A10272 | 21,310.00 |
| 3149497 | 2019 | Infiniti | QX60 | 501534 | 24,395.00 |
| 3150907 | 2005 | Honda | S2000 | 007545 | 24,055.00 |
| 3153947 | 1971 | Mercedes Benz | 280S | 074944 | 8,825.00 |
| 3159651 | 2014 | Ford | F150 | G10820 | 18,625.00 |
| 3165119 | 2012 | Dodge | Durango | 261173 | 13,092.00 |
| 3165126 | 2013 | Volkswagon | CC | 519070 | 12,990.00 |
| 3165127 | 2011 | Land Rover | Range Rover | 263653 | 15,192.00 |
| 3192100 | 2015 | Maserati | Ghibli | 154295 | 30,715.00 |
| 3202031 | 2013 | Hyundai | Genesis | 103539 | 14,724.00 |
| 076317N | 2003 | Harley Davidson | Vrsca | 845793 | 6,820.00 |
| 076318N | 2014 | Ram | 1500 Express | 407541 | 24,495.00 |
| 072607N | 2013 | Mercedes Benz | M | 203029 | 31,195.00 |
| | | | | | 291,203.00 |

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 135 of
214
EXHIBIT 5
PAGE 125

**EXHIBIT "6"**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (Oakland)
### Bankruptcy Petition #: 21-41536

*Assigned to:* Judge William J. Lafferty
Chapter 11
Voluntary
Asset

*Date filed:* 12/31/2021
*341 meeting:* 03/24/2022
*Deadline for filing claims:* 04/25/2022

**Debtor**
**Mag Auto Group Inc.**
1890 N Main Street
Walnut Creek, CA 94596
CONTRA COSTA-CA
Tax ID / EIN: 47-1556451
*dba* **Mag Motor Company**
*dba* **Marin Auto Group**
*dba* **Mag Investment Inc**

represented by **Marc Voisenat**
Law Offices of Marc Voisenat
2329A Eagle Ave.
Alameda, CA 94501
(510) 263-8664
Email: marcvoisenatlawoffice@gmail.com

**Responsible Ind**
**Pouriya Pete Mozaffary**
30 Sugar Pine Lane
Danville, CA 94506
(415) 686-6555

**Trustee**
**Not Assigned - OK**

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2080

represented by **Elvina Rofael**
Office of the United States Trustee
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102
202-934-4062
Email: elvina.rofael@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/31/2021 | 1<br>(9 pgs) | Chapter 11 Voluntary Petition for Non-Individual, Fee Amount $1738, Filed by Mag Auto Group Inc.. Application to Employ Counsel by Debtor due by 01/31/2022. Order Meeting of Creditors due by 01/7/2022.Incomplete Filings due by 01/14/2022. (Voisenat, Marc) (Entered: 12/31/2021) |
| 12/31/2021 | | Receipt of filing fee for Voluntary Petition (Chapter 11)( 21-41536) [misc,volp11] (1738.00). Receipt number A31701394, amount $1738.00 (re: Doc# 1 Voluntary Petition (Chapter 11)) (U.S. Treasury) (Entered: 12/31/2021) |

EXHIBIT 6
PAGE 126

| 12/31/2021 | 2 | First Meeting of Creditors with 341(a) meeting to be held on 1/24/2022 at 10:00 AM via Tele/Videoconference - www.canb.uscourts.gov/calendars. Proofs of Claims due by 4/25/2022. (Scheduled Automatic Assignment) (Entered: 12/31/2021) |
|---|---|---|
| 01/01/2022 | 3 (3 pgs; 2 docs) | Order for Payment of State and Federal Taxes (admin) (Entered: 01/01/2022) |
| 01/03/2022 | 4 (1 pg) | Notice of Appearance and Request for Notice by Elvina Rofael. Filed by U.S. Trustee Office of the U.S. Trustee/Oak (Rofael, Elvina) (Entered: 01/03/2022) |
| 01/03/2022 | 5 (3 pgs; 2 docs) | Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Deadlines (Generated) (myt) (Entered: 01/03/2022) |
| 01/03/2022 | 6 (2 pgs; 2 docs) | Order to File Required Documents and Notice of Automatic Dismissal. (myt) (Entered: 01/03/2022) |
| 01/03/2022 | 7 (3 pgs; 2 docs) | Order and Notice of Chapter 11 Status Conference **Status Conference scheduled for 2/9/2022 at 10:30 AM via Tele/Videoconference - www.canb.uscourts.gov/calendars.** Status Conference Statement due by 2/2/2022 (myt) (Entered: 01/03/2022) |
| 01/05/2022 | 8 (2 pgs) | Withdrawal of Claim: 1 Filed by Creditor Westlake Flooring Company, LLC. (Gardner, Dixon) (Entered: 01/05/2022) |
| 01/05/2022 | 9 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 5 Generate 341 Notices). Notice Date 01/05/2022. (Admin.) (Entered: 01/05/2022) |
| 01/05/2022 | 10 (4 pgs) | BNC Certificate of Mailing - Payment of State and Fed Taxes. (RE: related document(s) 3 Order for Payment of State and Federal Taxes). Notice Date 01/05/2022. (Admin.) (Entered: 01/05/2022) |
| 01/05/2022 | 11 (2 pgs) | BNC Certificate of Mailing (RE: related document(s) 6 Order to File Missing Documents). Notice Date 01/05/2022. (Admin.) (Entered: 01/05/2022) |
| 01/05/2022 | 12 (4 pgs) | BNC Certificate of Mailing (RE: related document(s) 7 Order and Notice of Status Conference Chp 11). Notice Date 01/05/2022. (Admin.) (Entered: 01/05/2022) |
| 01/14/2022 | 13 (6 pgs) | Application to Employ Marc Voisenat as Attorney Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 01/14/2022) |
| 01/14/2022 | 14 (2 pgs) | Statement of Disinterestedness *Rule 2014* (RE: related document(s)13 Application to Employ). Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 01/14/2022) |
| 01/14/2022 | 15 (2 pgs) | Disclosure of Compensation of Attorney for Debtor in the Amount of $ 15068.00 Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 01/14/2022) |
| 01/14/2022 | 16 (2 pgs) | Motion to Extend Time *to File Schedules, Statement of Financial Affair and Statement of Current Monthly Payment* Filed by Debtor Mag Auto |

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 138 of 214

EXHIBIT 6

PAGE 127

| | | Group Inc. (Voisenat, Marc) (Entered: 01/14/2022) |
|---|---|---|
| 01/18/2022 | [17](2 pgs) | Order Extending Time to File Schedules, Statement of Financial Affairs and Statement of Current Monthly Income (Related Doc # 16) Incomplete Filings due by 1/28/2022. (cf) (Entered: 01/18/2022) |
| 01/19/2022 | [18](2 pgs) | Request for Notice Filed by Creditor Hi Bar Capital. (Giuliano, Anthony) (Entered: 01/19/2022) |
| 01/24/2022 | | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . 341(a) meeting to be held on 2/22/2022 at 09:00 AM Tele/Videoconference - www.canb.uscourts.gov/calendars (Rofael, Elvina) (Entered: 01/24/2022) |
| 01/28/2022 | [19](32 pgs) | Summary of Assets and Liabilities for Non-Individual , Schedules A-H. , Statement of Financial Affairs for Non-Individual Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc). Note: Additional event code not selected. Modified on 1/28/2022 (lea). (Entered: 01/28/2022) |
| 01/28/2022 | [20](2 pgs) | Declaration of Pouriya Pete Mozafarry in support of (RE: related document(s)13 Application to Employ). Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 01/28/2022) |
| 01/28/2022 | | Fee Due Amended Schedules (D, E, and F - Fee Required) $ 32 (RE: related document(s)19 Summary of Assets and Liabilities, Schedules A-H, Statement of Financial Affairs). (lea) (Entered: 01/28/2022) |
| 01/28/2022 | [21](2 pgs; 2 docs) | Order and Notice Regarding Failure to Pay Filing Fee (RE: related document(s)19 Summary of Assets and Liabilities filed by Debtor Mag Auto Group Inc., Schedules A-H, Statement of Financial Affairs). Non-Compliance (Payments) due by 2/11/2022. (lea) (Entered: 01/28/2022) |
| 01/30/2022 | [22](3 pgs) | BNC Certificate of Mailing - Fail to Pay Filing Fees. (RE: related document(s) 21 Order to Pay Filing Fee). Notice Date 01/30/2022. (Admin.) (Entered: 01/30/2022) |
| 01/31/2022 | | Receipt of filing fee for Amended Schedules (D, E, and F - Fee Required)( 21-41536) ( 32.00). Receipt number A31754236, amount $ 32.00 (re: Doc# 19 Summary of Assets and Liabilities) (U.S. Treasury) (Entered: 01/31/2022) |
| 02/01/2022 | [23](3 pgs) | Notice of Appearance and Request for Notice by Matthew W. Grimshaw. Filed by Interested Party ABS Finance Company LLC dba ABS Auto Auctions (Grimshaw, Matthew). NOTE:Additional docket event not selected. Modified on 2/2/2022 (klr). (Entered: 02/01/2022) |
| 02/02/2022 | [24](1 pg) | Certificate of Service (RE: related document(s)13 Application to Employ). Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 02/02/2022) |
| 02/02/2022 | [25](1 pg) | Certificate of Service (RE: related document(s)13 Application to Employ). Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 02/02/2022) |
| 02/02/2022 | [26](1 pg) | Clerk's Notice RE Hearing on Law and Motion Calendar via Zoom Webinar scheduled for **2/9/2022 at 10:30 AM.** (cf) (Entered: 02/02/2022) |

| | | |
|---|---|---|
| 02/02/2022 | [27](#)<br>(16 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 12/31/2021 Filed by Debtor Mag Auto Group Inc. (Attachments: # [1](#) Exhibit Bank Statement) (Voisenat, Marc) (Entered: 02/02/2022) |
| 02/02/2022 | [28](#)<br>(4 pgs) | Status Conference Statement (RE: related document(s)[7](#) Order and Notice of Status Conference Chp 11. Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 02/02/2022) |
| 02/02/2022 | [29](#)<br>(3 pgs) | Certificate of Service Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc). Related document(s) [28](#) Status Conference Statement filed by Debtor Mag Auto Group Inc..CORRECTIVE ENTRY: Clerk added linkage to document(s) #28 and removed linkage from document(s)#7. Modified on 2/3/2022 (lj). (Entered: 02/02/2022) |
| 02/02/2022 | [30](#)<br>(2 pgs) | Application to Designate Pouriya Pete Mozaffari as Responsible Individual Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 02/02/2022) |
| 02/02/2022 | [31](#)<br>(1 pg) | Certificate of Service (RE: related document(s)[30](#) Application to Designate Responsible Individual). Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 02/02/2022) |
| 02/03/2022 | [32](#)<br>(2 pgs) | Order to Employ Attorney for Debtor-in-Possession (Related Doc # [13](#)). (cf) (Entered: 02/03/2022) |
| 02/07/2022 | [33](#)<br>(1 pg) | Request for Notice *and Inclusion on Mailing List* Filed by Creditor Five Star Bank (Griffin, Thomas) (Entered: 02/07/2022) |
| 02/09/2022 | | Hearing Continued (related document(s): [7](#) Order and Notice of Status Conference Chp 11) Minutes of Proceeding: Counsel for Debtor working to liquidate Debtor's business inventory and resolve pending issues with Debtor's vehicles. **Status Conference Continued to 04/06/2022 at 10:30 AM via Tele/Videoconference/Courtroom 220 - www.canb.uscourts.gov/calendars.** If no motion is filed, Debtor's Counsel to file and serve a Status Report by 4/4/2022. (cf) (Entered: 02/09/2022) |
| 02/09/2022 | [34](#)<br>(35 pgs; 3 docs) | Motion for Relief from Stay Fee Amount $188, Filed by Creditor NextGear Capital, Inc. (Attachments: # [1](#) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC.S COLLATERAL # [2](#) DECLARATION OF STEPHEN SMITH IN SUPPORT AGREED MOTION FOR RELIEF FROM STAY AS TO) (Hogue, Michael) (Entered: 02/09/2022) |
| 02/09/2022 | | Receipt of filing fee for Motion for Relief From Stay( [21-41536](#)) [motion,mrlfsty]( 188.00). Receipt number A31773504, amount $ 188.00 (re: Doc# [34](#) Motion for Relief from Stay Fee Amount $188,) (U.S. Treasury) (Entered: 02/09/2022) |
| 02/09/2022 | [35](#)<br>(2 pgs) | Notice of Hearing *NOTICE OF HEARING ON AGREED MOTION FOR RELIEF FROM STAY AS TO NEXTGEAR CAPITAL, INC'S COLLATERAL* (RE: related document(s)[34](#) Motion for Relief from Stay). **Hearing scheduled for 3/2/2022 at 09:30 AM via Oakland U.S. Trustee Office 13th Floor. Confirmation Hearing scheduled for 3/2/2022 at 09:30 AM via Oakland U.S. Trustee Office 13th Floor.** Filed by |

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 140 of 214

**EXHIBIT 6**
**PAGE 129**

|  |  | Creditor NextGear Capital, Inc. (Hogue, Michael) DEFECTIVE ENTRY: Hearing date/time/location on the PDF does not correspond to information entered on the docket on page(s) 1 and 2. Modified on 2/10/2022 (cf). (Entered: 02/09/2022) |
|---|---|---|
| 02/09/2022 | 36 (1 pg) | Relief From Stay Cover Sheet (RE: related document(s)34 Motion for Relief From Stay). Filed by Creditor NextGear Capital, Inc. (Hogue, Michael) (Entered: 02/09/2022) |
| 02/10/2022 | 37 (3 pgs) | Request for Notice Filed by Creditor Newtek Small Business Finance, LLC (McDermott, Christopher) (Entered: 02/10/2022) |
| 02/10/2022 | 38 (1 pg) | Notice of Change of Address for creditor Forwardline.com Filed by Debtor Mag Auto Group Inc. (Voisenat, Marc) (Entered: 02/10/2022) |
| 02/10/2022 | 39 (1 pg) | The Audio File attached to the PDF includes several hearings. Court Date & Time [ 2/9/2022 10:30:00 AM ]. File Size [ 12597 KB ]. Run Time [ 00:13:07 ]. (admin). (Entered: 02/10/2022) |
| 02/16/2022 | 40 (2 pgs) | Order Designating Pouriya Pete Mozaffary as Responsible Individual for Debtor-In-Possession (Related Doc # 30). (cf) (Entered: 02/16/2022) |
| 02/28/2022 |  | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Meeting of Creditors Continued . 341(a) meeting to be held on 3/24/2022 at 09:00 AM Tele/Videoconference - www.canb.uscourts.gov/calendars (Rofael, Elvina) (Entered: 02/28/2022) |
| 03/02/2022 |  | Hearing Held. Minutes of Proceeding: The Motion will be taken under submission once Counsel for Movant files a proof of service. Matter taken off calendar. (related document(s): 34 Motion for Relief From Stay filed by NextGear Capital, Inc.) (cf) (Entered: 03/03/2022) |
| 03/03/2022 | 41 (4 pgs) | Certificate of Service (RE: related document(s)34 Motion for Relief From Stay). Filed by Creditor NextGear Capital, Inc. (Hogue, Michael). Related document(s) 35 Notice of Hearing filed by Creditor NextGear Capital, Inc., 36 Relief From Stay Cover Sheet filed by Creditor NextGear Capital, Inc.. CORRECTIVE ENTRY:Clerk added linkage to document #35 and #36. Modified on 3/3/2022 (lb). (Entered: 03/03/2022) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/22/2022 22:58:03 | | | |
| **PACER Login:** | mwgrimshaw210424 | **Client Code:** | ABS Mag Auto |
| **Description:** | Docket Report | **Search Criteria:** | 21-41536 Fil or Ent: filed From: 1/21/2002 To: 3/22/2022 Doc From: 0 Doc To: 99999999 Term: included Headers: included |

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 141 of 214

EXHIBIT "6
PAGE 130

| | | | Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 142 of
                                                              214

**EXHIBIT 6**
**PAGE 131**

**EXHIBIT "7"**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  CALIFORNIA
### <OAKLAND DIVISION >

Clear All Fields

Save

In Re. MAG AUTO GROUP INC

§
§
§
§

_____
Debtor(s)

Case No.  21-41536 _____

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2021 _____

Petition Date: 12/31/2021 _____

Months Pending: 0

Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          1

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐     Statement of cash receipts and disbursements
☐     Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐     Statement of operations (profit or loss statement)
☐     Accounts receivable aging
☐     Postpetition liabilities aging
☐     Statement of capital assets
☐     Schedule of payments to professionals
☐     Schedule of payments to insiders
☒     All bank statements and bank reconciliations for the reporting period
☐     Description of the assets sold or transferred and the terms of the sale or transfer

/S/pouria Pete Mozaffari _____
Signature of Responsible Party

02/02/2022 _____
Date

Pouria Pete Mozaffari _____
Printed Name of Responsible Party

1890 N main st Walnut Creek CA 94596 _____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

Debtor's Name  MAG AUTO GROUP INC          [Save]          Case No.  21-41536

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $28,902 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $28,902 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory  (Book ○  Market ○  Other ●   (attach explanation)) | $0 |
| d. Total current assets | $1,183,350 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $4,986,806 |
| l. Prepetition priority debt | $582,546 |
| m. Prepetition unsecured debt | $33,825 |
| n. Total liabilities (debt) (j+k+l+m) | $5,603,177 |
| o. Ending equity/net worth (e-n) | $-5,603,177 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| Add | Firm Name | Role | | | | |
| Delete | i | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i. Do you have:  Worker's compensation insurance?  Yes ○  No ◉

    If yes, are your premiums current?  Yes ○  No ○  N/A ◉  (if no, see Instructions)

    Casualty/property insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?  Yes ◉  No ○

    If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k. Has a disclosure statement been filed with the court?  Yes ○  No ◉

Debtor's Name MAG AUTO GROUP INC    [Save]    Case No. 21-41536

l.  Are you current with quarterly U.S. Trustee fees as     Yes ● No ○
    set forth under 28 U.S.C. § 1930?

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Click "Generate PDF"

/S/pouria pete mozaffari                          Pouria Mozaffari
Signature of Responsible Party                    Printed Name of Responsible Party

CEO                                               02/02/2022
Title                                             Date

to Remove Watermark

[Save]    Generate PDF for Court Filing and Remove Watermark

# Optimize Business Checking<sup>SM</sup>



| | |
|---|---|
| MAG AUTO GROUP INC.<br>DBA MAG MOTOR COMPANY<br>1890 N MAIN ST<br>WALNUT CREEK CA 94596-4129 | **Questions?**<br>*Available by phone 24 hours a day, 7 days a week:*<br>  1-800-CALL-WELLS (1-800-225-5935)<br><br>*Online:* wellsfargo.com<br><br>*Write:* Wells Fargo Bank, N.A. (114)<br>  P.O. Box 6995<br>  Portland, OR  97228-6995 |

## Account summary

### *Optimize Business Checking* <sup>SM</sup>

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 3 | $183,793.72 | $1,265,752.84 | -$1,420,644.80 | $28,901.76 |

## Credits
### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/16 | 15,000.00 | Mobile Deposit : Ref Number :815160571031 |
| | 12/17 | 2,000.00 | Mobile Deposit : Ref Number :216170179311 |
| | 12/22 | 10,000.00 | Mobile Deposit : Ref Number :414220348298 |
| | 12/22 | 15,000.00 | Mobile Deposit : Ref Number :314220347884 |
| | | $42,000.00 | Total deposits |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/02 | 3,643.04 | Mb Auto Finance Loan Pmt 211130 019890028499000 Marin Auto Grou |
| | 12/02 | 700,000.00 | Sbad Treas 310 Misc Pay 120221 xxxxx3000 Rmt*CT*9098407800 200 02576 F9203********\ |
| | 12/03 | 15,818.97 | Golden 1 Cu Vhcl Purch 211202 1Yy25W585102423 310529Mag Motor Compan |
| | 12/03 | 4,500.00 | Deposit Made In A Branch/Store |
| | 12/06 | 500.00 | Bankcard-1203 Mtot Dep 211203 530960690202650 Marin Auto Group |
| | 12/06 | 10,800.00 | Deposit Made In A Branch/Store |
| | 12/06 | 30,390.05 | WT Fed#00826 Bank of America CO /Org=Lynn Anderson Ttee U/A Dtd 05/26/20 Srf# 2021120600447539 Trn#211206125424 Rfb# P51340038433 |
| | 12/06 | 10,292.54 | WT Fed#00742 Jpmorgan Chase Ban /Org=Abdelsalam Badawi Srf# 3528911340Es Trn#211206163709 Rfb# Rfb of 21/12/06 |
| | 12/06 | 49,367.00 | Deposit Made In A Branch/Store |
| | 12/08 | 224.49 | Cu Direct Vadmin Fee 211207 2Shadc1Bh715337 310529Mag Motor Compan |
| | 12/08 | 11,224.62 | Cu Direct Vhcl Purch 211207 2Shadc1Bh715337 310529Mag Motor Compan |
| | 12/13 | 215.58 | Purchase Return authorized on 12/10 Paypal *Fragrancen 4029357733 NY S621345481394795 Card 6823 |

©2010 Wells Fargo Bank, N.A.<br>
All rights reserved. Member FDIC.<br>
(114)<br>
Sheet Seq = 0020388<br>
Sheet 00001 of 00012



*Electronic deposits/bank credits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/13 | 95.00 | Meriwest Cu Vadmin Fee 211210 Mgd38668S033449 310529Mag Motor Compan |
| | 12/13 | 2,659.42 | Bankcard-1203 Mtot Dep 211212 530960690202650 Marin Auto Group |
| | 12/13 | 6,691.92 | Meriwest Cu Vhcl Purch 211210 Mgd38668S033449 310529Mag Motor Compan |
| | 12/14 | 30,490.00 | Deposit Made In A Branch/Store |
| | 12/15 | 293.05 | Golden 1 Cu Vadmin Fee 211214 1Bk1Eb7Du021828 310529Mag Motor Compan |
| | 12/15 | 14,611.48 | Golden 1 Cu Vhcl Purch 211214 1Bk1Eb7Du021828 310529Mag Motor Compan |
| | 12/16 | 4,000.00 | Bankcard-1203 Mtot Dep 211215 530960690202650 Marin Auto Group |
| | 12/17 | 1,886.93 | Bankcard-1203 Mtot Dep 211216 530960690202650 Marin Auto Group |
| | 12/17 | 16,600.00 | Deposit Made In A Branch/Store |
| | 12/17 | 1,790.00 | Online Transfer Ref #Ib0D5Bx7Yz From BusinessLine Line of Credit Xxxxxxxxxxxx3498 on 12/17/21 |
| | 12/20 | 185,000.00 | WT Fed#03415 Jpmorgan Chase Ban /Org=Lifetime Funding LLC Funding Srf# 3168111354Es Trn#211220022773 Rfb# Boh of 21/12/20 |
| | 12/20 | 3,000.00 | Bankcard-1203 Mtot Dep 211219 530960690202650 Marin Auto Group |
| | 12/21 | 10,808.00 | eDeposit IN Branch/Store 12/21/21 04:43:07 PM 1499 N Main St Walnut Creek CA |
| | 12/21 | 797.00 | Overdraft Xfer From Credit Card OR Line |
| | 12/22 | 229.52 | Golden 1 Cu Vadmin Fee 211221 1Bl1V81C1613859 310529Mag Motor Compan |
| | 12/22 | 11,435.07 | Golden 1 Cu Vhcl Purch 211221 1Bl1V81C1613859 310529Mag Motor Compan |
| | 12/22 | 20,000.00 | Bankcard-1203 Mtot Dep 211221 530960690202650 Marin Auto Group |
| | 12/23 | 8,177.00 | Bankcard-1203 Mtot Dep 211222 530960690202650 Marin Auto Group |
| | 12/24 | 20,000.00 | Bankcard-1203 Mtot Dep 211223 530960690202650 Marin Auto Group |
| | 12/27 | 13,653.16 | Bankcard-1203 Mtot Dep 211224 530960690202650 Marin Auto Group |
| | 12/27 | 4,000.00 | Bankcard-1203 Mtot Dep 211226 530960690202650 Marin Auto Group |
| | 12/31 | 600.00 | Golden 1 Cu Vadmin Fee 211230 T7W2B64Gec65835 310529Mag Motor Compan |
| | 12/31 | 29,959.00 | Golden 1 Cu Vhcl Purch 211230 T7W2B64Gec65835 310529Mag Motor Compan |
| | | $1,223,752.84 | Total electronic deposits/bank credits |
| | | $1,265,752.84 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/01 | 3,937.50 | < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211130 Forwardlinecorp Mag Auto Group Inc |
| | 12/01 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 1 Mag Auto Group Inc |
| | 12/01 | 4,716.66 | < | Business to Business ACH Debit - Aj Equity 2126451835 211130 Mag Motor Company |
| | 12/01 | 14,751.13 | < | Business to Business ACH Debit - Westlake Floorin Payables 113021 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Kmhhu6Kj7Fu12 |
| | 12/01 | 3,941.70 | < | Business to Business ACH Debit - Five Star Bank 342521458 Mag Auto Group Inc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020389
Sheet 00002 of 00012

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 2 of 12

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 149 of 214

EXHIBIT 7
PAGE 137



**Electronic debits/bank debits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/02 | 1,760.77 < | Business to Business ACH Debit - Bankcard-1203 Mtot Disc 211130 530960690202650 Marin Auto Group |
| | 12/02 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 2 Mag Auto Group Inc |
| | 12/02 | 84,620.00 | Coxautomotiveg2G Remarketng 211201 8291815 Mag Auto *Group |
| | 12/02 | 4,716.66 < | Business to Business ACH Debit - Aj Equity 2126451835 211201 Mag Motor Company |
| | 12/02 | 12,224.15 < | Business to Business ACH Debit - Westlake Floorin Payables 120121 xxxxx5184 100425184 ,Mag Motor Company ,Vin:5Tddk3DC5Bs02 |
| | 12/02 | 230.00 | Venmo Payment 211202 1017165358628 Peter Mozaffari |
| | 12/02 | 5,000.00 | American Express ACH Pmt 211202 M3356 Mag Auto |
| | 12/03 | 16.80 | Purchase authorized on 12/01 Apple Cash 1Infiniteloop CA S461336048215575 Card 6823 |
| | 12/03 | 5,000.00 | American Express ACH Pmt 211203 M9938 Mag Auto |
| | 12/03 | 215.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211203 Mag Motor Company |
| | 12/03 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 3 Mag Auto Group Inc |
| | 12/03 | 5,583.33 < | Business to Business ACH Debit - Pawn Funding Pwf670639 211203 Mag Auto Mag Auto Group Inc |
| | 12/03 | 21,440.00 < | Business to Business ACH Debit - Kingdom Kapital 327^Mag Au Dec 3 Mag Auto Group - 3 |
| | 12/03 | 65,570.00 | Coxautomotiveg2G Remarketng 211202 5008659 Mag Auto Group *Inc |
| | 12/03 | 1,530.79 < | Business to Business ACH Debit - Westlake Floorin Payables 120221 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Wbalm53539E16 |
| | 12/03 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120221 211202163020800 Mag Auto |
| | 12/03 | 4,716.66 < | Business to Business ACH Debit - Aj Equity 2126451835 211202 Mag Motor Company |
| | 12/03 | 10,123.91 < | Business to Business ACH Debit - Westlake Floorin Payables 120221 xxxxx5184 100425184 ,Mag Motor Company ,Vin:5Tdzk22C17S02 |
| | 12/03 | 10,483.71 < | Business to Business ACH Debit - Westlake Floorin Payables 120221 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Jtees42A29212 |
| | 12/06 | 2,000.00 | American Express ACH Pmt 211206 M8512 Mag Auto |
| | 12/06 | 2,104.73 < | Business to Business ACH Debit - Westlake Floorin Payables 120321 xxxxx5184 100425184 ,Mag Motor Company ,Vin:1Ft7W2B64Gec6 |
| | 12/06 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120321 211203163016H0M Mag Auto |
| | 12/06 | 3,000.00 | American Express ACH Pmt 211206 M7190 Mag Auto |
| | 12/06 | 3,523.63 | Sofi Payments Pi Pymt 211205 T23199211 Mag Auto Group Inc |
| | 12/06 | 4,716.66 < | Business to Business ACH Debit - Aj Equity 2126451835 211203 Mag Motor Company |
| | 12/06 | 16,889.01 < | Business to Business ACH Debit - Westlake Floorin Payables 120321 xxxxx5184 100425184 ,Mag Motor Company ,Vin:5Fnrl5H63Gb01 |
| | 12/06 | 380.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211206 Mag Motor Company |
| | 12/06 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 6 Mag Auto Group Inc |
| | 12/07 | 146.22 | Purchase Intl authorized on 12/06 WWW.Centogene.Com Rostock Deu S5B1340498024744 Card 6823 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 3 of 12

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 150 of 214

**EXHIBIT 7**
**PAGE 138**



**WELLS FARGO**

*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/07 | 4.38 | International Purchase Transaction Fee |
| | 12/07 | 10.94 < | Business to Business ACH Debit - Cpbridgepaygatew Purchase 211206 Marin Auto Grou Marin Auto Group |
| | 12/07 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 7 Mag Auto Group Inc |
| | 12/07 | 4,367.76 < | Business to Business ACH Debit - Elite Commercial ACH 211207 71157 Mag Auto Group |
| | 12/07 | 8,945.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211207 Mag Motor Company |
| | 12/07 | 23,975.00 < | Business to Business ACH Debit - Kingdom Kapital 339^Mag Au Dec 7 Mag Auto Group - 3 |
| | 12/07 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120621 211206163015IJ2 Mag Auto |
| | 12/07 | 4,716.66 < | Business to Business ACH Debit - Aj Equity 2126451835 211206 Mag Motor Company |
| | 12/08 | 4,300.00 | WT Fed#01502 American Community /Ftr/Bnf=Krupnick Ribotsky Ltd Srf# Ow00001818108080 Trn#211208138379 Rfb# Ow00001818108080 |
| | 12/08 | 2,000.00 | Zelle to Mozaffari Shaghayegh on 12/08 Ref #RpOD35D3Mw |
| | 12/08 | 185.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 230.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 245.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 320.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 365.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211208 Mag Motor Company |
| | 12/08 | 2,541.00 < | Business to Business ACH Debit - Pawn Funding Pwf670639 211208 Mag Auto Mag Auto Group Inc |
| | 12/08 | 3,937.50 < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211207 Forwardlinecorp Mag Auto Group Inc |
| | 12/08 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 8 Mag Auto Group Inc |
| | 12/08 | 35,000.00 < | Business to Business ACH Debit - Vendor 8882667524 95770649 Mag Auto Group Inc |
| | 12/08 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120721 211207163016R89 Mag Auto |
| | 12/08 | 9,767.03 < | Business to Business ACH Debit - Westlake Floorin Payables 120721 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Wauwfafl4Ba09 |
| | 12/08 | 100.00 | Venmo Payment 211208 1017282894062 Peter Mozaffari |
| | 12/08 | 4,745.76 | American Express ACH Pmt 211208 M9514 Mag Auto |
| | 12/09 | 5,000.00 | WT Fed#01627 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001818487101 Trn#211209022950 Rfb# Ow00001818487101 |
| | 12/09 | 7,000.00 | WT Fed#06124 Signature Bank /Ftr/Bnf=Yes Capital Group Srf# Ow00001818484033 Trn#211209022779 Rfb# Ow00001818484033 |
| | 12/09 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 9 Mag Auto Group Inc |
| | 12/09 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211209 Wxydh8Surxshqzs Mag Motor Company |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020391
Sheet 00004 of 00012

Case: 21-41536     Doc# 27-1     Filed: 02/02/22     Entered: 02/02/22 13:46:58     Page 4 of 12

Case: 21-41536     Doc# 42     Filed: 03/23/22     Entered: 03/23/22 15:55:30     Page 151 of 214

EXHIBIT 7
PAGE 139



**WELLS FARGO**

---

*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---|---|---|
| | 12/09 | 4,716.66 | < | Business to Business ACH Debit - AJ Equity Grp LI 5561Nacha 211209 1Gx5Pzebf1Squx3 Mag Motor Company |
| | 12/09 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120821 211208163016OJI Mag Auto |
| | 12/09 | 19,067.02 | < | Business to Business ACH Debit - Westlake Floorin Payables 120821 xxxxx5184 100425184 ,Mag Motor Company ,Vin:1C4RJfbg8Ec36 |
| | 12/10 | 260.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211210 Mag Motor Company |
| | 12/10 | 290.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211210 Mag Motor Company |
| | 12/10 | 305.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211210 Mag Motor Company |
| | 12/10 | 643.00 | < | Business to Business ACH Debit - Cu Direct Receivable 120921 310529 Mag Motor Company |
| | 12/10 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 10 Mag Auto Group Inc |
| | 12/10 | 4,716.66 | < | Business to Business ACH Debit - AJ Equity Grp LI 5561Nacha 211210 RI22Bflbzcthtkp Mag Motor Company |
| | 12/10 | 5,583.33 | < | Business to Business ACH Debit - Pawn Funding Pwf670639 211210 Mag Auto Mag Auto Group Inc |
| | 12/10 | 8,000.00 | < | Business to Business ACH Debit - Aven Web Pay 211209 000001386903470 Pouriya Pete Mozaffary |
| | 12/10 | 11,833.00 | < | Business to Business ACH Debit - CA Dept Tax Fee Cdtfa Epmt 211210 9815354 Mag Auto Group Inc. |
| | 12/10 | 21,440.00 | < | Business to Business ACH Debit - Kingdom Kapital 327^Mag Au Dec 10 Mag Auto Group - 3 |
| | 12/10 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 120921 211209163022V8K Mag Auto |
| | 12/10 | 19,317.10 | < | Business to Business ACH Debit - Westlake Floorin Payables 120921 xxxxx5184 100425184 ,Mag Motor Company ,Vin:Wbalm53539E16 |
| | 12/10 | 3,000.00 | | American Express ACH Pmt 211210 M5990 Mag Auto |
| | 12/13 | 346.06 | | Client Analysis Srvc Chrg 211210 Svc Chge 1121 000002515108153 |
| | 12/13 | 191.24 | | Purchase authorized on 12/09 Apple Cash 1Infiniteloop CA S581343697618471 Card 6823 |
| | 12/13 | 540.00 | < | Business to Business ACH Debit - Portfolio ? Es Web Pmts 121321 PC4Lsh Mag Auto Group, Inc. |
| | 12/13 | 1,827.00 | < | Business to Business ACH Debit - Portfolio Servic Web Pmts 121321 CC4Lsh Mag Auto Group, Inc. |
| | 12/13 | 2,000.00 | | Barclaycard US Creditcard xxxxx6944 Pete Mozaffari |
| | 12/13 | 2,138.47 | < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121021 211210163018QMG Mag Auto |
| | 12/13 | 4,716.66 | < | Business to Business ACH Debit - AJ Equity Grp LI 5561Nacha 211213 O4253Liopib4G7U Mag Motor Company |
| | 12/13 | 215.00 | < | Business to Business ACH Debit - Abs Finance Comp ACH 211213 Mag Motor Company |
| | 12/13 | 278.00 | | NEW York Life Ins. Prem. Dec 21 24 358 156 Pouriya Mozaffari |
| | 12/13 | 499.00 | < | Business to Business ACH Debit - Monthly Fee 63519 211213 Mag Auto Group Monthly Fee - 776066 |
| | 12/13 | 4,275.00 | < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 13 Mag Auto Group Inc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020392
Sheet 00005 of 00012

Case: 21-41536   Doc# 27-1   Filed: 02/02/22   Entered: 02/02/22 13:46:58   Page 5 of 12

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 152 of 214

EXHIBIT 7
PAGE 140



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/14 | 10,400.00 | WT Fed#02736 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001831957398 Trn#211214108251 Rfb# Ow00001831957398 |
| | 12/14 | 13,450.00 | WT Seq179402 Carmax /Bnf=Carmax Auto Superstores Inc Srf# Ow00001832321572 Trn#211214179402 Rfb# Ow00001832321572 |
| | 12/14 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 14 Mag Auto Group Inc |
| | 12/14 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211214 S8Ulmsb8Syoyqj7 Mag Motor Company |
| | 12/14 | 23,975.00 < | Business to Business ACH Debit - Kingdom Kapital 339^Mag Au Dec 14 Mag Auto Group - 3 |
| | 12/14 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121321 211213163019Psp Mag Auto |
| | 12/14 | 1,563.65 < | Business to Business ACH Debit - American Express ACH Pmt 211214 M2498 Mag Auto |
| | 12/15 | 1,500.00 | Online Transfer Ref #Ib0D4QJ964 to BusinessLine Line of Credit Xxxxxxxxxxxx3498 on 12/15/21 |
| | 12/15 | 245.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211215 Mag Motor Company |
| | 12/15 | 3,937.50 < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211214 Forwardlinecorp Mag Auto Group Inc |
| | 12/15 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 15 Mag Auto Group Inc |
| | 12/15 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211215 Gkinbzvnbachcp7 Mag Motor Company |
| | 12/15 | 10,127.74 < | Business to Business ACH Debit - Nextgear Payment Payment 121421 58558 Marin Auto Group |
| | 12/15 | 36,940.00 | Coxautomotiveg2G Remarketng 211214 8245490 Mag Auto Group *Inc |
| | 12/15 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121421 211214163019Y2x Mag Auto |
| | 12/15 | 12,280.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211215 Mag Motor Company |
| | 12/15 | 130.00 | Venmo Payment 211215 1017419838828 Peter Mozaffari |
| | 12/16 | 5,195.00 | WT Fed#03112 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001835056604 Trn#211216025253 Rfb# Ow00001835056604 |
| | 12/16 | 220.00 | Online Transfer Ref #Ib0D4Zm8Hy to Business Card Xxxxxxxxxxxx8157 on 12/16/21 |
| | 12/16 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 16 Mag Auto Group Inc |
| | 12/16 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561Nacha 211216 Wujo1Gd9Vbalr55 Mag Motor Company |
| | 12/16 | 18,750.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211216 Mag Motor Company |
| | 12/16 | 450.00 | Pl*Regencyproper Web Pmts 121621 Lt62F3 Mag Auto |
| | 12/16 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121521 211215163018Yvo Mag Auto |
| | 12/16 | 4,400.64 | Homestreet Ls Loan Pmt 121521 0001016768 Mag Auto Group |
| | 12/17 | 33.00 | Recurring Payment authorized on 12/16 Paypal *Lawdepot 4029357733 Can S461350424356068 Card 6823 |
| | 12/17 | 215.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 6 of 12

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 153 of 214

**EXHIBIT 7**

**PAGE 141**



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/17 | 215.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 305.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 320.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 320.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 365.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 17 Mag Auto Group Inc |
| | 12/17 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561 Nacha 211217 C539Qonmpkodtr0 Mag Motor Company |
| | 12/17 | 5,583.33 < | Business to Business ACH Debit - Pawn Funding Pwf670639 211217 Mag Auto Mag Auto Group Inc |
| | 12/17 | 21,440.00 < | Business to Business ACH Debit - Kingdom Kapital 327^Mag Au Dec 17 Mag Auto Group - 3 |
| | 12/17 | 30,000.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211217 Mag Motor Company |
| | 12/17 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121621 211216163019D55 Mag Auto |
| | 12/17 | 12.99 | Venmo Payment 211217 1017450329941 Peter Mozaffari |
| | 12/20 | 35.00 | Overdraft Fee for a Transaction Posted on 12/17 $510.00 Check # 41041 |
| 12/17 | 12/20 | 5,195.00 < | Business to Business ACH Debit - Delta Bridge Fun Delta Brid Dec 17 Deb252847 1Magmotorcompanyinc |
| | 12/20 | 17,000.00 | Deposited Item Retn Unpaid - Paper 211220 |
| | 12/20 | 12.00 | Recurring Payment authorized on 12/17 Paypal *Smallpdf 4029357733 Che S461351386857725 Card 6823 |
| | 12/20 | 19,240.00 | WT Seq144249 Carmax /Bnf=Carmax Auto Superstores Inc Srf# Ow00001846003758 Trn#211220144249 Rfb# Ow00001846003758 |
| | 12/20 | 10,400.00 | WT Fed#04039 Optimumbank /Ftr/Bnf=Delta Bridge Funding Srf# Ow00001846010559 Trn#211220145994 Rfb# Ow00001846010559 |
| | 12/20 | 1,000.00 | Online Transfer Ref #Ib0D5Yvswq to Business Card Xxxxxxxxxxxx8157 on 12/20/21 |
| | 12/20 | 10,000.00 | WT Fed#02227 Signature Bank /Ftr/Bnf=Yes Capital Group Srf# Ow00001846445606 Trn#211220227943 Rfb# Ow00001846445606 |
| | 12/20 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 121721 211217163021K8S Mag Auto |
| | 12/20 | 4,716.66 < | Business to Business ACH Debit - Aj Equity Grp Ll 5561 Nacha 211220 E1K3Slyfrq2Gkvf Mag Motor Company |
| | 12/20 | 5,600.00 < | Business to Business ACH Debit - Lifetimefundingl Achpayment 211217 W002 Mag Auto Group LLC 441 |
| | 12/20 | 10,495.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211220 Mag Motor Company |
| | 12/20 | 4,199.00 < | Business to Business ACH Debit - Yes Capital Grp Mag Auto l 211220 Mag Auto Paymen Mag Auto Payment |
| | 12/20 | 4,199.00 < | Business to Business ACH Debit - Yes Capital Grp Mag Auto l 211220 Mag Auto Paymen Mag Auto Payment |
| | 12/20 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 20 Mag Auto Group Inc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020394
Sheet 00007 of 00012

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 7 of 12

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 154 of 214

**EXHIBIT 7**
**PAGE 142**



**WELLS FARGO**

*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/20 | 3,000.00 | American Express ACH Pmt 211220 M6786 Mag Auto |
| | 12/21 | 2,791.66 < | Business to Business ACH Debit - Pawn Funding Pwf670639 211221 Mag Auto Mag Auto Group Inc |
| | 12/21 | 4,199.00 < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211221 Mag Auto Paymen Mag Auto Payment |
| | 12/21 | 4,199.00 < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211221 Mag Auto Paymen Mag Auto Payment |
| | 12/21 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 21 Mag Auto Group Inc |
| | 12/21 | 4,716.66 < | Business to Business ACH Debit - AJ Equity Grp LI 5561Nacha 211221 Zzcg1Wevvqdc17F Mag Motor Company |
| | 12/21 | 20,704.80 < | Business to Business ACH Debit - Nextgear Payment Payment 122021 58558 Marin Auto Group |
| | 12/21 | 23,975.00 < | Business to Business ACH Debit - Kingdom Kapital 339^Mag Au Dec 21 Mag Auto Group - 3 |
| | 12/21 | 29,840.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211221 Mag Motor Company |
| | 12/21 | 90.00 < | Business to Business ACH Debit - Westlake Floorin Payables 122021 xxxxx5184 100425184 ,Mag Motor Company ,Audit Fee 2021/12 |
| | 12/22 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/21 $2,138.47 Wynwood Capital Direct Pay 122021 211220163015 Yvo Mag Auto |
| | 12/22 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/21 $5,600.00 Lifetimefundingl Achpayment 211220 W003 Mag Auto Group LLC 441 |
| | 12/22 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/21 $8,327.92 Westlake Floorin Payables 122021 xxxxx5 184 100425184 ,Mag Motor Company ,Vin:4S3Bmch68 |
| | 12/22 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/21 $2,500.00 Check # 41055 |
| | 12/22 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/21 $825.00 Check # 41053 |
| | 12/22 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/21 $2,500.00 Check # 41050 |
| | 12/22 | 35.00 | Overdraft Fee for a Transaction Posted on 12/21 $29,840.00 Abs Finance Comp ACH 211221 Mag Motor Company |
| | 12/22 | 35.00 | Overdraft Fee for a Transaction Posted on 12/21 $90.00 Westlake Floorin Payables 122021 xxxxx5 184 100425184 ,Mag Motor Company ,Audit Fee 202 |
| | 12/22 | 10,000.00 | Mobile Deposit Adjustment |
| | 12/22 | 15,000.00 | Mobile Deposit Adjustment |
| | 12/22 | 749.00 < | Business to Business ACH Debit - Stripe Dealer CO WWW.Trueca St-J0Q8F1x6L5A5 Mag Auto Group Inc |
| | 12/22 | 1,453.25 | Blackhawk Countr 00137790 211221 589044Ef36Bdfd8 Mag Group |
| | 12/22 | 3,937.50 < | Business to Business ACH Debit - Forwardline Fina Preauthpmt 211221 Forwardlinecorp Mag Auto Group Inc |
| | 12/22 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 22 Mag Auto Group Inc |
| | 12/22 | 4,716.66 < | Business to Business ACH Debit - AJ Equity Grp LI 5561Nacha 211222 Bamc8Ymrwwzkswn Mag Motor Company |
| | 12/22 | 15,432.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211222 Mag Motor Company |
| | 12/22 | 500.00 | Coinbase Inc. 8889087930 211222 4Ws9Bufk Pouriya Pete Mozaffary |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 8 of 12

Sheet Seq = 0020395
Sheet 00008 of 00012

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 155 of 214

EXHIBIT 7
PAGE 143



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/23 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/22 $2,138.47 Wynwood Capital Direct Pay 122121 211221163016 8PM Mag Auto |
| | 12/23 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/22 $4,199.00 Yes Capital Grou Aa285965 211221 873W88-234-3 604 Mag Auto Inc 6382460 |
| | 12/23 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/22 $5,600.00 Lifetimefundingl Achpayment 211221 W004 Mag Auto Group LLC 441 |
| | 12/23 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/22 $15,000.00 Check # 41066 |
| | 12/23 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/22 $1,319.00 Check # 41045 |
| | 12/23 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/22 $1,959.76 Check # 41018 |
| | 12/23 | 35.00 | Overdraft Fee for a Transaction Posted on 12/22 $500.00 Coinbase Inc. 8889087930 211222 4Ws9Bufk Pouriya Pete Mozaffary |
| | 12/23 | 35.00 | Overdraft Fee for a Transaction Posted on 12/22 $231.44 Check # 41016 |
| | 12/23 | 4,199.00 < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211223 Mag Auto Paymen Mag Auto Payment |
| | 12/23 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 122221 211222163016Lab Mag Auto |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $4,199.00 Yes Capital Grp Mag Auto I 211223 Mag Auto Pay Men Mag Auto Payment |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $4,275.00 Capital Assist L Mag Auto G Dec 23 Mag Auto Group Inc |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $4,716.66 Aj Equity Grp LI 5561Nacha 211223 Dz7N1Wgm41A9 3BG Mag Motor Company |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $5,195.00 Delta Bridge Fun Delta Brid Dec 23 Deb262588 1Magmotorcompanyinc |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $5,600.00 Lifetimefundingl Achpayment 211222 W005 Mag Auto Group LLC 442 |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $6,000.00 Check # 41037 |
| | 12/24 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/23 $4,000.00 Check # 41062 |
| | 12/24 | 35.00 | Overdraft Fee for a Transaction Posted on 12/23 $990.00 Check # 41048 |
| | 12/24 | 4,199.00 < | Business to Business ACH Debit - Yes Capital Grp Mag Auto I 211224 Mag Auto Paymen Mag Auto Payment |
| | 12/24 | 4,275.00 < | Business to Business ACH Debit - Capital Assist L Mag Auto G Dec 24 Mag Auto Group Inc |
| | 12/24 | 4,716.66 < | Business to Business ACH Debit - AJ Equity Grp LI 5561Nacha 211224 Ylbpjk4K5x8Wjnn Mag Motor Company |
| | 12/24 | 5,195.00 < | Business to Business ACH Debit - Delta Bridge Fun Delta Brid Dec 24 Deb265071 1Magmotorcompanyinc |
| | 12/27 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/24 $5,583.33 Pawn Funding Pwf670639 211224 Mag Auto Mag Auto Group Inc |
| | 12/27 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/24 $21,440.00 Kingdom Kapital 327^Mag Au Dec 24 Mag Auto Group - 3 |
| | 12/27 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/24 $23,975.00 Kingdom Kapital Mag Auto G Dec 24 339 Mag Auto Group |
| | 12/27 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/24 $2,138.47 Wynwood Capital Direct Pay 122321 211223163018 Oxg Mag Auto |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 9 of 12

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 156 of 214

**EXHIBIT 7**

**PAGE 144**



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/27 | 14,000.00 | Online Transfer to Ward S Everyday Checking xxxxxx4154 Ref #Ib0D7Bppkm on 12/26/21 |
| | 12/27 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 122621 21122416301 7Mpp Mag Auto |
| | 12/27 | 275.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211227 Mag Motor Company |
| | 12/28 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/27 $4,716.66 Aj Equity Grp LI 5561Nacha 211227 7Mlgt7Pgt9Yg W0P Mag Motor Company |
| | 12/28 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/27 $5,195.00 Delta Bridge Fun Delta Brid Dec 27 Deb267466 1Magmotorcompanyinc |
| | 12/28 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/27 $4,275.00 Capital Assist L Mag Auto G Dec 27 Mag Auto Group Inc |
| | 12/28 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/27 $4,199.00 Yes Capital Grou Aa285965 211227 8O3F88-234-3 604 Mag Auto Inc 6404475 |
| | 12/28 | 15.00 | Recurring Payment authorized on 12/27 Paypal *Eforms Sub 402-935-7733 FL S381361424044045 Card 6823 |
| | 12/28 | 245.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211228 Mag Motor Company |
| | 12/28 | 245.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211228 Mag Motor Company |
| | 12/28 | 260.00 < | Business to Business ACH Debit - Abs Finance Comp ACH 211228 Mag Motor Company |
| | 12/28 | 2,138.47 < | Business to Business ACH Debit - Wynwood Capital Direct Pay 122721 21122716301 8Jdw Mag Auto |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $2,791.66 Pawn Funding Pwf670639 211228 Mag Auto Mag Auto Group Inc |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $4,199.00 Yes Capital Grp Mag Auto I 211228 Mag Auto Pay Men Mag Auto Payment |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $4,199.00 Yes Capital Grp Mag Auto I 211228 Mag Auto Pay Men Mag Auto Payment |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $4,275.00 Capital Assist L Mag Auto G Dec 28 Mag Auto Group Inc |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $5,195.00 Delta Bridge Fun Delta Brid Dec 28 Deb269859 1Magmotorcompanyinc |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $23,975.00 Kingdom Kapital 339^Mag Au Dec 28 Mag Auto Group - 3 |
| | 12/29 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/28 $5,600.00 Lifetimefundingl Achpayment 211227 W007 Mag Auto Group LLC 443 |
| | 12/29 | 35.00 | Overdraft Fee for a Transaction Posted on 12/28 $2,138.47 Wynwood Capital Direct Pay 122721 211227163018 Jdw Mag Auto |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $499.00 Kingdom Kapital 9292632226 96022617 Mag Auto Group Inc |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $3,937.50 Forwardline Fina Preauthpmt 211228 Forwardlinec Orp Mag Auto Group Inc |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $4,199.00 Yes Capital Grp Mag Auto I 211229 Mag Auto Pay Men Mag Auto Payment |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $4,275.00 Capital Assist L Mag Auto G Dec 29 Mag Auto Group Inc |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $5,195.00 Delta Bridge Fun Delta Brid Dec 29 Deb272279 1Magmotorcompanyinc |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020397
Sheet 00010 of 00012

Case: 21-41536    Doc# 27-1    Filed: 02/02/22    Entered: 02/02/22 13:46:58    Page 10 of 12

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 157 of 214

EXHIBIT 7
PAGE 145



**Electronic debits/bank debits** *(continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $23,530.00 Check # 41064 |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $24,495.00 Check # 40950 |
| | 12/30 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/29 $2,138.47 Wynwood Capital Direct Pay 122821 211228163017 1V5 Mag Auto |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $4,199.00 Yes Capital Grp Mag Auto I 211230 Mag Auto Pay Men Mag Auto Payment |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $4,275.00 Capital Assist L Mag Auto G Dec 30 Mag Auto Group Inc |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $4,716.66 AJ Equity Grp I.I 5561Nacha 211230 48Olw9Ozhvr4 Kmt Mag Motor Company |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $2,138.47 Wynwood Capital Direct Pay 122921 211229163017 C6Q Mag Auto |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $5,600.00 Lifetimefundingl Achpayment 211229 W009 Mag Auto Group LLC 444 |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $1,320.00 Check # 41047 |
| | 12/31 | 35.00 | NSF Return Item Fee for a Transaction Received on 12/30 $623.44 Check # 41017 |
| | | $1,124,259.83 | Total electronic debits/bank debits |

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 40831 | 105.00 | 12/09 | 41010* | 98,500.00 | 12/07 | 41030 | 380.00 | 12/09 |
| 40916* | 290.00 | 12/06 | 41011 | 9,892.16 | 12/06 | 41034* | 367.50 | 12/13 |
| 40947* | 12,425.00 | 12/03 | 41012 | 12,912.18 | 12/07 | 41035 | 25,000.00 | 12/09 |
| 40968* | 150.00 | 12/14 | 41013 | 20,000.00 | 12/03 | 41036 | 3,520.00 | 12/10 |
| 40975* | 375.00 | 12/14 | 41014 | 839.38 | 12/13 | 41038* | 15,000.00 | 12/13 |
| 40976 | 974.25 | 12/13 | 41016* | 231.44 | 12/22 | 41039 | 13,392.88 | 12/14 |
| 40983* | 1,762.78 | 12/06 | 41021* | 2,967.00 | 12/10 | 41040 | 18,000.00 | 12/14 |
| 40994* | 6,190.00 | 12/03 | 41022 | 285.00 | 12/10 | 41041 | 510.00 | 12/17 |
| 40996* | 12,015.00 | 12/09 | 41025* | 190.00 | 12/23 | 41044* | 757.58 | 12/20 |
| 41003* | 1,125.00 | 12/03 | 41026 | 125.00 | 12/23 | 41048* | 990.00 | 12/23 |
| 41005* | 510.00 | 12/01 | 41027 | 750.00 | 12/02 | 41051* | 82.84 | 12/20 |
| 41006 | 4,000.00 | 12/03 | 41028 | 622.00 | 12/06 | 41052 | 127.98 | 12/20 |
| 41007 | 3,000.00 | 12/02 | 41029 | 95.00 | 12/10 | 41063* | 3,000.00 | 12/20 |
| 41008 | 24,925.00 | 12/03 | | | | | | |
| | | | | $296,384.97 | Total checks paid | | | |

* *Gap in check sequence.*

| | $1,420,644.80 | Total debits |
|---|---|---|

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/30 | 183,793.72 | 12/10 | 217,079.01 | 12/22 | -687.33 |
| 12/01 | 151,661.73 | 12/13 | 192,533.37 | 12/23 | -242.80 |
| 12/02 | 738,728.19 | 12/14 | 130,586.71 | 12/24 | 1,091.54 |
| 12/03 | 559,098.49 | 12/15 | 69,200.87 | 12/27 | 2,191.23 |
| 12/06 | 608,853.64 | 12/16 | 48,055.10 | 12/28 | -852.24 |
| 12/07 | 448,862.03 | 12/17 | -117.42 | 12/29 | -1,132.24 |
| 12/08 | 390,161.38 | 12/20 | 82,409.05 | 12/30 | -1,412.24 |
| 12/09 | 305,747.57 | 12/21 | -777.07 | 12/31 | 28,901.76 |

Average daily ledger balance     $177,698.66

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0020399
Sheet 00012 of 00012

Case: 21-41536     Doc# 27-1     Filed: 02/02/22     Entered: 02/02/22 13:46:58     Page 12 of 12

Case: 21-41536     Doc# 42     Filed: 03/23/22     Entered: 03/23/22 15:55:30     Page 159 of 214

EXHIBIT 7
PAGE 147

# EXHIBIT "8"

Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

## United States Bankruptcy Court

## Northern District of California

In re:

Mag Auto Group, Inc.

Debtor-in-Possession

Case No.: 21-41536 WJL

Chapter 11

**STATUS CONFERENCE STATEMENT**

Date:     February 9, 2022
Time:     10:30 a.m.
Crtrm:   Tele\Video Conference

**1.     NATURE OF OPERATIONS AND FACTORS LEADING TO BANKRUPTCY FILING;**

The debtor is in the business of selling used vehicles.  The debtor does not have employees but does have people who work form him on a 1099 basis.

Generally, the debtor will finance the purchase of vehicles at auctions through floor planning companies.  The lender will hold title until the debtor sells the vehicle, repays the lender and the debtor retains the profit.  However, the debtor is limited in the number he can purchase through these floor planning companies.

When the debtor sells a vehicle, the debtor uses various lenders to provide its customers purchase money loans to purchase the vehicles.

Approximately two to three years ago, the debtor looked to expand its operation by

purchasing more vehicles. Since the debtor was limited in the number of vehicles it could purchase through the flooring companies, the debtor began to borrow money using Merchant Cash Advances (MCA). A MCA allows a creditor to get an upfront sum of cash that is repaid by remitting fixed daily debits from the debtor's bank account, known as ACH, for Automated Clearing House, withdrawals.

The debtor thought the company could increase its profits by purchasing more vehicles using these MCAS. However, when the COVID-19 pandemic hit, business slowed down, and the debtor's profits quickly declined. However, the MCAS continued to draw money from the debtor's account on a daily basis which caused cash flow problems. In order to keep up with the interest payments, the debtor took out more and more MCAS.

Eventually, the MCA'S ability to take cash out on a daily basis caused the debtor to default on its floor planning loans. This caused certain creditors to send demands to the debtor's lenders which then caused the lenders to stop making purchase money loans to the debtor's customers. As such, the debtor can only sell to cash buyers. Some creditors began to repossess their vehicles. The debtor could only stop the daily withdraws and repossession by filing the above bankruptcy case.

**2.      PROPOSED SCHEDULE FOR FILING AND CONFIMING PROPOSED PLAN**

Currently, the debtor is contemplating liquidation rather than reorganization. The debtor has been approached by a potential buyer to take over the business. The proposed terms are being negotiated. Since the debtor is not fully operational yet, it is difficult to determine when a proposed plan could be filed if the debtor decides not to sell.

The debtors would request the status conference be continued 60 days to see if the debtor sells the business or reorganize.

**3.      OUTLINE OF A PROPOSED PLAN**

The debtor may seek a restricted dismissal if acceptable terms can be reached for the sale of

the business.

**4.    THE TYPE, STATUS AND ADEQUACY OF INSURANCE COVERAGE OF THE DEBTOR'S ASSET.**

The debtor has casualty insurance and general liability.  The premiums are current.

**5.    ESTATES NEED FOR PROFESSIONALS**

The debtor has filed an application to employ the undersigned as general counsel in this case. No other professional is anticipated at this time.

**6.    THE DEBTOR'S POST- PETITION OPERATIONS, REVENUE AND FINANCIAL RESULT**

The debtor's post-petition operations have been impaired by the inability to get purchase money loans for its vehicles.  Steps are being taken to remove any restrictions on the debtor's access to these purchase money lenders.   The debtor is working with the flooring company who repossess the vehicles to return the vehicles and allow the debtor to sale them rather than having the lender auction off the vehicles.

**7.    STATUS OF LITIGATION PENDING IF ANY**

There was a lawsuit filed by AJ Equity in the State of New York shortly before the above case was filed.  That case is not at issue as to the estate.  Notice of the bankruptcy was given to plaintiff's counsel.  There is also pending a workers compensation claim that has been pending since 2019.  The insurance company settled most of the claims, but the claimant filed a petition for wrongful determination but taken no action on that claim since February 2020.  Counsel for debtor in that case states the case if currently off calendar.

**8.    ATTENDANCE OF 341 MEETING AND COMPLIANCE WITH REQUEST FOR INFORMATION FROM UST MADE FOR IDI**

The debtor appeared at the IDI and meeting of creditors which was continued.  The trustee made requests for certain documents most of which the debtor has supplied.  However, there are other documents that the debtor is still in the process of gathering.

**9.    STATUS OF MONTHLY OPERATING REPORTS, DEBTOR-IN-POSSESSION**

**ACOUNT AND POST PETITION PAYMENT TO TAXING AUTHORITIES**

The debtor is current on the filing of the monthly operating report and has opened a DIP

account.  No post-petition payments to tax authorities have come due yet.

**10.    WHETHER THE DEBTOR HAS MET THE REQUIREMENT OF USING CASH COLLATERAL AND OBTAINING CREDIT**

The debtor has contacted counsel for those creditors who have filed proof of claims and

have begun discussions for the use of cash collateral.  Tentative agreement has been reached with

the creditor who seems to have the highest priority, NextGear Capital Inc.  In the meantime, the

debtor has been advised to sequester the funds.

**10.    ORDERS ENTERED IN THE CASE GRANTING RELIEF FROM THE AUTOMATIC STAY, EXTENDING OR REFUSING TO EXTEND THE AUTOMATIC STAY OR DETERMINING THERE IS NO AUTOMATIC STAY IN EFFECT AS TO ANY OR ALL CREDITORS;**

No orders have been entered regarding the automatic stay.

**11.    MOTIONS TO ASSUME OR REJECT ANY EXECUTORY CONTRACTS OR UNEXPIRED LEASES THAT HAVE BEEN OR ARE EXPECTED TO BE FILED;**

The debtor may file a motion to assume the business lease if the business does not sell.

**12.    UNIQUE ISSUES CONCERNING SECURED DEBT, EMPLOYEES, CASH COLLATERAL, EXECUTORY CONTRACT, EXISTING MANAGEMENT**

None

**13.    UNUSUAL DEVELOPMENTS OR EVENTS THAT HAVE OCCURRED OR ARE EXPECTED TO OCCUR IN THE CASE, AND ANY OTHER MATTERS THAT MIGHT MATERIALLY AFFECT THE ADMINISTRATION OF THIS CASE.**

The CDFTA has advised counsel that they are going the audit the debtor period is April 1,

2020 to December 31, 2021 which may result in an increase of tax liability.

Dated: <u>February 2, 2022</u>

/s/ Marc Voisenat

Marc Voisenat – Attorney

for debtor

# EXHIBIT "9"

**From:** Matthew Grimshaw
**Sent:** Friday, January 21, 2022 12:58 PM
**To:** Marc Voisenat
**Subject:** RE: In re Mag Auto Group Inc, Case No. 21-41536
**Attachments:** 1-21-22 - ABS - Mag Motor - List of Cars, 4877-9617-4090.3.pdf

Marc –

Here is the list that we discussed. ABS provided Mag Auto with a flooring line that currently covers the 18 vehicles listed on the attached (the details for 3 vehicles are handwritten in at the bottom).

There are a number of issues, but the largest is that 6 vehicles appear to have been sold without ABS receiving payment. The 6 are comprised of the 3 handwritten vehicles listed at the bottom of the page and the 3 noted with "Req" in the fourth column. For clarity, the 6 vehicles mentioned are as follows:

    2003 Harley Davidson - VIN ending 845793
    2014 Ram 1500 – VIN ending 407541
    2013 Mercedes Benz – VIN ending 203029
    2012 Mazda 3 – VIN ending 3087096
    2012 Porsche Cayenne – VIN ending 3136286
    2012 Volkswagen Jetta – VIN ending 3149498

We need to know what happened with these 6 vehicles as soon as possible since the amount owed on these vehicles exceeds $100,000. Please advise.

████████████████████████████████████████████████████

Let's set up a call for Tuesday afternoon or Wednesday to discuss the next steps.

Regards,
Matt Grimshaw

**From:** Marc Voisenat <voisenat@gmail.com>
**Sent:** Thursday, January 20, 2022 5:33 PM
**To:** Matthew Grimshaw <MGrimshaw@marshackhays.com>
**Subject:** Re: In re Mag Auto Group Inc, Case No. 21-41536

I'll shoot for tomorrow afternoon.

Marc

On Thu, Jan 20, 2022 at 4:23 PM Matthew Grimshaw <MGrimshaw@marshackhays.com> wrote:

    Marc:

1

EXHIBIT 9
PAGE 152

I represent ABS Finance in connection with the above-referenced case. I'd like to schedule a time to speak with you about it. I am available tomorrow (Jan 21) afternoon, all day Monday (Jan 24), and Tuesday (Jan 25) afternoon. Is there a time one of those days that will work for you?

Regards,
Matt



**Matthew W. Grimshaw**
Of Counsel

**MARSHACK HAYS** LLP
ATTORNEYS AT LAW
870 Roosevelt, Irvine, CA 92620
Tel 949.333.7777   Fax 949.333.7778

CONFIDENTIALITY NOTICE. The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail and delete the original message and all copies from your system.

 Please consider the environment before printing this email.



--
Law Office of Marc Voisenat
2329A Eagle Ave.
Alameda, Ca.  94501
(510) 263-8664

# EXHIBIT "10"

**Fill in this information to identify the case:**

Debtor name    **Mag Auto Group Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **21-41536 WJL**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2022**    X **/s/ Pouriya Pete Mozaffary**
Signature of individual signing on behalf of debtor

**Pouriya Pete Mozaffary**
Printed name

**President**
Position or relationship to debtor

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 1 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 169 of 214

**EXHIBIT 10**
**PAGE 154**

**Fill in this information to identify the case:**

Debtor name    **Mag Auto Group Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **21-41536 WJL**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1: **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*...............................................................   $     **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*.............................................................   $     **1,180,350.00**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*...............................................................   $     **1,180,350.00**

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $     **4,986,806.36**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $     **582,546.93**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     **33,825.88**

4.    **Total liabilities** ................................................................................
     Lines 2 + 3a + 3b     $     **5,603,179.17**

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 2 of 32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 170 of 214

EXHIBIT 10
PAGE 155

**Fill in this information to identify the case:**

Debtor name    **Mag Auto Group Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **21-41536 WJL**

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    **Wells Fargo Bank** | **Checking** | 8153 | **$60,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                         **$60,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | |
|---|---|
| 7.1.    **Security Deposit** | **$24,000.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.    **Total of Part 2.**                                           **$24,000.00**

Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case: 21-41536     Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 3 of 32
Case: 21-41536     Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 171 of
214               **EXHIBIT   10**

**PAGE 156**

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| **22.** Other inventory or supplies | | | | |
| 2011 Land Rover Sport | 1/21/22 | $0.00 | Wholesale Market | $8,000.00 |
| 2008 Hyundai Elantra | 1/21/22 | $0.00 | Wholesale Market | $1,500.00 |
| 2009 Pontiac G8 | 1/21/22 | $0.00 | Wholesale Market | $15,000.00 |
| 2015 Chevrolet Colorado | 1/21/22 | $0.00 | Wholesale Market | $14,000.00 |
| 2006 Mini Cooper | 1/21/22 | $0.00 | Wholesale Market | $3,500.00 |
| 2008 BMW 5 Series | 1/21/22 | $0.00 | Wholesale Market | $6,000.00 |
| 2005 BMW 5 Series | 1/21/22 | $0.00 | Wholesale Market | $2,500.00 |
| 1995 Honda Civ 2 | 1/21/22 | $0.00 | Wholesale Market | $800.00 |

**23. Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

| $51,300.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 4 of 32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 172 of
214                                                                        **EXHIBIT 10**
                                                                           **PAGE 157**

- No
- Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- No
- Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- No. Go to Part 7.
- Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- No. Go to Part 8.
- Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment, computers, printers furniture | $0.00 | Liquidation | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.                                    $1,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- No
- Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- No
- Yes

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- No. Go to Part 9.
- Yes Fill in the information below.

**Part 9:** **Real property**

54. **Does the debtor own or lease any real property?**

- No. Go to Part 10.
- Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** magautogroupinc.com and magmotorco.com | $0.00 | Liquidation | $50.00 |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | $50.00 |
|---|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)?

■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 6 of 32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 174 of
214

EXHIBIT 10
PAGE 159

| | |
|---|---:|
| **Claim against Franklin Capital Management for money paid for services not provided** | **$5,000.00** |
| Nature of claim    **Breach of Contract** | |
| Amount requested    **$5,000.00** | |

| | |
|---|---:|
| **Claim for Auto Finance Solutions** | **$4,000.00** |
| Nature of claim    **Conversion** | |
| Amount requested    **$4,000.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Vehicles by Next Gear Capital in which debtor has a leasehold interest**
**2013 BMW**
**2014 GMC**
**2012 Ford F250**
**2013 Toyota sequoia**
**2012 Range rover**
**2015 Dodge Durango**
**2012 BMW M3**                           **$185,000.00**

**Leasehold interest in Vehicles secured by ABS Funding:**
**2003 Harley Davidson**
**2014 Ram 1500**
**2013 Mercedes Benz**
 **2012 Dodge Durango 2611731**
**2013 Volkswagen CC519070**
**2011 Land Rover Range Rover263653**
**2011 bmw 335 262944    S**
**2013 MBZ MI 203029**
**2014 Dodge ram  407541**
**2011 Subaru Forrester 715337  S**
**2015 Porsche Macan B50424**
**2013 MBZ GL 241144**
**2013 Scion FRS 702561**
**2015 MBZ GLK 427187**
**2005 Honda S2000 007545**
**2013 VW CC 519070**
**2011 Land Rover 263653**
**2015 Maserati 154295**                           **$320,000.00**

**Westlake Vehicles in which debtor has leashold interest**
**2016 Ford F250 C65735**
**2018 BMW 5  vin 92979**
**2014 VW Beetle 610795**
**2013 Land Rover 359907**
**2010 Land Rover 524950**
**2014 MBZ 026394**
**2019 MBZ GLA 006428**                          **$180,000.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 7 of 32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 175 of
214

**EXHIBIT 10**

**PAGE 160**

**Kinetic Vehicles in which debtor has a leashold interest**
**2014 Audi**
**2014 Jeep**
**2007 Jaguar**
**2013 Land Rover**
**2016 MBZ**
**2016 MBZ**
**2016 Nissan**
**2008 VW**
**2013 Dodge Challenger**
**2016 Land Rover**
**2018 Ford Fusion**
**2014 Jaguar**
**2010 Land Rover**
**2015 Fiat**
**2016 Ford**
**2014 Audi**
**2012 BMW**
**2017 Chevy**
**2015 Audi**
**2017 Land Rover**
**2014 BMW**                          **$350,000.00**

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$1,044,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                           Best Case Bankruptcy

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 8 of 32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 176 of
214

**EXHIBIT 10**
**PAGE 161**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $51,300.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,044,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,180,350.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,180,350.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 9 of 32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 177 of
214

**EXHIBIT 10**

**PAGE 162**

**Fill in this information to identify the case:**

Debtor name  **Mag Auto Group Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **21-41536 WJL**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **ABS Finance**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Leasehold interest in Vehicles secured by ABS Funding:**<br>**2003 Harley Davidson**<br>**2014 Ram 1500**<br>**2013 Mercedes Benz**<br>**2012 Dodge Durango 2611731**<br>**2013 Volkswagen CC519070**<br>**2011 Land Rover Range Rover263653**<br>**2011 bmw 335 262944   S**<br>**2013 MBZ** | $320,393.00 | $320,000.00 |
| | **341 Corporate Terrace**<br>**Corona, CA 92879**<br>Creditor's mailing address | Describe the lien<br>**UCC LIEN**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** | **AJ Equity Group LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Wells Fargo Bank - Checking - Acct# 8153** | $274,976.87 | $60,000.00 |
| | **1648 61st Street**<br>**Brooklyn, NY 11204**<br>Creditor's mailing address | Describe the lien<br>**UCC LIEN**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-41536   Doc# 19   Filed: 01/28/22   Entered: 01/28/22 10:12:18   Page 10 of 32

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 178 of 214

**EXHIBIT 10**
**PAGE 163**

**Date debt was incurred**

**11/22/2021**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Lifetime Funding**
**2. AJ Equity Group LLC**
**3. Forwardline.com**
**4. Hi Bar Capital**
**5. Kindon Kapital**
**6. Newtek Small Business Finance, LLC**
**7. Pawn Funding**
**8. Yes Capital Group**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Capital Assist** | **Describe debtor's property that is subject to a lien** | **$145,475.00** | **$0.00** |
|-----|--------------------|--------------------------------------------------------|-----------------|-----------|
|     | Creditor's Name    | **MCA**                                                |                 |           |

**243 Tresser, 17th Floor**
**Stamford, CT 06901**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/21**

**Last 4 digits of account number**

**5780**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Five Star Bank** | **Describe debtor's property that is subject to a lien** | **$250,000.00** | **$0.00** |
|-----|--------------------|--------------------------------------------------------|-----------------|-----------|
|     | Creditor's Name    | **SBA Loan**                                            |                 |           |

**3100 Zinfandel Drive**
**Suite 650**
**Rancho Cordova, CA 95670**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/16/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright © 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Forwardline.com** | Describe debtor's property that is subject to a lien | $100,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**5161 Lankershim Blvd.**
**North Hollywood, CA 91601**

Creditor's mailing address

**Wells Fargo Bank - Checking - Acct# 8153**

**Describe the lien**
**UCC LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/28/20**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Hi Bar Capital** | Describe debtor's property that is subject to a lien | $250,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1825 65th St.**
**Brooklyn, NY 11204**

Creditor's mailing address

**Wells Fargo Bank - Checking - Acct# 8153**

**Describe the lien**
**UCC LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/9/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **Kindon Kapital** | Describe debtor's property that is subject to a lien | $400,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**1825 65th St.**
**Brooklyn, NY 11204**

Creditor's mailing address

**Wells Fargo Bank - Checking - Acct# 8153**

**Describe the lien**
**UCC LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 12 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 180 of 214

**EXHIBIT 10**
**PAGE 165**

Date debt was incurred

Last 4 digits of account number

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.8 | **Kinetic Advantage, LLC** | | $250,000.00 | $350,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Kinetic Vehicles in which debtor has a leashold interest**
**2014 Audi**
**2014 Jeep**
**2007 Jaguar**
**2013 Land Rover**
**2016 MBZ**
**2016 MBZ**
**2016 Nissan**
**2008 VW**
**2013 Dodge Challenger**
**2016 Land Rover**
**2018 Ford Fusion**
**2014 Jaguar**
**2010**

**10333 N Meridian, Suite 400**
**Indianapolis, IN 46290**

Creditor's mailing address

**Describe the lien**

**UCC LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.9 | **Lifetime Funding** | | $280,000.00 | $60,000.00 |

Creditor's Name

**585 Stewart Avenue, Suite L90**
**Garden City, NY 11530**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Wells Fargo Bank - Checking - Acct# 8153**

**Describe the lien**

**UCC LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 13 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 181 of 214

**EXHIBIT 10**

**PAGE 166**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check that all apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | ☐ Unliquidated<br>■ Disputed |

---

| 2.1 0 | **NetGear Capital** | Describe debtor's property that is subject to a lien | $155,700.00 | $185,000.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Vehicles by Next Gear Capital in which debtor has a leasehold interest
2013 BMW
2014 GMC
2012 Ford F250
2013 Toyota sequoia
2012 Range rover
2015 Dodge Durango
2012 BMW M3**

**11799 N College Ave.
Carmel, IN 46032**
Creditor's mailing address

Describe the lien
**UCC LIEN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2010**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 1 | **Newtek Small Business Finance, LLC** | Describe debtor's property that is subject to a lien | $2,100,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name
**1981Marcus Avenue
Suite 130
New Hyde Park, NY 11042**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Wells Fargo Bank - Checking - Acct# 8153**

Describe the lien
**UCC LIEN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
8/6/2021**
Last 4 digits of account number
**7644**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.2** | ☐ Unliquidated<br>■ Disputed |

---

Case: 21-41536   Doc# 19   Filed: 01/28/22   Entered: 01/28/22 10:12:18   Page 14 of 32

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 182 of 214

**EXHIBIT 10
PAGE 167**

| 2.1 2 | **Pawn Funding** | Describe debtor's property that is subject to a lien | $80,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**2167 E 21st Street, Suite 252**
**Brooklyn, NY 11229**

**Wells Fargo Bank - Checking - Acct# 8153**

Creditor's mailing address

Describe the lien
**UCC LIEN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/19/2021**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.1 3 | **Westlake Flooring** | Describe debtor's property that is subject to a lien | $180,261.49 | $180,000.00 |
|---|---|---|---|---|

Creditor's Name

**Westlake Vehicles in which debtor has leashold interest**
**2016 Ford F250 C65735**
**2018 BMW 5  vin 92979**
**2014 VW Beetle 610795**
**2013 Land Rover 359907**
**2010 Land Rover 524950**
**2014 MBZ 026394**
**2019 MBZ GLA 006428**

**4751 Wilshire Blvd, #100**
**Los Angeles, CA 90010**

Creditor's mailing address

Describe the lien
**UCC LIEN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/27/2020**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Yes Capital Group** | Describe debtor's property that is subject to a lien | $200,000.00 | $60,000.00 |
|---|---|---|---|---|

Creditor's Name

**161 Kings Hwy**
**Brooklyn, NY 11204**

**Wells Fargo Bank - Checking - Acct# 8153**

Creditor's mailing address

Describe the lien
**UCC LIEN**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-41536     Doc# 19     Filed: 01/28/22     Entered: 01/28/22 10:12:18     Page 15 of 32

Case: 21-41536     Doc# 42     Filed: 03/23/22     Entered: 03/23/22 15:55:30     Page 183 of 214

**EXHIBIT  10**

**PAGE 168**

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |
| **Specified on line 2.2** | |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $4,986,806.36

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 16 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 184 of 214

EXHIBIT - 10
PAGE 169

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**California Dept of Tax and Fee Admin**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0055** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$580,000.00** | **$580,000.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,546.93** | **$2,546.93** |
| | Date or dates debt was incurred<br>**2019-2021** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 17 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 185 of 214

**EXHIBIT 10**

**PAGE 170**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ariel Bouskila, Attorney for AJ Equity**
**Berkovitch & Bouskila**
**80 Broad St., Suite 3303**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Chase Cardmember Services**
**P.O. Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit Card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,334.89** |
|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS A340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017, 2019, 2021__

**Basis for the claim:** __Taxes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,990.99** |
|---|---|---|---|

**Wells Fargo Bank**
**Small Business Lending**
**P.O. Box 29482 MAC S4101-08C**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Line__

Last 4 digits of account number __3498__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Wells Fargo Bank, N.A**
**P.O. Box 29482 MAC S4102-08C**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Business Card__

Last 4 digits of account number __8157__

Is the claim subject to offset? ☐ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **582,546.93** |
| 5b. Total claims from Part 2 | 5b. + $ | **33,825.88** |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | **616,372.81** |

---

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 18 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 186 of 214

**EXHIBIT 10**

**PAGE 171**

Fill in this information to identify the case:

Debtor name  **Mag Auto Group Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **21-41536 WJL**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

      ■ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Office Lease** | |
|---|---|---|---|
| | State the term remaining | **Until October 2024** | |
| | List the contract number of any government contract | | **Abu Hamed Family Trust** |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 19 of
32
Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 187 of
214

**EXHIBIT 10**
**PAGE 172**

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | AJ Equity Group LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | California Dept of Tax and Fee Admin | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.3 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | Capital Assist | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | Chase Cardmember Services | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.5 | **Pouriya Pete Mozaffary** | **30 Sugar Pine Lane Danville, CA 94506** | Five Star Bank | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 20 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 188 of 214

EXHIBIT 10
PAGE 173

| Debtor | **Mag Auto Group Inc.** | Case number *(if known)* | **21-41536 WJL** |
|--------|--------------------------|---------------------------|-------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Franchise Tax Board** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.7 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Franchise Tax Board** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.8 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Hi Bar Capital** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Kindon Kapital** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Lifetime Funding** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Newtek Small Business Finance, LLC** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Pawn Funding** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Pouriya Pete Mozaffary** | 30 Sugar Pine Lane Danville, CA 94506 | **Wells Fargo Bank** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Case: 21-41536     Doc# 19     Filed: 01/28/22     Entered: 01/28/22 10:12:18     Page 21 of 32

Case: 21-41536     Doc# 42     Filed: 03/23/22     Entered: 03/23/22 15:55:30     Page 189 of 214

EXHIBIT 10
PAGE 174

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| 2.14 | **Pouriya Pete Mozaffary**<br>30 Sugar Pine Lane<br>Danville, CA 94506 | **Wells Fargo Bank, N.A** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.15 | **Pouriya Pete Mozaffary**<br>30 Sugar Pine Lane<br>Danville, CA 94506 | **Westlake Flooring** | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Pouriya Pete Mozaffary**<br>30 Sugar Pine Lane<br>Danville, CA 94506 | **Yes Capital Group** | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Pouriya Pete Mozaffari**<br>30 Sugar Pine Lane<br>Danville, CA 94506 | **Abu Hamed Family Trust** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 22 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 190 of 214

**EXHIBIT 10**

**PAGE 175**

| Fill in this information to identify the case: |

**Debtor name**    **Mag Auto Group Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)   **21-41536 WJL**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$6,000,000.00** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$6,500,000.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$7,678,420.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 23 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 191 of 214

**EXHIBIT 10**
**PAGE 176**

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Next Generation Capital** **11799 N College Avenue** **Carmel, IN 46032** | **2013 BMW 3-SE** **2014 GMC Sierra** **2012 Ford F250** **2014 Toyota Tundra** **2018 Honda Civic** **2013 Toyota Sequioa** **2012 Land Ranger** **2015 Dodge Duran** **2012 BMW M3** | **December 2021** | **$200,000.00** |
| **Kinetic Advantage** **10333 n. Meridian St.** **Indianapolis, IN 46290** | **2014 Audi** **2014 Jeep** **2007 Jaguar** **2013 Land Rover** **2016 Mercedez Benz** **2016 Mercedez Benz** **2016 Nissan** **2008 Volkswagen** **2013 Dodge** **2016 Land Rover** **2018 Ford** **2014 Jaguar** **2010 Land Rover** **2015 Fiat** **2016Ford** **2014 Audi** **2012 BMW** **2017 Chevrolet** **2015 Audi** **2017 Land Rover** **2014 BMW** | **September 2021** | **$300,000.00** |
| **Auto Finance Solutions, LLC** **17702 Mitchell North** **Suite 250** **Irvine, CA 92614** | **2014 Cadillac CTS and 2011 Audi A4** | **Septmber2021** | **$35,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 24 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 192 of 214

EXHIBIT 10
PAGE 177

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Gonzales v. Marin Auto Group**<br>**ADJ12092191** | **Workers Compensation Claim** | **Workers Compensation Appeal Board** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **AJ Equity v Mag Auto Group INc.**<br>**500532-2022** | **Breach of Contract** | **Supreme Court of the State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **2016 Ford F150** | **25000** | **10/9/21** | **$0.00** |
| **Flood in 2021** | **0** | **August 2021** | **$10,000.00** |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Office of Marc Voisenat** **2329 A Eagle Avenue** **Alameda, CA 94501** | **Attorney Fees** | **December 29, 2021** | **$15,068.00** |
| **Email or website address** **voisenat@gmail.com** | | | |
| **Who made the payment, if not debtor?** **Pouriya Pete Mazzaffary** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Case: 21-41536   Doc# 19   Filed: 01/28/22   Entered: 01/28/22 10:12:18   Page 26 of 32

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 194 of 214

EXHIBIT 10
PAGE 179

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Comerica Bank<br>1442 Main Street<br>Walnut Creek, CA<br>94596-9000 | XXXX-4034 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | May 2021 | $3,000.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

Case: 21-41536     Doc# 19     Filed: 01/28/22     Entered: 01/28/22 10:12:18     Page 27 of 32

Case: 21-41536     Doc# 42     Filed: 03/23/22     Entered: 03/23/22 15:55:30     Page 195 of 214

EXHIBIT - 10
PAGE 180

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:**  Details About the Debtor's Business or Connections to Any Business |
| --- |

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.    **Marc Young**<br>**Industry Standard Inl**<br>**401 Clovis Ave, Suite 204**<br>**Clovis, CA 93612** | **2019 -2020** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **CDTFA** 1515 Clay Street, Suite 303 Oakland, CA 94612 | **May 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Small Business Administration** P.O. Box 3918 Portland, OR 97208 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Pouriya Pete Mazzaffary** | **30 Sugar Pine Lane Danville, CA 94506** | **President community property interest** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 29 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 197 of 214

EXHIBIT 10
PAGE 182

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Pouriya Mozaffary** **30 Sugar Pine Lane** **Danville, CA 94506** | **70,000** | **2021** | **Salary** |
| | **Relationship to debtor** **President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 27, 2022** _____

**/s/ Pouriya Pete Mozaffary** _____        **Pouriya Pete Mozaffary** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Case: 21-41536   Doc# 19   Filed: 01/28/22   Entered: 01/28/22 10:12:18   Page 30 of 32
Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 198 of 214

EXHIBIT 10
PAGE 183

# United States Bankruptcy Court
## Northern District of California

In re    __Mag Auto Group Inc.__      Case No.    __21-41536 WJL__

                Debtor(s)        Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __January 27, 2022__        Signature    __/s/ Pouriya Pete Mozaffary__

                                                    __Pouriya Pete Mozaffary__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 31 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 199 of 214

**EXHIBIT 10**

**PAGE 184**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                              Case No.    21-41536 WJL

**Mag Auto Group Inc.**


_____    Debtor(s).            /

**CREDITOR MATRIX COVER SHEET**


      I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **January 27, 2022**


                              **/s/ Marc Voisenat**
                              Signature of Debtor's Attorney or Pro Per Debtor

Case: 21-41536    Doc# 19    Filed: 01/28/22    Entered: 01/28/22 10:12:18    Page 32 of 32

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 200 of 214

**EXHIBIT 10**
**PAGE 185**

# EXHIBIT "11"

**From:** Marc Voisenat <voisenat@gmail.com>
**Sent:** Tuesday, February 1, 2022 12:46 PM
**To:** Matthew Grimshaw <MGrimshaw@marshackhays.com>
**Subject:** Re: Mag Auto

Client says the 2012 MAZDA 3  vin 613859 and 2018 BMW 5 Series  A92979 were sold without payment to your client.

Marc

On Fri, Jan 28, 2022 at 12:12 PM Matthew Grimshaw <MGrimshaw@marshackhays.com> wrote:

Marc –

I'm following up on our conversation from yesterday. Please send me the relevant information relative to the car that was sold without ABS Finance being paid (and if you misunderstood your client and there is no such car, then please let me know).

Regards,

Matt

1

**Matthew W. Grimshaw**
Of Counsel



**MARSHACK HAYS** LLP
——— ATTORNEYS AT LAW ———
870 Roosevelt, Irvine, CA 92620
Tel 949.333.7777  Fax 949.333.7778

CONFIDENTIALITY NOTICE: The information contained in this electronic e-mail and any accompanying attachment(s) is intended only for the use of the intended recipient and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system.

 Please consider the environment before printing this email.

WEB ☎ ✉ BIO in 🐦 g+ f V

--
Law Office of Marc Voisenat
2329A Eagle Ave.
Alameda, Ca.  94501
(510) 263-8664

# EXHIBIT "12"

| **From:** | Matthew Grimshaw |
|---|---|
| **Sent:** | Wednesday, March 16, 2022 5:04 PM |
| **To:** | Marc Voisenat |
| **Subject:** | RE: FW: In re Mag Auto Group Inc, Case No. 21-41536 |

Marc – Thank you, but that's only a portion of the information requested. We need <u>contact information</u> (addresses and phone numbers) for the buyers and the finance companies. Please have your client provide it to me tomorrow morning.

We also need the same information for the vehicles that were sold post-petition without payment.

Regards,
Matt Grimshaw

**From:** Marc Voisenat <voisenat@gmail.com>
**Sent:** Wednesday, March 16, 2022 4:53 PM
**To:** Matthew Grimshaw <MGrimshaw@marshackhays.com>
**Subject:** Re: FW: In re Mag Auto Group Inc, Case No. 21-41536

Here is the info on the three cars.


2015 Porsche Macan B50424  sold to Lisa Williams 12/19 financed by CEFCU

2012 Porsche Cayenne A10272   Sold to Karen Phan 12/10 financed by customer though Southwest FCU

2015 Mercedes Benz GLK 42718  F Rahm sold on 12/08 financed by mechanics bank

On Wed, Mar 16, 2022 at 11:41 AM Matthew Grimshaw <MGrimshaw@marshackhays.com> wrote:

  Thank you. Please let me know when documents will be provided.


  ████████████████████████████████████████████████████


  Regards,

  Matt Grimshaw


  **From:** Marc Voisenat <voisenat@gmail.com>
  **Sent:** Wednesday, March 16, 2022 11:38 AM

1

**EXHIBIT  12**

**PAGE 188**

**To:** Matthew Grimshaw <MGrimshaw@marshackhays.com>
**Subject:** Re: FW: In re Mag Auto Group Inc, Case No. 21-41536


He says he will have that information, except copies of the agreements which I did not ask for in my call, by the end of the day.


Marc


On Wed, Mar 16, 2022 at 11:33 AM Matthew Grimshaw <MGrimshaw@marshackhays.com> wrote:

Marc –


I know you're contacting your client again after our conversation. To facilitate your discussion, I reviewed my original email to you, which is below. It appears that I made a mistake. In the list, I provided VINs, which are incorrect. If you look at the document attached (which was attached to the original email), it lists the correct VINs. In drafting the email, I inadvertently listed the numbers in the "VID" column, instead of the VINs. Although I apologize for the mistake, it's clear that your client has had this information for almost two months and should have known the information regarding the vehicles at issue.


We need clarity on the issue of the dates of every sale of any vehicle on this list. I need contact information for the purchasers, contact information for any finance company, and copies of the sale agreements without further delay.


Regards,

Matt Grimshaw


---

**From:** Matthew Grimshaw
**Sent:** Friday, January 21, 2022 12:58 PM
**To:** Marc Voisenat <voisenat@gmail.com>
**Subject:** RE: In re Mag Auto Group Inc, Case No. 21-41536


Marc –

**EXHIBIT 12**

**PAGE 189**

Here is the list that we discussed. ABS provided Mag Auto with a flooring line that currently covers the 18 vehicles listed on the attached (the details for 3 vehicles are handwritten in at the bottom).

There are a number of issues, but the largest is that 6 vehicles appear to have been sold without ABS receiving payment. The 6 are comprised of the 3 handwritten vehicles listed at the bottom of the page and the 3 noted with "Req" in the fourth column. For clarity, the 6 vehicles mentioned are as follows:

       2003 Harley Davidson - VIN ending 845793

       2014 Ram 1500 – VIN ending 407541

       2013 Mercedes Benz – VIN ending 203029

       2012 Mazda 3 – VIN ending 3087096

       2012 Porsche Cayenne – VIN ending 3136286

       2012 Volkswagen Jetta – VIN ending 3149498

We need to know what happened with these 6 vehicles as soon as possible since the amount owed on these vehicles exceeds $100,000. Please advise.

██████████████████████████████████████

Let's set up a call for Tuesday afternoon or Wednesday to discuss the next steps.

Regards,

Matt Grimshaw

**From:** Marc Voisenat <voisenat@gmail.com>
**Sent:** Thursday, January 20, 2022 5:33 PM
**To:** Matthew Grimshaw <MGrimshaw@marshackhays.com>
**Subject:** Re: In re Mag Auto Group Inc, Case No. 21-41536

3

**EXHIBIT 12**

**PAGE 190**

I'll shoot for tomorrow afternoon.


Marc


On Thu, Jan 20, 2022 at 4:23 PM Matthew Grimshaw <[MGrimshaw@marshackhays.com](mailto:MGrimshaw@marshackhays.com)> wrote:

Marc:


I represent ABS Finance in connection with the above-referenced case. I'd like to schedule a time to speak with you about it. I am available tomorrow (Jan 21) afternoon, all day Monday (Jan 24), and Tuesday (Jan 25) afternoon. Is there a time one of those days that will work for you?


Regards,
Matt





**EXHIBIT 12**

**PAGE 191**

--

Law Office of Marc Voisenat

2329A Eagle Ave.

Alameda, Ca. 94501

(510) 263-8664

--

Law Office of Marc Voisenat

2329A Eagle Ave.

Alameda, Ca. 94501

(510) 263-8664

--
Law Office of Marc Voisenat
2329A Eagle Ave.
Alameda, Ca. 94501
(510) 263-8664

5

**EXHIBIT 12**
**PAGE 192**

**EXHIBIT "13"**



**Inspection Report**

***Vehicles under 'No Inspection Needed' are either floored/picked up within the last 5 days or the UCD has requested title.***

59471

| Date: | Car Dealer Name: | Name of person you spoke with: |
|-------|------------------|-------------------------------|
| 3/18/2022 | MAG Motor Company-89425 | Peter |

Total Vehicles On Lot: ___≃50___

Total ABS Vehicles Floored: ___15___

Total ABS Vehicles Found: ___5___

Total Vehicles Floored With Other Flooring Co: _____

Comments:

Received wires for 2012 Mazda3 & ~~2012 Dodge Durango~~ = 1 2015 MB GLK – Paid in full

Anticipate Payments for 2012 Dodge Durango & 2014 Ram 1500 Express the week of 3/21

Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 211 of 214

**EXHIBIT "13"
PAGE 193**



**Inspection Report**

***Vehicles under 'No Inspection Needed' are either floored/picked up within the last 5 days or the UCD has requested title.***

MAG Motor Company-89425 : 89425

1890 N Main St

Walnut Creek, California 94596

Pouriya Pete Mozaffari

(555) 555-5555

Flooring Company: Outside Flooring

| 1890 North Main St, Walnut Creek, Ca, 94596 | VEHICLES ARE AT THIS LOT |
|---|---|

| VID | VIN + Vehicle Year, Make and Model | | Total Due | Mileage | Flooring Dt | Veh P/U |
|---|---|---|---|---|---|---|
| **Inspection Needed** | | | | | | |
| 3165119 | (261173) 2012 Dodge Durango - White | | 12,357 | 130,732 | 10/20/21 | *Sold @ Adesa* |
| 3159651 | (G10820) 2014 Ford F150 - White | | 17,800 | 31,977 | 10/18/21 ✓ | |
| 3150907 | (007545) 2005 Honda S2000 - Silver | | 23,095 | 64,781 | 10/13/21 ✓ | |
| 3202031 | (103539) 2013 Hyundai Genesis - White | | 13,989 | 50,579 | 11/9/21 *Body Shop - Apco* | |
| 3149497 | (501534) 2019 Infiniti QX60 - White | | 23,435 | 77,919 | 10/12/21 ✓ | |
| 3165127 | (263653) 2011 Land Rover Range Rover - White | | 14,412 | 88,241 | 10/20/21 *Pending 3/14* | |
| 3192100 | (154295) 2015 Maserati Ghibli - Gray | | 29,620 | 47,894 | 11/3/21 ✓ | |
| 3153947 | (074944) 1971 Mercedes-Benz 280S - White | | 8,180 | 51,598 | 10/14/21 *Body Shop - Concord Auto Repair* | |
| 3093811 | (B50424) 2015 Porsche MACAN - Black | | 28,335 | 79,750 | 9/14/21 *Sold prior to BK* | |
| 3165126 | (519070) 2013 Volkswagen CC - Gray | | 12,255 | 26,139 | 10/20/21 *Sold prior to BK* | |
| | | **10** | **183,478** | | | |
| **No Inspection Needed** | | | | | | |
| 3136286 | (A10272) 2012 Porsche Cayenne - Black | | (20,395) | 87,160 | 10/5/21 *Sold prior to BK* | Title Requested |
| *3136221* | *(702561) 2013 Scion FR-S - Silver* | | *14,560* | *65,350* | 10/5/21 *pending 3/13* | *Pending Finance* |
| | | **2** | **14,560** | | | |

Flooring Company Total: Outside
Flooring

| Used Car Dealer Total: MAG Motor Company-89425 | **12** | **198,038** |
|---|---|---|

*2013 MB M-Class (~~4444~~ 203029) - Body Shop - Auto Tech Snyergy in Modesto*

*2014 Ram 1500 Express (407541) - Sold*

*2003 Harley Davidson (845793) - ✓*

Case: 21-41536    Doc# 42    Filed: 03/23/22    Entered: 03/23/22 15:55:30    Page 212 of 214

EXHIBIT "13"
PAGE 194

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO ABS FINANCE COMPANY, LLC'S COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**: On **March 23, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

DEBTOR
MAG AUTO GROUP INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT,
OR TO ANY OTHER AGENT AUTHORIZED BY
APPOINTMENT OR LAW TO RECEIVE SERVICE
1890 N MAIN STREET
WALNUT CREEK, CA 94596

RESPONSIBLE INDIVIDUAL
POURIYA PETE MOZAFFARY
30 SUGAR PINE LANE
DANVILLE, CA 94506

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

PURSUANT TO THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA'S EIGHTH AMENDED GENERAL ORDER 38, UNTIL FURTHER NOTICE, PARTIES DO NOT NEED TO SUBMIT CHAMBERS' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**
Case: 21-41536   Doc# 42   Filed: 03/23/22   Entered: 03/23/22 15:55:30   Page 213 of 214

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
- **ATTORENY FOR CREDITOR WESTLAKE FLOORING COMPANY, LLC:** Dixon Leon Gardner dgardner@madisonlawapc.com
- **ATTORNEY FOR CREDITOR HI BAR CAPITAL:** Anthony F. Giuliano afg@pryormandelup.com
- **ATTORNEY FOR CREDITOR FIVE STAR BANK:** Thomas P. Griffin, Jr. tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
- **ATTORNEY FOR INTERESTED PARTY ABS FINANCE COMPANY LLC DBA ABS AUTO AUCTIONS:** Matthew W. Grimshaw matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
- **ATTORNEY FOR CREDITOR NEXTGEAR CAPITAL, INC.:** Michael R. Hogue hoguem@gtlaw.com, navarrom@gtlaw.com
- **ATTORNEY FOR CREDITOR NEWTEK SMALL BUSINESS FINANCE, LLC:** Christopher M. McDermott ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
- **U.S. TRUSTEE:** Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov
- **ATTORNEY FOR THE U.S. TRUSTEE:** Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, Patti.Vargas@usdoj.gov, GemMil.Langit@usdoj.gov
- **ATTORNEY FOR DEBTOR MAG AUTO GROUP INC.:** Marc Voisenat marcvoisenatlawoffice@gmail.com, R47338@notify.bestcase.com
- **ATTORNEY FOR INTERESTED PARTY ABS FINANCE COMPANY LLC DBA ABS AUTO AUCTIONS:** David A. Wood dwood@marshackhays.com, lbuchanan@marshackhays.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.