**UNITED STATES BANKRUPTCY COURT**
Northern District of California

In re:   MAG AUTO GROUP INC.         )   Bankruptcy No.: 21-41536
                                     )   R.S. No.:
                                     )   Hearing Date: April 6, 2022
                                     )   Time: 9:30 a.m.
Debtor(s)                            )
_____  )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)   Date Petition Filed:   December 31, 2021          Chapter: 11
      Prior hearings on this obligation:   N/a          Last Day to File §523/§727 Complaints: None set. Docket No. 5.

(B)   Description of personal property collateral (e.g. 1983 Ford Taurus): Vehicle inventory. *See* Exhibits 1, 2, and 4 to the Motion.

      Secured Creditor   [ X ] or lessor [   ]
      Fair market value: $ Please see attached brief           Source of value: _____
      Contract Balance: $ 291,203                              Pre-Petition Default: 100%_____
      Monthly Payment: $ N/a                                   No. of months: N/a_____
      Insurance Advance: $ N/a                                 Post-Petition Default: $ N/a_____
                                                               No. of months: N/a_____

(C)   Description of real property collateral (e.g. Single family residence, Oakland, CA):

      Fair market value: $_____ Source of value:_____ If appraisal, date: _____

      Moving Party's position (first trust deed, second, abstract, etc.):

      Approx. Bal. $_____            Pre-Petition Default: $_____
      As of (date): _____            No. of months: _____
      Mo. payment: $_____            Post-Petition Default: $_____
      Notice of Default (date): _____ No. of months: _____
      Notice of Trustee's Sale:_____  Advances Senior Liens: $_____

      Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $ | $ | $ |
| 2nd Trust Deed:_____ | $ | $ | $ |
| _____: |  |  |  |
| _____: |  |  |  |
| _____: |  |  |  |
| (Total) | $ | $ | $ |

Other pertinent information: Please see the attached brief.

Dated:   March 23, 2022                        _/s/ Matthew W. Grimshaw_____
                                                            Signature

                                               ___Matthew W. Grimshaw_____
                                                         Print or Type Name

                                               Attorney for ABS Finance Company, LLC_____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **RELIEF FROM STAY COVER SHEET** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 23, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
MAG AUTO GROUP INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1890 N MAIN STREET
WALNUT CREEK, CA 94596

**RESPONSIBLE INDIVIDUAL**
POURIYA PETE MOZAFFARY
30 SUGAR PINE LANE
DANVILLE, CA 94506

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA'S EIGHTH AMENDED GENERAL ORDER 38, UNTIL FURTHER NOTICE, PARTIES DO NOT NEED TO SUBMIT CHAMBERS' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**