DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
BRAD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for ABS Finance Company, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

MAG AUTO GROUP, INC,

Debtor.

Case No. 21-41536

Chapter 11

NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO ABS FINANCE COMPANY, LLC'S COLLATERAL

Date: April 6, 2022
Time: 9:30 a.m.
Ctrm: 220
Location[1]: 1300 Clay Street,
Oakland, California 94612

PLEASE TAKE NOTICE that on April 6, 2022, at 9:30 a.m., in Courtroom 220 of the above-caption court, located at 1300 Clay Street, Oakland, California 94612, the Court will hear ABS Finance Company, LLC ("ABS"), Motion for Relief from the Automatic Stay, under 11 U.S.C. § 362(d)(1). Here, Debtor has sold several vehicles subject to ABS's lien, without paying ABS as required by contract or even disclosing information regarding the sales to ABS. The amount Debtor

---

[1] *Due to the courthouse closure, all hearings will be conducted by telephone or video conference (unless otherwise noted). No hearings will be conducted in person. Please review the instructions on the specific calendar page (pdf) posted on the court's website for telephonic or video appearances. There is NO COST for either service.

1
NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
4895-2169-8328V.1-1451-007

owes to ABS exceeds the value of the collateral, leaving ABS with an inadequate equity cushion. And, the value of Debtor's used vehicle inventory is declining, without Debtor providing any form of adequate protection to ABS to protect its interest.

Further, stay relief under 11 U.S.C. § 362(d)(2) is appropriate where a debtor has no equity in the property, and the property is not necessary for an effective reorganization. Here, ABS is undersecured, and Debtor has stated multiple times that it intends to sell its business rather than reorganize.

Relief from stay is warranted, and ABS requests that the Court grant it such relief.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

Any objection to the requested relief, or a request for hearing on the matter, must be raised before or at the time of hearing. If there is no timely objection or request for hearing, the preliminary hearing date, location and time are as indicated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: March 23, 2022          MARSHACK HAYS LLP

By: */s/ Matthew W. Grimshaw*
MATTHEW W. GRIMSHAW
Attorneys for Creditor
ABS FINANCE COMPANY, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO ABS FINANCE COMPANY, LLC'S COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **March 23, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
MAG AUTO GROUP INC.
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1890 N MAIN STREET
WALNUT CREEK, CA 94596

**RESPONSIBLE INDIVIDUAL**
POURIYA PETE MOZAFFARY
30 SUGAR PINE LANE
DANVILLE, CA 94506

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

PURSUANT TO THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA'S EIGHTH AMENDED GENERAL ORDER 38, UNTIL FURTHER NOTICE, PARTIES DO NOT NEED TO SUBMIT CHAMBERS' COPIES.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 23, 2022 | Cynthia Bastida | */s/ Cynthia Bastida* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         **F 9013-3.1.PROOF.SERVICE**

Case: 21-41536   Doc# 44   Filed: 03/23/22   Entered: 03/23/22 16:08:50   Page 3 of 6

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: CONTINUED:
   - **ATTORENY FOR CREDITOR WESTLAKE FLOORING COMPANY, LLC:** Dixon Leon Gardner dgardner@madisonlawapc.com
   - **ATTORNEY FOR CREDITOR HI BAR CAPITAL:** Anthony F. Giuliano afg@pryormandelup.com
   - **ATTORNEY FOR CREDITOR FIVE STAR BANK:** Thomas P. Griffin, Jr. tgriffin@hsmlaw.com, lnewberry@hsmlaw.com
   - **ATTORNEY FOR INTERESTED PARTY ABS FINANCE COMPANY LLC DBA ABS AUTO AUCTIONS:** Matthew W. Grimshaw matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com
   - **ATTORNEY FOR CREDITOR NEXTGEAR CAPITAL, INC.:** Michael R. Hogue hoguem@gtlaw.com, navarrom@gtlaw.com
   - **ATTORNEY FOR CREDITOR NEWTEK SMALL BUSINESS FINANCE, LLC:** Christopher M. McDermott ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com
   - **U.S. TRUSTEE:** Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov
   - **ATTORNEY FOR THE U.S. TRUSTEE:** Elvina Rofael elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov, Patti.Vargas@usdoj.gov, GemMil.Langit@usdoj.gov
   - **ATTORNEY FOR DEBTOR MAG AUTO GROUP INC.:** Marc Voisenat marcvoisenatlawoffice@gmail.com, R47338@notify.bestcase.com
   - **ATTORNEY FOR INTERESTED PARTY ABS FINANCE COMPANY LLC DBA ABS AUTO AUCTIONS:** David A. Wood dwood@marshackhays.com, lbuchanan@marshackhays.com

2. **SERVED BY UNITED STATES MAIL**: CONTINUED:

| SECURED CREDITOR | SECURED CREDITOR | SECURED CREDITOR / POC ADDRESS |
|---|---|---|
| ABS FINANCE<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>341 CORPORATE TERRACE<br>CORONA, CA 92879-6028 | AJ EQUITY<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>1648 61ST STREET<br>BROOKLYN, NY 11204 | AJ EQUITY GROUP, LLC<br>C/O ARIEL BOUSKILA, ESQ.<br>BERKOVITCH & BOUSKILA, PLLC<br>80 BROAD ST, SUITE 3303<br>NEW YORK, NY 10004-2209 |
| **SECURED CREDITOR**<br>CAPITAL ASSIST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>243 TRESSER, 17TH FLOOR<br>STAMFORD, CT 06901 | **SECURED CREDITOR**<br>CAPITAL ASSIST<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>750 MAIN STREET, SUITE 906<br>HARTFORD, CT 06103-2703 | **SECURED CREDITOR**<br>FIVE STAR BANK<br>ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE<br>3100 ZINFANDEL DRIVE<br>SUITE 650<br>RANCHO CORDOVA, CA 95670-6064 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 21-41536    Doc# 44    Filed: 03/23/22    Entered: 03/23/22 16:08:50    Page 4 of 6

**NTC OF CHANGE OF ADDR [DK 38]**
**SECURED CREDITOR**
FORWARDLINE.COM
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
5161 LANKERSHIM BLVD.
SUITE 250
NORTH HOLLYWOOD, CA 91601-4963

**SECURED CREDITOR**
HI BAR CAPITAL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1825 65TH ST.
BROOKLYN, NY 11204-3819

**SECURED CREDITOR**
KINDON KAPITAL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1825 65TH ST.
BROOKLYN, NY 11204-3819

**SECURED CREDITOR**
KINETIC ADVANTAGE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
10333 N MERIDIAN, SUITE 400
INDIANAPOLIS, IN 46290-1112

**SECURED CREDITOR**
LIFETIME FUNDING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
585 STEWART AVENUE, SUITE L90
GARDEN CITY, NY 11530-4750

**SECURED CREDITOR**
NETGEAR CAPITAL
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
11799 N COLLEGE AVE.
CARMEL, IN 46032-5605

**SECURED CREDITOR**
NEWTEK SMALL BUSINESS FINANCE, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
1981 MARCUS AVENUE, SUITE 130
NEW HYDE PARK, NY 11042-1046

**SECURED CREDITOR**
PAWN FUNDING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
2167 E 21ST STREET, SUITE 252
BROOKLYN, NY 11229-3607

**SECURED CREDITOR**
WESTLAKE FINANCIAL COMPANY, LLC
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
17702 MITCHELL NORTH
IRVINE, CA 92614-6013

**SECURED CREDITOR**
WESTLAKE FLOORING
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
4751 WILSHIRE BLVD, #100
LOS ANGELES, CA 90010-3847

**SECURED CREDITOR**
YES CAPITAL GROUP
ATTN: OFFICER, A MANAGING OR GENERAL AGENT, OR TO ANY OTHER AGENT AUTHORIZED BY APPOINTMENT OR LAW TO RECEIVE SERVICE
161 KINGS HWY
BROOKLYN, NY 11223-1038

**NO ADDR PROVIDED**
**CREDITOR**
ABU HAMED FAMILY TRUST

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

Case: 21-41536    Doc# 44    Filed: 03/23/22    Entered: 03/23/22 16:08:50    Page 5 of 6

| **CREDITOR**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL TRIAL SECTION WESTERN REGION<br>BOX 683 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | **CREDITOR**<br>CALIFORNIA DEPT OF TAX AND FEE ADMIN<br>P.O. BOX 942879<br>SACRAMENTO, CA 94279-0055 | **CREDITOR**<br>UNITED STATES ATTORNEY<br>CIVIL DIVISION<br>450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102-3400 |
|---|---|---|
| **CREDITOR / POC ADDRESS**<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **CREDITOR / POC ADDRESS**<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | **CREDITOR**<br>JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| **CREDITOR / POC ADDRESS**<br>JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487-2853 | **CREDITOR**<br>NEXTGEAR CAPITAL, INC.<br>C/O GREENBERG TRAURIG, LLP<br>FOUR EMBARCADERO CENTER<br>SUITE 3000<br>SAN FRANCISCO, CA 94111-5983 | **CREDITOR / POC ADDRESS**<br>WELLS FARGO BANK, N.A.<br>SMALL BUSINESS LENDING DIVISION<br>P.O. BOX 29482 MAC S4101-08C<br>PHOENIX, AZ 85038-9482 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Case: 21-41536   Doc# 44   Filed: 03/23/22   Entered: 03/23/22 16:08:50   Page 6 of 6