The following constitutes the order of the Court.
Signed: April 1, 2022

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Mag Auto Group Inc.,<br><br>              Debtor. | Case No. 21-41536 WJL<br><br>Chapter 11<br><br>**HEARING SCHEDULED:**<br>Date: April 6, 2022<br>Time: 10:30 a.m.<br>Courtroom 220<br>1300 Clay St.<br>Oakland, CA 94612 |

**MEMORANDUM REGARDING UPCOMING HEARING**

    On March 2, 2022, the Court held a hearing on creditor NextGear Capital, Inc.'s Motion for Relief from Stay [ECF No. 34]. At the close of the hearing, the Court took the motion under submission, pending the Creditor's filing of a proof of service. After the hearing, on March 3, the NextGear Capital filed a Certificate of Service [ECF No. 41], showing that ECF participants had been served on February 9, while all other creditors and interested parties were served for the first time on March 3. Although all parties appear to have now been served with notice of the motion, it is not clear that parties were provided notice of an

opportunity to oppose the motion, other than a hearing that had concluded on March 2.

Accordingly, the Court requests that counsel for NextGear Capital appear for the status conference scheduled for the above-captioned date and time to discuss. For information about making an appearance at a scheduled hearing, please see: https://www.canb.uscourts.gov/judge/lafferty/calendar

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**