# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended January 31, 2022

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
|  | **Cash Receipts** |  |  |
| 1 | Rent/Leases Collected |  |  |
| 2 | Cash Received from Sales | $85,528 |  |
| 3 | Interest Received |  |  |
| 4 | Borrowings |  |  |
| 5 | Funds from Shareholders, Partners, or Other Insiders |  |  |
| 6 | Capital Contributions |  |  |
| 7 |  |  |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 | **Total Cash Receipts** | $85,528 | $0 |
|  | **Cash Disbursements** |  |  |
| 13 | Selling |  |  |
| 14 | Administrative |  |  |
| 15 | Capital Expenditures |  |  |
| 16 | Principal Payments on Debt |  |  |
| 17 | Interest Paid |  |  |
|  | Rent/Lease: |  |  |
| 18 | Personal Property |  |  |
| 19 | Real Property | $24,925 |  |
|  | Amount Paid to Owner(s)/Officer(s) |  |  |
| 20 | Salaries | $2,500 |  |
| 21 | Draws |  |  |
| 22 | Commissions/Royalties |  |  |
| 23 | Expense Reimbursements |  |  |
| 24 | Other | $535 |  |
| 25 | Salaries/Commissions (less employee withholding) |  |  |
| 26 | Management Fees |  |  |
|  | Taxes: |  |  |
| 27 | Employee Withholding |  |  |
| 28 | Employer Payroll Taxes |  |  |
| 29 | Real Property Taxes |  |  |
| 30 | Other Taxes |  |  |
| 31 | Other Cash Outflows: |  |  |
| 32 | Nextgear Funding | $17,627 |  |
| 33 | ABS Finance | $9,185 |  |
| 34 | Transfer form Pre-Petition Accout to DIP | $26,000 |  |
| 35 |  |  |  |
| 36 |  |  |  |
| 37 | **Total Cash Disbursements:** | $80,772 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $4,756 | $0 |
| 39 | **Cash Balance, Beginning of Period** | $28,902 |  |
| 40 | **Cash Balance, End of Period** | $33,658 | $0 |

Case: 21-41536    Doc# 46-1    Filed: 04/02/22    Entered: 04/02/22 14:17:58    Page 1 of 1

Revised 1/1/98