# Initiate Business Checking℠



MAG AUTO GROUP INC.
DBA MARIN AUTO GROUP
DEBTOR IN POSSESSION
CH 11 CASE #21-41536(NCA)
1890 N MAIN ST
WALNUT CREEK CA 94596-4129

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/5 | $0.00 |
| Deposits/Credits | 88,429.64 |
| Withdrawals/Debits | - 54,389.98 |
| Ending balance on 1/31 | $34,039.66 |

Account number: ▮▮▮▮ 7718
MAG AUTO GROUP INC.
DBA MARIN AUTO GROUP
DEBTOR IN POSSESSION
CH 11 CASE #21-41536(NCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|--------|------------|--------|
| 1/5 | | Etransfer IN Branch/Store - From Checking 1499 N Main St Walnut Creek CA 8153 | 68,729.64 | | |
| 1/5 | | Online Transfer to Ward S Ref #Ib0D9L4Fsq Everyday Checking Abu Sharif Rent Check | | 24,925.00 | 43,804.64 |
| 1/6 | | Zelle to Mozaffari Shaghayegh on 01/06 Ref #Rp0D9Qmt7V | | 2,500.00 | 41,304.64 |
| 1/12 | | Wire Trans Svc Charge - Sequence: 220112021341 Srf# Ow00001895857392 Trn#220112021341 Rfb# Ow00001895857392 | | 30.00 | |
| 1/12 | | WT Seq#21341 Nextgear Funding LLC /Bnf=Nextgear Capital Srf# Ow00001895857392 Trn#220112021341 Rfb# Ow00001895857392 | | 17,626.98 | 23,647.66 |
| 1/14 | | Wire Trans Svc Charge - Sequence: 220114187365 Srf# Ow00001902043843 Trn#220114187365 Rfb# Ow00001902043843 | | 30.00 | |
| 1/14 | | WT Fed#08471 Pacific Premier Ba /Ftr/Bnf=Abs Finance Company LLC Srf# Ow00001902043843 Trn#220114187365 Rfb# Ow00001902043843 | | 9,185.00 | 14,432.66 |
| 1/18 | | eDeposit IN Branch/Store 01/18/22 02:27:20 PM 1499 N Main St Walnut Creek CA | 19,700.00 | | |
| 1/18 | | Recurring Payment authorized on 01/16 Paypal *Lawdepot 4029357733 Can S582016390154166 Card 6823 | | 33.00 | |
| 1/18 | | Recurring Payment authorized on 01/17 Paypal *Smallpdf 4029357733 Che S462017398552674 Card 6823 | | 12.00 | 34,087.66 |
| 1/19 | | Recurring Payment authorized on 01/18 Paypal *Lawdepot 4029357733 Can S462018363685287 Card 6823 | | 33.00 | 34,054.66 |
| 1/28 | | Recurring Payment authorized on 01/27 Paypal *Eforms Sub 402-935-7733 FL S382027388862564 Card 6823 | | 15.00 | 34,039.66 |
| Ending balance on 1/31 | | | | | 34,039.66 |
| Totals | | | $88,429.64 | $54,389.98 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/05/2022 - 01/31/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following account requirements | | |
| • Average ledger balance | $1,000.00 | $32,348.00 ☑ |
| • Minimum daily balance | $500.00 | $14,432.66 ☑ |

C1/C1



## Account transaction fees summary

| Service charge description | Units used | Units Included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 # IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We are updating the Deposit Account Agreement ("Account Agreement") dated October 15, 2021. Effective February 15, 2022, the following applies to wire transfers transactions: the section titled "Funds Transfer Services" has revisions to the introductory paragraph, we added subsections titled "Funds Transfer Security Procedure" and "Rejecting a Funds Transfer Request", and the subsection titled "Your duty to report unauthorized or erroneous funds transfers" has been revised.

If you are enrolled in Wells Fargo Online®, Wells Fargo Business Online®, Wells Fargo Mobile®, or Wells Fargo Advisors® online services, you reviewed and accepted our Online Access Agreement ("OAA") when you enrolled in those services. We have added a new section 15(c) Transfers Security Procedures (Business Customers and Online Wire Transfers) to the OAA to provide more clarity regarding the security procedures that apply to certain online transactions and the various addenda agreements. The updated version of the OAA will go into effect on February 15, 2022.

No, you don't need to take any action. This notice is simply to let you know that certain terms in the Account Agreement and the OAA have been updated. Your continued use of your account and, if enrolled, in the above online services will be your acceptance to these updated terms. Please review the Account Agreement and OAA, and only continue to use the above online services if you agree to all terms.

For more details, please access the Consumer Account Addenda at www.wellsfargo.com/online-banking/consumer-account-fees/ or the complete OAA at www.wellsfargo.com/online-banking/online-access-agreement/upcoming.



## General statement policies for Wells Fargo Bank

• Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD

B. Any deposits listed in your     $ _____
register or transfers into         $ _____
your account which are not         $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                TOTAL $ _____

SUBTRACT

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount      | $      |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Optimize Business Checking℠

SM



MAG AUTO GROUP INC.
DBA MAG MOTOR COMPANY
1890 N MAIN ST
WALNUT CREEK CA 94596-4129

## Questions?

**Available by phone 24 hours a day, 7 days a week:**
1-800-CALL-WELLS (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### Optimize Business Checking ℠

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████8153 | $28,901.76 | $65,827.88 | -$95,111.41 | -$381.77 |

## Credits
Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/03 | 500.00 | Bankcard-1203 Mtot Dep 211231 530960690202650 Marin Auto Group |
| | 01/03 | 163.25 | Star One Cu Vadmin Fee 211231 Hbf5C27C5171920 310529Mag Motor Compan |
| | 01/03 | 378.82 | Cu Direct Vadmin Fee 211231 1Ab2A57Flb50424 310529Mag Motor Compan |
| | 01/03 | 1,500.00 | Bankcard-1203 Mtot Dep 220102 530960690202650 Marin Auto Group |
| | 01/03 | 9,083.42 | Bankcard-1203 Mtot Dep 220102 530960690202650 Marin Auto Group |
| | 01/03 | 16,325.43 | Star One Cu Vhcl Purch 211231 Hbf5C27C5171920 310529Mag Motor Compan |
| | 01/03 | 37,876.96 | Cu Direct Vhcl Purch 211231 1Ab2A57Flb50424 310529Mag Motor Compan |
| | | $65,827.88 | Total electronic deposits/bank credits |
| | | $65,827.88 | Total credits |

## Debits
Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 01/03 | 26,000.00 | Online Transfer to Ward S Everyday Checking xxxxxx4154 Ref #Ib0D8NV24S on 01/01/22 |
| | 01/05 | 68,729.64 | Etransfer IN Branch/Store - to Checking 1499 N Main St Walnut Creek CA 7718 |
| | 01/11 | 381.77 | Client Analysis Srvc Chrg 220110 Svc Chge 1221 000002515108153 |
| | | $95,111.41 | Total electronic debits/bank debits |
| | | $95,111.41 | Total debits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(114)
Sheet Seq = 0018925



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/31 | 28,901.76 | 01/05 | 0.00 | 01/11 | -381.77 |
| 01/03 | 68,729.64 | | | | |
| | Average daily ledger balance | | $6,040.18 | | |

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.