# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  02/28/22

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $10,498 | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $10,498 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |     Personal Property | | |
| 19 |     Real Property | $25,672 | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |     Salaries | | |
| 21 |     Draws | $1,500 | |
| 22 |     Commissions/Royalties | | |
| 23 |     Expense Reimbursements | | |
| 24 |     Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |     Employee Withholding | | |
| 28 |     Employer Payroll Taxes | | |
| 29 |     Real Property Taxes | | |
| 30 |     Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 |     Office Expenses | $1,932 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $29,104 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | ($18,606) | $0 |
| 39 | **Cash Balance, Beginning of Period** | $34,040 | |
| 40 | **Cash Balance, End of Period** | $15,434 | $0 |

Revised 1/1/98