

MAG AUTO GROUP INC.
DBA MARIN AUTO GROUP
DEBTOR IN POSSESSION
CH 11 CASE #21-41536(NCA)
1890 N MAIN ST
WALNUT CREEK CA 94596-4129

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/1 | $34,039.66 |
| Deposits/Credits | 10,498.00 |
| Withdrawals/Debits | - 29,103.75 |
| **Ending balance on 2/28** | **$15,433.91** |

Account number: ▮▮▮▮7718

**MAG AUTO GROUP INC.**
**DBA MARIN AUTO GROUP**
**DEBTOR IN POSSESSION**
**CH 11 CASE #21-41536(NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 2/7 | | eDeposit IN Branch/Store 02/05/22 11:41:46 Am 1499 N Main St Walnut Creek CA 6823 | 30.00 | | |
| 2/7 | | Cash eWithdrawal in Branch/Store 02/05/2022 11:34 Am 1499 N Main St Walnut Creek CA 6823 | | 30.00 | |
| 2/7 | | Withdrawal Made In A Branch/Store | | 25,672.75 | 8,366.91 |
| 2/14 | | Withdrawal Made In A Branch/Store | | 1,808.00 | 6,558.91 |
| 2/17 | | Recurring Payment authorized on 02/16 Paypal *Lawdepot 4029357733 Can S462047414739782 Card 6823 | | 33.00 | 6,525.91 |
| 2/18 | | Recurring Payment authorized on 02/17 Paypal *Smallpdf 4029357733 Che S462048406958274 Card 6823 | | 12.00 | |
| 2/18 | | Zelle to Mozaffari Shaghayegh on 02/18 Ref #Rp0Q8Zbxxj | | 1,500.00 | 5,013.91 |
| 2/22 | | Recurring Payment authorized on 02/18 Paypal *Lawdepot 4029357733 Can S582049402492031 Card 6823 | | 33.00 | 4,980.91 |
| 2/24 | | eDeposit IN Branch/Store 02/24/22 03:47:12 PM 1499 N Main St Walnut Creek CA | 10,468.00 | | 15,448.91 |
| 2/28 | | Recurring Payment authorized on 02/27 Paypal *Eforms Sub 402-935-7733 FL S462058451637909 Card 6823 | | 15.00 | 15,433.91 |
| Ending balance on 2/28 | | | | | 15,433.91 |
| Totals | | | $10,498.00 | $29,103.75 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2022 - 02/28/2022 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the requirements to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any ONE of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $14,152.00 ☐ |
| · Minimum daily balance | $500.00 | $4,980.91 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



---

## General statement policies for Wells Fargo Bank

• Notice: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

• If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect any automatic payments you receive. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A.  The ending balance
    shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B.  Any deposits listed in your                            $ _____
    register or transfers into                             $ _____
    your account which are not                             $ _____
    shown on your statement.                             + $ _____
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
    (Add Parts A and B)
    . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    .                                                     TOTAL $ _____

SUBTRACT
C.  The total outstanding checks and
    withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
    (Part A + Part B - Part C)
    This amount should be the same
    as the current balance shown in
    your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801