Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

    I am over the age of 18 and not a party to the within action; my business address is 2329A Eagle Avenue, Alameda, California 94501

    On April 4, 2022, I served the foregoing document described as: **STATUS CONFERENCE STATEMENT** on the interested parties by electronic mail to:

Office of the U.S. Trustee - Elvina.Rofael@usdoj.gov

**SEE ATTACHED SERVICE LIST**

    I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

    Executed on April 4, 2022, at Alameda, California.

                                                                             /s/ Marc Voisenat
                                                                            Marc Voisenat

| | | |
|---|---|---|
| AJ Equity<br>1648 61st Street<br>Brooklyn, NY 11204 | ABS Finance<br>341 Corporate Terrace<br>Corona, CA 92879-6028 | ABS Finance Company LLC dba ABS Auto Auction<br>c/o Matthew W. Grimshaw<br>870 Roosevelt<br>Irvine, CA 92620-3663 |
| Berkovitch & Bouskila, PLLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2209 | AJ Equity Group, LLC<br>80 Broad St, Suite 3303<br>New York, NY 10004-2209 | Ariel Bouskila, Attorney for AJ Equity<br>Berkovitch & Bouskila<br>80 Broad St., Suite 3303<br>New York, NY 10004-2209 |
| California Dept of Tax and Fee Admin<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CA Franchise Tax Board<br>Special Procedures Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| JPMORGAN CHASE BANK N A BANKRUPTCY<br>MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Capital Assist<br>243 Tresser, 17th Floor<br>Stamford, CT 06901 | Capital Assist<br>750 Main Street, Suite 906<br>Hartford, CT 06103-2703 |
| Five Star Bank<br>3100 Zinfandel Drive<br>Suite 650<br>Rancho Cordova, CA 95670-6064 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Five Star Bank<br>Hefner, Stark & Marois, LLP<br>Attn: Thomas P. Griffin, Jr., Esq.<br>2150 River Plaza Drive, Ste. 450<br>Sacramento, CA 95833-4136 |
| Dixon Leon Gardner<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 | Five Star Bank<br>Hefner Stark and Marois, LLP<br>c/o Thomas P Griffin, Jr<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833-4136 | Forwardline.com<br>5161 Lankershim Blvd.<br>Suite 250<br>North Hollywood, CA 91601-4963 |
| Matthew W. Grimshaw<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 | Anthony F. Giuliano<br>Giuliano Law, PC<br>445 Broadhollow Road, Suite 25<br>Melville, NY 11747-3645 | HEFNER STARK & MAROIS LLP<br>ATTN THOMAS P GRIFFIN JR<br>2150 RIVER PLAZA DRIVE<br>SUITE 450<br>SACRAMENTO CA 95833-4136 |
| Hi Bar Capital<br>c/o Giuliano Law PC<br>445 Broadhollow Rd., Ste 25<br>Melville, NY 11747-3645 | Hi Bar Capital<br>Giuliano Law, PC<br>445 Broadhollow Rd.,Suite 25<br>Melville, NY 11747-3645 | Hi Bar Capital<br>1825 65th St.<br>Brooklyn, NY 11204-3819 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Michael R. Hogue<br>Greenberg Traurig, LLP<br>4 Embarcadero Ctr, #3000<br>San Francisco, CA 94111-5983 | Kindon Kapital<br>1825 65th St.<br>Brooklyn, NY 11204-3819 |
| | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | |

| | | |
|---|---|---|
| Kinetic Advantage<br>10333 n. Meridian St.<br>Indianapolis, IN 46290-1150 | Kinetic Advantage, LLC<br>10333 N Meridian, Suite 400<br>Indianapolis, IN 46290-1112 | Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 |
| Lifetime Funding<br>585 Stewart Avenue, Suite L90<br>Garden City, NY 11530-4750 | NetGear Capital<br>11799 N College Ave.<br>Carmel, IN 46032-5605 | Christopher M. McDermott<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Pouriya Pete Mozaffary<br>30 Sugar Pine Lane<br>Danville, CA 94506-4534 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>New Hyde Park, NY 11042-1046 |
| NextGear Capital, Inc.<br>c/o Greenberg Traurig, LLP<br>Four Embarcadero Center<br>Suite 3000<br>San Francisco, CA 94111-5983 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>P.O. Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Pawn Funding<br>2167 E 21st Street, Suite 252<br>Brooklyn, NY 11229-3607 |
| Westlake Flooring<br>4751 Wilshire Blvd, #100<br>Los Angeles, CA 90010-3847 | Westlake Flooring Company, LLC<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 | U S ATTORNEY'S OFFICE  NORTHERN DISTRICT<br>450 GOLDEN GATE AVENUE<br>9TH FLOOR<br>SAN FRANCISCO CA 94102-3419 |
| David A. Wood<br>Marshack Hays LLP<br>870 Roosevelt<br>Irvine, CA 92620-3663 | Yes Capital Group<br>161 Kings Hwy<br>Brooklyn, NY 11223-1038 | Westlake Financial Company, LLC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 |
| | | Westlake Flooring Company, LLLC<br>Madison Law, APC<br>17702 Mitchell North<br>Irvine, CA 92614-6013 |