UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: MAG AUTO GROUP INC. DBA MAG MOTOR COMPANY DBA MARIN AUTO GROUP DBA MAG INVESTMENT INC, <br><br> Debtor(s) | Bankruptcy No.: 21-41536-WJL <br> R.S. No.: CM-013 <br> Hearing Date: May 11, 2022 <br> Time: 9:30 a.m. |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: December 31, 2021 — Chapter: 11

 Prior hearings on this obligation: — Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $
   Contract Balance: $
   Monthly Payment: $
   Insurance Advance: $

   Source of value:
   Pre-Petition Default: $
   No. of months:
   Post-Petition Default: $
   No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 30 Sugar Pine Lane, Danville, California 94506

| Fair market value: n/a | Source of value: <br><br> If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $2,221,718.65
   As of (date): 3/21/2022
   Mo. payment: $24,686.17
   Notice of Default (date): _____
   Notice of Trustee's Sale: _____

   Pre-Petition Default:     $0
   No. of months: _____
   Post-Petition Default:    $89,744.68
   No. of months:   4
   Advances Senior Liens:    $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed:_____ | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |
| Costs of Sale (8%)_____ | $_____ | $_____ | $_____ |
|  | (Total) $_____ | $_____ | $_____ |

(D) Other pertinent information:
   [x] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
   [ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
   [ ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
      [ ] Loan modification: Debtor's request is pending.   [ ] Loan modification: Modification in trial period.
      [ ] Loan modification: No decision yet.                [ ] Loan modification: Denied in writing (attached hereto)

*signature*
Signature
CHRISTOPHER M. MCDERMOTT
Print or Type Name
Attorney for Newtek Small Business Finance, LLC