Christopher M. McDermott (SBN 253411)
cmcdermott@aldridgepite.com
Greg Campbell (SBN 281732)
gcampbell@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for
Newtek Small Business Finance, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 21-41536-WJL |
| MAG AUTO GROUP INC. DBA MAG MOTOR COMPANY DBA MARIN AUTO GROUP DBA MAG INVESTMENT INC, | Chapter 11 |
| | R.S. No. CM-013 |
| Debtor. | **DECLARATION IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY** |
| | **Hearing**: <br> Date: May 11, 2022 <br> Time: 9:30 a.m. <br> Place: ZOOM Tele/Videoconference |

I, JOHN D. STRATHMAN, declare:

1. I am over 18 years of age and am employed as a VICE-PRESIDENT of Newtek Small Business Finance, LLC ("Movant"). In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I have access to and am familiar with Movant's books and records regarding the Loan, including Movant's servicing records and copies of the applicable Loan documents. I am familiar with the manner in which maintains its books and records, including computer records

- 1 -
CASE NO. 21-41536-WJL
DECLARATION IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

Case: 21-41536    Doc# 50-4    Filed: 04/05/22    Entered: 04/05/22 14:07:38    Page 1 of 2

relating to the servicing of the Loan. Movant's records are made at or near the time of the occurrence of the matters set forth in such records, by an employee or representative with knowledge of the acts or events recorded. Such records are obtained, kept and maintained by in the regular course of Movant's business. Movant relies on such records in the ordinary course of its business.

3. According to Movant's books and records, the Loan is evidenced by a promissory note executed by Mag Auto Group Inc. and dated September 24, 2021, in the original principal amount of $2,210,000.00 (the "Note"). See Exhibit A.

4. The Note is secured by a deed of trust (the "Deed of Trust") relating to the real property commonly known as 30 Sugar Pine Lane, Danville, California 94506 (the "Property"). The Deed of Trust is executed by Pouriya Pete Mozaffary ("Mozaffary") in his individual capacity as title holder of the Property. The Deed of Trust reflects that it was duly recorded. See Exhibit B.

5. Copies of the Note and Deed of Trust which are attached hereto as Exhibits A and B are true and correct copies of said documents contained in Movant's business records.

6. As of March 21, 2022, the estimated payoff owing under the Note is the approximate sum of $2,221,718.65. As of April 1, 2022, the Debtor is delinquent under the terms of the Note in the amount of $89,744.68. (See Declaration, Exhibit C).

7. Movant has retained counsel to represent it in this matter, and is thereby incurring attorneys' fees and expenses in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of APRIL, 2022, at EMERSON, NEW JERSEY.

_____
Signature of Declarant

JOHN D. STRATHMAN
Typed Name of Declarant

- 2 -  CASE NO. 21-41536-WJL

**DECLARATION IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**