| Debtor | Mag Auto Group Inc. | Date | 4/1/2022 |
|---|---|---|---|
| BK Case # | 21-41536-WJL | Filing Date | 12/31/2021 |

| DATE DUE | Payment Due | DATE Received | Payments Received | | TOTAL DEFAULT |
|---|---|---|---|---|---|
| 1/1/2022 | $ 24,686.17 | 1/25/2022 | $ 9,000.00 | | $ 15,686.17 |
| 2/1/2022 | $ 24,686.17 | | | | $ 40,372.34 |
| 3/1/2022 | $ 24,686.17 | | | | $ 65,058.51 |
| 4/1/2022 | $ 24,686.17 | | | | $ 89,744.68 |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL DUE: | $ 98,744.68 | TOTAL PMTS: | $ 9,000.00 | TOTAL DEFAULT: | $ 89,744.68 |

EXHIBIT C