UNITED STATES BANKRUPTCY COURT
Northern District of California

| In re: MAG AUTO GROUP INC. DBA MAG MOTOR COMPANY DBA MARIN AUTO GROUP DBA MAG INVESTMENT INC, <br><br> Debtor(s) | Bankruptcy No.: 21-41536-WJL <br> R.S. No.: CM-014 <br> Hearing Date: May 11, 2022 <br> Time: 9:30 a.m. |
|---|---|

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: December 31, 2021   Chapter: 11

   Prior hearings on this obligation:   Last Day to File §523/§727 Complaints:

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default: $
No. of months:
Post-Petition Default: $
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 4919 N Millbrook Avenue, Apt 130, Fresno, California 93726

| Fair market value: n/a | Source of value: <br><br> If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal. $2,221,718.65
As of (date): March 21, 2022
Mo. payment: $24,686.17
Notice of Default (date):
Notice of Trustee's Sale:

Pre-Petition Default: $0
No. of months:
Post-Petition Default: $89,744.68
No. of months: 4
Advances Senior Liens: $

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ | $ | $ |
| 2nd Trust Deed: | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| Costs of Sale (8%) | $ | $ | $ |
|  | (Total) | $ | $ |

(D) Other pertinent information:
 [X] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
 [ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
 [ ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
  [ ] Loan modification: Debtor's request is pending.   [ ] Loan modification: Modification in trial period.
  [ ] Loan modification: No decision yet.   [ ] Loan modification: Denied in writing (attached hereto)

Signature
CHRISTOPHER M. MCDERMOTT
Print or Type Name
Attorney for Newtek Small Business Finance, LLC