| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Christopher M. McDermott (SBN 253411)<br>cmcdermott@aldridgepite.com<br>Greg Campbell (SBN 281732)<br>gcampbell@aldridgepite.com<br>**ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 7<br>8 | Attorneys for<br>Newtek Small Business Finance, LLC |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP INC. DBA MAG MOTOR COMPANY DBA MARIN AUTO GROUP DBA MAG INVESTMENT INC,<br><br>Debtor(s). | Case No. 21-41536-WJL<br><br>Chapter 11<br><br>R.S. No. CM-014<br><br>**NOTICE OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: May 11, 2022<br>Time: 9:30 a.m.<br>Place: Ctrm 220 or<br>　　　　AT&T Teleconference |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that, on May 11, 2022, at 9:30 a.m., or as soon thereafter as the parties may be heard, there will be a preliminary hearing on Newtek Small Business Finance, LLC's Motion TO Confirm That the Automatic Stay is Not in Effect or Alternatively, for Relief from the Automatic Stay ("Motion") made pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, before the Honorable William J. Lafferty.

- 1 -　　CASE NO. 21-41536-WJL
NOTICE OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR
ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE FURTHER NOTICE** that (1) counsel, parties, and other interested parties may attend the hearing in person or by AT&T Teleconference, (2) additional information is available on Judge Lafferty's Procedures page on the court's website, and (3) information on how to attend the hearing by AT&T Teleconference will be provided under Judge Lafferty's Open Calendar Procedure on the court's website.

**PLEASE TAKE FURTHER NOTICE** that any party opposing the Motion must appear personally or by counsel at the preliminary hearing and may file responsive pleadings, points and authorities and declarations. **FAILURE TO APPEAR AT THE PRELIMINARY HEARING MAY BE DEEMED BY THE COURT TO BE CONSENT TO THE GRANTING OF THE MOTION**.

The Motion is based on the Motion, Memorandum of Points and Authorities in Support of Motion to Confirm that the Automatic Stay is not in Effect or Alternatively, for Relief from the Automatic Stay and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**ALDRIDGE PITE, LLP**

Dated: April 8, 2022

CHRISTOPHER M. MCDERMOTT
Attorneys for Movant
Newtek Small Business Finance, LLC

- 2 -  CASE NO. 21-41536-WJL
**NOTICE OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

Case: 21-41536    Doc# 56    Filed: 04/08/22    Entered: 04/08/22 13:56:56    Page 2 of 2