| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Christopher M. McDermott (SBN 253411)<br>cmcdermott@aldridgepite.com<br>Greg Campbell (SBN 281732)<br>gcampbell@aldridgepite.com<br>**ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>Attorneys for<br>Newtek Small Business Finance, LLC |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP INC. DBA MAG MOTOR COMPANY DBA MARIN AUTO GROUP DBA MAG INVESTMENT INC,<br><br>Debtor. | Case No. 21-41536-WJL<br><br>Chapter 11<br><br>R.S. No. CM-015<br><br>**MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: May 11, 2022<br>Time: 9:30 a.m.<br>Place: Ctrm 220 or AT&T Teleconference |

Newtek Small Business Finance, LLC ("Movant") will and hereby does move, pursuant to 11 U.S.C. § 362(d), and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 4475 Redding Street, Oakland, California 94619.

This Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently

- 1 -     CASE NO. 21-41536-WJL
**MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

Case: 21-41536    Doc# 57    Filed: 04/08/22    Entered: 04/08/22 14:19:49    Page 1 of 2

herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

Dated: April 5, 2022

ALDRIDGE PITE, LLP

_____
CHRISTOPHER M. MCDERMOTT
Attorneys for Movant
Newtek Small Business Finance, LLC

- 2 -    CASE NO. 21-41536-WJL
**MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

Case: 21-41536    Doc# 57    Filed: 04/08/22    Entered: 04/08/22 14:19:49    Page 2 of 2