```
Christopher M. McDermott (SBN 253411)
cmcdermott@aldridgepite.com
Greg Campbell (SBN 281732)
gcampbell@aldridgepite.com
```
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for
Newtek Small Business Finance, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>MAG AUTO GROUP INC. DBA MAG MOTOR COMPANY DBA MARIN AUTO GROUP DBA MAG INVESTMENT INC,<br><br>Debtor. | Case No. 21-41536-WJL<br><br>Chapter 11<br><br>R.S. No. CM-015<br><br>**PROOF OF SERVICE** |

I, Roberto Reyes, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On April 8, 2022, I caused the following documents:

- **RELIEF FROM STAY COVER SHEET;**

- **NOTICE OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

- **MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR

**ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

- **DECLARATION IN SUPPORT OF MOTION TO CONFIRM THAT THE AUTOMATIC STAY IS NOT IN EFFECT OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTOR**
Mag Auto Group Inc.
1890 N Main Street
Walnut Creek, CA 94596
(Via U.S. Mail)

**DEBTOR'S ATTORNEY**
Marc Voisenat
Law Offices of Marc Voisenat
2329A Eagle Ave.
Alameda, CA 94501
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(Via NEF)

**OTHER INTERESTED PARTIES**
Pouriya Pete Mozaffary
30 Sugar Pine Lane
Danville, CA 94506
(Via U.S Mail)

RCN Capital, LLC
75 Gerber Rd East, Ste 102
South Windsor, CT 06074
(Via U.S. Mail)

- 2 -
**PROOF OF SERVICE**
CASE NO. 21-41536-WJL

**20 LARGEST CREDITORS (VIA U.S. MAIL)**

Yes Capital Group
161 Kings Hwy
Brooklyn, NY 11204

AJ Equity
1648 61st Street
Brooklyn, NY 11204

California Dept of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-0055

Capital Assist
750 Main Street,
Suite 906
Hartford, CT 06103

Hi Bar Capital
1825 65th St.
Brooklyn, NY 11204

Kindon Kapital
1825 65th St.
Brooklyn, NY 11204

Kinetic Advantage
10333 n. Meridian St.
Indianapolis, IN 46290

Lifetime Funding
585 Stewart Avenue, Suite L90
Garden City, NY 11530

NetGear Capital
11799 N College Ave.
Carmel, IN 46032

Pawn Funding
2167 E 21st Street, Suite 252
Brooklyn, NY 11229

| | |
|---|---|
| 1 | Westlake Flooring |
| 2 | 4751 Wilshire Blvd, #100 |
|   | Los Angeles, CA 90010 |
| 3 | I declare under penalty of perjury that the foregoing is true and correct. |
| 4 | |
| 5 | Dated: April 8, 2022                    /s/ Roberto Reyes |
|   |                                          ROBERTO REYES |