Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

## United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>　　　　Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**MOTION TO DISMISS CHAPTER 11 CASE**<br><br>Date:　April 20, 2022<br>Time:　10:30 a.m.<br>Crtrm: 220 |

  Mag Auto Group, Inc., Debtor-In-Possession (the "Debtor"), moves the Court for an order dismissing the above captioned case pursuant to 11 U.S.C. §1112(b) and 105(a).

### JURISDICTION

  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court has authority to grant this Motion under 11 U.S.C. §1112. Venue of the Debtor's Chapter 11 case and this Motion in this district is proper pursuant to 28 U.S.C. §§1408 and 1409

### FACTUAL BASIS FOR RELIEF

  The above case was filed on December 31, 2021, to preserve assets of the debtor. Prior to the filing of this case, several merchant cash account creditors were taking daily payments

directly from the debtor's bank account. This prevented the debtor from paying the secured creditors for the car that were sold by the debtor. This caused some secured creditors to repossess their vehicles.

In addition, secured creditor Kinetic Advantage, LLC caused collection letters to be issued to the debtor's finance companies demanding payment. Due to these letters, the companies that used to finance vehicles for the debtor's customers stopped doing business with the debtor.

When the case was filed, the debtor's intent was to resume business operations and create a viable company that allow the debtor to reorganize its debts or in the alternative to allow the debtor to liquidate its assets in an orderly fashion. Since the case was filed, some of the issues that caused the filing of this case have been mitigated to the point where the debtor has been able to sell its vehicles.

However, the debtor has a fixed number of vehicles left to sell. However, the debtor does not have the current financial ability to purchase new inventory once the current inventory has been liquidated to pay the secured floor planning creditors.

The debtor is currently being audited by the California Department of Tax and Fee Administration. Recently the debtor received a statement of account wherein the CDTFA states that the debtor owes $1,466,106 for unpaid sales tax from 2016 through November 2021. Since confirmation of a plan would require this amount to be paid in full, the debtor lacks the financial ability to propose a feasible plan of reorganization.

Since the secured and priority debt far exceed the value of the assets of this estate conversion to chapter 7 would yield no distribution to unsecured creditors. The debtor has no viable ability to propose a feasible plan. As such, the debtor would request dismissal of the case.

///

## AUTHORITY FOR RELIEF REQUESTED

Section 1112 authorizes the dismissal of a bankruptcy case for cause. 11 U.S.C. §1112. Although the language of section 1112(b) provides a list of possible circumstances for "cause," this is not an exhaustive list, and in fact "the court is not limited to the enumerated grounds in making its determination of some `cause.'" In re Gonic Realty Trust, 909 F.2d. 624 (1st.Cir 1990). Thus, in determining "cause" for dismissal the court may consider other factors as they arise and use its powers to reach appropriate results in individual cases. Id.

Cause to dismiss exists here simply because there is no purpose or value under the totality of the circumstances in maintaining this case or converting to chapter 7. Therefore, there would be no benefit to either the debtor or creditors if the case were converted to chapter 7.

Wherefore, debtor prays the Court grant its motion and dismiss the above captioned case.

Dated: April 8, 2022

                                                         /s/ Marc Voisenat
                                                       Marc Voisenat, Attorney
                                                       for Debtor-In-Possession