Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**DECLARATION OF POURIYA PETE MOZAFFARY IN SUPPORT OF MOTION TO DISMISS CHAPTER 11 CASE**<br><br>Date: April 20, 2022<br>Time: 10:30 a.m.<br>Crtrm: 220 |

I, Pouriya Pete Mozaffary declare as follows:

1. I am the President and responsible person for the debtor. If called to testify, I could and would testify to those facts set forth below from my own personal knowledge.

2. The above case was filed on December 31, 2021, to preserve assets of the debtor.

3. Prior to the filing of this case, several merchant cash account creditors were taking daily payments directly from the debtor's bank account. This prevented the debtor from paying the secured creditors for the car that were sold by the debtor. This caused some secured creditors to repossess their vehicles.

4. In addition, Kinetic Advantage, LLC caused collection letters to be issued to the debtor's finance companies demanding payment. Due to these letters, the companies that used to finance vehicles for the debtor's customers stopped doing business with the debtor.

5. When the case was filed, the debtor's intent was to resume business operations and create a viable company that allow the debtor to reorganize its debts or in the alternative to allow the debtor to liquidate its assets in an orderly fashion.

6. Since the case was filed, some of the issues that caused the filing of this case have been mitigated to the point where the debtor has been able to sell its vehicles.

7. However, the debtor has a fixed number of vehicles left to sell. However, the debtor does not have the current financial ability to purchase new inventory once the current inventory has been liquidated to pay the secured floor planning creditors.

8. The debtor is currently being audited by the California Department of Tax and Fee Administration. Recently I received a statement of account wherein the CDTFA states that the debtor owes $1,466,106 for unpaid sales tax from 2016 through November 2021. A true and correct copy of that letter is attached as Exhibit A.

9. Since confirmation of a plan would require this amount to be paid in full, the debtor lacks the financial ability to propose a feasible plan of reorganization.

10. The secured and priority debt far exceed the value of the assets of this estate.

11. Therefore, there being no viable ability to propose a feasible plan, the debtor would request dismissal of the case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>April 8, 2022</u>

/s/ Pouriya Pete Mozaffary<br>
Pouriya Pete Mozaffary<br>
Responsible Person for<br>
Debtor-In-Possession

STATE OF CALIFORNIA

**CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION**
P.O. BOX 942879, SACRAMENTO, CA 94279-0001
1-800-400-7115 • FAX 1-916-928-6241
www.cdtfa.ca.gov

GAVIN NEWSOM
Governor

YOLANDA RICHARDSON
Secretary, Government Operations Agency

NICOLAS MADUROS
Director

POURIYA PETE MOZAFFARI
MAG AUTO GROUP INC.
1890 N MAIN ST
WALNUT CREEK CA  94596-4129

Letter Date: March 1, 2022
Letter ID: L0014142491
Limited Access Code: q586059r

## Statement of Account

**Why we are contacting you:**
Our records show that you have an outstanding balance for the account(s) and reporting period(s) shown below. This is a summary of tax/fee, interest and penalties. A detailed listing of amounts due is included with this letter.

**PAYMENT OPTIONS**
Payments can be made online by going to *www.cdtfa.ca.gov* and selecting the *Make a Payment* option or if you are paying by cashier's check, please write your account number and Letter ID (shown above), on the check and include a copy of this notice with your payment, keep the original notice for your records. Make your cashier's check payable to the California Department of Tax and Fee Administration and mail to P.O. Box 942879, Sacramento, CA 94279-7072. If you need additional help, please call the telephone number listed above.



## Sales and Use Tax
### Account Number: 102-705744

| Period Begin | Period End | Notice Type | Tax | Interest | Penalty | Other | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| 01-Jan-2016 | 31-Dec-2018 | Audit Determination | 170,735.00 | 33,987.96 | 16,928.00 | 0.00 | (7,336.81) | 214,314.15 |
| 01-Jan-2019 | 31-Mar-2020 | Audit Determination | 210,221.00 | 29,773.50 | 98,359.76 | 0.00 | (191.40) | 338,162.86 |
| 01-Apr-2020 | 30-Jun-2020 | Return | 176,674.00 | 12,819.41 | 16,867.40 | 950.00 | (39,727.64) | 167,583.17 |
| 01-Jul-2020 | 30-Sep-2020 | Return | 196,816.00 | 14,734.66 | 18,281.60 | 950.00 | (20,000.00) | 210,782.26 |
| 01-Oct-2020 | 31-Dec-2020 | Return | 167,245.00 | 8,362.20 | 16,724.50 | 0.00 | 0.00 | 192,331.70 |
| 01-Jan-2021 | 31-Jan-2021 | Return | 43,336.00 | 36.40 | 67.60 | 190.00 | (42,609.00) | 1,021.00 |
| 01-Mar-2021 | 31-Mar-2021 | Return | 76,753.00 | 574.14 | 1,851.30 | 0.00 | (60,349.00) | 18,829.44 |
| 01-Apr-2021 | 30-Apr-2021 | Return | 63,972.00 | 417.68 | 3,204.20 | 0.00 | (61,200.00) | 6,393.88 |
| 01-May-2021 | 31-May-2021 | Return | 70,971.00 | 381.86 | 6,548.10 | 0.00 | (72,390.00) | 5,510.96 |
| 01-Jun-2021 | 30-Jun-2021 | Return | 53,481.00 | 431.88 | 5,348.10 | 0.00 | (51,094.00) | 8,166.98 |
| 01-Jul-2021 | 31-Jul-2021 | Return | 49,794.00 | 750.40 | 4,979.40 | 0.00 | (33,771.00) | 21,752.80 |
| 01-Aug-2021 | 31-Aug-2021 | Return | 39,949.00 | 677.02 | 3,994.90 | 0.00 | (15,507.00) | 29,113.92 |
| 01-Sep-2021 | 30-Sep-2021 | Return | 51,068.00 | 1,276.70 | 5,106.80 | 0.00 | 0.00 | 57,451.50 |

| | Tax | Interest | Penalty | Other | Credit | Balance |
|---|---|---|---|---|---|---|
| **Period Begin:** 01-Oct-2021 | **Period End:** 31-Oct-2021 | | | | | |
| **Notice Type** | Tax | Interest | Penalty | Other | Credit | Balance |
| Return | 49,964.00 | 725.82 | 4,838.40 | 0.00 | (1,575.00) | 53,953.22 |
| **Period Begin:** 01-Nov-2021 | **Period End:** 30-Nov-2021 | | | | | |
| **Notice Type** | Tax | Interest | Penalty | Other | Credit | Balance |
| Return | 45,127.00 | 676.92 | 4,512.70 | 0.00 | 0.00 | 50,316.62 |
| **Account Totals** | $1,466,106.00 | $105,626.55 | $207,612.76 | $2,090.00 | ($405,750.85) | $1,375,684.46 |

Grand Total:    1,375,684.46