Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

## United States Bankruptcy Court

## Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 11 CASE**<br><br>Date: April 20, 2022<br>Time: 10:30 a.m.<br>Crtrm: 220 |

TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD:

On April 6, 2022, the Court orally granted an order shortening time to hear debtor's Motion to Dismiss the above case.

**THEREFORE, PLEASE TAKE NOTICE THAT** on April 20, 2022, at 10:30 a.m., or as soon thereafter as this matter can be heard, before the Honorable before the Honorable William J. Lafferty, in Courtroom 220, of the United States Bankruptcy Court located at 1300 Clay Street, Oakland, California, the debtor will move the Court for an Order Dismissing the above captioned matter pursuant to 11 U.S.C. §1112(b) and 105(a).

Opposition if any, may be presented at the hearing.

Dated: April 8, 2022

/s/ Marc Voisenat
Marc Voisenat, Attorney
for Debtor-In-Possession