1  Marc Voisenat (CSB# 170935)
   2329A Eagle Avenue
2  Alameda, Ca.  94501
   Tel: (510) 263-8664
3  Fax: (510) 272-9158

4  Attorney for Debtor-in-Possession
   Mag Auto Group, Inc.
5

6

7

8                    **United States Bankruptcy Court**

9                    **Northern District of California**

10 In re:                                    Case No.:  21-41536 WJL

11 Mag Auto Group, Inc.                      Chapter 11

12                                           **CERTIFICATE OF SERVICE**
                  Debtor-in-Possession
13

14                                           Date:   April 20, 2022
                                             Time:  10:30 a.m.
15                                           Crtrm: 220

          I am over the age of 18 and not a party to the within action; my business address is 2329
16 A Eagle Avenue, Alameda, California 94501

17        On April 8, 2022, I served the foregoing document described as**: Motion to Dismiss
   Chapter 11 Case; Declaration of Pouriya Pete Mozaffary in support thereof and Notice of
18 Hearing on Motion to Dismiss Case** to the interested parties by placing a true copy thereof
   enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at
19 Alameda, California addressed as follows:

20                         **SEE ATTACHED LIST**

21 Via Electronically
   Office of the U.S. Trustee
22

23        I declare, under penalty of perjury, under the laws of the State of California that the
   foregoing is true and correct. Executed on April 8, 2022, at Alameda, California.
24
                                                    /s/ Marc Voisenat
25                                                  Marc Voisenat - Attorney

AJ Equity
1648 61st Street
Brooklyn, NY 11204

ABS Finance
341 Corporate Terrace
Corona, CA 92879-6028

ABS Finance Company LLC dba ABS Auto Auction
c/o Matthew W. Grimshaw
870 Roosevelt
Irvine, CA 92620-3663

Berkovitch & Bouskila, PLLC
80 Broad St, Suite 3303
New York, NY 10004-2209

AJ Equity Group, LLC
80 Broad St, Suite 3303
New York, NY 10004-2209

Ariel Bouskila, Attorney for AJ Equity
Berkovitch & Bouskila
80 Broad St., Suite 3303
New York, NY 10004-2209

California Dept of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-0055

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

JPMORGAN CHASE BANK  N A BANKRUPTCY
MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Capital Assist
243 Tresser, 17th Floor
Stamford, CT 06901

Capital Assist
750 Main Street, Suite 906
Hartford, CT 06103-2703

Five Star Bank
3100 Zinfandel Drive
Suite 650
Rancho Cordova, CA 95670-6064

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Five Star Bank
Hefner, Stark & Marois, LLP
Attn: Thomas P. Griffin, Jr., Esq.
2150 River Plaza Drive, Ste. 450
Sacramento, CA 95833-4136

Dixon Leon Gardner
Madison Law, APC
17702 Mitchell North
Irvine, CA 92614-6013

Five Star Bank
Hefner Stark and Marois, LLP
c/o Thomas P Griffin, Jr
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136

Forwardline.com
5161 Lankershim Blvd.
Suite 250
North Hollywood, CA 91601-4963

Matthew W. Grimshaw
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

Anthony F. Giuliano
Giuliano Law, PC
445 Broadhollow Road, Suite 25
Melville, NY 11747-3645

HEFNER  STARK & MAROIS  LLP
ATTN THOMAS P GRIFFIN JR
2150 RIVER PLAZA DRIVE
SUITE 450
SACRAMENTO CA 95833-4136

Hi Bar Capital
c/o Giuliano Law PC
445 Broadhollow Rd., Ste 25
Melville, NY 11747-3645

Hi Bar Capital
Giuliano Law, PC
445 Broadhollow Rd.,Suite 25
Melville, NY 11747-3645

Hi Bar Capital
1825 65th St.
Brooklyn, NY 11204-3819

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Michael R. Hogue
Greenberg Traurig, LLP
4 Embarcadero Ctr, #3000
San Francisco, CA 94111-5983

Kindon Kapital
1825 65th St.
Brooklyn, NY 11204-3819

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kinetic Advantage
10333 n. Meridian St.
Indianapolis, IN 46290-1150

Kinetic Advantage, LLC
10333 N Meridian, Suite 400
Indianapolis, IN 46290-1112

Labor Commissioner
1515 Clay St.
Room 801
Oakland, CA 94612-1463

Lifetime Funding
585 Stewart Avenue, Suite L90
Garden City, NY 11530-4750

NetGear Capital
11799 N College Ave.
Carmel, IN 46032-5605

Christopher M. McDermott
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Pouriya Pete Mozaffary
30 Sugar Pine Lane
Danville, CA 94506-4534

CALIFORNIA STATE BOARD OF EQUALIZATION
ACCOUNT REFERENCE GROUP MIC 29
P O BOX 942879
SACRAMENTO CA 94279-0029

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
New Hyde Park, NY 11042-1046

NextGear Capital, Inc.
c/o Greenberg Traurig, LLP
Four Embarcadero Center
Suite 3000
San Francisco, CA 94111-5983

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Pawn Funding
2167 E 21st Street, Suite 252
Brooklyn, NY 11229-3607

Westlake Flooring
4751 Wilshire Blvd, #100
Los Angeles, CA 90010-3847

Westlake Flooring Company, LLC
Madison Law, APC
17702 Mitchell North
Irvine, CA 92614-6013

U S  ATTORNEY'S OFFICE  NORTHERN DISTRICT
450 GOLDEN GATE AVENUE
9TH FLOOR
SAN FRANCISCO CA 94102-3419

David A. Wood
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

Yes Capital Group
161 Kings Hwy
Brooklyn, NY 11223-1038

Westlake Financial Company, LLC
17702 Mitchell North
Irvine, CA 92614-6013

Westlake Flooring Company, LLLC
Madison Law, APC
17702 Mitchell North
Irvine, CA 92614-6013