```
Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca.  94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.
```

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re: | Case No.: 21-41536 WJL |
| Mag Auto Group, Inc. | Chapter 11 |
| Debtor-in-Possession | **AMENDED** NOTICE OF HEARING ON MOTION TO DISMISS CHAPTER 11 CASE |
| | Date:   April 20, 2022<br>Time:  10:30 a.m.<br>Crtrm: 220 |

TO THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD:

On April 6, 2022, the Court orally granted an order shortening time to hear debtor's Motion to Dismiss the above case.

**THEREFORE, PLEASE TAKE NOTICE THAT** on April 20, 2022, at 10:30 a.m., or as soon thereafter as this matter can be heard, before the Honorable before the Honorable William J. Lafferty, in Courtroom 220, of the United States Bankruptcy Court located at 1300 Clay Street, Oakland, California, the debtor will move the Court for an Order Dismissing the

above captioned matter pursuant to 11 U.S.C. §1112(b) and 105(a).

All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Opposition if any, may be presented at the hearing.

Dated: April 8, 2022

/s/ Marc Voisenat
Marc Voisenat, Attorney
for Debtor-In-Possession