

The following constitutes the order of the Court.
Signed: April 11, 2022

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 21-41536 WJL |
| Mag Auto Group Inc., | Chapter 11 |
| Debtor. | **HEARING HELD:**<br>Date: April 6, 2022<br>Time: 10:30 a.m.<br>Courtroom 220<br>1300 Clay St.<br>Oakland, CA 94612 |

**ORDER AFTER HEARING**

On April 6, 2022, the Court held a continued status conference in the above-captioned case. Appearances were made at the hearing as noted on the record.

For the reasons stated on the record, the Court **HEREBY ORDERS** that if Debtor files and serves a motion to dismiss by **Monday, April 11, 2022,** an order shortening time is granted to hear the matter on **Wednesday, April 20, 2022, at 10:30 a.m**. For information about making an appearance at a scheduled hearing, please see: https://www.canb.uscourts.gov/judge/lafferty/calendar.

**\*END OF ORDER\***

**COURT SERVICE LIST**