1  DAVID A. WOOD, #272406
   dwood@marshackhays.com
2  MATTHEW W. GRIMSHAW, #210424
   mgrimshaw@marshackhays.com
3  BRAD N. BARNHARDT, #328705
   bbarnhardt@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt
5  Irvine, CA 92620
   Telephone: (949) 333-7777
6  Facsimile: (949) 333-7778

7  Attorneys for ABS Finance Company, LLC

The following constitutes the order of the Court.
Signed: April 11, 2022

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

MAG AUTO GROUP, INC,

Debtor.

Case No. 21-41536

Chapter 11

ORDER PROVISIONALLY GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO ABS FINANCE COMPANY, LLC'S COLLATERAL

Date:     April 6, 2022
Time:     9:30 a.m.
Ctrm:     220
Location: 1300 Clay Street,
          Oakland, California 94612

A hearing was held on April 6, 2022, at 9:30 a.m., in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, California 94612, on ABS Finance Company, LLC's ("ABS") Motion for Relief from the Automatic Stay, under 11 U.S.C. § 362(d) ("Motion"). Docket No. 42. Appearances were noted on the record.

Upon consideration of the Motion and its supporting evidence and oral arguments of counsel at the hearing, and for the reasons stated on the record, the Court rules as follows:

IT IS HEREBY ORDERED THAT

1. The Motion is provisionally granted as described in this Order.

2. The Debtor is prohibited from selling any vehicle that is subject to ABS's lien without ABS's written consent.

3. ABS is authorized to send a representative to either (a) segregate and secure the vehicles subject to ABS's lien at the Debtor's place of business or (b) take possession of the vehicles that are subject to ABS's lien that are in Debtor's actual or constructive possession, whichever it chooses. If ABS elects to remove its collateral from Debtor's actual or constructive possession, then ABS must secure the removed vehicles and may not dispose of the same pending a continued hearing on the Motion.

4. Prior to the continued hearing on April 20, 2022, the Debtor shall provide information to ABS as follows:

    a. On or before April 15, 2022, at 12:00 p.m. (noon) P.T., the Debtor shall provide ABS with all records of any transactions relating to vehicles that are or were subject to ABS's lien and in Debtor's actual or constructive possession at any time during the period from December 1, 2021, to April 6, 2022.

    b. ABS may request additional documents from the Debtor provided that such request is made in writing and served on Debtor's counsel no later than April 8, 2022. If a written request for documents is made, then Debtor shall provide all requested documents no later than April 15, 2022.

    c. The Debtor shall appear for a deposition by ABS on a mutually agreed upon date and time occurring no later than April 18, 2022. The deposition may be conducted in-person or by electronic means, such as by Zoom.

5. The hearing on the Motion is continued to April 20, 2022 at 9:30 a.m.

*** END OF ORDER ***

**APPROVED AS TO FORM PURSUANT TO BANKRUPTCY LOCAL RULE 9021-1(c)
SUBMISSION OF ORDERS – AFTER HEARINGS.**

MARC VOISENAT

/s/Marc Voisenat **[approved via electronically on 4/7/22]**
Attorney for Debtors-In-Possession
MAG AUTO GROUP INC.

**COURT SERVICE LIST**

No court service required.