Marc Voisenat (CSB# 170935)
2329A Eagle Avenue
Alameda, Ca. 94501
Tel: (510) 263-8664
Fax: (510) 272-9158

Attorney for Debtor-in-Possession
Mag Auto Group, Inc.

# United States Bankruptcy Court

# Northern District of California

| | |
|---|---|
| In re:<br><br>Mag Auto Group, Inc.<br><br>Debtor-in-Possession | Case No.: 21-41536 WJL<br><br>Chapter 11<br><br>**STATEMENT OF NON-OPPOSITION**<br><br>Date: April 20, 2022<br>Time: 9:30 a.m.<br>Crtrm: 220 |

    The debtor is currently returning all vehicles in which the moving party has a secured interest. The debtor has also requested dismissal of its bankruptcy case. Therefore, the debtor has no opposition to ABS Finance Company, LLC's Motion for Relief from the Automatic Stay.

Dated: <u>April 4, 2022</u>

                                              /s/ Marc Voisenat
                                              Marc Voisenat – Attorney
                                                for Debtor-In-Possession