The following constitutes the order of the Court.
Signed: April 20, 2022

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Mag Auto Group Inc.,<br><br>Debtor. | Case No. 21-41536 WJL<br><br>Chapter 11<br><br>**HEARING HELD:**<br>Date: April 20, 2022<br>Time: 10:30 a.m.<br>Courtroom 220<br>1300 Clay St.<br>Oakland, CA 94612 |

**ORDER AFTER HEARING DISMISSING CASE**

On April 20, 2022, the Court held a hearing on Debtor's Motion to Dismiss [ECF No. 59] (the "Motion"). The Motion was heard on shortened time pursuant to an oral ruling made at the hearing on April 6. Appearances were made at the April 20 hearing by the parties as noted on the record.

For the reasons stated on the record, the Court **HEREBY ORDERS** the Motion **APPROVED** and the above-captioned case **DISMISSED.**

**\*END OF ORDER\***

**COURT SERVICE LIST**