Form DOC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Mag Auto Group Inc.<br>   dba Mag Motor Company<br>   dba Marin Auto Group<br>   dba Mag Investment Inc<br>      Debtor(s) | Case No.: 21−41536 WJL 11<br>Chapter: 11 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 4/20/22 dismissing the above−captioned case effective 4/20/22.

Dated: 4/20/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 68