# Notice Recipients

District/Off: 0971−4        User: admin        Date Created: 4/20/2022
Case: 21−41536              Form ID: DOC       Total: 60

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          Not Assigned − OK
intp        Abu Hamed Family Trust
cr          Newtek Small Business Finance, LLC
                                                                              TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak       USTPRegion17.OA.ECF@usdoj.gov
aty         Anthony F. Giuliano                  afg@pryormandelup.com
aty         Christopher M. McDermott             ecfcanb@aldridgepite.com
aty         David A. Wood                        dwood@marshackhays.com
aty         Dixon Leon Gardner                   dgardner@madisonlawapc.com
aty         Elvina Rofael                        elvina.rofael@usdoj.gov
aty         Marc Voisenat                        marcvoisenatlawoffice@gmail.com
aty         Matthew W. Grimshaw                  matt@grimshawlawgroup.com
aty         Michael R. Hogue                     hoguem@gtlaw.com
aty         Thomas P. Griffin, Jr.               tgriffin@hsmlaw.com
                                                                              TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mag Auto Group Inc.          1890 N Main Street        Walnut Creek, CA 94596
cr          Westlake Flooring Company, LLC       Madison Law, APC        17702 Mitchell North        Irvine, CA 92614        UNITED STATES
cr          Hi Bar Capital       Giuliano Law, PC       445 Broadhollow Rd.,Suite 25       Melville, NY 11747
intp        Pouriya Pete Mozaffary       30 Sugar Pine Lane       Danville, CA 94506
intp        ABS Finance Company LLC dba ABS Auto Auctions       c/o Matthew W. Grimshaw       870 Roosevelt       Irvine, CA 92620
cr          Five Star Bank       Hefner, Stark & Marois, LLP       Attn: Thomas P. Griffin, Jr., Esq.       2150 River Plaza Drive, Ste. 450       Sacramento, CA 95833
cr          NextGear Capital, Inc.       c/o Greenberg Traurig, LLP       Four Embarcadero Center       Suite 3000       San Francisco, CA 94111
rspi        Pouriya Pete Mozaffary       30 Sugar Pine Lane       Danville, CA 94506
smg         Labor Commissioner       1515 Clay St.       Room 801       Oakland, CA 94612
smg         State Board of Equalization       Collection Dept.       P.O. Box 942879       Sacramento, CA 94279
smg         IRS       P.O. Box 7346       Philadelphia, PA 19101−7346
smg         CA Employment Development Dept.       Bankruptcy Group MIC 92E       P.O. Box 826880       Sacramento, CA 94280−0001
smg         CA Franchise Tax Board       Special Procedures Bankruptcy Unit       P.O. Box 2952       Sacramento, CA 95812−2952
15364374    ABS Finance       341 Corporate Terrace       Corona, CA 92879
15386219    ABS Finance Company, LLC       Matthew W. Grimshaw / Marshack Hays LLP       870 Roosevelt       Irvine, CA 92620
15364375    AJ Equity       1648 61st Street       Brooklyn, NY 11204
15365920    AJ Equity Group, LLC       80 Broad St, Suite 3303       New York, NY 10004
15385901    American Express National Bank       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355−0701
15388286    American Express National Bank       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355−0701
15369820    Ariel Bouskila, Attorney for AJ Equity       Berkovitch & Bouskila       80 Broad St., Suite 3303       New York, NY 10004
15365919    Berkovitch & Bouskila, PLLC       80 Broad St, Suite 3303       New York, NY 10004
15364376    California Dept of Tax and Fee Admin       P.O. Box 942879       Sacramento, CA 94279−0055
15369815    Capital Assist       243 Tresser, 17th Floor       Stamford, CT 06901
15364377    Capital Assist       750 Main Street, Suite 906       Hartford, CT 06103
15369821    Chase Cardmember Services       P.O. Box 6294       Carol Stream, IL 60197
15368061    FRANCHISE TAX BOARD       BANKRUPTCY SECTION MS A340       PO BOX 2952       SACRAMENTO CA 95812−2952
15378300    Five Star Bank       3100 Zinfandel Drive       Suite 650       Rancho Cordova, CA 95670
15369816    Five Star Bank       Hefner Stark and Marois, LLP       c/o Thomas P Griffin, Jr       2150 River Plaza Drive, Suite 450       Sacramento, CA 95833
15369817    Forwardline.com       5161 Lankershim Blvd.       Suite 250       North Hollywood, CA 91601
15364378    Hi Bar Capital       1825 65th St.       Brooklyn, NY 11204
15384537    Hi Bar Capital       c/o Giuliano Law PC       445 Broadhollow Rd., Ste 25       Melville, NY 11747
15367846    Internal Revenue Service       PO Box 7346       Philadelphia, PA 19101−7346
15372622    JPMorgan Chase Bank, N.A.       s/b/m/t Chase Bank USA, N.A.       c/o Robertson, Anschutz & Schneid, P.L.       6409 Congress Avenue, Suite 100       Boca Raton, FL 33487
15364379    Kindon Kapital       1825 65th St.       Brooklyn, NY 11204
15364380    Kinetic Advantage       10333 n. Meridian St.       Indianapolis, IN 46290

| | | | | |
|---|---|---|---|---|
| 15369818 | Kinetic Advantage, LLC | 10333 N Meridian, Suite 400 | Indianapolis, IN 46290 | |
| 15364381 | Lifetime Funding | 585 Stewart Avenue, Suite L90 | Garden City, NY 11530 | |
| 15364382 | NetGear Capital | 11799 N College Ave. | Carmel, IN 46032 | |
| 15369819 | Newtek Small Business Finance, LLC | 1981 Marcus Avenue, Suite 130 | New Hyde Park, NY 11042 | |
| 15388818 | NextGear Capital, Inc. | 11799 North College Avenue | Carmel, IN 46032 | |
| 15364383 | Pawn Funding | 2167 E 21st Street, Suite 252 | Brooklyn, NY 11229 | |
| 15387189 | U.S. Bank NA dba Elan Financial Services | Bankruptcy Department | PO Box 108 | Saint Louis MO 63166–0108 |
| 15365532 | Wells Fargo Bank, N.A. | Small Business Lending Division | P.O. Box 29482 MAC S4101–08C | Phoenix, AZ 85038 |
| 15364964 | Westlake Financial Company, LLC | 17702 Mitchell North | Irvine, CA 92614 | |
| 15364384 | Westlake Flooring | 4751 Wilshire Blvd, #100 | Los Angeles, CA 90010 | |
| 15365081 | Westlake Flooring Company, LLLC | Madison Law, APC | 17702 Mitchell North | Irvine, CA 92614 |
| 15364385 | Yes Capital Group | 161 Kings Hwy | Brooklyn, NY 11204 | |

TOTAL: 47