In re:                                                                           Case No. 21-41536-WJL

Mag Auto Group Inc.                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                           User: admin                                   Page 1 of 3

Date Rcvd: Apr 20, 2022                    Form ID: DOC                                Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mag Auto Group Inc., 1890 N Main Street, Walnut Creek, CA 94596-4129 |
| smg | + | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| intp | + | ABS Finance Company LLC dba ABS Auto Auctions, c/o Matthew W. Grimshaw, 870 Roosevelt, Irvine, CA 92620-3663 |
| cr | + | Five Star Bank, Hefner, Stark & Marois, LLP, Attn: Thomas P. Griffin, Jr., Esq., 2150 River Plaza Drive, Ste. 450, Sacramento, CA 95833-4136 |
| cr | + | Hi Bar Capital, Giuliano Law, PC, 445 Broadhollow Rd.,Suite 25, Melville, NY 11747-3645 |
| cr | + | NextGear Capital, Inc., c/o Greenberg Traurig, LLP, Four Embarcadero Center, Suite 3000, San Francisco, CA 94111-5983 |
| intp | + | Pouriya Pete Mozaffary, 30 Sugar Pine Lane, Danville, CA 94506-4534 |
| cr | + | Westlake Flooring Company, LLC, Madison Law, APC, 17702 Mitchell North, Irvine, CA 92614, UNITED STATES 92614-6013 |
| 15364374 | + | ABS Finance, 341 Corporate Terrace, Corona, CA 92879-6028 |
| 15386219 | + | ABS Finance Company, LLC, Matthew W. Grimshaw / Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| 15364375 | + | AJ Equity, 1648 61st Street, Brooklyn, NY 11204-2109 |
| 15365920 | + | AJ Equity Group, LLC, 80 Broad St, Suite 3303, New York, NY 10004-2209 |
| 15369820 | + | Ariel Bouskila, Attorney for AJ Equity, Berkovitch & Bouskila, 80 Broad St., Suite 3303, New York, NY 10004-2209 |
| 15365919 | + | Berkovitch & Bouskila, PLLC, 80 Broad St, Suite 3303, New York, NY 10004-2209 |
| 15364377 | + | Capital Assist, 750 Main Street, Suite 906, Hartford, CT 06103-2703 |
| 15369815 | | Capital Assist, 243 Tresser, 17th Floor, Stamford, CT 06901 |
| 15378300 | + | Five Star Bank, 3100 Zinfandel Drive, Suite 650, Rancho Cordova, CA 95670-6064 |
| 15369817 | + | Forwardline.com, 5161 Lankershim Blvd., Suite 250, North Hollywood, CA 91601-4963 |
| 15364378 | + | Hi Bar Capital, 1825 65th St., Brooklyn, NY 11204-3819 |
| 15384537 | + | Hi Bar Capital, c/o Giuliano Law PC, 445 Broadhollow Rd., Ste 25, Melville, NY 11747-3645 |
| 15364379 | + | Kindon Kapital, 1825 65th St., Brooklyn, NY 11204-3819 |
| 15364380 | + | Kinetic Advantage, 10333 n. Meridian St., Indianapolis, IN 46290-1150 |
| 15369818 | + | Kinetic Advantage, LLC, 10333 N Meridian, Suite 400, Indianapolis, IN 46290-1112 |
| 15364381 | + | Lifetime Funding, 585 Stewart Avenue, Suite L90, Garden City, NY 11530-4750 |
| 15364382 | + | NetGear Capital, 11799 N College Ave., Carmel, IN 46032-5605 |
| 15369819 | + | Newtek Small Business Finance, LLC, 1981 Marcus Avenue, Suite 130, New Hyde Park, NY 11042-1046 |
| 15388818 | + | NextGear Capital, Inc., 11799 North College Avenue, Carmel, IN 46032-5605 |
| 15364383 | + | Pawn Funding, 2167 E 21st Street, Suite 252, Brooklyn, NY 11229-3607 |
| 15364964 | + | Westlake Financial Company, LLC, 17702 Mitchell North, Irvine, CA 92614-6013 |
| 15364384 | + | Westlake Flooring, 4751 Wilshire Blvd, #100, Los Angeles, CA 90010-3847 |
| 15365081 | + | Westlake Flooring Company, LLLC, Madison Law, APC, 17702 Mitchell North, Irvine, CA 92614-6013 |
| 15364385 | + | Yes Capital Group, 161 Kings Hwy, Brooklyn, NY 11223-1038 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Apr 21 2022 03:53:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Apr 21 2022 03:53:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: CALTAXFEE | Apr 21 2022 03:53:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Apr 21 2022 03:53:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15385901 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 00:00:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15364376 | | EDI: CALTAXFEE | Apr 21 2022 03:53:00 | California Dept of Tax and Fee Admin, P.O. Box 942879, Sacramento, CA 94279-0055 |
| 15368061 | | EDI: CALTAX.COM | Apr 21 2022 03:53:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 15369816 | + | Email/Text: tgriffin@hsmlaw.com | Apr 20 2022 23:50:00 | Five Star Bank, Hefner Stark and Marois, LLP, c/o Thomas P Griffin, Jr, 2150 River Plaza Drive, Suite 450, Sacramento, CA 95833-4136 |
| 15369821 | | EDI: JPMORGANCHASE | Apr 21 2022 03:53:00 | Chase Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197 |
| 15372622 | + | Email/Text: RASEBN@raslg.com | Apr 20 2022 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15387189 | | EDI: USBANKARS.COM | Apr 21 2022 03:53:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15365532 | + | EDI: WFFC.COM | Apr 21 2022 03:53:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Not Assigned - OK |
| intp | | Abu Hamed Family Trust |
| cr | | Newtek Small Business Finance, LLC |
| rspi | *+ | Pouriya Pete Mozaffary, 30 Sugar Pine Lane, Danville, CA 94506-4534 |
| 15388286 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15367846 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony F. Giuliano | on behalf of Creditor Hi Bar Capital afg@pryormandelup.com |
| Christopher M. McDermott | on behalf of Creditor Newtek Small Business Finance LLC ecfcanb@aldridgepite.com, CMM@ecf.inforuptcy.com |
| David A. Wood | on behalf of Interested Party ABS Finance Company LLC dba ABS Auto Auctions dwood@marshackhays.com lbuchanan@marshackhays.com |
| Dixon Leon Gardner | on behalf of Creditor Westlake Flooring Company LLC dgardner@madisonlawapc.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the U.S. Trustee/Oak elvina.rofael@usdoj.gov Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov |
| Marc Voisenat | on behalf of Debtor Mag Auto Group Inc. marcvoisenatlawoffice@gmail.com R47338@notify.bestcase.com |
| Matthew W. Grimshaw | on behalf of Interested Party ABS Finance Company LLC dba ABS Auto Auctions matt@grimshawlawgroup.com ecfmarshackhays@gmail.com |
| Michael R. Hogue | on behalf of Creditor NextGear Capital Inc. hoguem@gtlaw.com, navarrom@gtlaw.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Thomas P. Griffin, Jr. | on behalf of Creditor Five Star Bank tgriffin@hsmlaw.com lnewberry@hsmlaw.com |

TOTAL: 10

Form DOC

# UNITED STATES BANKRUPTCY COURT
### California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Mag Auto Group Inc.<br>   dba Mag Motor Company<br>   dba Marin Auto Group<br>   dba Mag Investment Inc<br>      Debtor(s) | Case No.: 21−41536 WJL 11<br>Chapter: 11 |

## NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 4/20/22 dismissing the above−captioned case effective 4/20/22.

Dated: 4/20/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 68