```
DAVID A. WOOD, #272406
dwood@marshackhays.com
MATTHEW W. GRIMSHAW, #210424
mgrimshaw@marshackhays.com
BRAD N. BARNHARDT, #328705
bbarnhardt@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, CA 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778
```

The following constitutes the order of the Court.
Signed: May 11, 2022

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Attorneys for ABS Finance Company, LLC

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>MAG AUTO GROUP, INC,<br><br>Debtor. | Case No. 21-41536<br><br>Chapter 11<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO ABS FINANCE COMPANY, LLC'S COLLATERAL<br><br>Date: April 20, 2022<br>Time: 10:30 a.m.<br>Ctrm: 220<br>Location: 1300 Clay Street,<br>Oakland, California 94612 |

A continued hearing was held on April 20, 2022, at 10:30 a.m., in Courtroom 220 of the above-captioned court, located at 1300 Clay Street, Oakland, California 94612, on ABS Finance Company, LLC's ("ABS") Motion for Relief from the Automatic Stay, under 11 U.S.C. § 362(d) ("Motion"). Docket No. 42. Appearances were noted on the record.

Upon consideration of the Motion and its supporting evidence, Debtor's non-opposition to the Motion, and oral arguments of counsel at the hearing, for the reasons stated on the record, the Court rules as follows:

IT IS HEREBY ORDERED THAT

1. The Motion is granted in its entirety.

2. The automatic stay is terminated as to ABS Finance forthwith, such that ABS Finance may proceed to enforce its state law remedies with regard to its collateral identified in the Motion.

*** END OF ORDER ***

**COURT SERVICE LIST**

No court service required.